# EXHIBIT 1

*Prescribed Fire Plan* ("Burn Plan")
pp. 109–77

Prescribed Fire Name:  District Wide Burn

Ignition Unit Name:  Multiple

## Element 1: Signature Page

# PRESCRIBED FIRE PLAN

**ADMINISTRATIVE UNIT NAME(S):** Jemez Ranger District, Santa Fe National Forest

**PRESCRIBED FIRE NAME:**
Prescribed Fire Unit (Ignition Unit): District Wide Pile Burn Plan

**PREPARED BY:**
Name (print): (b) (6), (b) (7)(C)  Qualification/Currency: RXB2   2023

Signature (b) (6), (b) (7)(C)   (b) (6), (b) (7)(C) Date: 9/26/19
12/1/20 – Covid19 Ann modats

**TECHNICAL REVIEW BY:**
Name (print): (b) (6), (b) (7)(C)  Qualification/Currency: RXB2 / Q (2022)

Signature: (b) (6), (b) (7)(C)  Date: 10/17/19

**COMPLEXITY RATING:** LOW

**MINIMUM BURN BOSS QUALIFICATION:** RXB3

**APPROVED BY:**
Name – Agency Administrator (print): (b) (6), (b) (7)(C)

Signature – Agency Administrator: (b) (6), (b) (7)(C)  Date: 11/5/2019

12/1/2020

00109

Prescribed Fire Name:___Joaquin Rx

Ignition Unit Name:_____Joaquin P:.ies 2019 Rx

## Element 2A: Agency Administrator Ignition Authorization

Instructions: The Agency Administrator Ignition Authorization must be completed before a prescribed fire can be implemented. If ignition of the prescribed fire is not initiated prior to expiration date determined by the agency administrator, a new authorization will be required.

Prior to signature the agency administrator should discuss the following key items with the fire management officer (FMO) or burn boss. Attach any additional instructions or discussion documentation (optional) to this document.

## Key Discussion Items

| | |
|---|---|
| A. | Has anything changed since the Prescribed Fire Plan was approved or revalidated? |
| | *Such as drought or other climate indicators of increased risk, insect activity, new subdivisions/structures, smoke requirements, Complexity Analysis Rating.* |
| B. | Have compliance requirements and pre-burn considerations been completed? |
| | *Such as preparation work, NEPA mitigation requirements, cultural, threatened and endangered species, smoke permits, state burn permits/authorizations.* |
| C. | Can all of the elements and conditions specified in Prescribed Fire Plan be met? |
| | *Such as weather, scheduling, smoke management conditions, suitable prescription window, correct season, staffing and organization, safety considerations, etc.* |
| D. | Are processes in place to ensure all internal and external notifications and media releases will be completed? |
| E. | Have key agency staffs been fully briefed about the implementation of this prescribed fire? |
| F. | Are there circumstances that could affect the successful implementation of the plan? |
| | *Such as preparedness level restrictions, resource availability, other prescribed fire or wildfire activity* |
| G. | Have you communicated your expectations to the Burn Boss and FMO regarding if and when you are to be notified that contingency actions are being taken? |
| H. | Have you communicated your expectations to the Burn Boss and FMO regarding decisions to declare the prescribed fire a wildfire? |

(b) (6), (b) (7)(C)

Implementation Recommended by:
FMO or Prescribed Fire Burn Boss Signature                    Date: 11/2-1/2019

I am authorizing ignition of this prescribed fire between the dates of __12-2-19__ and __12-22-19__. It is my expectation that the project will be implemented within this time frame and as discussed and documented and attached to this plan. If the conditions we discussed change during this time frame, it is my expectation you will brief me on the circumstances and an updated authorization will be negotiated if necessary.

Additional Instructions or Discussion Documentation attached (Optional): Yes ☐ No☐
(b) (6), (b) (7)(C)

Ignition Authorized by:
Agency Administrator Signature and Title            District Ranger Date: 11/21/2019

00110

Prescribed Fire Name:  District Wid___ ___le Burn

Ignition Unit Name:  Multiple

## Element 2A: Agency Administrator Ignition Authorization

Instructions: The Agency Administrator Ignition Authorization must be completed before a prescribed fire can be implemented. If ignition of the prescribed fire is not initiated prior to expiration date determined by the agency administrator, a new authorization will be required.

Prior to signature the agency administrator should discuss the following key items with the fire management officer (FMO) or burn boss. Attach any additional instructions or discussion documentation (optional) to this document.

## Key Discussion Items

| | |
|---|---|
| A. | Has anything changed since the Prescribed Fire Plan was approved or revalidated? |
| | *Such as drought or other climate indicators of increased risk, insect activity, new subdivisions/structures, smoke requirements, Complexity Analysis Rating.* |
| B. | Have compliance requirements and pre-burn considerations been completed? |
| | *Such as preparation work, NEPA mitigation requirements, cultural, threatened and endangered species, smoke permits, state burn permits/authorizations.* |
| C. | Can all of the elements and conditions specified in Prescribed Fire Plan be met? |
| | *Such as weather, scheduling, smoke management conditions, suitable prescription window, correct season, staffing and organization, safety considerations, etc.* |
| D. | Are processes in place to ensure all internal and external notifications and media releases will be completed? |
| E. | Have key agency staffs been fully briefed about the implementation of this prescribed fire? |
| F. | Are there circumstances that could affect the successful implementation of the plan? |
| | *Such as preparedness level restrictions, resource availability, other prescribed fire or wildfire activity* |
| G. | Have you communicated your expectations to the Burn Boss and FMO regarding if and when you are to be notified that contingency actions are being taken? |
| H. | Have you communicated your expectations to the Burn Boss and FMO regarding decisions to declare the prescribed fire a wildfire? |

(b) (6), (b) (7)(C)

Implementation Recommended by:
FMO or Prescribed Fire Burn Boss Signature_____ Date: *12-1-20*

I am authorizing ignition of this prescribed fire between the dates of ___ *12/2/20* and *12/31/20* It is my expectation that the project will be implemented within this time frame and as discussed and documented and attached to this plan. If the conditions we discussed change during this time frame, it is my expectation you will brief me on the circumstances and an updated authorization will be negotiated if necessary.

Additional Instructions or Discussion Documentation attached (Optional): Yes ☐ No☐

(b) (6), (b) (7)(C)

Ignition Authorized by:
Agency Administrator Signature and Title:_____ Date: *12/1/20*

00111

Prescribed Fire Name: District Wide Piles Rx

Ignition Unit Name: Pino West

## Element 2A: Agency Administrator Ignition Authorization

Instructions: The Agency Administrator Ignition Authorization must be completed before a prescribed fire can be implemented. If ignition of the prescribed fire is not initiated prior to expiration date determined by the agency administrator, a new authorization will be required.

Prior to signature the agency administrator should discuss the following key items with the fire management officer (FMO) or burn boss. Attach any additional instructions or discussion documentation (optional) to this document.

## Key Discussion Items

| | |
|---|---|
| A. | Has anything changed since the Prescribed Fire Plan was approved or revalidated? |
| | *Such as drought or other climate indicators of increased risk, insect activity, new subdivisions/structures, smoke requirements, Complexity Analysis Rating.*    N0 |
| B. | Have compliance requirements and pre-burn considerations been completed? |
| | *Such as preparation work, NEPA mitigation requirements, cultural, threatened and endangered species, smoke permits, state burn permits/authorizations.*    Yes |
| C. | Can all of the elements and conditions specified in Prescribed Fire Plan be met? |
| | *Such as weather, scheduling, smoke management conditions, suitable prescription window, correct season, staffing and organization, safety considerations, etc.*    Yes |
| D. | Are processes in place to ensure all internal and external notifications and media releases will be completed?    Yes |
| E. | Have key agency staffs been fully briefed about the implementation of this prescribed fire?    Yes |
| F. | Are there circumstances that could affect the successful implementation of the plan? |
| | *Such as preparedness level restrictions, resource availability, other prescribed fire or wildfire activity*    N0 |
| G. | Have you communicated your expectations to the Burn Boss and FMO regarding if and when you are to be notified that contingency actions are being taken?    Yes |
| H. | Have you communicated your expectations to the Burn Boss and FMO regarding decisions to declare the prescribed fire a wildfire?     (b) (6), (b) (7)(C)    Yes |

Implementation Recommended by:

FMO or Prescribed Fire Burn Boss Signatu               Date: 1-19-22

I am authorizing ignition of this prescribed fire between the dates of 1/19/22 and 2/11/22. It is my expectation that the project will be implemented within this time frame and as discussed and documented and attached to this plan. If the conditions we discussed change during this time frame, it is my expectation you will brief me on the circumstances and an updated authorization will be negotiated if necessary.

Additional Instructions or Discussion Documentation attached (Optional): Yes ☐ No☐

(b) (6), (b) (7)(C)

Ignition Authorized by:

Agency Administrator Signature and Title:                Date: 1/19/2022

00112

Prescribed Fire Name: Jemez District Wide Piles Rx

Ignition Unit Name: Pino West

# Element 2A: Agency Administrator Ignition Authorization

Instructions: The Agency Administrator Ignition Authorization must be completed before a prescribed fire can be implemented. If ignition of the prescribed fire is not initiated prior to expiration date determined by the agency administrator, a new authorization will be required.

Prior to signature the agency administrator should discuss the following key items with the fire management officer (FMO) or Prescribed Fire Burn Boss (RXB). Attach any additional instructions or discussion documentation (optional) to this document.

## Key Discussion Items

| A. | Has anything changed since the Prescribed Fire Plan was approved or revalidated? | No |
|---|---|---|
| | *Such as drought or other climate indicators of increased risk, insect activity, new subdivisions/structures, smoke requirements, Complexity Analysis Rating.* | |
| B. | Have compliance requirements and pre-burn considerations been completed? | Yes |
| | *Such as preparation work, NEPA mitigation requirements, cultural, threatened, and endangered species, smoke permits, state burn permits/authorizations.* | |
| C. | Can all of the elements and conditions specified in Prescribed Fire Plan be met? | Yes |
| | *Such as weather, scheduling, smoke management conditions, suitable prescription window, correct season, staffing, and organization, safety considerations, etc.* | |
| D. | Are processes in place to ensure all internal and external notifications and media releases will be completed? | Yes |
| E. | Have key agency staffs been fully briefed about the implementation of this prescribed fire? | Yes |
| F. | Are there circumstances that could affect the successful implementation of the plan? | No |
| | *Such as preparedness level restrictions, resource availability, other prescribed fire, or wildfire activity* | |
| G. | Have you communicated your expectations to the Burn Boss and FMO regarding if and when you are to be notified that contingency actions are being taken? | Yes |
| H. | Have you communicated your expectations to the Burn Boss and FMO regarding decisions to declare the prescribed fire a wildfire? | Yes |

Implementation **(b) (6), (b) (7)(C)**
FMO or RXB:_____   Date: 2/15/2025

I am authorizing ignition of this prescribed fire between the dates of 2/16/2022 and 3/15/2022 It is my expectation that the project will be implemented within this time frame and as discussed and documented and attached to this plan. If the conditions we discussed change during this time frame, it is my expectation you will brief me on the circumstances and an updated authorization will be negotiated if necessary.

Additional Instructions or Discussion Documentation attached (Optional): Yes ☐ No☐

Ignition Authorized by:                              (b) (6), (b) (7)(C)
Agency Administrator Signature and Title:_____   District Ranger Date: 2/15/22

00113

Prescribed Fire Name: _District Wide_ _Burn_____  _____

Ignition Unit Name: _Multiple_____

## Element 2A: Agency Administrator Ignition Authorization

Instructions: The Agency Administrator Ignition Authorization must be completed before a prescribed fire can be implemented. If ignition of the prescribed fire is not initiated prior to expiration date determined by the agency administrator, a new authorization will be required.

Prior to signature the agency administrator should discuss the following key items with the fire management officer (FMO) or burn boss. Attach any additional instructions or discussion documentation (optional) to this document.

## Key Discussion Items

| | |
|---|---|
| A. | Has anything changed since the Prescribed Fire Plan was approved or revalidated? *Such as drought or other climate indicators of increased risk, insect activity, new subdivisions/structures, smoke requirements, Complexity Analysis Rating.* |
| B. | Have compliance requirements and pre-burn considerations been completed? *Such as preparation work, NEPA mitigation requirements, cultural, threatened and endangered species, smoke permits, state burn permits/authorizations.* |
| C. | Can all of the elements and conditions specified in Prescribed Fire Plan be met? *Such as weather, scheduling, smoke management conditions, suitable prescription window, correct season, staffing and organization, safety considerations, etc.* |
| D. | Are processes in place to ensure all internal and external notifications and media releases will be completed? |
| E. | Have key agency staffs been fully briefed about the implementation of this prescribed fire? |
| F. | Are there circumstances that could affect the successful implementation of the plan? *Such as preparedness level restrictions, resource availability, other prescribed fire or wildfire activity* |
| G. | Have you communicated your expectations to the Burn Boss and FMO regarding if and when you are to be notified that contingency actions are being taken? |
| H. | Have you communicated your expectations to the Burn Boss and FMO regarding decisions to declare the prescribed fire a wildfire? |

Implementation Recommended by:

FMO or Prescribed Fire Burn Boss Signature:_____Date:_____

I am authorizing ignition of this prescribed fire between the dates of _____ and _____. It is my expectation that the project will be implemented within this time frame and as discussed and documented and attached to this plan. If the conditions we discussed change during this time frame, it is my expectation you will brief me on the circumstances and an updated authorization will be negotiated if necessary.

Additional Instructions or Discussion Documentation attached (Optional): Yes ☐ No☐

Ignition Authorized by:

Agency Administrator Signature and Title:_____Date:_____

00114

Prescribed Fire Name: <u>Jemez District Wide Piles Rx</u>

Ignition Unit Name: <u>Pino West</u>

## Element 2B: Prescribed Fire Go/No-Go Checklist

| Preliminary Questions | Circle YES or NO |
|---|---|
| A. Have conditions in or adjacent to the ignition unit changed, (for example: drought conditions or fuel loadings), which were not considered in the prescription development?<br>If **NO** proceed with the Go/NO-GO Checklist below, if **YES** go to item B. | YES **NO** |
| B. Has the prescribed fire plan been reviewed and an amendment been approved; or has it been determined that no amendment is necessary?<br>If **YES**, proceed with checklist below.<br>If **NO, STOP: Implementation is not allowed. An amendment is needed.** | **YES** NO |

| GO/NO-GO Checklist | Circle YES or NO |
|---|---|
| Have ALL permits and clearances been obtained? | YES NO |
| Have ALL the required notifications been made? | YES NO |
| Have ALL the pre-burn considerations and preparation work identified in the prescribed fire plan been completed or addressed and checked? | YES NO |
| Have ALL required current and projected fire weather forecast been obtained and are they favorable? | YES NO |
| Are ALL prescription parameters met? | YES NO |
| Are ALL smoke management specifications met? | YES NO |
| Are ALL planned operations personnel and equipment on-site, available and operational? | YES NO |
| Has the availability of contingency resources applicable to today's implementation been checked and are they available? | YES NO |
| Have ALL personnel been briefed on the project objectives, their assignment, safety hazards, escape routes, and safety zones? | YES NO |

If all the questions were answered "**YES**" proceed with a test fire. Document the current conditions, location and results. If any questions were answered "**NO**", DO NOT proceed with the test fire: Implementation is not allowed.

After evaluating the test fire, in your judgment can the prescribed fire be carried out according to the prescribed fire plan and will it meet the planned objective?   **Circle: YES or NO**

(b) (6), (b) (7)(C)

Burn Boss Signatu_____   Date: 1-19-22

00115

Prescribed Fire Name: Jemez District Wide Piles Rx

Ignition Unit Name: Pino West

## Element 2B: Prescribed Fire Go/No-Go Checklist

| Preliminary Questions | Circle YES or NO |
|---|---|
| A. Have conditions in or adjacent to the ignition unit changed, (for example: drought conditions or fuel loadings), which were not considered in the prescription development? If **NO** proceed with the Go/NO-GO Checklist below, if **YES** go to item B. | YES (NO) |
| B. Has the prescribed fire plan been reviewed and an amendment been approved; or has it been determined that no amendment is necessary? If **YES**, proceed with checklist below. If **NO, STOP: Implementation is not allowed. An amendment is needed.** | (YES) NO |
| **GO/NO-GO Checklist** | **Circle YES or NO** |
| Have ALL permits and clearances been obtained? | (YES) NO |
| Have ALL the required notifications been made? | (YES) NO |
| Have ALL the pre-burn considerations and preparation work identified in the prescribed fire plan been completed or addressed and checked? | (YES) NO |
| Have ALL required current and projected fire weather forecast been obtained and are they favorable? | (YES) NO |
| Are ALL prescription parameters met? | (YES) NO |
| Are ALL smoke management specifications met? | (YES) NO |
| Are ALL planned operations personnel and equipment on-site, available and operational? | (YES) NO |
| Has the availability of contingency resources applicable to today's implementation been checked and are they available? | (YES) NO |
| Have ALL personnel been briefed on the project objectives, their assignment, safety hazards, escape routes, and safety zones? | (YES) NO |

If all the questions were answered "**YES**" proceed with a test fire. Document the current conditions, location and results. If any questions were answered "**NO**", DO NOT proceed with the test fire: Implementation is not allowed.

After evaluating the test fire, in your judgment can the prescribed fire be carried out according to the prescribed fire plan and will it meet the planned objective?    Circle: (YES) or NO

(b) (6), (b) (7)(C)

Burn Boss Signature: _____    Date: 1-20-2022

00116

Prescribed Fire Name: District Wide Pile Burn

Ignition Unit Name: Pino West Piles Rx

## Element 2B: Prescribed Fire Go/No-Go Checklist

| Preliminary Questions | Circle YES or NO |
|---|---|
| A. Have conditions in or adjacent to the ignition unit changed, (for example: drought conditions or fuel loadings), which were not considered in the prescription development? If **NO** proceed with the Go/NO-GO Checklist below, if **YES** go to item B. | YES   NO |
| B. Has the prescribed fire plan been reviewed and an amendment been approved; or has it been determined that no amendment is necessary? If **YES**, proceed with checklist below. If **NO**, STOP: Implementation is not allowed. An amendment is needed. | YES   NO |
| **GO/NO-GO Checklist** | **Circle YES or NO** |
| Have ALL permits and clearances been obtained? | YES   NO |
| Have ALL the required notifications been made? | YES   NO |
| Have ALL the pre-burn considerations and preparation work identified in the prescribed fire plan been completed or addressed and checked? | YES   NO |
| Have ALL required current and projected fire weather forecast been obtained and are they favorable? | YES   NO |
| Are ALL prescription parameters met? | YES   NO |
| Are ALL smoke management specifications met? | YES   NO |
| Are ALL planned operations personnel and equipment on-site, available and operational? | YES   NO |
| Has the availability of contingency resources applicable to today's implementation been checked and are they available? | YES   NO |
| Have ALL personnel been briefed on the project objectives, their assignment, safety hazards, escape routes, and safety zones? | YES   NO |

If all the questions were answered "**YES**" proceed with a test fire. Document the current conditions, location and results. If any questions were answered "**NO**", DO NOT proceed with the test fire: Implementation is not allowed.

After evaluating the test fire, in your judgment can the prescribed fire be carried out according to the prescribed fi_____ _____ _____ ed objective?    Circle: YES or NO

(b) (6), (b) (7)(C)

Burn Boss Signa_____    Date: FEB 1ST 2022

Prescribed Fire Name:  District Wide Pile Burn

Ignition Unit Name:  Pino West Piles Rx

## Element 2B: Prescribed Fire Go/No-Go Checklist

| **Preliminary Questions** | **Circle YES or NO** |
|---|---|
| A.  Have conditions in or adjacent to the ignition unit changed, (for example: drought conditions or fuel loadings), which were not considered in the prescription development?<br>If **NO** proceed with the Go/NO-GO Checklist below, if **YES** go to item B. | YES    NO |
| B.  Has the prescribed fire plan been reviewed and an amendment been approved; or has it been determined that no amendment is necessary?<br>If **YES**, proceed with checklist below.<br>If **NO**, STOP: Implementation is not allowed. An amendment is needed. | YES    NO |
| **GO/NO-GO Checklist** | **Circle YES or NO** |
| Have ALL permits and clearances been obtained? | YES    NO |
| Have ALL the required notifications been made? | YES    NO |
| Have ALL the pre-burn considerations and preparation work identified in the prescribed fire plan been completed or addressed and checked? | YES    NO |
| Have ALL required current and projected fire weather forecast been obtained and are they favorable? | YES    NO |
| Are ALL prescription parameters met? | YES    NO |
| Are ALL smoke management specifications met? | YES    NO |
| Are ALL planned operations personnel and equipment on-site, available and operational? | YES    NO |
| Has the availability of contingency resources applicable to today's implementation been checked and are they available? | YES    NO |
| Have ALL personnel been briefed on the project objectives, their assignment, safety hazards, escape routes, and safety zones? | YES    NO |

If all the questions were answered "**YES**" proceed with a test fire. Document the current conditions, location and results. If any questions were answered "**NO**", DO NOT proceed with the test fire: Implementation is not allowed.

After evaluating the test fire, in your judgment can the prescribed fire be carried out according to the prescribed fi **(b) (6), (b) (7)(C)** bjective?      Circle: **YES** or NO

Burn Boss Sign                                                       Date:  2-10-22

00118

Prescribed Fire Name: _District Wide ` Burn_ _____    _____

Ignition Unit Name: _Multiple_ _____

## Element 2B: Prescribed Fire Go/No-Go Checklist

| Preliminary Questions | Circle YES or NO |
|---|---|
| A. Have conditions in or adjacent to the ignition unit changed, (for example: drought conditions or fuel loadings), which were not considered in the prescription development?<br>If **NO** proceed with the Go/NO-GO Checklist below, if **YES** go to item B. | YES    NO |
| B. Has the prescribed fire plan been reviewed and an amendment been approved; or has it been determined that no amendment is necessary?<br>If **YES**, proceed with checklist below.<br>If **NO, STOP: Implementation is not allowed. An amendment is needed.** | YES    NO |
| **GO/NO-GO Checklist** | **Circle YES or NO** |
| Have ALL permits and clearances been obtained? | YES    NO |
| Have ALL the required notifications been made? | YES    NO |
| Have ALL the pre-burn considerations and preparation work identified in the prescribed fire plan been completed or addressed and checked? | YES    NO |
| Have ALL required current and projected fire weather forecast been obtained and are they favorable? | YES    NO |
| Are ALL prescription parameters met? | YES    NO |
| Are ALL smoke management specifications met? | YES    NO |
| Are ALL planned operations personnel and equipment on-site, available and operational? | YES    NO |
| Has the availability of contingency resources applicable to today's implementation been checked and are they available? | YES    NO |
| Have ALL personnel been briefed on the project objectives, their assignment, safety hazards, escape routes, and safety zones? | YES    NO |

If all the questions were answered "**YES**" proceed with a test fire. Document the current conditions, location and results. If any questions were answered "**NO**", DO NOT proceed with the test fire: Implementation is not allowed.

After evaluating the test fire, in your judgment can the prescribed fire be carried out according to the prescribed fire plan and will it meet the planned objective?    **Circle: YES or NO**

Burn Boss Signature:_____Date:_____



**NWCG Prescribed Fire Summary and Final Complexity Worksheet (PMS 424-1)**
This worksheet is supplemental to the *Prescribed Fire Complexity Rating System Guide* (PMS 424). It is designed to enable effective risk management. The *Interagency Prescribed Fire Planning and Implementation Procedures Guide* (PMS 484) provides further explanation. This becomes Element 3 of the prescribed fire plan.

| Type the Prescribed Fire Plan name here | | Quantity | Significance |
|---|---|---|---|
| Values | On-Site | Few | Mod |
| | Off-Site | Multiple | Low |
| | Public/Political Interest | Few | High |

| Element | Preliminary Risk | Post-Plan Risk | Technical Difficulty | Calculated Rating |
|---|---|---|---|---|
| Safety | Low | Low | Low | Low |
| Fire Behavior | | Low | Low | Low |
| Resistance to Containment | | Low | Low | Low |
| Ignition Procedures and Methods | Low | Low | Low | Low |
| Prescribed Fire Duration | Low | Low | Low | Low |
| Smoke Management | | | Low | |
| Number and Dependence of Activities | Low | Low | Low | Low |
| Management Organization | Low | Low | Low | Low |
| Treatment/Resource Objectives | | Low | Low | Low |
| Constraints | Low | Low | Low | Low |
| Project Logistics | | | Low | |

## Calculated Summary Prescribed Fire Plan Complexity



| Low | Mod | High |
|---|---|---|

| Final Complexity Determination | Final Complexity Determination Rationale |
|---|---|
| Low | Preparer- By requiring snow to be present during burning operations, greatly reduces the potential for unforeseen fire activity, and nullifies the ROS. This leaves the burnboss only smoke considerations and limited logistical concerns to mitigate. Combining that with a minimum staffing of Three personnel and the rating for the complexity of this burn plan is LOW. |



| Signatures | Rx Burn Plan Preparer's Name | (b) (6), (b) (7)(C) | Date: 9/26/19 |
|---|---|---|---|
| | Techical Reviewer's Name | (b) (6), (b) (7)(C) Technical Reviewer | Date: 10/17/19 |
| | Agency Administrator's Name | (b) (6), (b) (7)(C) | Date: 11/5/2019 |

Prescribed Fire Name: _District Wide ___ Burn_____

Ignition Unit Name: _Multiple_____

Fill out Elements 4 through 21 based on the guidance provided in the *Interagency Prescribed Fire Planning and Implementation Procedures Guide*, PMS 484.

## Element 4: Description of Prescribed Fire Area

**A. Physical Description:** This Jemez District-Wide Pile Burn Plan is a single document which defines and authorizes multiple pile burning sites. The piles addressed in this burn plan are located throughout the Jemez District, Santa Fe National Forest and Valles Caldera National Preserve. All piles were created by hand or by machine as a result of hazardous fuel removal treatments, and vary moderately in size, shape, and composition.

1. Location:                                                                    2. Size

| Project Area | Township | Range | Section | Acres |
|---|---|---|---|---|
|  |  |  |  |  |
| Thompson Ridge Piles | 19N | 3E | 5 | 1 |
| Archeological Site Thinning* | 18N | 2E | 10,11,14,15,16,21,22 | 1415 |
|  | 18N | 3E | 2,3,10,11 | 858 |
| Pino West Task Order | 18N | 3E | 14,15,16,21,22,23,26,27, & 28 | 765 |
| Joaquin Piles | 18N | 1E | 1,2,3,4,9,10,11,12,13,14,15,16,23 &24 | 625 |
| Vallecitos | 18N | 3E | 14 & 15 | 45 |
| East Fork Task Order | 18N | 3E | 1,5 & 6 | 361 |
| Falls Task Order | 18N | 3E | 2,3,14,15 | 204 |
| Falls Campground | 18N | 3E | 2,3 | 113 |
| Cat Mesa | 18N | 3E | 8,17,18 & 19 | 523 |
| San Diego WUI | 18N | 2E | 1,2 | 90 |

* Archeological Site Thinning described above accounts for the entire treatment area where piles may be present. Specific pile locations will not be individually identified due to the sensitive nature of archeological site locations.

3. Topography:

    Elevation:  Top – 9800'      Bottom – 7500'

    Slope:  60% Maximum      0% Minimum

    Aspect:   All Aspects present

Prescribed Fire Name: District Wide    Burn

Ignition Unit Name: Multiple

Drainage Name

| Project Name | Drainage Name |
|---|---|
| Thompson Ridge Piles | Cave, Mushroom, & Water Canyons |
| Cat Mesa | San Diego canyon |
| 00Archeological Site thinning | Varied locations throughout district |
| Pino West | San Juan Canyon |
| Joaquin | Rio Guadalupe |
| Vallecitos | East Fork |
| East Fork | East Fork |
| Falls | East Fork |
| Falls Campground | East Fork |
| San Diego WUI | San Diego Canyon |

4.  Project area:

Because of the great variety of geographic locations, it is not practical to delineate a single, unifying boundary which would encompass all pile project sites. The general boundary is the Jemez Ranger District of the Santa Fe National Forest. Any amendments will describe the added project area.

Ignition units:

Individual project maps will be added to the burn plan folder as projects are prioritized (See appendix A)

**B. Vegetation/Fuels Description:**

1.  On-site fuels data:

The on-site fuels data for all projects within the Espanola district pile burning plan includes hand and/or machine piled slash consisting of variable diameters. This is the material the prescription is intended to burn under this plan. The adjacent fuels will cover surface fuel conditions surrounding piles themselves and pile burn projects.

**Fuel Loading (per pile):**    A range of 50 cu/ft. - 200 cu/ft. per pile

2.  Adjacent fuels data:

Fuel models 8, 9 and 10 appropriately cover the fuels adjacent to the piles themselves and the surrounding project areas. These models will be used in behave to calculate for any spot fire ignitions adjacent to the piles and the project area. This information will be filed in the appendices for empirical data in the burn folder.

3.  Percent of vegetative type and fuels model(s):

Under the district wide pile burn plan, the aim is to burn activity fuel that has been piled either by hand or machine. Describing the exact percentages of vegetation types and fuel models throughout theses project areas is unpractical but it is important to note that the majority of the area where piles can be found are either in Ponderosa Pine and Mixed Conifer vegetation types represented as fuel model 9 and 8 respectively.

Prescribed Fire Name:  District Wide    Burn

Ignition Unit Name:  Multiple

# Element 6: Funding

A. Cost:  $5 - $50 per acre

B. Funding source:  NFHF10 and/or CFLN06 funds

# Element 7: Prescription

A. Prescription Narrative:

1.  Describe how fire behavior will meet objectives

Meeting resource and prescribed fire objectives for piling burning is relatively straight forward.  Piles are individually lit and allowed to consume activity fuel within pile.  Consumption over 80% is considered successful in meeting project objectives.

B. Prescription Parameters:

1.  Environmental or fire behavior (or both).

Only two environmental prescription parameters exist for this pile burn plan. **1. Continuous snow coverage of the forest floor over the entire burn unit.** If continuous snow coverage is not present this burn plan is not applicable and a jackpot/broadcast burn plan must be utilized.  The Burn Boss will monitor weather conditions for days following the day of ignitions to assure snow cover will persist until the burn is declared out.

**2. Smoke dispersion will meet New Mexico Smoke Management Regulations.** The statewide waiver or individual wavier (if in place) may be utilized.

| Pile Burn RX | Environmental Variables |
|---|---|
| Temperature | -30° to 50° F |
| Snow Presence | Continuous coverage of forest floor across entire unit |
| Mid Flame wind speed | 0 – 16 mph |
| Wind Direction | Any |
| Smoke Dispersion | New Mexico Smoke Management Regulations will be followed.  The statewide waiver or individual wavier (if in place) may be utilized. |

Prescribed Fire Name:  District Wide    Burn

Ignition Unit Name:  Multiple

## C. Description of Unique Features, Natural Resources, Values:

Considering this a district wide pile burn plan, a variety of unique features are possible. A few unique features common to many burn plans and project areas are listed and described below.

-   Archeological sites may be found in some project areas.  If sites are located in the project area, clearance will be in place and their location will be communicated at briefing.  In addition,  some sites have been treated and material piled outside of the site boundaries

-   Power line right-of-ways are common across the district and if burning near a right-of-way it may require some monitoring to prevent power poles from catching fire.

-   Highways, forest roads and private property are common features when conducting any sort of prescribed fire and will be monitored for smoke impacts during pile burning activities.

    Recreational Improved and unimproved sites and National Forest Trail Systems may be impacted by smoke

## D. Maps–Attach in Appendix A

1.   Vicinity (Required)

2.   Project/Ignition Unit(s) (Required) See appendix A "Maps" in Burn Plan folder where all projects maps shall be

    located prior to implementation.

3.   Values (Optional): ☐ Included ☒ Not Included

4.   Significant or Sensitive Features (Optional): ☐ Included ☒ Not Included

5.   Fuels or Fuel Model(s)(Optional): ☐ Included x Not Included

6.   Smoke Impact Area (Optional): ☐ Included ☒ Not Included

# Element 5: Objectives

## A. Resource objectives:

    a.   Manage for the return of fire to the ecosystem, favoring natural historic fire regimes while reducing the risk of high intensity stand replacing fires outside of the historic range of variability

## B. Prescribed fire objectives:

    a.   Provide for the safety and welfare of all personnel and the public while adhering to the CAF_SNF Fire COVID PLAN guidance to protect both on-site and off-site values.

    b.   Minimize duration of smoke impacts to the surrounding area by adhering to guidelines established by New Mexico Air Quality Bureau while using tactics that minimize smoke impacts.

    c.   Consume slash piles created by hand or machine by 90% with a tolerable deviation of 80% to 100%.

00125

Prescribed Fire Name:  District Wide   : Burn

Ignition Unit Name:  Multiple

# Element 6: Funding

A. Cost:  $5 - $50 per acre

B. Funding source:  NFHF10 and/or CFLN06 funds

# Element 7: Prescription

A. Prescription Narrative:

1.   Describe how fire behavior will meet objectives

Meeting resource and prescribed fire objectives for piling burning is relatively straight forward.  Piles are individually lit and allowed to consume activity fuel within pile.  Consumption over 80% is considered successful in meeting project objectives.

B. Prescription Parameters:

1.   Environmental or fire behavior (or both).

Only two environmental prescription parameters exist for this pile burn plan. **1. Continuous snow coverage of the forest floor over the entire burn unit**.  If continuous snow coverage is not present this burn plan is not applicable and a jackpot/broadcast burn plan must be utilized.  The Burn Boss will monitor weather conditions for days following the day of ignitions to assure snow cover will persist until the burn is declared out.

**2. Smoke dispersion will meet New Mexico Smoke Management Regulations.**  The statewide waiver or individual wavier (if in place) may be utilized.

| Pile Burn RX | Environmental Variables |
|---|---|
| Temperature | -30° to 50° F |
| Snow Presence | Continuous coverage of forest floor across entire unit |
| Mid Flame wind speed | 0 – 16 mph |
| Wind Direction | Any |
| Smoke Dispersion | New Mexico Smoke Management Regulations will be followed.  The statewide waiver or individual wavier (if in place) may be utilized. |

00126

Prescribed Fire Name: District Wide Burn

Ignition Unit Name: Multiple

1.  Fire Modeling or empirical documentation (or both)

The following are the outputs generated from the BEHAVE PLUS fire behavior modeling program. This burn plan is specific for pile burning so a fuel model 13 was utilized to best represent the conditions of the piles. **There is a requirement for continuous snow coverage under this burn plan and these behave runs represent what can be expected from flame lengths and BTUs of the piles themselves, not adjacent fuels.** Because of snow rate of spread is not applicable.

| | |
|---|---|
| 1hr Fuel Moisture | 4 |
| 10hr Fuel Moisture | 5 |
| 100hr Fuel Moisture | 6 |
| Live Fuel Moisture | 150 |
| 20-ft Wind Speed | 40 mph |
| Mid-Flame Windspeed | 16 mph |
| Flame Length (In Feet) | 21.8 |
| Heat per Unit Area BTU/ft2 | 3625 |
| Fireline Intensities BTU/ft/s | 4629 |

**Element 8: Scheduling A.  Implementation Schedule:**

1.  Ignition Time Frames or Season(s) (or both)
    -   Whenever snow is consistently present on the ground.

**B. Projected Duration:**

-   This burn plan covers pile burning on the entire district and will cover multiple years. Individual projects will be weather dependent and will take place within prescription parameters and may last for several days.

**C. Constraints:**

-   Outside of parameters set by the environmental prescription.
-   Adverse/inclement weather
-   Lack of resources mandated by this plan
-   Inadequate snow cover

Prescribed Fire Name: _District Wide I    Burn_

Ignition Unit Name: _Multiple_

# Element 9: Pre-burn Considerations and Weather

### A. Considerations:

1. On-site

   - Ensure snow cover is adequate and conditions will inhibit spread of a sustained surface fire.
   - Obtain current/expected forecast for appropriate weather zone
   - Ensure all compliances are met, in regard to, wildlife and archeological resources.

2. Off-site

   - Ensure all required notifications are made; this includes Forest PAO(two weeks prior Minimum), New Mexico Air Quality Bureau, Santa Fe Dispatch, and pre-established list of private citizens and businesses who may be impacted from a particular project.
   - Consider providing the public with a forum to share concerns about prescribed fire implementation. Forum may consist of community meetings, contacting groups or individuals on call lists, conducting radio interviews, or providing contact information.
   - Utilize national weather service to refine burn windows
   - When burn units are adjacent to roadways or private residences, appropriate signage may be used. "Smoke Ahead", "Prescribed Burn Ahead" or signage of similar wording may be used along roadways and/or private residences.

### B. Method and Frequency for Obtaining Weather and Smoke Management Forecast(s):

- Before planned ignition, extended weather forecasts from the National Weather Service will be viewed and taken into account for planning purposes.
- Spot WX forecasts may be requested for the day of ignition from the National Weather Service, after taking weather on the project site, or by using data collected by a Remote Automated Weather Station (RAWS) located on or near project site. If Spot WX Forecast is not used a Tabular forecast will be to obtain ventilation category and weather predictions.
- Any additional spot WX forecasts will be requested at the discretion of the Burn Boss
- Any weather observations and spot forecasts will be documented and included in the project file.

### C. Notifications:

The forest public affairs staff will be notified at least one week prior to a prescribed fire as to allow enough time to make proper notifications to the public and media. Contacts of local residents and businesses, fire departments and smoke sensitive individuals will be made 1-2 weeks prior to ignition. Registration with the New Mexico Air Quality Bureau (Smoke Management) will be completed at a minimum of two weeks prior to any planned ignition. Notification of implementation with Smoke Management personnel will take place 24 hours prior to beginning of ignitions and daily notification will occur if there is any cancellation of planned ignitions.

00128

Prescribed Fire Name: District Wid    : Burn

Ignition Unit Name: Multiple

# Element 10: Briefing

### A. Briefing Checklist; including, but not limited to: (additional items may be added)

- ☐ Burn organization and assignments
- ☐ Prescribed Fire objectives and prescription
- ☐ Description of prescribed fire project area
- ☐ Expected weather and fire behavior
- ☐ Communications
- ☐ Ignition plan
- ☐ Holding plan
- ☐ Contingency plan and assignments
- ☐ Wildfire declaration
- ☐ Safety and medical plan

**After every daily briefing, it is mandatory that all personnel sign a sign in sheet to ensure they received the Job Hazard Analysis (JHA) and safety briefing, or they will not be allowed to participate in any burning activities**

# Element 11: Organization and Equipment

### A. Positions:

- (1) RXB3
- (2) additional Rx Crew members

**Minimum of 3 total persons**

### B. Equipment:

- Drip torches
- Gas/Diesel Mix
- Hand tools
- UTV's/ATV's

### C. Supplies:

Personnel on burn required to provide their own food/water, and adequate protective clothing to mitigate the snow, rain and cold temperatures

# Element 12: Communication

### A. Radio Frequencies:

1. Command frequency(ies):

00129

Prescribed Fire Name:  District Wid      Burn

Ignition Unit Name:  Multiple

| Command Frequency(s): | CH: 1 | **Santa Fe West**<br>**RX 172.300  TX 172.300** |
|---|---|---|
| | CH: 2 | **Santa Fe WEST RPT**<br>**RX 172.300    TX 165.0125**<br>**(Tone 5 = 103.5   Tesuque W Rpt)** |

2.   Tactical frequency(ies):

| | CH: 5 | **SFNF FIRE TAC   RX 168.1250** | **TX 168.1250** |
|---|---|---|---|
| **Tactical  Frequency(s):** | CH: 10 | **R3 TAC 2**          **RX 168.6750** | **TX 168.6750** |

3.   Air operations frequency(ies):

| **Air Operations Frequency(s):** | CH: 13 | **Air to Ground 51 RX168.3125 TX168.3125** |
|---|---|---|

**B. Telephone Numbers:**

| **Santa Fe N.F. Dispatch** | **505-438-5600** |
|---|---|
| **Santa Fe 24-hour number** | **505-438-5600** |
| **JEMEZ  R.D.** | **575-829-3535** |
| (b) (6), (b) (7)(C)**(District Ranger)** | **575-829-3535** |
| (b) (6), (b) (7)(C)**(District FMO)** | (b) (6), (b) (7)(C) |
| **Vacant (District AFMO)** | **505-829-3535** |
| (b) (6), (b) (7)(C) **(Fire Staff)** | (b) (6), (b) (7)(C) |
| (b) (6), (b) (7)(C)**(Forest AFMO)** | |

A complete list of district numbers will be included in the briefing package

Prescribed Fire Name:  District Wide  : Burn

Ignition Unit Name:  Multiple

# Element 13: Public and Personnel Safety, Medical

### A. Safety Hazards:

Safety hazards on this project include but are not limited to the following: footing, terrain, snags, wildlife, driving, weather, fire behavior, complacency, communication, hazards on private property, power lines and poles, and smoke. Also, pile burning typically occurs during a time of year when weather conditions are colder and higher chances of precipitation exist. This list does not include all hazards that could be present. Job Hazard Analysis (JHA's) will be presented prior to any ignitions to all project personnel. The JHA's will cover all the known hazards and any additional hazards found during implementation will be addressed by the Burn Boss. If immediate action is required to mitigate the hazard(s), the Burn Boss may cease ignitions to address the hazard.

### B. Mitigation: Measures Taken to Reduce the Hazards:

Mitigation measures will be in place to reduce the risk of hazards. These measures are listed in complexity analysis and/or in the JHA. These measures will be in place prior to implementation and will be discussed during briefings. To aid in providing for the safety of the public and when necessary, signage shall be placed along roadways in which smoke has the potential to impact. In addition to posting signs, an updated press release will be sent out 1-2 weeks prior to implementation in order to advise smoke sensitive patients of activities to follow and allow ample time for these individuals to make necessary arrangements. Public news releases will be posted throughout the area and the local fire dept. will also be notified prior to ignitions. It will be the responsibility of firefighters to dress appropriately and be prepared for the potential weather conditions that may exist.

### C. Emergency Medical Procedures:

If anyone gets injured on the burn site Burn Boss will be notified and all burning operations will stop until the injured individual has been attended to. All medical procedures will be with Santa Fe Dispatch. The burn boss and Santa Fe Dispatch will use the ICS 206 Medical Plan.

### D. Emergency Evacuation Methods:

Minor injuries will be treated on scene using First Aid or the injured person will be transported to nearest medical facility. Major injuries will be reported to the Burn Boss. The Burn Boss will notify medical personnel (EMT's) if available to help injured person. If injury requires transportation or med-evac then the Burn Boss will notify the Santa Fe Dispatch Center and possibly local unit to obtain the appropriate resource.

### E. Emergency Facilities:

Emergency facilities distance to burn location will vary by project. A medical plan (ICS 206) for each new project area will be included in the briefing packet and covered in the daily safety briefing prior to burning.

# Element 14: Test Fire

### A. Planned Location:

Prior to ignition, a test fire will be conducted. The test fire will be located within the unit where ignitions will commence. There is no size restriction or limitation to a test fire and initial ignitions may supplement an adequate test fire result if other requirements are met. The Burn Boss has overall discretion to where the test fire will take place. **There are two main requirements of a test fire. 1.** The test fire location will be in fuels represented in the entire burn unit. In this case, slash piles are the fuel to be burned and one or more piles being lit will suffice for representative fuels. **2.** The second important criterion for a test fire is that it is controllable. The test must be in a location that is easy to suppress because if objectives are exceeded or not being met then a stopping point must be used to cease fire spread. Again, slash piles are the focus of this burn plan and if objectives are not being met they can be lined and ignitions ceased.

00131

Prescribed Fire Name:  District Wide    Burn

Ignition Unit Name:  Multiple

On the first day of any prescribed fire project a test fire will be conducted.  On projects that last multiple days, evaluation of day to day fire behavior may supplement a test fire as long as documentation is made to assure objectives are being met.  If in doubt, then conduct an additional test fire and document results. However, successive test fires can be initiated at the discretion of the Burn Boss.

**B. Test Fire Documentation:**

1.  Weather conditions on site:  Spot weather forecast and weather readings for operational periods will be documented and saved in the Burn plan folder.
2.  Test fire results:  Test fire results including smoke dispersal and direction, and pile consumption will be documented and saved in the Burn plan folder.

# Element 15: Ignition Plan

**A. Firing Methods:**

1.  Techniques, sequences and patterns
    -   Spot ignition in piles using drip torches will be the most common technique for ignition.
    -   Ignition of piles will typically start on the windward side at the highest point of an individual burn unit, but all techniques, sequences and patterns will be left to the discretion of the burn boss.

**B. Devices:**

-   Drip torches
-   Fusees

**B.  Minimum Ignition Staffing:**

-   (1) RXB3

-   (2) additional RXCM

**Minimum of 3 total persons**

**Also, see element 11 for organizational structure and equipment needs and supplies.**

# Element 16: Holding Plan

**A.  General Procedures for Holding:**

-   Time of year and associated environmental conditions do not promote the possibility of an escape
-   Because of required snow, holding will not be an issue.
-   **Upon completion of the operational period the Burn Boss will specify the requirements to vacate the area and determine patrol status and frequency.**

00132

Prescribed Fire Name: _District Wide ⸱ __ Burn_____    _____

Ignition Unit Name: _Multiple_____

### B. Critical Holding Points and Actions:

- Holding resources may spend time "chunking" piles. "Chunking" refers to the practice of manually pushing unburned fuel back into the burning pile with either a tool or by hand. This method may be important in achieving objectives in regard to consumption of fuels within piles but is not required.
- Project areas near structures, private land and roadways may require additional monitoring as deemed necessary by the burn boss.

### B.  Minimum Organization or Capabilities Needed:

- (1) RXB3
- (2) additional RXCM

Minimum of 3 total persons

Also, see element 11 for organizational structure and equipment needs and supplies.

- Burn Boss may elect to use more resources than are listed here

# Element 17: Contingency Plan

### A.  Management Action Points or Limits: (not utilized under the District-Wide pile burn plan)
Due to the multiple areas covered in the plan, and the variety of values and considerations associated with variations in the landscape no "Blanket" MAP's are included in this plan but rather project site specific trigger points set prior to implementation

**Trigger Points**
On a burn day, prior to ignition, trigger points will be set by the Burn boss and communicated to all personnel in the daily briefing.
The burn boss will give strong consideration for trigger points related to smoke impacts affecting roadways and/or communities.

### B. Actions Needed:

1. Contingency Plan for Going Out of Prescription at Low End:
(**Low End** = Minimum Conditions for Pile Burning, i.e. excessive moisture and/or snowfall.)

It is unlikely that the low end of the prescription will be a limiting factor for burning piles. But if an excessive amount of moisture and/or snowfall is present, the piles may not be consumed to a desired effect and ignition may cease.

2.Contingency Plan for Going Out of Prescription at High End:
(**High End** = Maximum Conditions for Burning i.e. Low RH, Low Fuel Moisture, High Temperatures, Winds, etc.)

Snow presence is required under this burn plan and the environmental prescription parameter that may inhibit burning will be smoke dispersion.

### C. Minimum Contingency Resources and Maximum Response Time(s):

If prescription parameters are exceeded or anticipated to be exceeded, the following contingency resources will be used to help keep the fire in-check until it is back in prescription. This must be accomplished within the next burning period (FSM 5140.31) in order to avoid conversion to "wildfire".

00133

Prescribed Fire Name:  District Wide  Burn

Ignition Unit Name:  Multiple

**The minimum contingency resources needed to implement project is 1 Type 6 Engines or 3 red carded personnel. Only 1 type 6 engine is required for a contingency resource due to the requirement of snow to be present in order to implement this burn plan.**

The maximum response time allowed for any contingency resource will be 12 hours. Resources were determined using local fire knowledge and production rates for an anticipated spot fire outside of the unit using behave plus when fire is at or outside of prescription on the high range.   Dispatch will be contacted prior to implementation to ensure that the contingency resources are available.

The same contingency resource can be identified for multiple prescribed fire projects. When specific contingency resources are identified for more than one prescribed fire, the local fire management organization(s) must evaluate and document adequacy of all contingency resources within the area. This evaluation must consider:

• Local, current, and predicted fire danger
• Local and regional wildland fire activities.

Once a contingency resource is committed to a specific wildland fire action (wildfire or prescribed fire), it can no longer be considered a contingency resource for another prescribed fire project and a suitable replacement contingency resource must be identified or the ignition halted. The Agency Administrator will determine if and when they are to be notified that contingency actions are being taken. If the contingency actions are successful at bringing the project back within the scope of the Prescribed Fire Plan, the project may continue. If contingency actions are not successful by the end of the next burning period, then the prescribed fire will be converted to a wildfire.

| Contingence Resources | Travel Time to Fire |
|---|---|
| Additional Type 6 Engines or larger | 12 hours |
| Additional Forest personnel | 12 hours |
|  |  |

# Element 18: Wildfire Declaration

### A. Wildfire Declared By:

It is the responsibility of the Line Officer to declare a Wildfire based upon recommendation made by the burn boss.  This determination will only be made if contingency actions have been implemented and have failed or are likely to fail and cannot be mitigated within the following burn period by a combination of on-site and contingency resources. Contingency resources will be ordered through Santa Fe Dispatch. The Burn boss can utilize contingency resources at any stage to assist with operations and are not strictly held to being utilized only if the high end is exceeded.

The designated Burn Boss can make the recommendation of wildfire conversion to the agency administrator when he/she determines that one or more of the following conditions or events have occurred, or is likely to occur, and cannot be mitigated within the next burning period by utilizing the mitigation/holding or contingency actions identified in the burn plan:

1.  The prescribed fire leaves the approved burn project boundaries.
2.  The fire behavior exceeds limits described in the prescribed fire plan.
3.  The fire effects are unacceptable.

00134

Prescribed Fire Name: District Wide + Burn

Ignition Unit Name: Multiple

After wildfire declaration, Managers will use a decision support process to guide and document wildfire management decisions. The process will provide situational assessment, analyze hazards and risk, define implementation actions, and document decisions and rational for those decisions.

### B. IC Assignment:

In the event that a wildfire is declared, the Burn Boss will assume duties as IC or request an appropriate level IC onsite or through dispatch. The burn team and contingency resources will assume roles under a Type 4 incident organization. If the complexity of the wildfire warrants, a request for a higher organization will be made by the IC through Santa Fe Dispatch. **It is also important to note that if a prescribed fire is converted to a wildfire; all personnel on the fireline must be pack-tested at the arduous level as this is not required for prescribed fire**.

### C. Notifications:

If a wildfire is declared, notification will immediately be made to Dispatch.

### D. Extended Attack Actions and Opportunities to Aid in Fire Suppression (Optional):

If extended attack is necessary, logistical support needs will be coordinated through dispatch by the IC.

**Remember:**  **Prescribed burning activities require only a moderate level WCT; in the event of a conversion to a wildfire, any personnel without an arduous WCT rating shall be released from the incident.**

# Element 19: Smoke Management and Air Quality

### A. Compliance:

- Under the regulations set by the New Mexico Air Quality Bureau (AQB), this project falls within the Smoke Management Program II (SMP II) category as stated in New Mexico Smoke Management Guidance Document – May 2005. Under a SMP II, there is an increase of requirements needed prior to implementation which includes registration, notification, tracking, monitoring, and other considerations (alternatives to burning, actions to minimize emissions, and evaluation of smoke dispersion).
- Under the requirements of SMP II, ignitions can only be completed when the ventilation category is good or better without a waiver. A statewide waiver is available to burn under poor or fair ventilation categories with restrictions on timing and acres treated daily.
- Additional public notification is required due to the proximity of the project to private property with dwellings. Public notification of implementation is required between no earlier than 30 days prior to two days prior to any ignitions.
- Registration with AQB is required no later than two weeks prior to any planned ignitions. Within the registration, documentation is needed to address considerations of alternatives to burning, project characteristics, and actions to minimize emissions.
- Notification with AQB is required no later than by 10:00 a.m. of the prior business day to the planned day of ignition. If the ignition is postponed and/or cancelled after notification is completed, cancellation is required to be completed by 10:00 a.m. the following day.

00135

Prescribed Fire Name:  District Wide Burn

Ignition Unit Name:  Multiple

### B. Permits to be Obtained:

- When burning under ventilation categories good or better, there are no permits or waivers to be obtained.  If ignitions take place with a poor or fair ventilation category, a statewide waiver would apply.  Also burning under an individual waiver approved by the state may be allowed under this burn plan.

### C. Smoke-Sensitive Receptors:

This burn plan encompasses the entire Jemez Ranger District with potential smoke sensitive receptors all throughout the district.  This includes but is not limited to communities, small towns, subdivisions, state and forest road systems and recreation areas.  A few of these areas are listed below.

- Thompson Ridge Subdivision
- Sierra de Los Pinos Subdivision
- La Cueva
- Jemez Springs
- Seven Springs
- Sulphur Springs
- San Diego Canyon
- NM State Highways 126 and 4
- Forest Road 10
- Various Campgrounds in the area

### D. Potential Impacted Areas:

Any impacted areas will be documented in a unit log (ICS-214).  Photos will be taken, if possible, and kept in the Burn Plan file folder.  Any of the smoke sensitive areas described in section C may potentially be areas impacted by smoke.

### E. Mitigation Strategies and Techniques to Reduce Smoke Impacts:

1. Public notifications will be posted at least 1-2 weeks prior to ignition
2. Depending on smoke impacts, burn boss may attempt to finish ignition operation by 1500 hours to minimize residual smoke impacts.
3. Posting smoke signs on roadways where it may be necessary.
4. Pile "Chunking" may be used to ensure good clean consumption and reduce residual smoke.
5. Burning under GOOD or better ventilation categories when possible.
6. Monitor regional health care facilities capacity prior to burn implementation

## Element 20: Monitoring

### A. Fuels Information Required and Procedures:

- This is a pile burn plan and requires presence of snow cover. Fuel moistures are not part of the environmental prescription and this data is not required under this burn plan.

### B. Weather Monitoring (Forecasted and Observed) Required and Procedures:

- Any recorded weather observations will be included in the burn plan folder.
- Forecasted weather will be monitored the days preceding the burn

Prescribed Fire Name: District Wide    Burn _____    _____

Ignition Unit Name: Multiple _____

### C. Fire Behavior Monitoring Required and Procedures:

- Visual monitoring will be used to assess fire behavior of piles.

### D. Monitoring Required to Ensure that Prescribed Fire Plan Objectives are Met:

- Visual monitoring will be used to ensure desired consumption of slash piles.

### E. Smoke Dispersal Monitoring Required and Procedures:

- Smoke dispersal/visual monitoring will be documented on the New Mexico Smoke Management Program Smoke Visual Monitoring Form or a form that is similar.

## Element 21: Post-burn Activities

### A. Post-Burn Activities that must be Completed:

Post-burn Activities that must be completed:
- Perform After Action Review after work is completed for the day.
- Adequate patrol, by fire red-carded personnel, to ensure that the burn does not escape the perimeter after ignition is completed
- Re-visit the pile burned units to establish if desired consumptions were met and project objectives achieved.

Prescribed Fire Name:  District Wide    Burn

Ignition Unit Name:  Multiple

# Prescribed Fire Plan Appendices

**Appendix A**: Maps: Vicinity, Project or Ignition Units (or both), Optional: Significant or Sensitive Features, Fuels or Fuel Model, Smoke Impact Areas

**Appendix B**: Technical Reviewer Checklist

**Appendix C**: Complexity Analysis

**Appendix D**: Agency-Specific Job Hazard Analysis or Risk Assessment

**Appendix E**: Fire Behavior Modeling Documentation or Empirical Documentation

**Appendix F**: Smoke Management Plan and Smoke Modeling Documentation (Optional)

| Type the Prescribed Fire Plan name here | | Quantity | Significance | Values Description: Describe the identified off-site, on-site and political values |
|---|---|---|---|---|
| Values | On-Site | Few | Mod | On site values to consider for district wide pile burning are, personnel, Heritage sites, timber stand health, Forest System Recreational trails, and wildlife concerns. |
| | Off-Site | Multiple | Low | the same as above minus Personnel concerns |
| | Public/Political Interest | Few | High | Public/ Political interest values include, Roadway visability issues, public Perception and Interest |

Preliminary risk

9/26/2019

| Element | Preliminary Risk | Risk Rating Descriptors | Agency Administrator/ Preparer Discussion Completed |
|---------|------------------|-------------------------|-----------------------------------------------------|
| Safety | Low | • Safety issues and hazards are easily identifiable, addressed in briefings, and managed. <br> • Minimal organization produces little exposure of personnel to hazards. <br> • Adverse impacts to public health and safety are unlikely. <br> • Activities are high frequency/low risk. <br> • Fatigue and exposure to hazards are limited. <br> • Standard safety briefings and attention to Lookouts, Communications, Escape Routes, and Safety Zones (LCES) are sufficient. <br> PPE, Communications, Snags, Hazard trees, footing, environmental (insects, weather etc.), fuel mixing, general burning | Yes |
| Fire Behavior | | • Fuels vary within the unit, both in loading and arrangement. <br> • Fire behavior may present control challenges that are easily mitigated. <br> • Medium fuel loadings with some high concentrations are present. <br> • Variable terrain features may significantly affect fire behavior and present moderate ignition and control problems. <br> • Local winds and burning conditions may vary enough to cause shifts in fire behavior that briefly exceed modeled fire behavior and shows an controllability. <br> • Periodic torching can be expected either as isolated points or in limited areas. <br> • Probability of ignition outside of the unit is low and any spotting is expected to be short range. <br> Steep slopes and varied fuel types and loading exist within every unit | Yes |
| Resistance to Containment | | • Potential for multiple wildfire mechanisms such as spot fires or slopovers that can propagate at moderate rates of spread but can be held by prompt holding actions. <br> • Some fuel concentrations or ladder fuels exist near critical holding points. <br> • Expected fire intensities in the primary fuel type create little potential to challenge standard fire lines. <br> • The probability of ignition in fuels outside of control lines is low to moderate. <br> • Some dependency on natural fuel breaks to hold the prescribed fire. <br> • Local drought and or fire indices are expected to be moderate to high. <br> Heavy fuel loading exists within all units due to mechanical treatments | Yes |
| Ignition Procedures and Methods | Low | • An unexpected or adverse event is unlikely and coordination of firing sequence, patterns and timing is not critical to meet project objectives. <br> • Specific fire intensities or rate of spread (ROS) are not critical for meeting resource objectives. <br> Pile Burning | Yes |
| Prescribed Fire Duration | Low | • Ignition operations should be accomplished within one operational period. <br> • Burn unit is small in size and residual burning is not expected after primary burn out of the unit. <br> • Decrease in seasonal severity is expected. <br> • Short time frame does not require special logistical support. <br> • Mop-up is minimal or none is anticipated/planned <br> When Pile burning, by definition, ignitions can be ceased by the direction of the burn boss | Yes |
| Smoke Management | | • Noticeable smoke will be produced creating at least some public concern. <br> • Short term health or safety concerns related to smoke exposure may occur if actual weather deviates from forecasted. <br> • Nearby communities are highly conscious of smoke from wildland fire. <br> • Some possibility for a NAAQS exceedance violation. <br> • The prescription or ignition portions of the plan need to consider smoke management. <br> Smoke may be visible to multiple communities, and possibly create the need for signage along specific roadways impacted by drift smoke | Yes |
| Number and Dependence of Activities | Low | • Activities are mostly independent from each other. <br> • Coordination of activities is simple and straightforward. <br> • The project does not involve another land management agency or jurisdiction. <br> Pile Burning requires a limited number of activities | Yes |
| Management Organization | Low | • A small number of qualified people are required to implement the prescribed fire. <br> • A single level of supervision is all that is needed (i.e. Burn Boss plus lighters and holders). | Yes |
| Treatment/Resource Objectives | | • Issues are present that hamper or may prevent meeting treatment resource objectives. <br> • Failure to meet objectives could have short-term adverse impacts. <br> • Associated resources could be damaged if the prescribed fire did not meet resource objectives. <br> • Few critical holding points. <br> Wildlife, Heritage and Recreational values may be at risk of adverse effects | Yes |

Preliminary Risk                                                                                          9/26/2019

| Element | Preliminary Risk | Risk Rating Descriptors | Agency Administrator/ Preparer Discussion Completed |
|---------|------------------|-------------------------|-----------------------------------------------------|
| Constraints | Low | • Constraints exist with little impact on implementing the prescribed fire or achieving objectives.<br>Adherence with National and State policies regarding Burn organization contingency resources and Air quality(smoke) respectively | Yes |
| Project Logistics | | • Some phases of the prescribed fire may require logistical support in order to safely meet project objectives.<br>• Limited amount of special enipment or communication equipment requiring more intensive logistical support may be needed to complete the project.<br>Use of UTVs/ATVs may be required to shuttle personnel and Fuel. Fuel will need to be purchased by a Government purchase cardholder and have funds available. | Yes |

| Element | Preliminary Risk | Post-Plan Risk | Risk Rating Descriptors | Elements and Actions in the RX Fire Plan that Address Risk Mitigation |
|---|---|---|---|---|
| Safety | Low | Low | • Safety issues and hazards are easily identifiable, addressed in briefings, and managed.<br>• Minimal organization produces little exposure of persons to hazards.<br>• Adverse impacts to public health and safety are unlikely.<br>• Activities are high frequency/low risk.<br>• Fatigue and exposure to hazards are limited.<br>• Standard safety briefings and attention to accidents, (communications, Escape Routes, and Safety Zones)(LCES) are uniform.<br>Considering COVID-19 guidance regarding risk of exposure and mitigation, measures may be required as part of briefings with an emphasis on screening, daily cleaning procedures, PPE, social distancing, and donning smoke sequence. See the CAF_SNF Fire COVID PLAN for additional guidance. | Elements 7,10,11- Daily safety briefings will be conducted and documented. PIxs will be briefed when snow is present with a small organization (min 3 persons) |
| Fire Behavior | Mod | Low | • Fires are normally flat on the slope and distinct and uniform, leading to a relatively unvarying fire.<br>• Winds, fuel moisture, microclimate, and other fire conditions are relatively uniform and are not conducive to active fire spread.<br>• Fire behavior is highly predictable.<br>• Fire spread beyond the immediate ignition area(s) is not likely to occur or contribute to any control problems. | Element 7- Snow being present will greatly reduce fire behavior |
| Resistance to Containment | Mod | Low | • Ranges from no potential to a likelihood of few mechanisms such as spot fires, slopovers or fire creeping, each containing small area is that are readily detected, accessed, and controlled by holding resources available on the prescribed fire.<br>• No ladder fuels or concentrations are near critical holding points.<br>• Ignition procedures do not create intense fire behavior.<br>• Probability of ignition outside the unit is low.<br>• Local drought and or fire danger indices are expected to be low to moderate. | Element 16- No containment issues are foreseen when burning plan in the snow |
| Ignition Procedures and Methods | Low | Low | • An unexpected or adverse event is unlikely and combination of firing sequence, patterns and timing is not critical to meet project objectives.<br>• Specific fire intensities or rate of spread (ROS) are not critical for meeting resource objectives. | Element 11- Simple organization(min 3 persons) with no ROS due to presence of snow reduce the complexity of ignition operations |
| Prescribed Fire Duration | Low | Low | • Ignition operations should be accomplished within one operational period.<br>• Burn unit is small in size and critical burning is not expected after primary burn out of the unit.<br>• Duration is seasonal severity is expected.<br>• Short time frame does not require special logistical support.<br>• Mop up is minimal or none is anticipated/planned. | Element 6- Although multiple days may be required to complete individual units, burning when snow is present will reduce holding and logistical concerns |
| Smoke Management | Mod | Mod | • Noticeable smoke will be produced creating at least some public concern.<br>• Short term health or safety concerns related to smoke exposure may occur if actual weather deviates from forecast tied.<br>• Nearby communities are highly conscious of smoke from wildland fire.<br>• Some possibility for a NAAQS exceedance violation.<br>• The prescription or ignition portions of the plan meet to consider smoke management.<br>All burning will comply with NM air quality regulations as stated in the SMP if state wide waiver.   Considering COVID-19 guidance, increased communication with the public may be required to address potential short term health and safety concerns related to smoke exposure of surrounding communities. Additional emission reduction techniques (ERT) may be required to reduce smoke exposure to prescribed fire personnel and the public. | Element's 6, 15- Smoke may be visible from multiple receptors/villages/towns. Smoke may temporarily impact roadways, requiring signage. |
| Number and Dependence of Activities | Low | Low | • Activities are mostly independent from each other.<br>• Coordination of activities is simple and straightforward.<br>• The project does not involve another land management agency or jurisdiction. | Elements 15,16- Organization requirements of the burn plan lead to minimal number of activities occurring congruently |
| Management Organization | Low | Low | • A small number of qualified people are required to implement the prescribed fire.<br>• A single level of supervision is all that is needed (i.e. Burn Boss plus lighters and holders)) | Element 11- Minimum 3 personnel required by burnplan |
| Treatment/Resource Objectives | Mod | Low | • Even if any issues are present the flames meeting treatment resource objectives.<br>• Few or no adverse impacts are expected if resource objectives are not met.<br>• No critical nothing passes.<br>Burning with snow present greatly reduces adverse impacts to resources inside project areas | Elements 4,14,15 |

| Element | Preliminary Risk | Post-Plan Risk | Risk Rating Descriptors | Elements and Actions in the RX Fire Plan that Address Risk Mitigation |
|---|---|---|---|---|
| Constraints | Low | Low | • Constraints exist with little impact on implementing the prescribed fire or achieving objectives. | Elements 2,9,11 All burning will comply with Air quality regulations. All burning requires presence of snow. |
| Project Logistics | Mod | Mod | • Some phases of the prescribed fire may require logistical support in order to safely meet project objectives. <br> • Limited amount of special equipment or communication equipment requiring more intensive logistical support may be needed to complete the project. <br> Fuel must be purchased by a Government purchase cardholder and have funds available | Element 11 - UTV's and/or ATV's may be used to shuttle personnel and fuel to and from project sites |

Prescribe burning plan Complexity Analysis

| Element | Preliminary Risk | Post-Plan Risk | Risk Rating Descriptors | Elements and Actions in the RX Fire Plan that Address Risk Mitigation |
|---|---|---|---|---|
| Safety | Low | Low | • Safety issues and hazards are easily identifiable, addressed in briefings, and managed.<br>• Minimal organization produces little exposure of personnel to hazards.<br>• Adverse impacts to public health and safety are unlikely.<br>• Activities are high frequency/low risk.<br>• Fatigue and exposure to hazards are limited.<br>• Standard safety briefings and attention to Lookouts, Communications, Escape Routes, and Safety Zones (LCES) are sufficient. | Elements 7,10,11- Daily safety briefings will be conducted and documented. Piles will be burned when snow is present with a small organization (min 3 persons) |
| Fire Behavior | | Low | • Terrain is mostly flat or the slope and aspect are uniform, leading to a relatively unvarying fire.<br>• Winds, fuel moisture, microclimate, and other fire conditions are relatively uniform and are not conducive to active fire spread.<br>• Fire behavior is highly predictable.<br>• Fire spread beyond the immediate ignition area(s) is not likely to occur or contribute to any control problems. | Element 7- Snow being present will greatly reduce fire behavior |
| Resistance to Containment | | Low | • Ranges from no potential to a likelihood of few mechanisms such as spot fires, slopovers or fire creeping, each comprising small areas that are readily detected, accessed, and controlled by holding resources available on the prescribed fire.<br>• No ladder fuels or concentrations are near critical holding points.<br>• Ignition procedures do not create intense fire behavior.<br>• Probability of ignition in fuels outside the unit is low.<br>• Local drought and or fire danger indices are expected to be low to moderate. | Element 16- No containment issues are foreseen when burning piles in the snow |
| Ignition Procedures and Methods | Low | Low | • An unexpected or adverse event is unlikely and coordination of firing sequence, patterns and timing is not critical to meet project objectives.<br>• Specific fire intensities or rate of spread (ROS) are not critical for meeting resource objectives. | Element 11- simple organization(min 3 persons), with no ROS due to presence of snow reduce the complexity of ignition operations |
| Prescribed Fire Duration | Low | Low | • Ignition operations should be accomplished within one operational period.<br>• Burn unit is small in size and residual burning is not expected after primary burn out of the unit.<br>• Decrease in seasonal severity is expected.<br>• Short time frame does not require special logistical support.<br>• Mop-up is minimal or none is anticipated/planned. | Element 9- Although multiple days may be required to complete individual units, burning when snow is present will reduce holding and logistical concerns |
| Smoke Management | | | • Noticeable smoke will be produced creating at least some public concern.<br>• Short term health or safety concerns related to smoke exposure may occur if actual weather deviates from forecasted.<br>• Nearby communities are highly conscious of smoke from wildland fire.<br>• Some possibility for a NAAQS exceedance violation.<br>• The prescription or ignition portions of the plan need to consider smoke management.<br>All burning will comply with NM air quality regulations as stated in the SMP II state wide waiver. | Element's 9, 19- Smoke may be visible from multiple receptors/villages/towns. Smoke may temporarily impact roadways, requiring signage. |
| Number and Dependence of Activities | Low | Low | • Activities are mostly independent from each other.<br>• Coordination of activities is simple and straightforward.<br>• The project does not involve another land management agency or jurisdiction. | Elements 15,16- Organization requirements of the burn plan lead to minimal number of activities occuring congruently |
| Management Organization | Low | Low | • A small number of qualified people are required to implement the prescribed fire.<br>• A single level of supervision is all that is needed (i.e. Burn Boss plus lighters and holders). | Element 11- Minimum 3 personnel required by burnplan |
| | | | • Few if any issues are present that hamper meeting treatment resource objectives..<br>• Few or no adverse impacts are expected if resource objectives are not met.<br>• No critical holding points. | |

| Element | Preliminary Risk | Post-Plan Risk | Risk Rating Decreases | Elements and Actions in the RX Fire Plan that Address Risk Mitigation |
|---|---|---|---|---|
| Treatment/Resource Objectives | | Low | Burning with snow present greatly reduces adverse impacts to resources inside project areas | Elements 4,7,16 |

| Element | Preliminary Risk | Post-Plan Risk | Risk Rating Descriptors | Elements and Actions in the RX Fire Plan that Address Risk Mitigation |
|---|---|---|---|---|
| Constraints | Low | Low | • Constraints exist with little impact on implementing the prescribed fire or achieving objectives. | Elements 7,9,11-All burning will comply with Air qualite regulations. All burning requires presence of snow |
| Project Logistics | | | • Some phases of the prescribed fire may require logistical support in order to safely meet project objectives.<br>• Limited amount of special equipment or communication equipment requiring more intensive logistical support may be needed to complete the project.<br>Fuel must be purchased by a Government purchase card holder and have funds available | Element 11 - UTV's and/or ATV's may be used to shuttle personnel and fuel to and from project sites |

Post-Plan Technical Difficulty

9/26/2019

| Element | Post-Plan Risk | Technical Difficulty | Rating Descriptors |
|---|---|---|---|
| Safety | Low | Low | • No special actions are required to mitigate potential minor accidents or injuries identified in the risk assessment/Job Hazard Analysis (JHA).<br>• Safety concerns can be easily mitigated through LCES.<br>• No preparation work or special project design features are required. |
| Fire Behavior | Low | Low | • Standard fire safety precautions are adequate to ensure personnel safety.<br>• No fire behavior variations are expected and numerous barriers to fire spread exist.<br>• The number, size or likelihood of spot fires and slopovers is minimal and do not require additional suppression resources.<br>• Fire behavior is such that holding forces can easily control possible spot fires and slopovers using direct attack tactics.<br>• No on-site operational fire behavior specialists are required. |
| Resistance to Containment | Low | Low | • Minimal holding resources are involved in the holding operation.<br>• The burn unit and project area is easily accessible to the holding resources identified in the plan.<br>• Minimal line width required to contain expected fire spread.<br>• Minimal site prep is required. |
| Ignition Procedures and Methods | Low | Low | • There is no need for special firing equipment, techniques, or patterns.<br>• Firing procedures are simple and ignition team is small.<br>• Use of only one type of ignition device is planned.<br>• The ignition pattern requires minimal supervision of the lighters to achieve project objectives and manage safety concerns.<br>• Communications are easily maintained with a single tactical frequency.<br>• The entire project area is easily visible to the Firing/Burn Boss. |
| Prescribed Fire Duration | Low | Low | • Ignition and mop-up operations are usually completed in 1 to 2 operational periods.<br>• Mop-up and patrol is typical with minimal resource and equipment needs.<br>• Standard press release is sufficient for public notification.<br><br>Little to no mop-up operations are anticipated |
| Smoke Management | | Low | • RMTs and SMTs are simple, routine and straightforward to achieve and will provide desirable smoke management outcomes.<br>• Some limitation may be present in the plan.<br>• Wind and dispersion parameters are not constrained.<br>• No sensitive receptors exist.<br>• Minimal coordination with air quality officials is required. |
| Number and Dependence of Activities | Low | Low | • Minimal difficulty in coordinating the required activities.<br>• Holding and lighting are loosely dependent on each other.<br>• Coordination problems or communication failures or issues will not affect the completion of the project.<br>• No to very few pre-burn considerations are required. |
| Management Organization | Low | Low | • All team members are available within the local unit and are familiar with local factors affecting project implementation.<br>• Several qualified personnel are available.<br>• The operation is carried out employing a small burn crew.<br>• There is no special pre-burn preparation organization is required. |
| Treatment/Resource Objectives | Low | Low | • There are few resource objectives to meet.<br>• Measures to achieve the objectives are easy to complete and there are few or no restrictions on techniques.<br>• There are few or no restrictions on techniques and prescription parameters.<br>• Basic monitoring of fire behavior and weather is needed to determine if prescribed fire objectives are being met.<br>• Many other opportunities will exist to meet objectives in a given year.<br>• Pre-burn site preparation is not required to meet resource objectives. |
| Constraints | Low | Low | • Constraints are easily accommodated and do not increase the difficulty of completing the project or achieving objectives.<br>• Required weather and fuel conditions are locally very common. |
| Project Logistics | | Low | • No specific logistic function is required and the local unit will handle their own support needs.<br>• Project is nearby and easily accessible.<br>• Local cache can supply the needs of the prescribed fire.<br><br>although some project sites may not be easily accessible, Agency owned UTV's/ATVs aid in accessibility |



**NWCG Prescribed Fire Summary and Final Complexity Worksheet (PMS 424-1)**
This worksheet is supplemental to the *Prescribed Fire Complexity Rating System Guide* (PMS 424). It is designed to enable effective risk management. The *Interagency Prescribed Fire Planning and Implementation Procedures Guide* (PMS 484) provides further explanation. This becomes Element 3 of the prescribed fire plan.

| Type the Prescribed Fire Plan name here | | Quantity | Significance |
|---|---|---|---|
| | On-Site | Few | Mod |
| Values | Off-Site | Multiple | Low |
| | Public/Political Interest | Few | High |

| Element | Preliminary Risk | Post-Plan Risk | Technical Difficulty | Calculated Rating |
|---|---|---|---|---|
| Safety | Low | Low | Low | Low |
| Fire Behavior | | Low | Low | Low |
| Resistance to Containment | | Low | Low | Low |
| Ignition Procedures and Methods | Low | Low | Low | Low |
| Prescribed Fire Duration | Low | Low | Low | Low |
| Smoke Management | | | Low | |
| Number and Dependence of Activities | Low | Low | Low | Low |
| Management Organization | Low | Low | Low | Low |
| Treatment/Resource Objectives | | Low | Low | Low |
| Constraints | Low | Low | Low | Low |
| Project Logistics | | | Low | |

## Calculated Summary Prescribed Fire Plan Complexity



| Low | Mod | High |
|---|---|---|

| Final Complexity Determination | Final Complexity Determination Rationale |
|---|---|
| Low | Preparer- By requiring snow to be present during burning operations, greatly reduces the potential for unforeseen fire activity, and nullifies the ROS. This leaves the burnboss only smoke considerations and limited logistical concerns to mitigate. Combining that with a minimum staffing of Three personnel and the rating for the complexity of this burn plan is LOW. |

| Signatures | Rx Burn Plan Preparer's Name:_____ X_____ Date:_____ <br> Preparer |
|---|---|
| | Technical Reviewer's Name:_____ X_____ Date:_____ <br> Technical Reviewer |
| | Agency Administrator's Name:_____ X_____ Date:_____ <br> Agency Administrator |

B. Prescription Parameters:

1. Environmental or fire behavior (or both). **The below prescription parameters were used to calculate behave runs for adjacent fuels in the absence of snow cover. This burn plan REQUIRES presence of snow cover. Because of this the only required environmental prescription parameters of this burn plan will be presence of snow cover and meeting air quality regulations.**

| Pile Burn RX | Low Fire Intensity | High Fire Intensity |
|---|---|---|
| Temperature | NA | 70 |
| Relative Humidity (%) | NA | 15 |
| Mid Flame wind speed(mph)* | 0 | 10(sustained for ≥ 10 min.) |
| 20 ft. Wind Speed(mph) | 0 | 25 |
| 1-hr fuel moisture (%) | NA | 9 |
| 10-hr fuel moisture (%) | NA | 10 |
| 100-hr fuel moisture (%) | NA | 11 |
| 1000-hr fuel moisture (%) | NA | NA |
| Live herbaceous moisture (%) | NA | 100 |
| Live woody moisture (%) | NA | 100 |
| **Wind Direction** | Any | Any |
| **Smoke Dispersion** | New Mexico Smoke Management Regulations will be followed. The statewide waiver or individual wavier (if in place) may be utilized. | |

* Wind adjustment factor of .4 is used for partially sheltered fuels.

**Additional inputs into the BEHAVE PLUS model:**

| | |
|---|---|
| Downwind Canopy Height (ft) | 65 |
| Fuel Shading from Sun (%) | 50 |
| Ridge to Valley Elevation Difference (ft) | 800 |
| Ridge to Valley Horizontal Difference (miles) | 0.5 |

| Spotting Source Location | Mid-Slope Windward side |
|---|---|
| Flame Height from a burning pile (ft) | 20 |

2. Fire Modeling or empirical documentation (or both)

The following are the outputs generated from the BEHAVE PLUS fire behavior modeling program. This burn plan is specific for pile burning and the fuel models used account for fuels adjacent to the piles and project areas, **not the piles themselves. There is a requirement for snow under this burn plan and these behave runs indicate the spread potential in the unlikely condition of snowmelt.** Three separate fuel models were used to calculate fire behavior from spot fire ignitions or spread of fire from piles to adjacent fuels. Only the high fire intensity end of the prescription will be modeled for fire behavior as these burns are for piles and require presence of snow cover where no measurable fire spread would occur.

| **Fuel Model 8** | High Fire Intensity |
|---|---|
| Rate of spread-Chains/hour | 3.4 |
| Flame Length (in feet) | 1.3 |
| Heat per Unit Area BTU/ft2 | 169 |
| Fireline IntensitiesBTU/ft./s | 10 |
| Spotting distance from a burning pile (in miles) | 0.3 |
| Probability of Ignition from a firebrand (%) | 34 |

| **Fuel Model 9** | High Fire Intensity |
|---|---|
| Rate of spread-Chains/hour | 26.0 |
| Flame Length (in feet) | 4.6 |
| Heat per Unit Area BTU/ft2 | 335 |
| Fireline Intensities BTU/ft./s | 160 |
| Spotting distance from a burning pile (in miles) | 0.3 |
| Probability of Ignition from a firebrand (%) | 34 |

| **Fuel Model 10** | High Fire Intensity |
|---|---|
| Rate of spread-Chains/hour | 23.8 |
| Flame Length (in feet) | 8.0 |

| Heat per Unit Area BTU/ft2 | 1180 |
|---|---|
| Fireline IntensitiesBTU/ft/s | 515 |
| Spotting distance (in miles) | 0.3 |
| Probability of Ignition from a firebrand (%) | 34 |

Prescribed Fire Name: _Jer 2 RD - District Wide Pile Burn Plan_

Ignition Unit Name: _Multiple._

### Appendix B: Technical Reviewer Checklist

Fill out this checklist based on the guidance provided in the Technical Review section in the *Interagency Prescribed Fire Planning and Implementation Procedures Guide*, PMS 484.

Rate each element in the following table with an "S" for Satisfactory or "U" for Unsatisfactory. Use Comment field as needed to support the element rating.

| PRESCRIBED FIRE PLAN ELEMENTS | RATING | COMMENTS |
|---|---|---|
| 1. Signature page | N/A | |
| 2. A. Agency Administrator Ignition Authorization | N/A | |
| 2. B. Prescribed Fire GO/NO-GO Checklist | N/A | |
| 3. Complexity Analysis Summary | S | Type the name of burn plan orgn. / |
| 4. Description of Prescribed Fire Area | S | See edits on electronic document |
| 5. Objectives | S | |
| 6. Funding | S | |
| 7. Prescription: Prescription Narrative and Prescription Parameters | S | |
| 8. Scheduling | S | |
| 9. Pre-Burn Considerations and Weather | S | See note on pg. 10 |
| 10. Briefing | S | |
| 11. Organization and Equipment | S | |
| 12. Communication | S | See note pg. 12 |
| 13. Public and Personnel Safety, Medical | S | |
| 14. Test Fire | S | |
| 15. Ignition Plan | S | |
| 16. Holding Plan | S | |
| 17. Contingency Plan | S | |
| 18. Wildfire Declaration | S | See ed.2 pg.17 |
| 19. Smoke Management and Air Quality | S | |
| 20. Monitoring | S | |
| 21. Post-Burn Activities | S | |
| Appendix A: Maps | S | Include maps as units are identified. |
| Appendix C: Complexity Analysis | S | |
| Appendix D: Agency-Specific Job Hazard Analysis or Risk Assessment | S | |
| Appendix E: Fire Behavior Modeling Documentation or Empirical Documentation | S | See note on pg. 9 |
| Appendix F: Smoke Management Plan and Smoke Modeling Documentation (Optional) | N/A | |
| Other | | |

☑ Approval is recommended subject to the completion of all requirements listed in the comments section, or on the Prescribed Fire Plan.

☐ Recommendation for approval is not granted. Prescribed fire plan should be re-submitted for technical review subject to the completion of all requirements listed in the comments section, or on the Prescribed Fire Plan.

Technical Reviewer Signature: (b) (6), (b) (7)(C)

Qualification and Currency: _RXB2 / 2 (2022)_

Date Signed: _10/17/19_

Prescribed Fire Plan

# Pino West T.O. Landing Piles Rx



0    0.25    0.5    1 Miles

☐ PinoWest_Final - 1219 Acres





**NEW MEXICO
ENVIRONMENT DEPARTMENT**

525 Camino de los Marquez, Suite 1
Santa Fe, New Mexico 87505
Phone (505) 476-4300    Fax (505) 476-4375
www.env.nm.gov

Michelle Lujan Grisham
Governor

Howie C. Morales
Lt. Governor

James C. Kenney
Cabinet Secretary

Jennifer J. Pruett
Deputy Secretary

## New Mexico
## Smoke Management Program

### COMBINED SMP I AND II STATEWIDE VENTILATION WAIVER
### FOR BROADCAST AND PILE BURNS.

The purpose of this waiver is to allow limited burning during times when ventilation is less than good under conditions that will minimize smoke impacts. This waiver for burning under fair or poor ventilation conditions is valid for all SMP I and SMP II burns registered in the State of New Mexico. Burners do not need to send a waiver request to use this waiver. This waiver may be rescinded or modified at any time by the Air Quality Bureau (AQB). The following conditions apply to this waiver.

**Table 1: Conditions of This Waiver**

| Condition Category | Description of Condition |
|---|---|
| Planning and preparation | 1. For burns planned under poor conditions, burner registration submitted to the AQB must indicate the prescribed wind directions under which the burn will be done. Burning shall be done only within the specified ranges of wind direction sent to the AQB in the burn registration.<br>2. Notify local residents and visitors in advance of the planned burn.<br>3. Copies or descriptions of all public notification documents used for the project shall be made available upon request for the AQB to inspect. |
| Tracking, monitoring, and reporting | 4. Summarize ventilation index, daily burn accomplishments, hourly visual monitoring (plume characteristics such as height, direction smoke goes, color and thickness) and complaints received using the Daily Waiver Form provided by AQB. The completed Daily Waiver Form shall be faxed or emailed to AQB by 10:00 am on the day following the day you burned under a waiver.<br>5. Instrument monitoring may be required on a case-by-case basis.<br>6. For days when burning under the waiver is cancelled, a cancellation notification shall be sent to the AQB as soon as possible after the cancellation decision has been made. |
| Burning specifics | 7. No burning (broadcast or pile) shall be done on Fridays, Saturdays, or Sundays if the ventilation is poor.<br>8. Under poor conditions, if wind direction is toward residential areas, ignition shall be stopped as soon as it is safe to do so.<br>9. For those pile burns less than five miles to a population, fire must be extinguished when crews leave the burn project site. For the purposes of this waiver, "extinguish" means the chunking and/or raking together of the pile as it burns to ensure a clean hot burn.<br>10. The ventilation tables (Tables 2 and 3, below) describe ignition hours and maximum amount that is allowed to be burned with this waiver.<br>11. For broadcast and pile burning, in order to reduce cumulative impacts of smoke, if the forecasted ventilation is less than 30,000 knot feet for 2 consecutive days, no burning shall be allowed. |

**Table 2: Ventilation Table for Broadcast Burns**

| Ventilation Categories | Ventilation Index (knot-feet) | Maximum Burn Area (acres/day) | | | Earliest start time* | Ignition shall stopped by* |
|---|---|---|---|---|---|---|
| | | Grass | Forest and Shrub | | | |
| | | | Maintenance | Restoration | | |
| **FAIR** | 40,000 – 59,999 | Unlimited | Consult with AQB if ≥750 acres/day | Consult with AQB if ≥500 acres/day | sunrise | sunset |
| **POOR** | 30,000 - 39,999 | 500 | 200 | 100 | 9 AM | 3 PM |
| **POOR** | 25,000 - 29,999 | 400 | 150 | 75 | 10 AM | 3 PM |
| **POOR** | 20,000 - 24,999 | 300 | 100 | 50 | 11 AM | 3 PM |

**Table 3: Ventilation Table for Pile Burns**

| Ventilation Categories | Ventilation Index (knot-feet) | Maximum Burn Volume (cubic feet/hour) | Earliest start time* | Ignition shall be stopped by* |
|---|---|---|---|---|
| **FAIR** | 40,000 – 59,999 | Unlimited | sunrise | sunset |
| **POOR** | 30,000 – 39,999 | 50,000 | one hour after sunrise | one hour before sunset |
| **POOR** | 25,000 – 29,999 | 30,000 | 9 AM | 3 PM |
| **POOR** | 20,000 – 24,999 | 20,000 | 9 AM | 2 PM |

*Start and end times are based on generally better ventilation times during the day. If different start and end times are desired, the burner should apply for an individual waiver.

# Pino West Piles Rx

## Prescribed Fire

Forecast Start Time: 2022-02-19 8:00 AM MST
Request Time: 2022-02-19 7:29 AM MST
Deliver Time: 2022-02-19 7:29 AM MST
**Forecast Complete At: 2022-02-19 7:41 AM MST**

Requested By: USFS
Contact (b) (6), (b) (7)(C)
Phone:
Fax:



**Location** Legal:
Lat/Lon: 35.7844 / -106.602
Quad:
Calculated: 35.7844 / -106.602

Elevation: 8200 - 8500
Drainage: San Juan Canyon
Aspect: All
Size: 25
Fuel Type: Timber (partial)

Observations

| Site | Date | Elev | Wind | Temp | WB | RH | Td | Sky | Wx | Rmks |
|------|------|------|------|------|-----|-----|-----|-------|-----|------|
| Site | 02/19/22 0715 | 8350 | | 17 | | | | Clear | | |

*Submit New Observation*

**Requested Parameters**          **Remarks**

X X X   Sky/Weather
X X X   Temperature
X X X   Humidity
X X X   Chance of Precipitation
X X X   Wind (20 FT)
X X X   Mixing Height
X X X   Transport Winds
X X X   Ventilation Rate

**Forecast:**

Spot Forecast for Pino West Piles Rx...USFS
National Weather Service Albuquerque NM
741 AM MST Sat Feb 19 2022

If conditions become unrepresentative, contact the National Weather
Service.

.DISCUSSION...
Sunny and a little warmer today. Light winds will result in generally
poor ventilation today, but an hour or two of fair vent rates will be
possible during the mid afternoon hours. The warming trend will
continue on Sunday with high temperatures around 5 degrees warmer
than today. However, westerly breezes will return as well during the
afternoon hours. This will allow for increased ventilation on Sunday.
Wind speeds will increase further on Monday.

00156

```
.REST OF TODAY...

Sky/weather.........Sunny.
Chance of Pcpn......0 percent.
Max Temperature.....41-45.
Min Humidity........23-27 percent.
20 Foot Winds.......Light winds becoming southwest 5 to 6 mph in
                    the afternoon.
Mixing Height.......4000 ft AGL.
Transport winds.....West 10 knots.
Max Vent Rate.......Fair/40000 knot-ft at 1400 local.
Ventilation Trend...Poor/8790 knot-ft around mid morning and
                    fair/40000 knot-ft by mid afternoon.


.TONIGHT...

Sky/weather.........Mostly clear.
Chance of Pcpn......0 percent.
Min Temperature.....22-26.
Max Humidity........42-46 percent.
20 Foot Winds.......Northwest winds 5 to 7 mph.
Ventilation Trend...Poor/10500 knot-ft by early evening and poor/0
                    knot-ft by late evening.


.SUNDAY...

Sky/weather.........Mostly sunny.
Chance of Pcpn......0 percent.
Max Temperature.....47-51.
Min Humidity........16-20 percent.
20 Foot Winds.......West winds 7 to 10 mph. A few gusts near
                    15 to 17 mph in the afternoon.
Mixing Height.......5000 ft AGL.
Transport winds.....West 18 knots.
Max Vent Rate.......Good/90000 knot-ft at 1400 local.
Ventilation Trend...Poor/25586 knot-ft around mid morning and
                    good/90000 knot-ft by mid afternoon.

$$
Forecaster...34
Requested by...(b) (6), (b) (7)(C)
Type of request...PRESCRIBED
.TAG 2203627.0/ABQ
.DELDT 02/19/22
.FormatterVersion 2.0.0
```

---

## Please Provide Feedback:

Send Feedback

Printer Friendly Version of Forecast    Latest Forecast
Back to Forecast Monitor    Copy Info to Spot Request for a New Incident    Request Forecast Update

National Weather Service
1325 East West Highway
Silver Spring, MD 20910
Page Author: NWS Internet Services Team
Web Master: w-nws.webmaster@noaa.gov

Page last modified: 20-Jul-2020 1:02 PM UTC



weather.gov

# National Weather Service Forecast Office
## Albuquerque, NM



| Home | News | Organizations | Search for: | ◉ NWS ○ All NOAA [Go] |

**Point Forecast: 5 Miles ENE Jemez Springs NM**
35.79N 106.6W (Elev. 8399 ft)

Last Update: 4:50 am MST Feb 19 2022

## Tabular Forecast

[hide menu]  XML

| Weather Elements | Weather/Precipitation | Fire Weather |
|---|---|---|
| ☑ Temperature (°F) | ☑ Rain | ☑ Mixing Height  x100ft ˅ |
| ☑ Dewpoint (°F) | ☑ Thunder | ☐ Haines Index |
| ☑ Wind Chill (°F) | ☑ Snow | ☐ Lightning Activity Level |
| | ☑ Freezing Rain | ☑ Trans. Wind  mph ˅ |
| ☑ Surface Wind  mph ˅ | ☑ Sleet | ☑ 20ft Wind  mph ˅ |
| ☑ Sky Cover (%) | ☐ Fog | ☑ Vent Rate (x1000 mph-ft) |
| ☑ Precipitation Potential (%) | | ☑ Dispersion Index |
| ☑ Relative Humidity (%) | | ☐ Red Flag Threat Index |

**48-Hour Period Starting: 7am Sat, Feb 19 2022** ˅   [Submit]   [Back 2 Days] [Forward 2 Days]

| Date | 02/19 | | | | | | | | | | | | | | | | | 02/20 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour (MST) | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
| Temperature (°F) | 16 | 21 | 28 | 34 | 37 | 42 | 43 | 43 | 41 | 39 | 38 | 32 | 28 | 27 | 28 | 27 | 28 | 28 | 25 | 25 | 25 | 25 | 25 | 24 |
| Dewpoint (°F) | 9 | 10 | 10 | 11 | 11 | 11 | 10 | 9 | 9 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 5 | 5 | 5 | 5 |
| Wind Chill (°F) | 11 | 16 | 24 | 31 | 35 | 38 | 40 | 39 | 37 | 34 | 32 | 26 | 21 | 21 | 21 | 20 | 20 | 18 | 18 | 17 | 17 | 17 | 16 | 15 |
| Surface Wind (mph) | 3 | 3 | 3 | 3 | 3 | 5 | 6 | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 6 | 6 | 6 | 6 | 7 | 7 | 7 | 7 | 8 | 8 |
| Wind Dir | E | SE | SE | SE | SE | S | SW | SW | SW | W | W | W | W | W | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW |
| Gust | | | | | | | | | | | | | | | | | | | | | | | | |
| Sky Cover (%) | 17 | 16 | 16 | 18 | 2 | 2 | 2 | 3 | 3 | 3 | 7 | 7 | 7 | 7 | 7 | 7 | 8 | 8 | 6 | 9 | 9 | 9 | 20 | 20 |
| Precipitation Potential (%) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Relative Humidity (%) | 73 | 62 | 46 | 37 | 33 | 27 | 25 | 25 | 25 | 27 | 28 | 34 | 40 | 42 | 41 | 43 | 43 | 43 | 43 | 44 | 42 | 42 | 41 | 43 |
| Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Thunder | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Snow | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Freezing Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sleet | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Mixing Height (x100ft) | | 5 | 10 | 20 | 30 | 35 | 40 | 40 | 35 | 25 | 15 | 10 | 5 | | | | | | | | | | | |
| Transport Wind (mph) | 1 | 1 | 2 | 5 | 7 | 9 | 12 | 13 | 12 | 10 | 8 | 6 | 5 | 3 | 3 | 3 | 3 | 3 | 5 | 5 | 5 | 6 | 6 | 6 |
| Transport Wind Dir | N | NE | N | W | SW | SW | SW | W | W | W | W | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW |
| 20ft Wind (mph) | 3 | 2 | 3 | 3 | 5 | 5 | 6 | 6 | 6 | 5 | 7 | 6 | 5 | 3 | 3 | 3 | 5 | 5 | 5 | 5 | 5 | 6 | 6 | 6 |
| 20ft Wind Dir | NW | NW | W | SW | SW | SW | SW | SW | SW | W | W | NW | NW | NW | W | W | W | NW | NW | NW | NW | NW | NW | NW |
| Ventilation Rate (x1000 mph-ft) | 0 | 1 | 2 | 19 | 21 | 32 | 48 | 52 | 42 | 25 | 12 | 6 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dispersion Index | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | 02/20 | | | | | | | | | | | | | | | | | 02/21 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour (MST) | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
| Temperature (°F) | 24 | 29 | 35 | 40 | 44 | 47 | 48 | 49 | 48 | 46 | 42 | 39 | 35 | 32 | 30 | 30 | 29 | 29 | 28 | 27 | 26 | 25 | 25 | 25 |
| Dewpoint (°F) | 6 | 6 | 7 | 8 | 8 | 8 | 7 | 7 | 6 | 6 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 8 | 8 | 8 | 8 | 7 | 7 |
| Wind Chill (°F) | 16 | 21 | 27 | 34 | 39 | 42 | 44 | 44 | 42 | 40 | 35 | 30 | 25 | 22 | 20 | 19 | 19 | 18 | 17 | 15 | 14 | 13 | 13 | 13 |
| Surface Wind (mph) | 8 | 5 | 9 | 6 | 9 | 10 | 10 | 11 | 13 | 13 | 15 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| Wind Dir | NW | NW | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W |
| Gust | | | | | | | | | | | | | | | | | | | | | | | | |
| Sky Cover (%) | 20 | 20 | 20 | 20 | 11 | 11 | 11 | 11 | 11 | 11 | 30 | 30 | 30 | 30 | 30 | 30 | 38 | 38 | 38 | 38 | 38 | 38 | 72 | 72 |
| Precipitation Potential (%) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| Relative Humidity (%) | 44 | 38 | 31 | 26 | 23 | 20 | 18 | 18 | 18 | 19 | 25 | 29 | 33 | 37 | 38 | 38 | 38 | 40 | 42 | 44 | 46 | 47 | 47 | 47 |
| Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Thunder | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Snow | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Freezing Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sleet | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Mixing Height | | 5 | 10 | 25 | 35 | 45 | 50 | 45 | 40 | 25 | 15 | 5 | 5 | | | | | | | | | | | |

| (x100ft) | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transport Wind (mph) | 5 | 6 | 8 | 13 | 16 | 20 | 22 | 23 | 21 | 16 | 13 | 10 | 8 | 7 | 7 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 9 | 10 |
| Transport Wind Dir | NW | NW | NW | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W |
| 20ft Wind (mph) | 7 | 7 | 7 | 7 | 7 | 8 | 9 | 10 | 12 | 13 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 13 | 12 | 9 | 8 | 7 | |
| 20ft Wind Dir | NW | NW | NW | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | |
| Ventilation Rate (x1000 mph-ft) | 0 | 3 | 8 | 33 | 56 | 90 | 110 | 104 | 84 | 40 | 20 | 5 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dispersion Index | | | | | | | | | | | | | | | | | | | | | | | | |

**Additional Forecasts & Information**

International System of Units          Forecast Discussion
7-Day Forecast                         Hourly Weather Graph
                 Albuquerque Home Pages

Webmaster                              Disclaimer      Privacy Policy
NOAA's National Weather Service        Credits         About Us
Albuquerque, NM                        Glossary        Career Opportunities

00160

# Pino West Piles Rx

## Prescribed Fire

Forecast Start Time:2022-02-10 10:00 AM MST
Request Time: 2022-02-10 9:33 AM MST
Deliver Time: 2022-02-10 9:33 AM MST
**Forecast Complete At: 2022-02-10 9:40 AM MST**

Requested By: USFS
Contact(b) (6), (b) (7)(C)
Phone:
Fax:

 

**Location** Legal:
Lat/Lon: 35.7795 / -106.605
Quad:
Calculated: 35.7795 / -106.605

Elevation: 8200 - 8500
Drainage: San Juan
Aspect: SW
Size: 50
Fuel Type: Timber (partial)

Observations

| Site | Date | Elev | Wind | Temp | WB | RH | Td | Sky | Wx | Rmks |
|------|------|------|------|------|-----|-----|-----|-----|-----|------|
| No observations available | | | | | | | | | | |

*Submit New Observation*

**Requested Parameters**          **Remarks**

X X X   Sky/Weather
X X X   Temperature
X X X   Humidity
X X X   Chance of Precipitation
X X X   Wind (20 FT)
X X X   Mixing Height
X X X   Transport Winds
X X X   Ventilation Rate

**Forecast:**

```
Spot Forecast for Pino West Piles Rx...USFS
National Weather Service Albuquerque NM
939 AM MST Thu Feb 10 2022

If conditions become unrepresentative, contact the National Weather
Service.

.DISCUSSION...
A stable atmosphere will provide poor ventilation through Friday
with mostly light winds.


.REST OF TODAY...

Sky/weather.........Mostly sunny.
Chance of Pcpn......0 percent.
Max Temperature.....46-50.
```

00161

https://www.weather.gov/spot/spotforecast.php?....... 0000000 001 + 05 77050: 406 00040 +

2/10/22, 9:26 AM                                    Hourly Tabular Forecast for 35.79N 106.62W



weather.gov



**National Weather Service Forecast Office**

**Albuquerque, NM**

Home          News          Organization          Search for:          ● NWS ○ All NOAA [Go]

**Point Forecast: 4 Miles ENE Jemez Springs NM**
35.79N 106.62W (Elev. 8209 ft)

Last Update: 3:07 am MST Feb 10, 2022

**Tabular Forecast**

[hide menu] **XML**

| Weather Elements | Weather/Precipitation | Fire Weather |
|---|---|---|
| ☑ Temperature (°F)<br>☑ Dewpoint (°F)<br>☑ Wind Chill (°F)<br><br>☑ Surface Wind  mph ∨<br>☑ Sky Cover (%)<br>☑ Precipitation Potential (%)<br>☑ Relative Humidity (%) | ☑ Rain<br>☑ Thunder<br>☑ Snow<br>☑ Freezing Rain<br>☑ Sleet<br>☐ Fog | ☑ Mixing Height  x100ft ∨<br>☐ Haines Index<br>☐ Lightning Activity Level<br>☑ Trans. Wind  mph ∨<br>☑ 20ft Wind  mph ∨<br>☑ Vent Rate (x1000 mph-ft)<br>☑ Dispersion Index<br>☐ Red Flag Threat Index |

**48-Hour Period Starting:** 9am Thu, Feb 10 2022 ∨   [Submit]          [Back 2 Days]   [Forward 2 Days]

| Date | 02/10 | | | | | | | | | | | | | | 02/11 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour (MST) | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 |
| Temperature (°F) | 33 | 40 | 43 | 47 | 48 | 47 | 46 | 43 | 41 | 35 | 32 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 29 | 29 | 29 | 28 | 27 | 30 |
| Dewpoint (°F) | 14 | 15 | 16 | 17 | 17 | 18 | 18 | 17 | 17 | 17 | 17 | 17 | 16 | 16 | 16 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Wind Chill (°F) | 27 | 36 | 40 | 45 | 46 | 44 | 42 | 39 | 36 | 28 | 25 | 22 | 22 | 22 | 22 | 22 | 21 | 21 | 20 | 20 | 20 | 19 | 18 | 22 |
| Surface Wind (mph) | 7 | 6 | 5 | 6 | 6 | 7 | 7 | 7 | 7 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 10 | 11 | 10 | 10 | 10 | 10 | 9 | 9 |
| Wind Dir | NW | SW | S | SW | W | W | W | W | W | W | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW |
| Gust | | | | | | | | | | | | | | | | | | | | | | | | |
| Sky Cover (%) | 22 | 22 | 6 | 6 | 6 | 14 | 14 | 14 | 12 | 12 | 12 | 9 | 9 | 7 | 7 | 7 | 7 | 11 | 11 | 11 | 30 | 30 | 30 | 30 |
| Precipitation Potential (%) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Relative Humidity (%) | 44 | 35 | 33 | 29 | 29 | 30 | 32 | 35 | 38 | 48 | 53 | 56 | 56 | 55 | 55 | 54 | 54 | 53 | 55 | 54 | 55 | 56 | 59 | 52 |
| Rain | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Thunder | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Snow | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Freezing Rain | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Sleet | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Mixing Height (x100ft) | 10 | 20 | 30 | 35 | 40 | 35 | 25 | 15 | 5 | | | | | | | | | | | | | | | 5 |
| Transport Wind (mph) | 3 | 3 | 5 | 7 | 10 | 12 | 10 | 7 | 5 | 5 | 5 | 6 | 6 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 6 | 6 |
| Transport Wind Dir | N | NW | W | W | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | N | N | N | NW | NW | N | N | N |
| 20ft Wind (mph) | 6 | 5 | 3 | 5 | 5 | 6 | 6 | 6 | 6 | 7 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 9 | 8 | 8 | 8 | 8 | 8 | 8 |
| 20ft Wind Dir | NW | SW | S | SW | W | W | W | W | W | W | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW |
| Ventilation Rate (x1000 mph-ft) | 3 | 6 | 15 | 25 | 40 | 42 | 25 | 11 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Dispersion Index | | | | | | | | | | | | | | | | | | | | | | | | |

| Data | 02/11 | | | | | | | | | | | | | | 02/12 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour (MST) | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 |
| Temperature (°F) | 38 | 44 | 48 | 50 | 52 | 51 | 49 | 46 | 42 | 38 | 34 | 31 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 21 | 20 | 19 | 18 | 20 |
| Dewpoint (°F) | 16 | 16 | 17 | 18 | 19 | 20 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | 17 | 16 | 15 | 15 | 14 | 14 | 13 | 13 | 13 | 12 | 12 |
| Wind Chill (°F) | 32 | 41 | 46 | 48 | | | 46 | 43 | 39 | 35 | 31 | 31 | 26 | 24 | 22 | 21 | 19 | 18 | 16 | 15 | 13 | 14 | 13 | 20 |
| Surface Wind (mph) | 8 | 6 | 5 | 6 | 7 | 7 | 7 | 6 | 5 | 3 | 3 | 2 | 3 | 3 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 3 | 3 | 2 |
| Wind Dir | N | N | N | NW | W | W | W | W | NW | NW | N | N | NE | SE | SE | SE | SE | S | SE | E | E | E | NE | NE |
| Gust | | | | | | | | | | | | | | | | | | | | | | | | |
| Sky Cover (%) | 30 | 38 | 17 | 17 | 17 | 17 | 17 | 17 | 33 | 33 | 33 | 33 | 33 | 33 | 35 | 35 | 35 | 35 | 35 | 35 | 73 | 73 | 73 | 73 |
| Precipitation Potential (%) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 4 | 4 | 4 | 13 | 13 | 13 | 13 | 13 | 13 | 7 | 7 | 7 | 7 |
| Relative Humidity (%) | 40 | 32 | 29 | 27 | 27 | 28 | 30 | 34 | 39 | 45 | 53 | 60 | 62 | 62 | 62 | 63 | 64 | 66 | 69 | 71 | 74 | 76 | 76 | 71 |
| Rain | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Thunder | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Snow | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Freezing Rain | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Sleet | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Mixing Height (x100ft) | 5 | 15 | 20 | 25 | 30 | 30 | 25 | 15 | 5 | | | | | | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 10 |
| Transport Wind (mph) | 6 | 7 | 7 | 7 | 7 | 7 | 6 | 5 | 3 | 3 | 5 | 5 | 5 | 3 | 3 | 3 | 5 | 5 | 5 | 5 | 5 | 5 | 3 | 00 |

# Pino West Piles Rx

## Prescribed Fire

Forecast Start Time: 2022-02-01 8:00 AM MST
Request Time: 2022-02-01 7:38 AM MST
Deliver Time: 2022-02-01 7:38 AM MST
**Forecast Complete At: 2022-02-01 8:17 AM MST**

Requested By: USFS
Contact (b) (6), (b) (7)(C)
Phone:
Fax:



**Location** Legal:
Lat/Lon: 35.7755 / -106.591
Quad:
Calculated: 35.7755 / -106.591

Elevation: 8250 - 8500
Drainage:
Aspect:
Size:
Fuel Type:

### Observations

| Site | Date | Elev | Wind | Temp | WB | RH | Td | Sky | Wx | Rmks |
|------|------|------|------|------|-----|-----|-----|-----|-----|------|

No observations available

*Submit New Observation*

**Requested Parameters**          **Remarks**

X X X   Sky/Weather
X X X   Temperature
X X X   Humidity
X X X   Chance of Precipitation
X X X   Wind (20 FT)
X X X   Mixing Height
X X X   Transport Winds
X X X   Ventilation Rate

**Forecast:**

Spot Forecast for Pino West Piles Rx...USFS
National Weather Service Albuquerque NM
817 AM MST Tue Feb 1 2022

If conditions become unrepresentative, contact the National Weather
Service.

.DISCUSSION...
A winter storm will produce 10-16 inches of snow tonight through
Wednesday night. Light snow may linger on Thursday and Thursday night
with little or no additional accumulation. Dry weather is then
expected through the weekend. Poor ventilation and very cold
temperatures are expected with temperatures well below normal
Wednesday through the weekend.

.TODAY...

1/20/22, 7:44 AM                    Hourly Tabular Forecast for 35.79N 106.6W



**National Weather Service Forecast Office**

# Albuquerque, NM

weather.gov



| Home | News | Organization | Search for: | ● NWS ○ All NOAA  Go |

**Point Forecast:** 5 Miles E Jemez Springs NM
35.79N 106.6W (Elev. 8399 ft)

Last Update: 4:18 am MST Jan 20, 2022

## Tabular Forecast

[hide menu] **XML**

| Weather Elements | Weather/Precipitation | Fire Weather |
|---|---|---|
| ☑ Temperature (°F) | ☑ Rain | ☑ Mixing Height x100ft ⌄ |
| ☑ Dewpoint (°F) | ☑ Thunder | ☐ Haines Index |
| ☑ Wind Chill (°F) | ☑ Snow | ☐ Lightning Activity Level |
| | ☑ Freezing Rain | ☑ Trans. Wind mph ⌄ |
| ☑ Surface Wind mph ⌄ | ☑ Sleet | ☑ 20ft Wind mph ⌄ |
| ☑ Sky Cover (%) | ☐ Fog | ☑ Vent Rate (x1000 mph-ft) |
| ☑ Precipitation Potential (%) | | ☑ Dispersion Index |
| ☑ Relative Humidity (%) | | ☐ Red Flag Threat Index |

**48-Hour Period Starting:** 7am Thu, Jan 20 2022 ⌄   Submit        Back 2 Days | Forward 2 Days

| Date | 01/20 | | | | | | | | | | | | | | | | | 01/21 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour (MST) | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
| Temperature (°F) | 17 | 20 | 25 | 29 | 32 | 35 | 37 | 37 | 35 | 33 | 31 | 26 | 23 | 22 | 22 | 21 | 20 | 20 | 20 | 19 | 20 | 19 | 19 | 19 |
| Dewpoint (°F) | 15 | 15 | 15 | 16 | 17 | 17 | 16 | 16 | 16 | 15 | 15 | 15 | 14 | 14 | 12 | 11 | 9 | 9 | 8 | 8 | 7 | 6 | 5 | 5 |
| Wind Chill (°F) | 17 | 20 | 20 | 25 | 28 | 31 | 34 | 34 | 31 | 29 | 26 | 20 | 18 | 17 | 17 | 16 | 14 | 14 | 13 | 13 | 13 | 13 | 12 | 12 |
| Surface Wind (mph) | 2 | 2 | 3 | 3 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 3 | 3 | 3 | 3 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Wind Dir | NE | NE | N | W | W | W | W | SW | W | W | NW | N | N | N | N | N | N | N | N | N | N | N | N | N |
| Gust | | | | | | | | | | | | | | | | | | | | | | | | |
| Sky Cover (%) | 55 | 34 | 34 | 34 | 23 | 23 | 23 | 23 | 23 | 23 | 16 | 16 | 16 | 9 | 9 | 9 | 10 | 10 | 10 | 19 | 19 | 19 | 38 | 38 |
| Precipitation Potential (%) | 2 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Relative Humidity (%) | 91 | 81 | 68 | 59 | 52 | 47 | 42 | 42 | 45 | 47 | 51 | 62 | 69 | 70 | 66 | 65 | 62 | 61 | 60 | 60 | 57 | 56 | 53 | 55 |
| Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Thunder | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Snow | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Freezing Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sleet | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Mixing Height (x100ft) | | 5 | 10 | 20 | 30 | 35 | 45 | 45 | 35 | 20 | 10 | 5 | 5 | | | | | | | | | | | |
| Transport Wind (mph) | 2 | 2 | 2 | 2 | 2 | 3 | 5 | 6 | 6 | 5 | 3 | 3 | 5 | 5 | 5 | 3 | 3 | 3 | 5 | 5 | 5 | 3 | 3 | 2 |
| Transport Wind Dir | NE | NE | N | NW | NW | NW | NW | NW | NW | NW | NW | NW | NW | N | N | N | N | N | N | NW | NW | NW | NW | NW |
| 20ft Wind (mph) | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 20ft Wind Dir | NE | NE | N | W | W | W | W | SW | W | W | W | W | NW | N | N | N | N | N | N | N | N | N | N | N |
| Ventilation Rate (x1000 mph-ft) | 0 | 1 | 2 | 4 | 6 | 11 | 23 | 27 | 21 | 10 | 3 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dispersion Index | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | 01/22 | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour (MST) | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
| Temperature (°F) | 19 | 21 | 27 | 32 | 36 | 39 | 41 | 40 | 38 | 35 | 32 | 29 | 28 | 26 | 25 | 25 | 25 | 25 | 24 | 24 | 23 | 23 | 23 | 22 |
| Dewpoint (°F) | 6 | 6 | 6 | 7 | 8 | 8 | 9 | 10 | 10 | 11 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 14 | 14 | 14 | 13 | 13 | 13 |
| Wind Chill (°F) | 12 | 14 | 21 | 27 | 32 | 36 | 37 | 35 | 34 | 32 | 29 | 26 | 22 | 21 | 18 | 16 | 15 | 14 | 13 | 13 | 12 | 12 | 11 | 10 |
| Surface Wind (mph) | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 6 | 5 | 3 | 3 | 5 | 7 | 8 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| Wind Dir | N | NW | NW | W | W | W | SW | SW | SW | SW | S | S | S | S | SE | SE | SE | S | S | S | S | SE | E | E |
| Gust | | | | | | | | | | | | | | | | | | | | | | | | |
| Sky Cover (%) | 38 | 38 | 38 | 38 | 41 | 41 | 41 | 41 | 41 | 41 | 75 | 75 | 75 | 75 | 75 | 75 | 88 | 88 | 88 | 88 | 88 | 88 | 86 | 86 |
| Precipitation Potential (%) | 1 | 1 | 1 | 1 | 4 | 4 | 4 | 4 | 4 | 4 | 28 | 28 | 28 | 28 | 28 | 28 | 38 | 38 | 38 | 38 | 38 | 38 | 22 | 22 |
| Relative Humidity (%) | 55 | 51 | 41 | 34 | 30 | 27 | 27 | 29 | 32 | 37 | 43 | 47 | 52 | 55 | 57 | 59 | 60 | 62 | 64 | 65 | 65 | 65 | 66 | 66 |
| Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Thunder | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Snow | -- | -- | -- | -- | -- | -- | -- | -- | -- | Chc | Chc | Chc | Chc | Chc | Chc | Chc | Chc | Chc | Chc | Chc | Chc | Chc | SChc | SChc |
| Freezing Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sleet | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Mixing Height (x100ft) | | 5 | 5 | 15 | 25 | 30 | 35 | 35 | 25 | 15 | 5 | | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Transport Wind (mph) | 2 | 2 | 3 | 6 | 7 | 8 | 8 | 7 | 6 | 3 | 2 | 2 | 2 | 2 | 3 | 5 | 6 | 6 | 7 | 7 | 7 | 8 | 8 | |

```
Sky/weather.........Mostly cloudy.
Chance of Pcpn......10 percent.
Max Temperature.....40-43.
Min Humidity........25-28 percent.
20 Foot Winds.......Light winds becoming southwest 5 mph in the
                    afternoon.
Mixing Height.......3500 ft AGL.
Transport winds.....West 7 knots.
Max Vent Rate.......Poor/24500 knot-ft at 1400 local.
Ventilation Trend...Poor/6948 knot-ft around mid morning and
                    poor/24500 knot-ft by mid afternoon.
```

.TONIGHT...

```
Sky/weather.........Cloudy. Chance of snow in the evening, then
                    snow likely overnight.
Chance of Pcpn......70 percent.
Min Temperature.....21-24.
Max Humidity........83-86 percent.
20 Foot Winds.......South winds 5 mph.
Ventilation Trend...Poor/12000 knot-ft by early evening and
                    poor/1685 knot-ft by late evening.
```

.WEDNESDAY...

```
Sky/weather.........Cloudy. Snow.
Chance of Pcpn......90 percent.
Max Temperature.....25-28.
Min Humidity........69-72 percent.
20 Foot Winds.......South winds 6 mph.
Mixing Height.......1500 ft AGL.
Transport winds.....Southeast 11 knots.
Max Vent Rate.......Poor/15919 knot-ft at 1300 local.
Ventilation Trend...Poor/8711 knot-ft around mid morning and
                    poor/15000 knot-ft by mid afternoon.
```

$$

Forecaster...44
Requested by...(b) (6); (b) (7)(C)
Type of request...PRESCRIBED
.TAG 2201943.0/ABQ
.DELDT 02/01/22
.FormatterVersion 2.0.0

---

## Please Provide Feedback:

Send Feedback

Silver Spring, MD 20910
Page Author: NWS Internet Services Team
Web Master: w-nws.webmaster@noaa.gov

Page last modified: 20-Jul-2020 1:02 PM UTC

NWS Spot Forecast

# Pino West Piles Rx

## Prescribed Fire

Forecast Start Time:2022-01-20 9:00 AM MST
Request Time: 2022-01-20 7:30 AM MST
Deliver Time: 2022-01-20 7:30 AM MST
**Forecast Complete At: 2022-01-20 7:40 AM MST**

Requested By: USFS
Contact(b) (6), (b) (7)(C)
Phone:
Fax:




**Location** Legal:
Lat/Lon: 35.7771 / -106.615
Quad:
Calculated: 35.7771 / -106.615

Elevation: 8600 - 8300
Drainage: San Juan Canyon
Aspect: E
Size: 300
Fuel Type: Slash Piles (partial)

Observations

| Site | Date | Elev | Wind | Temp | WB | RH | Td | Sky | Wx | Rmks |
|------|------|------|------|------|----|----|----|----|----|------|
| Site | 01/20/22 0715 | 8400 | 999 | 19 | | | | | | |
| Site | 01/20/22 0700 | 8400 | | 19 | | | | | | |
| site | 01/20/22 0700 | 8400 | | 19 | | | | | | |
| Site | 01/19/22 0745 | 8400 | | 24 | | | | | | |

*Submit New Observation*

---

### Requested Parameters

**Remarks**

| | |
|---|---|
| X X X | Sky/Weather |
| X X X | Temperature |
| X X X | Humidity |
| X X X | Chance of Precipitation |
| X X X | Wind (20 FT) |
| X X X | Mixing Height |
| X X X | Transport Winds |
| X X X | Ventilation Rate |

### Forecast:

Spot Forecast for Pino West Piles Rx...USFS
National Weather Service Albuquerque NM
739 AM MST Thu Jan 20 2022

If conditions become unrepresentative, contact the National Weather
Service.

.DISCUSSION...
Despite clearing skies this afternoon, temperatures trend down with
highs today below normal. Quieter conditions are expected through
most of Friday with dry conditions and light winds. Another storm
system arrives by Friday evening which may result in light snow
starting Friday evening. Poor ventilation rates continue.

00167

National Weather Service
1325 East West Highway
Silver Spring, MD 20910
Page Author: NWS Internet Services Team
Web Master: w-nws.webmaster@noaa.gov

Page last modified: 20-Jul-2020 1:02 PM UTC

weather.gov



### National Weather Service Forecast Office
# Albuquerque, NM

| Home | News | Organization | Search for: | ⦿ NWS ○ All NOAA  Go |

**Point Forecast:** 4 Miles ENE Jemez Springs NM
35.81N 106.63W (Elev. 8360 ft)

Last Update: 4:34 am MST Jan 19, 2022

**Tabular Forecast**

[hide menu]  XML

| Weather Elements | Weather/Precipitation | Fire Weather |
|---|---|---|
| ☑ Temperature (°F) | ☑ Rain | ☑ Mixing Height  x100ft ⌄ |
| ☑ Dewpoint (°F) | ☑ Thunder | ☐ Haines Index |
| ☑ Wind Chill (°F) | ☑ Snow | ☐ Lightning Activity Level |
|  | ☑ Freezing Rain | ☑ Trans. Wind  mph ⌄ |
| ☑ Surface Wind  mph ⌄ | ☑ Sleet | ☑ 20ft Wind  mph ⌄ |
| ☑ Sky Cover (%) | ☐ Fog | ☑ Vent Rate (x1000 mph-ft) |
| ☑ Precipitation Potential (%) |  | ☑ Dispersion Index |
| ☑ Relative Humidity (%) |  | ☐ Red Flag Threat Index |

**48-Hour Period Starting:** 7am Wed, Jan 19 2022 ⌄   Submit

Back 2 Days   Forward 2 Days

| Date | 01/19 | | | | | | | | | | | | | | | | 01/20 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour (MST) | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
| Temperature (°F) | 24 | 25 | 30 | 34 | 37 | 39 | 40 | 39 | 35 | 35 | 33 | 30 | 28 | 27 | 26 | 25 | 24 | 24 | 22 | 22 | 21 | 20 | 20 | 20 |
| Dewpoint (°F) | 18 | 18 | 18 | 18 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | 18 | 18 | 19 | 19 | 18 | 18 | 17 | 17 | 17 | 16 | 16 | 16 |
| Wind Chill (°F) | 18 | 19 | 25 | 30 | 33 | 36 | 36 | 35 | 32 | 30 | 30 | 26 | 24 | 23 | 22 | 20 | 18 | 18 | 17 | 17 | 16 | 20 | 20 | 20 |
| Surface Wind (mph) | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 5 | 5 | 5 | 3 | 3 | 3 | 2 | 2 | 2 |
| Wind Dir | N | N | NW | W | SW | SW | SW | SW | SW | SW | SW | SW | S | SE | SE | SE | SE | SE | SE | SE | S | W | W | NW |
| Gust | | | | | | | | | | | | | | | | | | | | | | | | |
| Sky Cover (%) | 50 | 32 | 32 | 32 | 51 | 51 | 51 | 71 | 71 | 71 | 76 | 76 | 76 | 69 | 69 | 69 | 61 | 61 | 61 | 60 | 60 | 60 | 40 | 40 |
| Precipitation Potential (%) | 0 | 1 | 1 | 1 | 10 | 10 | 10 | 13 | 13 | 13 | 10 | 10 | 10 | 12 | 12 | 12 | 14 | 14 | 14 | 8 | 8 | 8 | 4 | 4 |
| Relative Humidity (%) | 80 | 74 | 60 | 51 | 46 | 42 | 43 | 44 | 49 | 52 | 55 | 61 | 66 | 67 | 70 | 75 | 80 | 80 | 84 | 83 | 85 | 86 | 83 | 83 |
| Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Thunder | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Snow | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Freezing Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sleet | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Mixing Height (x100ft) | | 5 | 15 | 25 | 40 | 45 | 50 | 50 | 40 | 30 | 20 | 10 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Transport Wind (mph) | 6 | 5 | 3 | 3 | 3 | 5 | 6 | 7 | 7 | 7 | 6 | 5 | 2 | 1 | 1 | 2 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 3 |
| Transport Wind Dir | N | N | NW | SW | S | SW | SW | W | W | W | W | NW | N | NE | E | SE | SE | SE | SE | E | E | NE | N | N |
| 20ft Wind (mph) | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 |
| 20ft Wind Dir | N | N | NW | W | SW | SW | SW | SW | SW | SW | SW | SW | S | SE | SE | SE | SE | SE | SE | SE | S | W | W | NW |
| Ventilation Rate (x1000 mph-ft) | 0 | 3 | 5 | 8 | 12 | 23 | 30 | 35 | 28 | 21 | 12 | 5 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 |
| Dispersion Index | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | | | | | | | | | | | | | | | | | 01/21 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour (MST) | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
| Temperature (°F) | 20 | 21 | 24 | 27 | 30 | 32 | 34 | 34 | 33 | 31 | 28 | 26 | 24 | 22 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 19 |
| Dewpoint (°F) | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 15 | 15 | 15 | 15 | 15 | 14 | 13 | 12 | 11 | 11 | 11 | 10 | 9 | 9 | 9 |
| Wind Chill (°F) | 20 | 21 | 20 | 22 | 24 | 28 | 29 | 30 | 28 | 26 | 23 | 22 | 19 | 22 | 16 | 16 | 14 | 14 | 12 | 12 | 12 | 11 | 11 | 10 |
| Surface Wind (mph) | 2 | 2 | 3 | 5 | 6 | 5 | 5 | 5 | 5 | 5 | 3 | 3 | 3 | 2 | 3 | 3 | 5 | 5 | 6 | 8 | 6 | 7 | 7 | 7 |
| Wind Dir | N | N | NW | W | W | W | W | W | W | W | W | NW | NW | N | N | N | NW | NW | NW | NW | NW | NW | NW | NW |
| Gust | | | | | | | | | | | | | | | | | | | | | | | | |
| Sky Cover (%) | 40 | 40 | 40 | 40 | 29 | 29 | 29 | 29 | 29 | 29 | 24 | 24 | 24 | 24 | 24 | 24 | 27 | 27 | 27 | 27 | 27 | 27 | 52 | 52 |
| Precipitation Potential (%) | 4 | 4 | 4 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| Relative Humidity (%) | 84 | 80 | 70 | 62 | 55 | 51 | 48 | 48 | 49 | 52 | 57 | 63 | 69 | 73 | 73 | 71 | 69 | 68 | 67 | 66 | 64 | 62 | 61 | 63 |
| Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Thunder | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Snow | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Freezing Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sleet | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Mixing Height (x100ft) | 5 | 5 | 15 | 20 | 30 | 40 | 45 | 45 | 35 | 25 | 15 | 10 | 5 | 5 | | | | | | | | | | |
| Transport Wind (mph) | 2 | 2 | 3 | 4 | 5 | 7 | 8 | 7 | 6 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 5 | 5 | 00169 |

https://forecast.weather.gov/MapClick.php?w0=t&w1=td&w2=wc&w3=sfcwind&w3u=1&w4=sky&w5=pop&w6=rh&w7=rain1&w8=thunder&w9=snow1w1...    1/2

# Pino West Piles Rx

## Prescribed Fire

Forecast Start Time:2022-01-19 9:00 AM MST
Request Time: 2022-01-19 7:58 AM MST
Deliver Time: 2022-01-19 7:58 AM MST
**Forecast Complete At: 2022-01-19 8:07 AM MST**

Requested By: USFS
Contact (b) (6), (b) (7)(C)
Phone:
Fax:




**Location** Legal:
Lat/Lon: 35.7771 / -106.615
Quad:
Calculated: 35.7771 / -106.615

Elevation: 8600 - 8300
Drainage: San Juan Canyon
Aspect: E
Size: 300
Fuel Type: Slash Piles (partial)

### Observations

| Site | Date | Elev | Wind | Temp | WB | RH | Td | Sky | Wx | Rmks |
|---|---|---|---|---|---|---|---|---|---|---|
| Site | 01/19/22 0745 | 8400 | | 24 | | | | | | |

*Submit New Observation*

### Requested Parameters

**Remarks**

```
X X X   Sky/Weather
X X X   Temperature
X X X   Humidity
X X X   Chance of Precipitation
X X X   Wind (20 FT)
X X X   Mixing Height
X X X   Transport Winds
X X X   Ventilation Rate
```

**Forecast:**

    Spot Forecast for Pino West Piles Rx...USFS
    National Weather Service Albuquerque NM
    807 AM MST Wed Jan 19 2022

    If conditions become unrepresentative, contact the National Weather
    Service.

    .DISCUSSION...
    Another storm system arrives late this afternoon, bringing additional
    chances for light snow through the overnight hours. Little to no
    accumulation is expected. Snow tapers off early Thursday morning,
    leading to quieter conditions until late Friday. Poor ventilation
    rates continue.

    .REST OF TODAY...

    Sky/weather.........Mostly sunny then becoming mostly cloudy.

2/1/22, 7:23 AM

Hourly Tabular Forecast for 35.79N 106.62W



weather.gov

# National Weather Service Forecast Office

# Albuquerque, NM



Home          News          Organization          Search for:          ● NWS ○ All NOAA  Go

**Point Forecast: 4 Miles ENE Jemez Springs NM**
35.79N 106.62W (Elev. 8209 ft)

Last Update: 4:52 am MST Feb 1, 2022

## Tabular Forecast

[hide menu]  XML

| Weather Elements | Weather/Precipitation | Fire Weather |
|---|---|---|
| ☑ Temperature (°F)<br>☑ Dewpoint (°F)<br>☑ Wind Chill (°F)<br><br>☑ Surface Wind  mph ∨<br>☑ Sky Cover (%)<br>☑ Precipitation Potential (%)<br>☑ Relative Humidity (%) | ☑ Rain<br>☑ Thunder<br>☑ Snow<br>☑ Freezing Rain<br>☑ Sleet<br>☐ Fog | ☑ Mixing Height  x100ft ∨<br>☐ Haines Index<br>☐ Lightning Activity Level<br>☑ Trans. Wind  mph ∨<br>☑ 20ft Wind  mph ∨<br>☑ Vent Rate (x1000 mph-ft)<br>☑ Dispersion Index<br>☐ Red Flag Threat Index |

**48-Hour Period Starting: 7am Tue, Feb 1 2022** ∨    Submit          Back 2 Days     Forward 2 Days

| Date | 02/01 | | | | | | | | | | | | | | | | | 02/02 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour (MST) | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
| Temperature (°F) | 26 | 28 | 33 | 37 | 39 | 41 | 41 | 40 | 37 | 35 | 33 | 31 | 30 | 29 | 28 | 27 | 27 | 27 | 26 | 25 | 25 | 24 | 24 | 22 |
| Dewpoint (°F) | 5 | 6 | 6 | 7 | 8 | 9 | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 19 | 19 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 |
| Wind Chill (°F) | 22 | 29 | 30 | 34 | 36 | 38 | 37 | 36 | 32 | 29 | 27 | 25 | 24 | 24 | 23 | 21 | 19 | 19 | 18 | 16 | 17 | 15 | 17 | 13 |
| Surface Wind (mph) | 3 | 2 | 3 | 3 | 5 | 5 | 6 | 6 | 6 | 7 | 7 | 6 | 6 | 5 | 5 | 6 | 7 | 7 | 7 | 8 | 7 | 7 | 6 | 7 |
| Wind Dir | N | NE | E | SE | S | S | SW | SW | SW | SW | SW | SW | S | S | S | S | S | S | S | S | S | S | S | S |
| Gust | | | | | | | | | | | | | | | | | | | | | | | | |
| Sky Cover (%) | 81 | 91 | 91 | 91 | 92 | 92 | 92 | 92 | 92 | 92 | 96 | 96 | 96 | 97 | 97 | 97 | 98 | 98 | 98 | 98 | 98 | 98 | 99 | 99 |
| Precipitation Potential (%) | 0 | 2 | 2 | 2 | 7 | 7 | 7 | 11 | 11 | 11 | 32 | 32 | 32 | 51 | 51 | 51 | 72 | 72 | 72 | 73 | 73 | 73 | 91 | 91 |
| Relative Humidity (%) | 39 | 37 | 32 | 29 | 27 | 26 | 28 | 32 | 36 | 42 | 46 | 54 | 60 | 66 | 69 | 73 | 76 | 77 | 78 | 80 | 81 | 84 | 81 | 87 |
| Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Thunder | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Snow | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | Chc | Chc | Chc | Chc | Chc | Chc | Lkly | Lkly | Lkly | Lkly | Lkly | Lkly | Ocnl | Ocnl |
| Freezing Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sleet | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Mixing Height (x100ft) | | 5 | 10 | 15 | 25 | 30 | 35 | 35 | 30 | 25 | 20 | 15 | 10 | 5 | 5 | 5 | 5 | 5 | 10 | 10 | 10 | 10 | 10 | 5 |
| Transport Wind (mph) | 2 | 2 | 3 | 6 | 8 | 9 | 9 | 9 | 9 | 8 | 7 | 6 | 5 | 3 | 3 | 3 | 5 | 6 | 6 | 7 | 8 | 8 | 8 | 8 |
| Transport Wind Dir | N | N | N | NW | W | W | W | W | W | SW | SW | SW | SW | S | S | S | S | S | S | S | S | S | S | S |
| 20ft Wind (mph) | 3 | 2 | 3 | 3 | 3 | 3 | 5 | 5 | 5 | 6 | 6 | 5 | 5 | 3 | 3 | 5 | 6 | 6 | 6 | 7 | 6 | 6 | 5 | 6 |
| 20ft Wind Dir | N | NE | E | SE | S | S | SW | SW | SW | SW | SW | SW | S | S | S | S | S | S | S | S | S | S | S | S |
| Ventilation Rate (x1000 mph-ft) | 0 | 1 | 3 | 9 | 20 | 27 | 32 | 32 | 27 | 20 | 14 | 9 | 5 | 2 | 2 | 2 | 3 | 3 | 6 | 7 | 8 | 8 | 8 | 4 |
| Dispersion Index | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | | | | | | | | | | | | | | | | | | 02/03 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour (MST) | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
| Temperature (°F) | 21 | 23 | 22 | 24 | 26 | 27 | 23 | 28 | 27 | 25 | 22 | 20 | 18 | 16 | 14 | 12 | 11 | 9 | 8 | 7 | 6 | 6 | 5 | 4 |
| Dewpoint (°F) | 18 | 18 | 18 | 18 | 19 | 19 | 19 | 17 | 16 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 5 | 5 | 4 | 3 | 3 |
| Wind Chill (°F) | 11 | 12 | 11 | 14 | 16 | 18 | 20 | 21 | 19 | 16 | 13 | 10 | 7 | 4 | 2 | -1 | -3 | -5 | -5 | -6 | -6 | -7 | -7 | -10 |
| Surface Wind (mph) | 9 | 10 | 10 | 9 | 9 | 9 | 8 | 7 | 8 | 8 | 8 | 8 | 9 | 10 | 10 | 10 | 10 | 10 | 9 | 9 | 8 | 8 | 7 | 8 |
| Wind Dir | S | S | S | S | S | S | S | S | S | SE | SE | SE | S | S | S | S | S | S | S | S | S | S | S | S |
| Gust | | | | | | | | | | | | | | | | | | | | | | | | |
| Sky Cover (%) | 99 | 99 | 99 | 99 | 91 | 91 | 91 | 91 | 91 | 91 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 87 | 87 | 87 | 87 | 87 | 82 | 82 |
| Precipitation Potential (%) | 91 | 91 | 91 | 91 | 85 | 85 | 85 | 85 | 85 | 85 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 55 | 55 | 55 | 55 | 55 | 55 | 21 |
| Relative Humidity (%) | 87 | 81 | 85 | 79 | 75 | 70 | 67 | 68 | 67 | 69 | 72 | 75 | 78 | 81 | 84 | 87 | 90 | 91 | 92 | 92 | 91 | 91 | 90 | 96 |
| Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Thunder | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Snow | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Ocnl | Lkly | Lkly | Lkly | Lkly | Lkly | Lkly | SChc | SChc |
| Freezing Rain | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 00 171 |

Case 1:25-cv-00382-KK-KRS     Document 1-2     Filed 04/21/25     Page 65 of 70

Silver Spring, MD 20910
Page Author: NWS Internet Services Team
Web Master: w-nws.webmaster@noaa.gov

Page last modified: 20-Jul-2020 1:02 PM UTC

# Pino West Piles Rx

## Prescribed Fire

Forecast Start Time:2022-02-01 8:00 AM MST
Request Time: 2022-02-01 7:38 AM MST
Deliver Time: 2022-02-01 7:38 AM MST
**Forecast Complete At: 2022-02-01 8:17 AM MST**

Requested By: USFS
Contac(b) (6), (b) (7)(C)
Phone:
Fax:



**Location** Legal:
Lat/Lon: 35.7755 / -106.591
Quad:
Calculated: 35.7755 / -106.591

Elevation: 8250 - 8500
Drainage:
Aspect:
Size:
Fuel Type:

### Observations

| Site | Date | Elev | Wind | Temp | WB | RH | Td | Sky | Wx | Rmks |
|------|------|------|------|------|----|----|----|----|----|------|
| No observations available | | | | | | | | | | |

*Submit New Observation*

### Requested Parameters

**Remarks**

X X X    Sky/Weather
X X X    Temperature
X X X    Humidity
X X X    Chance of Precipitation
X X X    Wind (20 FT)
X X X    Mixing Height
X X X    Transport Winds
X X X    Ventilation Rate

**Forecast:**

```
Spot Forecast for Pino West Piles Rx...USFS
National Weather Service Albuquerque NM
817 AM MST Tue Feb 1 2022

If conditions become unrepresentative, contact the National Weather
Service.

.DISCUSSION...
A winter storm will produce 10-16 inches of snow tonight through
Wednesday night. Light snow may linger on Thursday and Thursday night
with little or no additional accumulation. Dry weather is then
expected through the weekend. Poor ventilation and very cold
temperatures are expected with temperatures well below normal
Wednesday through the weekend.

.TODAY...
```

00173

```
Sky/weather.........Mostly cloudy.
Chance of Pcpn......10 percent.
Max Temperature.....40-43.
Min Humidity........25-28 percent.
20 Foot Winds.......Light winds becoming southwest 5 mph in the
                    afternoon.
Mixing Height.......3500 ft AGL.
Transport winds.....West 7 knots.
Max Vent Rate.......Poor/24500 knot-ft at 1400 local.
Ventilation Trend...Poor/6948 knot-ft around mid morning and
                    poor/24500 knot-ft by mid afternoon.


.TONIGHT...

Sky/weather.........Cloudy. Chance of snow in the evening, then
                    snow likely overnight.
Chance of Pcpn......70 percent.
Min Temperature.....21-24.
Max Humidity........83-86 percent.
20 Foot Winds.......South winds 5 mph.
Ventilation Trend...Poor/12000 knot-ft by early evening and
                    poor/1685 knot-ft by late evening.


.WEDNESDAY...

Sky/weather.........Cloudy. Snow.
Chance of Pcpn......90 percent.
Max Temperature.....25-28.
Min Humidity........69-72 percent.
20 Foot Winds.......South winds 6 mph.
Mixing Height.......1500 ft AGL.
Transport winds.....Southeast 11 knots.
Max Vent Rate.......Poor/15919 knot-ft at 1300 local.
Ventilation Trend...Poor/8711 knot-ft around mid morning and
                    poor/15000 knot-ft by mid afternoon.


$$
Forecaster...44
Requested by...(b) (6), (b) (7)(C)
Type of request...PRESCRIBED
.TAG 2201943.0/ABQ
.DELDT 02/01/22
.FormatterVersion 2.0.0
```

## Please Provide Feedback:

Send Feedback

Printer Friendly Version of Forecast     Latest Forecast
Back to Forecast Monitor     Copy Info to Spot Request for a New Incident     Request Forecast Update

**WildCAD Incident Card - Santa Fe Interagency Dispatch Center: SNF 2022-17**
*"Pino West Piles Rx" Prescribed Fire 01/19/2022 08:02:51  Order Number: NM-SNF-000017*
Area 18 (JEMEZ)

**Reporting Party:** BAT 10-3

**Initial Report On Conditions:**
Jemez RD plans to begin burning Pino West logging slash piles 300 ac

**Initial Location:** FR 10 and FR 269 San Juan Mesa
Lat: 35°,47',4.09", Lon: 106°,36',19.08",  T18N, R3E, NWNE Sec 22
**Actual Location:**
Lat: 35°,47',4.09", Lon: 106°,36',19.08"

**Incident Notes:**
Owner: USFS

**Dispatcher:** (b) (6), (b) (7)(C)   **Status:** Open

**Fiscal Codes:** WFSE1022 (0319)
**Web Comment:**

**Resource Details:**
**DIV 10-3:**
Committed at 01/20/2022 09:22:01, Released at 01/20/2022 15:35:59, Committed at 02/19/2022
08:54:12, Released at 02/19/2022 13:25:23
**BAT 10-3:**
Committed at 01/19/2022 09:39:55, On Scene at 01/19/2022 10:31:41, Returning at 01/19/2022
15:54:46, Released at 01/19/2022 16:12:17, Committed at 01/20/2022 09:22:29, Returning at
01/20/2022 15:41:08, Released at 01/20/2022 16:19:42, Committed at 01/21/2022 09:44:05,
Released at 01/21/2022 12:02:41, Committed at 02/01/2022 08:54:27, On Scene at 02/01/2022
10:30:11, Returning at 02/01/2022 11:35:26, Released at 02/01/2022 13:00:41, Committed at
02/10/2022 10:13:38, On Scene at 02/10/2022 12:02:23, Released at 02/10/2022 14:44:53,
Committed at 02/19/2022 08:54:06, Released at 02/19/2022 13:29:47
**CAPT 631:**
Committed at 01/19/2022 09:32:27, On Scene at 01/19/2022 10:31:41, Returning at 01/19/2022
14:40:30, Released at 01/19/2022 15:54:35
**PAT 10-3:**
Committed at 01/20/2022 09:22:29, Returning at 01/20/2022 15:41:08, Released at 01/20/2022
16:19:42, Committed at 01/21/2022 09:44:05, Released at 01/21/2022 12:02:41, Committed at
02/19/2022 08:54:06, Released at 02/19/2022 13:29:47

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 01/19/2022 09:32:41 | CAPT 631 | (b) (6), (b) (7)(C) | Enrt |
| 01/19/2022 09:39:48 | BAT 10-3 | | Enrt w/ PAT 10-3 |
| 01/19/2022 10:31:09 | RXBB | | Test fire successful continuing with ignitions |
| 01/19/2022 10:31:21 | (b) (6), (b) (7)(C) | Email | Email SNF-2022-17 Pino West Piles Rx: Test fire successful continuing with ignitions  Sent to: Jemez District group |
| 01/19/2022 12:26:26 | RXBB | (b) (6), (b) (7)(C) | Completed ignitions for the day // do you have ac // will get back with you |
| 01/19/2022 12:26:37 | TGF | Email | Email SNF-2022-17 Pino West Piles Rx: Completed ignitions for the day Sent to: Jemez District group |
| 01/20/2022 10:37:27 | RXBB | AJL | Initiating test fire. |
| 01/20/2022 10:48:29 | RXBB | AJL | Test fire successful, continuing with ignitions.. With vent being what it is, will light a handful of piles, shouldn't take too long. |
| 01/20/2022 10:50:35 | AJL | Email | Email SNF-2022-17 Pino West Piles Rx: Test fire successful. Continuing with ignitions. Sent to: Jemez District group |

00175

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 01/20/2022 12:01:29 | RXBB | AJL | Completed ignitions for the day. |
| 01/20/2022 12:02:01 | AJL | Email | Email SNF-2022-17 Pino West Piles Rx: Completed ignitions for the day. Sent to: Jemez District group |
| 01/21/2022 09:44:30 | BAT 10-3 | AJL | ER w/Pat 10-3 |
| 01/21/2022 12:02:28 | PAT 10-3 | AJL | No issues no concerns, smoldering with minimal smoke / back at station |
| 01/21/2022 13:27:19 | AJL | | Acres set to 100 |
| 02/01/2022 08:54:45 | BAT 10-3 | TGF | Enrt w/ PAT 10-3 and 3-31 |
| 02/01/2022 10:12:13 | BAP 10-3 | TGF | On scene and briefed up starting test fire |
| 02/01/2022 10:29:48 | RXBB | TGF | Test fire successful continuing with ignitions ventilations are poor so not going to burn for too long |
| 02/01/2022 10:30:05 | TGF | Email | Email SNF-2022-17 Pino West Piles Rx: Test fire successful continuing with ignitions  Sent to: Jemez District group |
| 02/01/2022 11:36:00 | RXBB | TGF | Completed ignitions for the day of 50 ac |
| 02/01/2022 11:36:14 | TGF | Email | Email SNF-2022-17 Pino West Piles Rx: Completed ignitions for the day of 50 ac Sent to: Jemez District group |
| 02/10/2022 10:13:11 | BAT 10-3 | TGF | Enrt |
| 02/10/2022 11:37:21 | BAT 10-3 | TGF | On scene all resources briefed starting the test fire |
| 02/10/2022 11:38:38 | RXBB | TGF | Test fire successful continuing with ignitions |
| 02/10/2022 11:38:55 | TGF | Email | Email SNF-2022-17 Pino West Piles Rx: Test fire successful continuing with ignitions  Sent to: Jemez District group |
| 02/10/2022 12:38:30 | RXBB | TGF | Completed ignitions for the day of 50 ac |
| 02/10/2022 12:39:11 | TGF | Email | Email SNF-2022-17 Pino West Piles Rx: Completed ignitions for the day of 50 ac Sent to: Jemez District group |
| 02/19/2022 08:53:27 | BAT 10-3 | TGF | Enrt w/ PAT 10-3 |
| 02/19/2022 08:53:40 | DIV 10-3 | TGF | Enrt |
| 02/19/2022 09:47:13 | RXBB | TGF | Starting test fire |
| 02/19/2022 11:13:58 | RXBB | TGF | Completed ignitions of the whole burn unit for 709 acs will stick around for a little longer |
| 02/19/2022 11:14:59 | TGF | Email | Email SNF-2022-17 Pino West Piles Rx: Completed ignitions for the whole Pino West Rx today for a total of 709 ac Sent to: Jemez District group |
| 02/19/2022 11:15:07 | TGF | | Acres set to 709 |

| VOR | | ATB | | Helibase | |
|---|---|---|---|---|---|
| 30nm  286° | SAF: SANTA FE V | 44nm  348° | ABQ: ALBUQUERQU | 7nm  136° | FEN: FENTON HIL |
| 45nm  000° | ABQ: ALBUQUERQU | 72nm  265° | LVS: LAS VEGAS | 7nm  138° | FEN: FENTON HIL |
| 46nm  000° | ABQ: ALBUQUERQU | 99nm  134° | DRO: DURANGO | 14nm  250° | TA49: TA-49 HEL |
| 48nm  350° | ILT: ISLETA NDB | 171nm  313° | ROW: ROSWELL AT | 17nm  241° | LAM: LOS ALAMOS |
| 54nm  310° | OTO: OTTO VOR | 179nm  339° | ALM: ALAMOGORDO | 44nm  334° | SAND: SANDIA HE |

**Initial Report On Conditions**
Fuels:    Acres:    W Speed:    Dir:    Slope:    Aspect:
Spread:    Complexity:    Jurisdiction:
Structures:
**Initial Strategy:** N/A

**Fire Report Information**
Fire #:    SubUnit:    SubUnit #:
**Acres:** 709 **Size Class:** E **Elevation:**    **Land Status:**
Contain:    Control:    Out:
Statistical Cause:    Specific Cause:

00176



00177