# **EXHIBIT 3**

*State of Washington Department of Natural Resources Wildland Fire Investigation Report* ("First ROI")
(pp. 306–534)



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION REPORT

| Case File Number |
| --- |
| NM-SNF-000049 |
| Other Related No. |
| 221--IDA |

## INCIDENT INFORMATION

| | | |
| --- | --- | --- |
| Incident Name: **CERRO PELADO** | WildCAD Incident No. **SNF 2022-49** | Incident Date: **4 / 22 /2022** |
| Program Index: ☒ 221 ☐ 222 | Project Code: **IDA**   Region Fire No. **00049** | Acres Burned: **40,958 to date** |
| Investigation Report By: ▮(b) (6), (b) (7)(C)▮ INVF, Washington DNR | | Reporting Office: **USFS - SNF** |
| Other Agents/Officers: | | Case Ref. No. |

## Origin Location

| | | |
| --- | --- | --- |
| Region: Santa Fe National Forest | District: Jemez Ranger District | County: Sandoval County |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Lat. (D° dM'): N 35° 46.420' | Long. (D° dM'):  W -106° 35.922' | Twp: 18 N | Rng: 3 ☒E ☐W | Sec: 23 | ¼ ¼: SWSW |

Ownership: ☒ Private ☐ DNR ☐ WDFW   Federal: ☒ USFS ☐ USFW ☐ BLM ☐ NPS ☐ BIA ☐ Other:

Jurisdiction: ☐ WA DNR ☒ Federal ☐ WFS: ☐ Other:                    Protection: ☐ FFPA ☐ N/A

## Regulations and Restrictions

Burn Ban in Effect: ☐ Yes ☐ No ☒ N/A   Fire Danger Rating: ☐ Low ☐ Moderate ☐ High ☒ Very High ☐ Extreme

IFPL Zone: ☐ N/A   IFPL: ☐ 1 ☐ 2 ☐ 3 ☐ 4   Fire Tool Inspection: ☐ Yes ☐ No ☐ N/A

Violation: ☐ Yes ☒ No   Type: ☐ IFPL ☐ Burn Ban ☐ Burn Permit ☐ Other:

Citation Issued: ☐ Yes ☒ No   Citation Number:             Issued By:

Referral: ☐ Yes ☒ No   Referral to:             Date: ___ / ___ /19

## Fire Behavior Conditions

Red Flag Warning: ☒ Yes (attach Red Flag Warning) ☐ No   Lightning: ☐ Yes ☒ No

Weather Source: ☐ On-Scene Observations ☒ WildCAD ☒ RAWS Station: **Jemez, NM** ☐ Other:

| | | | | |
| --- | --- | --- | --- | --- |
| Temperature °F: **70** | Relative Humidity %: | Wind Direction: **N/NE 218°** | Wind Speed (mph): **28** | Gusts: **36** |
| Aspect: **S** | Slope %: **10-30** | Elevation: **8400'** | Fuel Type at Origin: **grass, shrub, mixed conifer** | |

Character of Fire: ☒backing ☒creeping ☒smoldering ☒running ☒torching ☒spotting ☒crowning

## Sequence of Events

| | | | |
| --- | --- | --- | --- |
| Estimated Ignition: ___ / ___ /2022 at ___ : ___ | ☐ AM ☐ PM (For Incendiary Cases only) | | |
| Fire Reported: 4/ 22 /2022 at 15: 42 | ☐ AM ☒ PM | Reported by: ▮(b) (6), (b) (7)(C)▮ | Cerro Pelado Lookout |
| Origin Protected: 4/ 28 /2022 at 14: 00 | ☐ AM ☒ PM | Protected by: ▮(b) (6), (b) (7)(C)▮ INVF | |
| Investigator Notified: 4/ 26 /2022 at 16: 00 | ☐ AM ☒ PM | Requested by: USFS | |
| Origin Released: 4/ 27 /2022 at 18: 30 | ☐ AM ☒ PM | Released by: ▮(b) (6), (b) (7)(C)▮ INVF | |

## SUMMARY

1.) On April 22, 2022 a wildfire began in the Jemez Ranger District on Federal land managed by the US Forest Service (USFS). The nearby Cerro Pelado Lookout (CPLO) called in a smoke report 15:42, and Initial Attack resources were on scene within 20 minutes of the first smoke report. Fueled by high winds from the southwest, the fire grew quickly and advanced to over 400 acres by 18:00. Additional ground, overhead, and aviation resources were immediately ordered as Initial Attack forces focused efforts towards public safety, then began aggressive suppression work.

2.) Over the next two weeks, the fire's footprint spread to over 40,958 acres and destroyed 3 residential structures and several non-residential structures on private property. The fire also caused significant damage to transmission and distribution (T&D) infrastructure managed by the Jemez Mountains Electric Co-Op under easement with the USFS. One minor firefighter injury was reported with no lost time.

3.) A Wildland Fire Investigation was requested and INVF ▮(b) (6), (b) (7)(C)▮ began an origin and cause investigation on April 28. Fire pattern indicators were identified, analyzed, sketched and photographed. An analysis of these

indicators led to a Specific Origin Area (SOA) that was protected, documented, and released by INVF Cooksey. Due to suppression efforts in the SOA, an analysis of the fire pattern indicators could not be conclusive as to one primary cause. With all other cause classifications being ruled out, the Cerro Pelado fire has an NWCG Cause Classification of: Human; General Cause: Undetermined; Specific Cause: Origin Destroyed.

4.) Although suspicious fire causes have been reported in the Santa Fe National Forest, no persons of interest were observed by Firefighters during the Initial Attack period. Two vehicles have been seen in the area corresponding with the times of the starts and have been referred to USFS Law Enforcement Officers. No other persons of interest were referred to USFS LE as a result of this investigation.

| Cause Determination | | |
|---|---|---|
| Code: | E = Excluded; I = Included; P = Possible (if Included or Possible is used, further explain in the Details Section below). | |
| E | Lightning | Strike activity.<br>**No lightening was recorded or observed in the two weeks preceding the fire. No evidence of lightning scarred trees or shrubs were found in the origin. Lightning maps are attached for reference.** |
| P | Campfire | Uncontrolled/Unattended/Escaped/Rekindle.<br>**A campfire may have been present in the origin before suppression efforts damaged the scene. Many other recreational campfires have been observed in the area by Forest staff, usually associated with turkey hunting in the spring and big game hunting in the fall.** |
| P | Smoking | Tobacco: Cigarette, Cigar, Pipe; Cannabis; Paraphernalia: Matches, Pipes, Filters, Clips, etc.<br>**Although no evidence of smoking was located during this investigation, the Probability of Ignition from smoking is very likely based on the RH low of 8% and fine dead fuel moisture of 3.5%.** |
| P | Debris Burning | Agricultural, Burn Barrel/Incinerator, Dumpsite, Garbage, Pile/Slash, Prescribed, Holdover, Unattended/ Uncontrolled.<br>**A slash pile burned during the 'Pino West RX' was found in the Specific Origin Area (SOA).** |
| P | Incendiary | Arson: Matches, Cigarette, Lighter; Time-Delay Ignition Device: Rope, Rubber Band, Candles, Wire.<br>**No evidence of incendiary device was found but ignition from an incendiary source (aka 'hot set') was possible given the easy road access into the origin.** |
| E | Equipment Use | Operation Of Mechanical Equipment, Brakes, Catalytic Converter, Exhaust/Exhaust System Particle, Sparks, Fuel, Fluids, Lubricant, Friction, Electrical, Grading, Harvesting, Land Clearing, Logging, Mowing, Rock Strike, Mechanical Breakdown/Malfunction, Vegetation Buildup on Hot Surface.<br>**No evidence of ignition from equipment use was discovered, nor was equipment used in this area in the days previous to the fire.** |
| E | Railroad | Railroad Operation/Personnel/Rolling Stock: Brakes, Equipment, Exhaust/Carbon Particle, Track/Right-Of-Way Maintenance.<br>**No railroad operations exist in the origin area.** |
| E | Children | Ignition Activities Associated with Children – 12 Years of Age or less: Matches, Lighter.<br>**No evidence of ignition associated with children were observed.** |
| E | Miscellaneous | Power Line, Fireworks, Cutting, Welding, Grinding, Firearms Use, Exploding Target, Spontaneous Heating, Coal Seam Fire, Electric Fence, Refraction/Reflection/Magnification, Blasting, Flare, Flare Stack/Pit Fire, Flying Lantern, Wind Turbine, Outdoor Wood Burning Furnace, Structure.<br>**No evidence of miscellaneous causes were found.** |

000307

**INVESTIGATION**

## DETAILS

1). I, [(b) (6), (b) (7)(C)] Wildland Fire Investigator with the Washington State Department of Natural Resources (WaDNR), was dispatched to the Cerro Pelado Fire as the Origin and Cause Investigator.  After being briefed by the Liaison Officer and Operations Section Chief at the Incident Command Post, I arrived on scene at 0730 (hereinafter all times are to be considered approximate unless stated otherwise) on April 28, 2022.  By the time I had arrived, the fire's head was at least 4 miles to the east, and I could safely navigate the heel without interrupting suppression work. In accordance with WaDNR Wildfire Investigations procedure, I began my investigation by circumnavigating as much of the heel as possible on foot.  As an anchor point, I began the perimeter walk at the farthest north point of the heel, where FS 10AE intersects with the fire's footprint. Starting in a 'clockwise' manner, I walked east for ½ mile and then south for ½ mile to look for a first impression of the fire pattern indicators (FPIs) and fire pattern vectors (vectors). With a slope of 15-25%, an excess of dry ground fuels (in the form of mixed conifer leaf litter, and gamble oak mixed with grass), and consistent SW winds, the fire had every opportunity to exhibit extreme fire behavior.  The FPIs of angle of char and foliage freezing were consistent and prevalent on ponderosa pines throughout this area of the heel as indicated in the Photo Log images: 0175, 0177, 0130, 0127. The FPIs in this area (Reference Point 1 (RP1) on the Regional Fire Scene Sketch) demonstrated widespread torching and catastrophic crown-topping. In this vicinity, the fire's behavior would be characterized as extreme advance to the northeast, as indicated by the large red arrows on the Regional Fire Scene Sketch.



Photo 0144: aspect SW, from RP 1

2.)  I continued my perimeter walk of the heel to the south along the top of the ridge.  I continued to notice consistent angle of char on ponderosa pines and quaking aspens, making note of these FPIs and the direction of the fire's movement, to within 90°, when it reached that particular place. This direction of travel is also

known as a fire vector. The fire vector along the entire ridge top to the south of RP1 was northeast, based on an observation of several FPIs of protection, angle of char and foliage freezing on ponderosa needles. Examples of these FPIs are documented in the Photo Log as 0113, 0117, and 0119. Compare and Contrast photos of location specific FPIs are in the photo log as 0273 to 0274.



Photo 0109: aspect SE, foliage freezing of ponderosa pine needles at RP 1

3.) As I intersected FS 270 and continued south, the FPIs started shifting towards lower intensity lateral vectors. The crown torching became less frequent, and in many places along the base of ridges the fire was still actively backing downhill into very dry needle and leaf litter. This creeping of the fire, often with open flame lengths of less than 1', was prevalent along the south side of the heel. The exceptions were the areas along FS 270 where suppression work had extinguished with water and/or hand line. Also along FS 270 were several slash piles on both east and west sides of the road. On the tops of each slash pile I observed significant uncompressed white ash, indicating that the unburned fuel (slash from a fuels reduction thinning) had reignited recently with the intense heat that swept through the area. I made a note to ask the area FMO about the dates of the slash pile burning, and subsequent checking of the piles for heat.

4.) After rounding the southern heel of the fire, I followed the fire's footprint to the northwest until intersecting with FS 10. Along the entire roadway were consistent backing FPIs, and active fire behavior with low intensity consumption into ground fuels. I sketched these indicators and walked the edge of the fire's footprint northeast until arriving at my original starting location. The FPI's along the northwest edge of the fire were also exclusively backing, and was consistent with the briefing I had received from the Ops Section

Chief the night before. In accordance with WaDNR procedure, I reversed my perimeter walk of the fire's edge and continued sketching and photographing FPI's while thoroughly searching for evidence of a competent ignition source. I completed a counterclockwise walk of the heel's perimeter and used FS 270 as the eastern boundary of the heel in my working hypothesis of the fire's origin.

5.) After returning back to RP 1 on April 29, I felt confident from an analysis of the perimeter FPIs that I was near the center of the fire's early advance. In order to confirm this hypothesis, I walked in a zig-zag pattern from northeast to southwest, following the path of advance until reaching a transition zone of lower intensity fire behavior. These areas of lateral transition typically contained discolored ponderosa needles through desiccation from heat, as indicated in photo 0179 below. In these lateral areas of transition, the FPIs would begin to shift from a NE fire spread to a more north/northwest vector. On the southeast side of the advancing area, the converse was observed. These FPIs of protection and angle of char are documented in the Photo Log as 0195, 0196.



Photo 0179, aspect NE, transition zone near the northern edge of the fire at intersection with FS 10DB

6.) While walking down the north side of one ridge into an area of later transition, I observed a lightning-scarred tree that had been scorched entirely by the fire. This tree is labeled RP2 on the Regional Fire Scene Sketch and documented with photos 138, 139, 141, and 142 in the Photo Log. As the first competent source of ignition I had observed so far, I proceeded carefully around the tree to document any associated FPIs. Because of the high level of consumption around the tree, no protection or angle of char were visible. On the

south side of the lightning ponderosa was significant white ash from complete consumption of heavy ground fuels. On the uphill and downwind side of the tree were very few FPIs, but the fire's intensity around this zone of transition led to my hypothesis and eventual conclusion that the Cerro Pelado fire had already been burning at a level of high intensity when it reached this tree. Also, it had most likely been struck and killed by lightning some years previously as indicated by the higher degree of charring and consumption compared with nearby ponderosas still alive when the fire came through on April 22.



Photo 0139, aspect NE, at RP 2, this ponderosa with spiral lightning scar was excluded as a potential source of ignition

7.) I continued walking the path of advance to the southwest in a zig-zag pattern until the advancing indicators eventually narrowed to the tops of three small ridges. These ridges were separated from one another by two draws, or dry gullies.  In each of the draws was a number of slash piles and ponderosa log decks that had burned recently. I sketched the location of each slash pile and marked each by GPS. With my fire tool, I excavated the surface of each slash pile for holdover heat down to approximately 12 inches. Only one slash pile contained heat below the surface.  I continued to excavate the slash pile by hand and uncovered about 10 shovels full of smoldering charcoal. When this material was exposed to the wind, it readily ignited and burned with open flame. I marked the location of this slash pile and continued with my evaluation of the FPIs to delineate a General Origin Area (GOA).

000311

8.) Because many of the slash piles were located at or near the bottom of the ridges, they were in locations conducive to fire spread into adjacent uphill fuels.  Therefore, it was important to carefully walk around each slash pile and make note of the FPIs to see if any direct path of advance had come from the slash piles.  With the daylight remaining, I excavated and documented eleven of the slash piles and found heat in three additional slash piles. Because the heat was within the top 12 inches of ash, dirt, and mixed char/wood, I could not determine if the remaining fuel from the RX burns in January and February had reignited from the Cerro Pelado fire, or had remained as holdover heat underground.  In nearly all of the slash piles, recent disturbance, probably from fire crew hand tools, suggested that fire suppression resources had recently worked the piles for any remaining heat. By the time I arrived on April 28, it was impossible to tell if the slash piles had been worked before the Cerro Pelado fire started, or after.  Interviews conducted between April 29 and May 7 revealed that the slash piles in the GOA had been checked by fire crews as recently as April 20 and also during the fire suppression period of April 22 to April 28.



Photo 0152, aspect NW, slash pile typical of the others in the area

9.) The following day on April 30, I returned to the area of the slash piles to complete my walk into the path of advance in order to identify a General Origin Area (GOA).  With advancing FPI's of angle of char, protection, and freezing at the tops of each ridge, it became important to work each ridge separately in order to narrow down the path of advance.  While walking up and down the ridges, still heading in a southwest direction overall, the FPI's on the northern-most and southern-most ridges transitioned to lateral and backing fire

indicators as I approached a depression where the ridges and draws seemed to converge. On the south and west sides of this low spot were steep slopes with significant backing down to the bottom of the hills. In the depression was at least an acre of unburnt forest litter and grasses that stood out like a sore thumb. In my experience, it is very rare to find so much unconsumed fuel in the middle of a large fire's heel. I noticed on my GPS that I was almost exactly in the middle of the heel I had identified during the perimeter walk. At this location, I was approximately 1/4 mile from the northern, southern and western edges of the fire footprint. By pulling together the fact pattern of indicators and vectors I had accumulated so far, I could now hypothesize that I was very near the middle of a U-shaped macro-indicator. This shape formed from a combined influence of wind and topography on the available fuels to make a distinct U or V-shaped pattern when looking from above.



Illustration of the U-shaped macro-indicator at Cerro Pelado fire. This Fire Pattern Indicator (FPI) occurs when wind, topography, and fuels come into alignment. In this case, to the NE during the first few hours of the incident.

000313

10.)  In order to narrow down the GOA, I began circling the area and re-sketching the FPIs in more detail, taking photographs of example FPIs as I went.  While the northern and southern ridges contained significant backing indicators of angle of char (also known as a 'barber chair'), the central ridge contained predominantly advance indicators with some backing towards the bottom of the ridge slopes. Using these backing indicators as a guide, I was able to narrow down the GOA to the area at the bottom of the central ridge. This identified GOA measured roughly 200 feet by 100 feet, or about 1/2 of an acre.



Photo 0130, aspect NW, angle of char on ponderosa, located on northwest slope of ridge immediately north of GOA

11.) Next, I started my investigation of the GOA with a clockwise perimeter walk while pin flagging the FPIs. My next goal in the investigation was to generate a smaller footprint of fire origin, known as a Specific Origin Area (SOA). During both the clockwise and counterclockwise perimeter walks I observed no evidence of a competent ignition source.  The FPIs of advance were all located at the NE corner of the GOA, while the area to the southeast, south, and southwest of the GOA contained a large area of unburned fuel described in paragraph 8. This island of unburned fuel connected to road FS 10E1 which served as the main road access into the GOA. With immediate road access to the GOA and no other lightning trees nearby, I was especially observant for any human caused evidence of ignition, but none was found.

12.)  As I worked my way SW through the path of advance, I placed red pin flags to indicate FPIs of advance, yellow pin flags for lateral FPIs, and blue flags for backing indicators. A clear path of advance began to emerge that was about 50 feet wide and leading down-ridge.  FPIs of protection, angle of char, sooting, staining, and cupping on low stumps provided detailed clues of the fire's advance. These FPIs are documented in the Photo Log as 0274, 0275, 0276, 0278, 0280, 0283, 0287, 0288, 0289, 0292, 0295, 0296, 0332.



Photo 0286, aspect SE, FPIs of protection and cupping typical on low stumps in the GOA

13.) By following these vectors down-ridge, a smaller area of origin emerged as the advancing indicators narrowed to about 30 feet.  Beyond this point, I could no longer narrow down the fire's path of advance due to the area being disturbed by suppression work.  From the disturbance of the ground, it appeared that one or more firefighters had worked the area with hand tools to excavate and extinguish heat and then construct hand line using this origin area as an anchor point. At the bottom of the ridge, I was able to sketch a Specific Origin Area (SOA) of about 30 feet by 25 feet. In the center of this SOA was the slash pile with heat that I had observed in paragraph 8 above. Before beginning a search of the SOA for FPIs and evidence, I photographed the area in detail. As I mentioned before, because the area had been worked recently by firefighters, the few

FPIs that were visible (protection) were not reliable due to their having been moved from the original locations.

14.) I setup an evidence grid search of the SOA, and methodically covered each square foot visually, scanning for any evidence of a competent ignition source. During this grid search, the only evidence discovered was the holdover heat located between the surface and 12 inches below. I excavated most of the slash pile down to 24 inches, to ensure that holdover heat could not be found any deeper, but no other heat was located. Because of the location of the slash pile in the SOA, and the presence of substantial heat excavated several days after the start of the fire, this cause became the primary focus of my interviews. Supplemental Reports from ██████ and ██████ attached describe extensive checking and 'cold-trailing' of the slash piles in the weeks after the RX burn and up to April 20, when the slash piles were checked again for heat by fire crews. The Wild CAD log of the RX burns named 'Pino West' is attached to this report.

15.) After conversations with local firefighters, the possibility of locating a recreational campfire seemed very real. Just the day prior, a recreational campfire had caused a small fire in the same Ranger District. In this particular SOA, an escaped campfire could easily have spread uphill into adjacent fuels. After visually scanning each square foot, I carefully excavated the top few inches of ash, debris, and dirt to search for sub-surface evidence and heat. After scanning and excavating the SOA for evidence, I pulled a high-power magnet through the SOA in an attempt to secure any ferrous-based evidence. This is typically the last step taken during a SOA investigation. After searching the area carefully for about 2.5 hours, no evidence of a competent ignition source or clues to a specific cause could be located. If any unconsumed wood from a campfire had been in the area it had probably been destroyed by suppression work.

15.) Another possible fire cause in this location and during these fire indexes is smoking. Both the receptive fuel's relative humidity content (RH) and the ambient RH need to be very low for a cigarette butt to be a competent ignition source. Due to the extreme weather conditions, a cigarette in a receptive fuel bed at the bottom of this ridge is included in this investigation as a possible cause, although no evidence of smoking (cigarette butt, foil band, pipe, etc.) was discovered during the search of the SOA.

16.) The final cause I was not able to exclude from the evidence in the SOA was Incendiary. As with Smoking, the extreme fire weather conditions and fuel RH content were perfect for a 'hot set' start, if an Incendiary start was someone's intention. Because no other witnesses were in the area during or immediately after the start of this fire, a 'hot set' or other incendiary device cannot be excluded from this investigation.

17.) This area is labeled as the Specific Origin Area on the Fire Scene Sketches, and is documented in the Photo Log as 0211, 0212, 0213, 0215, 0233, and 0235.



Photo 0235, aspect SW, view of the SOA from the center of the path of fire's advance to the NE

14.)  After documenting the Specific Origin Area (SOA) by photographing and then removing the pin flags, I returned the next day, May 1, to follow the path of advance to the NE. I wanted to thoroughly scan the area for any other evidence of a competent ignition source, and map the path of the fire up and down the neighboring ridges.  Once I reached an area in between FS 10DDB and FS 10DD, I observed a second lightning-scarred tree in the path of advance. By analyzing the FPIs surrounding the lightning tree of protection and angle of char, I was able to confirm the fire's path of advance both into the area from the west and then out to the east.



Photo 0167, aspect N, lightning tree at the north end of the heel. This tree was also excluded as a potential ignition source.

14.) Continuing to follow the path of advance, I came across FS 10DD and saw an electrical junction box on the west side of the road. It had sustained minimal damage from the fire, and I walked around the junction box to see if any FPIs showed the spread of fire from the box. Because this junction box had only sparse flashy ground fuels around it, there was no observable path of advance out of the box. This box was labeled on the side as "JBox4" and is documented in the photo log as photos 0253, 0254, and 0255. I marked the location by GPS and walked the path of advance for another 1/2 mile to confirm the fire's advance vector out of the heel was east. I returned to my truck and drove the length of FS 10DD to see if any other junction boxes had signs of mechanical or electrical failure that could become a source of ignition into adjacent fuels. In all, I was able to safely examine three junction boxes, one concrete junction vault, and at least 2 miles of overhead transmission lines with conductors and poles that were destroyed in by the advancing fire. After sketching and photographing the FPIs in this area I concluded that the fire's advance had been at its most intense when it reached the power-lines and underground feeder line. None of the FPIs confirmed that any ignition had occurred at or near the junction boxes or overhead transmission lines. These are documented in the photo log as 0253, 0254, 0257, 0258, 0261, and 0263.



Photo 0253, aspect SW, junction box on FS road 10DD. Over the top of the box is the fire's path of advance.

15.) After confirming my hypothesis about the fire's advance vector of N/NE out of the heel, I contacted dispatch to confirm that no lightning cloud-to-ground strikes had been recorded recently. Dispatch emailed me the lightening log, and it showed clear of lightning strikes for the seven day period prior to April 22.  Other open-source lightning maps also confirmed this.



16.)  On May 2 I began contacting the Initial Attack IC's and Engine Captains for supplemental statements about the fire's early behavior, location, and path of advance.  I spoke with six agency personnel about their observations during the Initial Attack Period, and their reports are attached as Supplemental Reports 1 – 6.  All of their reports confirmed the identified GOA as the early source of smoke and active flame. None of the interviews and following reports described any other people or vehicles in the area during the Initial Attack period.

17.) On May 2 I spoke with ████████ the Cerro Pelado Lookout by phone. He confirmed the azimuth of first smoke reported at 255 degrees from the Cerro Pelado Fire Lookout, and described the efforts of FMO ████████ to immediately respond to the Lookout and remove ████ to a safe location.  This azimuth confirms the GOA identified during this investigation.



Map of first smoke report from Cerro Pelado Fire Lookout compared to GOA identified during this investigation.

17.) End of Report.  I reserve the right to change my conclusions based on additional evidence presented.

---

### EVIDENCE / PROPERTY

1.  No physical evidence was collected and preserved during this investigation.

2.  All photos, notes, and sketches will remain with the Investigator in their original format for five years from the date of this report.

## CONCLUSION / FINDINGS

1. **Origin: Conclusive:** A thorough analysis of the fire pattern indicators led to a Specific Origin Area at N 35° 46.420' - W -106° 35.922'.
2. **Cause: Inconclusive:** Possible causes include Campfire, Smoking, Debris Burning, and Incendiary. After excluding all other possible ignition sources and reviewing the available evidence, the cause of the Cerro Pelado wildfire was not able to be determined due to the destruction of the origin area through suppression efforts. This investigation recommends a review of policy, procedure, and practices associated with RX burning, slash pile location, and subsequent slash pile inspections.
3. **Excluded Causes:** Lightning, Railroad, Equipment Use, Children, Miscellaneous
4. No persons, vehicles, or reports of suspicious behavior were passed on to US Forest Service Law Enforcement Officers for follow up.

## Attachments (check all that apply)

| | | | |
|---|---|---|---|
| ☐ Burn Ban Order | ☒ Weather Observations  RAWS | ☒ Regional Fire Scene Map | ☒ Photograph Log(s)  3 |
| ☐ Burn Permit | ☐ Fire Weather Watch | ☒ Fire Origin Location Map | ☐ Statement(s) |
| ☐ Citation(s) | ☒ Red Flag Warning | ☒ Fire Scene Sketch | ☐ Field Notes |
| ☐ Incident Narrative | ☒ WildCAD Incident Card  ( 2 ) | ☒ Lightning Detection Map(s) | ☐ Contacts (list) |

☐ Other:  Property/Evidence Control and Chain of Custody (Transfer) Form

☐ Other:  IFPL (Tool Inspection)

☒ Other:   Supplemental Report from (b) (6), (b) (7)(C)

☒ Other:   Supplemental Report from (b) (6), (b) (7)(C)

☒ Other:   Supplemental Report from (b) (6), (b) (7)(C)

☒ Other:   Supplemental Report from (b) (6), (b) (7)(C)

☒ Other:   Supplemental Report from (b) (6), (b) (7)(C)

☒ Other:   Supplemental Report from (b) (6), (b) (7)(C)

## Signatures

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

| | | | |
|---|---|---|---|
| Investigator (print): (b) (6), (b) (7)(C)  INVF, WaDNR | Signature: (b) (6), (b) (7)(C) | | Date: May 9, 2022 |
| Reviewed By (print): (b) (6), (b) (7)(C)  LEO, USFS | Signature: | | Date:    /   /2022 |
| Approved By (print): | Signature: | | Date:    /   /2022 |

| | STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES<br>## WILDLAND FIRE INVESTIGATION<br>## ORIGIN AREA PROGRESSION SKETCH/DIAGRAM | Case File No.<br>NM-SNF- 000049 |
|---|---|---|
| | | Other Related No.<br>221-IDA |

**(Not To Scale)**



| Incident Name: | CERRO PELADO | Incident Date: APRIL 22, 2022 |
|---|---|---|
| Drawn By: | (b) (6), (b) (7)(C) INVF, WaDNR | Sketch Date: May 8, 2022 |

### LEGEND

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ↗ | Advancing Fire Indicator | ↖ | Wind  (Direction/Speed) | - - - - - | Trail | ⊤⊤⊤⊤ | Power line |
| △ | Lateral Fire Indicator | | (      /      ) | x-x-x-x | Fence | 🏠 | Structure |
| 🌙 | Backing Fire Indicator | ～ | Creek | ═══ | Secondary  Road | ◇◇ | Aerial Retardant Drop |
| 🔴 | Fire Perimeter | ◉ | Reference Point(s) | ▪▪▪▪▪ | Highway | XXXXX | Completed Dozer Line |
| ⊗ | Fire Origin | 🔎 | Spot Fire | ⊥⊥⊥⊥⊥ | Railroad | ─── | Completed Hand Line |



| STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES | Case File No. |
|---|---|
| **WILDLAND FIRE INVESTIGATION** | NM-SNF- 000049 |
| | Other Related No |
| **ORIGIN AREA PROGRESSION SKETCH/DIAGRAM** | 221--IDA |

**(Not To Scale)**



| Incident Name: | CERRO PELADO | Incident Date: 4 / 22 / 2022 |
|---|---|---|
| Drawn By: | (b) (6), (b) (7)(C)  INVF | Sketch Date: 4 / 27 / 2022 |

### LEGEND

| | | | | | |
|---|---|---|---|---|---|
| ↗ | Advancing Fire Indicator | Wind (Direction/Speed) | ----- | Trail | ┬┬┬┬ Power line |
| 🔺 | Lateral Fire Indicator | ( / ) | ×-×-×-× | Fence | ⬛ Structure |
| 🌙 | Backing Fire Indicator | ~~ Creek | ═══ | Secondary Road | ◇◇ Aerial Retardant Drop |
| ⬡ | Fire Perimeter | ⊙ Reference Point(s) | ▓▓▓ | Highway | XXXXX Completed Dozer Line |
| ⊗ | Fire Origin | 🔍 Spot Fire | ┴┴┴┴┴ | Railroad | ── Completed Hand Line |

DNR WFIP – Fire Scene Sketch Form [2021]

000323



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION REPORT
## PHOTO LOG

| Case File No. |
|---|
| NM-SNF- 000049 |
| Other Related No. |
| 221-IDA |

| | | | |
|---|---|---|---|
| Incident Name: CERRO PELADO | Region: SANTA FE NF | District: JEMEZ RANGER DISTRICT | Incident Date: APR 22, 2022 |
| All Photos Taken or Received By: (b) (6), (b) (7)(C) INVF, WaDNR | | Camera Used: Brand/Model: Iphone XR | |

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION
THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0273**
Compare and Contrast photo: ponderosa pine



**0122**
Compare and Contrast photo: ponderosa pines with
angle of char, fire vector from left to right



**0387**
Compare and Contrast photo: ponderosa pine stump



**0278**
Compare and Contrast photo: ponderosa pine stump, with macro-
cupping and protection, fire vector from lower right to upper left



**0386**
Compare and Contrast photo: ponderosa pines



**0195**
Compare and Contrast photo: ponderosa pines with
high-canopy angle of char, fire vector left to right



**0392**
Compare and Contrast photo: ponderosa pines needles



**0196**
Comp re and Contrast photo: ponderosa pines needles
with freezing, fire vector from left to right



**0383**
Compare and Contrast photo: ponderosa pine stump



**0190**
Compare and Contrast photo: ponderosa pine stump with cupping and protection, fire vector bottom to top



**0384**
Compare and Contrast photo: granite rock



**0274**
Compare and Contrast photo: granite rock with sooting and staining, fire vector from right to left



**0389**
Compare and Contrast photo: bunch grasses



**0197**
Compare and Contrast photo: bunch grasses with protection, fire vector from left to right



**0161**
Aspect E, General Origin Area (GOA)



**0211**
Aspect SW, Specific Origin Area (SOA) from the p  th of advancing fire pattern indicators (FPIs)



**0212**
Aspect NW, SOA destroyed from fire suppression work, hand tool and water damage to scene



**0213**
Aspect SW, SOA destroyed from fire suppression wo k, hand tool and water damage to scene



**0145**
Aspect E, active backing in the heel on April 28, six Days after Cerro Pelado fire began



**0233**
Aspect NE, path of advancing FPIs from SOA



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION REPORT
## PHOTO LOG

| Case File No. |
| --- |
| NM-SNF- 000049 |
| Other Related No |
| 221--IDA |

| Incident Name: CERRO PELADO | Region: SANTA FE N.F. | District: JEMEZ RANGER DISTRICT | Incident Date: APR 22, 2022 |
| --- | --- | --- | --- |
| All Photos Taken or Received By: (b) (6), (b) (7)(C) INVF, WaDNR | | Camera Used: Brand/Model: Iphone XR | |
| Photo Log Start Date & Time: April 22 at 15:00 ☐AM ☒PM | | Photo Log End Date & Time: May 12 at 12:30 ☐AM ☒PM | |



**0287**
Aspect N, protection and cupping on stump in GOA



**0288**
Aspect N, protection and cupping on stump in GOA



**0289**
Aspect SW, protection on back of stump in GOA



**0292**
Aspect SW, sooting, staining, and protection on granite boulder in GOA

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.

000329



**0295**
Aspect NE, protection and cupping on stump in GOA



**0296**
Aspect SE, protection and cupping on stump in GOA



**0332**
Aspect SW, angle of char on ponderosa in GOA



**0211**
Aspect S, view of SOA from center of
the advancing indicators

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO
THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0212**
As  ect NW, view of SOA and destruction of scene
due to suppression efforts



**0213**
Aspect SW, view of SOA and destruction of scene
due to suppression efforts



**0215**
Aspect SE, view of SOA and destruction of scene
due to suppression efforts



**0233**
spect NE, from SOA, fire's path of advance
upslope and downwind

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO
THE INVESTIGATION.  THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0235**
Aspect SW, view of SOA through the center of advancing FPIs



**0161**
Aspect E, view of SOA and areas of unburned fuel to the SW with backing down the ridge



**1111**
Avenza screenshot of SOA location



**0167**
Aspect NW, second lightning tree in the path of advance

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0253**
Aspect SW, junction box labeled "JBOX 4"
on FS road 10DD



**0254**
Aspect SE, back of "JBOX 4" on FS road 10DD



**0257**
Aspect S, "JBOX 3" on FS road 10DD



**0258**
Aspect SE, "JBOX 3" on FS road 10DD

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION REPORT
## PHOTO LOG

Case File No.
NM-SNF- 000049

Other Related No
221--IDA

| Incident Name: CERRO PELADO | Region: SANTA FE N.F. | District: JEMEZ RANGER DISTRICT | Incident Date: APR 22, 2022 |
|---|---|---|---|
| All Photos Taken or Received By: (b) (6), (b) (7)(C) INVF, WaDNR | | Camera Used: Brand/Model: Iphone XR | |
| Photo Log Start Date & Time: April 22   at  15:00   ☐AM ☒PM | | Photo Log End Date & Time: May 12   at  12:30   ☐AM ☒PM | |



**0261**
Aspect NW, "JBOX 2" on FS road 10DD



**0263**
Aspect S, "JBOX 2" on FS road 10DD



**JA1**
Attachment to Supplemental Report from ▮▮▮▮
Engine Captain BLM 2601



**JA2**
Reference Photo to Supplemental Report from ▮▮▮▮
Engine Captain BLM 2601

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION.  THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**LM 1**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
DAFMO, fire progression sketch during Initial Attack period



**SW 2**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout, taken during Initial Attack period



**SW 3**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout, taken during Initial Attack period



**8**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

| Report By: (b) (6), (b) (7)(C) | Lead Investigator: (b) (6), (b) (7)(C) WaDNR | Incident Date: 4-22-2022 |
|---|---|---|
| Other Officer(s): | | Ref. Case No. |

**DETAILS:**

As a preface to this I feel it is important to mention that the fire was reported 2.5 hours prior to me arriving on scene and assuming command. Out of area engine BLM2601 and the Bandolier NP engine 692, we on scene first, With E431 and DIV 10-3 shortly after, and first on scene from our local unit.

Fuel conditions are Brown Grass, 10 hr fuels in the 5-8%, and 1000 hr fuels between 8-10 %

At roughly 1815 when I arrived on scene the fire was wind driven, by sustained 30-35 mile an hour winds with gusts to around 70. The column was black and dark gray, with heavy volume leaning over in the wind out to the East. The eastern flank of the fire was sustaining in the crowns heading up Cerro Pelado proper as well as skirting just south of the South East corner of the private inholding of Sierra Los Pinos and North of Los Griegos proper. The North slopes of the highest terrain appeared to retard fire behavior from extreme to active, but the availability of the adjacent Southern exposures combined with the high winds, allowed the fire to easily spot across the expanses, then consume up the south aspects and spot again across the north slopes. There were confirmed spots near the communications towers in section 21, as well as the furthest Eastern spot in the South East ¼ of Section 16 near the private inholdings off forest road 282. There was also a spot fire across NM Hwy 4 near the Las Conchas Trailhead on the south end of Section 4 that was contained.

After the spot was contained I travelled South around the western edge of the fire along FR10 and then East Along FR 270. Along 270 the fire was backing and flanking on the North side of the road and more Head and Flanking fire where it had crossed 270 in the switchback section to the East. Fire behavior remained extreme and very active well into the early morning hours until reducing to active around the perimeter in the predawn hours, all except the area around FR270 and subsidiaries where active fuels treatments were taking place and the heavy fuel loading created a micro climate where the heat generated made the entire surrounding area remain very active throughout the night.

I did have a chance to get on FR 10F in the Western side of section 23 in the predawn hours and that fire was backing to the west through a previous treatment area with multiple log decks and some piles consuming.

Due to the snow we were unable to check it until the next week when it was checked on two different days. The unit had great consumption and many piles we not showing any smoke. We burned one pile that some equipment was parked next two on the southern part of the Pino West(West of FR 10) on 2-19-22, and the area in question was again checked that day and snow had covered some of the ashpits with a handful of pile areas still showing obvious heat.

Due to my obligations with trainings, hiring etc. I cannot give you specifics on what days the piles were checked in March, but it was multiple times.

I can verify that the unit was checked April 20th, due to the activity in the region and after multiple Red Flag days and no heat was found.  This was just two days prior to the start of the Cerro Pelado Incident.

The smoke registration for New Mexico Air Quality number is 22FIIF0015



(b) (6), (b) (7)(C)  Cerro Pelado ICT3 4/22/22 1815 - 4/23/22 2000



**(b) (6), (b) (7)(C)**
**DAFMO**
**FSC Chairperson**

**Forest Service**
**Santa Fe National Forest, Jemez Ranger District**

p: **(b) (6), (b) (7)(C)**
c:
f: **575-829-3223**

**(b) (6), (b) (7)(C)**

PO Box 150
051 Woodsy Lane
Jemez Springs, NM 87025
www.fs.fed.us

**Caring for the land and serving people**

## ATTACHMENTS

Image in Photo log as ███1, fire progression sketch during Initial Attack period

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

**(submitted via email to (b) (6), (b) (7)(C) on 5/3/2022)** _____

_Signature_ _Date_

**Name:** (b) (6), (b) (7)(C) _____

DAFMO, Forest Service
Santa Fe National Forest, Jemez Ranger
**Title:** District _____

**Phone:** (b) (6), (b) (7)(C) cell _____



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Santa Fe National Forest | Jemez |

**Report By:** (b) (6), (b) (7)(C) Captain 431  **Lead Investigator:** (b) (6), (b) (7)(C)  **Incident Date:** 4-22-2022

**Other Officer(s):**  **Ref. Case No.**

## DETAILS

4/19

(3 days before Cerro Pelado fire) As the shift was finishing up our lookout called in a smoke report. It was the San Juan fire, it was located near FS 269 off FS 10. While en route as we turned off the 10 on to the 269 a gray Silverado was parked in the intersection and did not move for the train of 4 fire Vehicles responding to the fire. I did not think much of it at the time as that is a place where cell phones work and his phone was in hand. Upon arrival to the San Juan fire it was in the black of an old pile burn. The way it had burned / was burning was unique, and made me question it in my head. On the west side of the fire there was a sole heavy log burning on a large mound of dirt and on the east side 1 hour fuels were consuming, there was unburned fuel and cold black between them. So spread to both sides of the fire seemed difficult to understand. As my module worked the fire My FMO drove around the area and looked at as many piles as he could before it got too dark.

4/20

(2 days before the Cerro Pelado Fire) My modules assignment for the day was to go back to the San Juan fire and work it to a contained/ closer to controlled status, we were also asked to check the other piles in the area to see if we found another incident similar to this fire. So we took the UTV up to the area to help move around more quickly. On this day I had 6 personnel. I cannot give a number to the amount of piles that we checked that day but it was a lot. I also remember an intersection that was in a picture shown to me by (b) (6), (b) (7)(C) as an area we had been in. We concluded our day finding no issues with any of the other burnt piles.

4/22

The days leading up to the Cerro Pelado fire had forecasted a major wind event for 4/22. It was an accurate forecast. As I drove my type 4 engine I could feel the wind pushing it if it became a cross wind. I would estimate that sustained 40 MPH winds started around 1300/1400. This day we were hanging signs as the forest went into restrictions, as the call came in for this fire we were up on the north part of the district and could hear how quickly this fire was growing by the lookouts updates. I first got eyes on the smoke as I drove east and was near Redondo Meadows. At this point there was still resources making their way to the origin. We continued do HWY 4 to FS 10 and people that got there ahead of us assumed the IC role as well as many local folks were trying to figure out where the fire was headed that first operational period. We got to the top of Caldwell Hill and the decision was made to start evacuations so we got turned around and went to the community of Sierra Los Pinos and helped with evacuations. After completing evacuations I was sitting in a meadow around what we deemed the farthest east structure incase it came down towards the house. This was when I started to be able to watch the fire behavior which I would guess to be at least 100 foot flame lengths as it ran up Los Griegos. Much of the activity was obscured by a ridge, but judging by what the smoke was doing it looked like the fire had multiple pulses of activity. I was on the fire this night until 2300 then released to have the engine available the next day. Most of the first shift was spent as a lookout or scouting roads. I would estimate the winds in the open 40-50 MPH fairly sustained. Ridgetops may have been even higher, I was not on a ridgetop on this night though.

**(b) (6), (b) (7)(C)**

Captain 431
Forest Service
Santa Fe National Forest, Jemez Ranger District
p: **(b) (6), (b) (7)(C)**
c:
**(b) (6), (b) (7)(C)**

11 Forest Lane
Santa Fe, NM 87508
www.fs.fed.us

## ATTACHMENTS

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

**(submitted via email on 5/9/2022)**
_____          _____
                    *Signature*                                                        *Date*

**Name:** _**(b) (6), (b) (7)(C)**_____

**Title:** __Engine Captain – USFS Engine 431_____

**Phone:** __**(b) (6), (b) (7)(C)**__cell_____



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

| Report By: (b) (6), (b) (7)(C) | Lead Investigator: (b) (6), (b) (7)(C) WDNR | Incident Date: 4-22-2022 |
|---|---|---|
| Other Officer(s): | | Ref. Case No. |

**DETAILS**

External Email

Hello ███,

As we discussed on the phone Monday, I have attached a photo of the smoke report that I wrote for the Cerro Pelado Fire. Also I attached photos from the lookout that were taken at 1554 and 1640 on the day of the Fire.

When I first spotted the smoke it was white with blue and was by my estimate 1/2 to 2 acres. Wind gust that afternoon were up to 40 MPH with sustained winds of at least 20 MPH. There was a secondary smoke report in the Seven Springs area that was not visible from the lookout. This filled the radio with extra traffic. Within 30 minutes of spotting the smoke the Fire grew rapidly and smoke changed in both volume, color, direction though it was predominantly blowing Northeast.

By about 1700 (I don't remember the exact time because of the circumstances) I was evacuated by my FMO (b) (6), (b) (7)(C) and joined Utility 631 for the remainder of the day.

Thanks and let me know if there's anything else you need from me!


(b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout
Cell Phone # (b) (6), (b) (7)(C)
Home address: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)    Email address (b) (6), (b) (7)(C)

EXHIBIT :

Cerro Pelado    LOOKOUT INCIDENT REPORT
(Name)

Always record    1. Date  4/22/2022    Time  1536
for your
reference.

2. Azimuth  255    at  2    miles

3. Legal description T  18N  R  3E  Sec  23 E

4. Base of Smoke Sighted YES        NO ✓

5. Location by Landmarks    FR   10 D  and 298

Always read
items #2 thru
6 when giving
initial fire.
report to
Dispatcher.    6. Smoke description

a. Volume    b. Color    c. Character

Small  ✓    White        Thin  ✓
Medium        Gray        Heavy
Large        Blue  ✓    Billowy
        Black        Drift
        Yellow        Blanket
        Coppery        Other

d. Direction from which smoke is drifting   SE

Always Report    7. Any MAJOR change in smoke appearance
i.e., increase or decrease in volume, change in color,
if it disappears.....

Always record    8. Cross Reading Lookout      n/a    Azimuth  n/a
for your
reference.    9. If lightning caused: record date and time of last
lightning in the area (if known)    none

10. Name of Person Staffing Lookout  (b) (6), (b) (7)(C)

---

## ATTACHMENTS:

Images in Photo log labeled: ██1, ██2, ██3

---

## Submitted By:

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

(submitted via email to (b) (6), (b) (7)(C) on 5/4/2022)
                    *Signature*                                    *Date*

Name:    (b) (6), (b) (7)(C)

Title:    Cerro Pelado Fire Lookout

Phone:    (b) (6), (b) (7)(C)  cell

---



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

**Report By:** (b) (6), (b) (7)(C)    **Lead Investigator:** (b) (6), (b) (7)(C) WDNR    **Incident Date:** 4-22-2022

**Other Officer(s):**      **Ref. Case No.**

## DETAILS

I have enclosed a few pictures at your request and my general summary of damage to our overhead power lines and poles. We have about 2.92 miles of overhead power lines and poles within the burn area. We have found 23 damaged structures and there may be as much as, or more overhead power line conductors damaged, in excess of 23,200 feet. As you know this fire is very active. This amount could easily increase. The last picture in the group I have sent is a junction box which includes our underground electrical feeder into Sierra Los Pinos. We do not know the extent of the damage to the wire and junction boxes. It looks bad. The underground feeder is approximately 1.59 miles in length.

(b) (6), (b) (7)(C)

Jemez Mountain Electric Cooperative, Inc.
(b) (6), (b) (7)(C)
Jemez Springs NM 87025

## ATTACHMENTS

Photos of damage to electrical transmission and distribution infrasturcture

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

(submitted via email to (b) (6), (b) (7)(C) on 5/9/2022)

*Signature*          *Date*

**Name:** (b) (6), (b) (7)(C)

**Title:** Jemez Mountain Electric Cooperative, Inc.

**Phone:** (b) (6), (b) (7)(C) cell













**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

| Report By: (b) (6), (b) (7)(C) | Lead Investigator: (b) (6), (b) (7)(C) WDNR | Incident Date: 4-22-2022 |
|---|---|---|
| Other Officer(s): | | Ref. Case No. |

## DETAILS

1. I was the initial IC of the Cerro Pelado Fire. My initial response was to not worry about where the fire started, but to protect life and property. We had responded from the northside of the fire off of HWY 4 and Forest Rd 10. The initial size up I gave was burning in Timber an estimated 10-15 acres with a high rate of spread. Once we got on scene at the heel of the fire, I gave my full size up to dispatch and estimated 100 acres burning in timber and logging slash with extreme potential. As we were driving up Forest Road 270 and did witness a white small pick up with a trailer parked in a meadow off of FR 270. After some initial resources arrived, I tasked them with trying to locate that vehicle and if possible, get me a better vehicle description and license plate. At that time, they were unable to locate any vehicle and the remaining resources were tasked with Evacuations as well as closing down HWY 4.

Please feel free to reach out to me with any other questions regarding the investigation.

My personal info is below

Respectfully,

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

Engine Captain - Bandelier N.M.
Engine 91
Pueblo Parks Fire Group

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

## ATTACHMENTS

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

(submitted via email to (b) (6), (b) (7)(C) on 5/3/2022)

*Signature*                                    *Date*

**Name:** (b) (6), (b) (7)(C)

**Title:** Engine Captain - Bandelier N.M., Engine 91

**Phone:** (b) (6), (b) (7)(C) cell



### STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

**Report By:** (b) (6), (b) (7)(C)    **Lead Investigator:** (b) (6), (b) (7)(C)    **Incident Date:** 4-22-2022

**Other Officer(s):**    **Ref. Case No.**

## DETAILS

Hello Ben,

I was Engine 2601, the first one on scene from my recollection.

We were south on the FS10 Road experiencing high winds on just south of the FS270 road. Several trees were had recently been uprooted and we watched a branch fall on the road 100 yards in front of us while patrolling. We received a call from dispatch on the radio and they told us there was a smoke report on the FS270 road. We turned around and got to the smoke in approximately 15-20 minutes. I called dispatch upon arrival asking if anyone was on it (there was not). I got out of the truck after we found a good egress below the heel. While doing so, a local engine arrived (about 1 minute after we contacted dispatch and got out) and took command of the fire before handing it off to an ICT3. From there, we did a meeting at the local nearby fire department and staged up on State/County Road 4 waiting to get assigned to a division.

I will post the one photo I took and a photo of the approximate area we staged when we got there, which was the fork on FS270 below the heal (Blue pin). (The orange lines were from where we worked with Division).

Thank you and please feel free to email or call my cell phone if any further questions!

(b) (6), (b) (7)(C)
Engine Captain
Eastern Montana / Dakotas BLM
Jordan, MT
Office Phone: (b) (6), (b) (7)(C)
Cell Phone: (b) (6), (b) (7)(C)

## ATTACHMENTS

Images in Photo log labeled: JA1, JA2

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

(submitted via email to (b) (6), (b) (7)(C) on 5/5/2022)

_____     _____
*Signature*                              *Date*

**Name:** (b) (6), (b) (7)(C)

**Title:** Engine Captain – BLM

**Phone:** (b) (6), (b) (7)(C) cell

**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

| Report By: (b) (6), (b) (7)(C) Chief | Lead Investigator: (b) (6), (b) (7)(C) | Incident Date: 4-22-2022 |
|---|---|---|
| Other Officer(s): | | Ref. Case No. |

## DETAILS

1. Our fire department was dispatched to a structure fire in the Seven Springs community in the northern part of the fire district on the afternoon of 4/22, I had responded to that location and upon arriving encountered 3 USFS employees running towards their vehicle and as they ran by said they'd just been dispatched for a new fire start on the southern end of FR10. I quickly dealt with the situation in Seven Springs which turned out to be a small pile of brush burning and not a structure fire and then I also headed towards FR10 and redirected all of the La Cueva resources to the now confirmed smoke report on FR10. As I responded towards the FR10 area I pulled off NM126 at a lookout point called Hamburger Hill to look towards the southeast to observe the area. I observed a column of thick dark grey smoke moving fast from south to north. Knowing the location, terrain and potential life and property risk I called my county office of emergency management to evacuate the Sierra de Los Pinos and Ruby Holt tract neighborhoods. The next couple of hours we evacuated those areas and did a second sweep to verify all residents had left the area. At this point we began preparations to begin structure protection in the southern and eastern areas of Sierra de Los Pinos which we engaged in until around 2300 hours at which time all resources disengaged and reassembled the next morning at 0700 to come up with a plan with (b) (6), (b) (7)(C) as IC.

(b) (6), (b) (7)(C)

Chief
La Cueva District
Sandoval County Fire Rescue
(b) (6), (b) (7)(C) mobile
          Office
(b) (6), (b) (7)(C)

## ATTACHMENTS

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

(submitted via email to (b) (6), (b) (7)(C) on 5/6/2022)

*Signature*                                    *Date*

Name: (b) (6), (b) (7)(C)

Title: Chief, La Cueva District, Sandoval County Fire Rescue

Phone: (b) (6), (b) (7)(C) mobile



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION REPORT

| Case File Number |
| --- |
| NM-SNF-000049 |
| Other Related No. |
| 221--IDA |

## INCIDENT INFORMATION

| | | |
| --- | --- | --- |
| Incident Name: **CERRO PELADO** | WildCAD Incident No. **SNF 2022-49** | Incident Date: **4** / **22** /2022 |
| Program Index: ☒ 221  ☐ 222   Project Code: **IDA** | Region Fire No. **00049** | Acres Burned: **40,958 to date** |
| Investigation Report By: (b) (6), (b) (7)(C) INVF, Washington DNR | | Reporting Office: **USFS - SNF** |
| Other Agents/Officers: | | Case Ref. No. |

## Origin Location

| | | |
| --- | --- | --- |
| Region: Santa Fe National Forest | District: Jemez Ranger District | County: Sandoval County |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Lat. (D° dM'): N 35° 46.420' | Long. (D° dM'): W -106° 35.922' | Twp: 18 N | Rng: 3  ☒E ☐W | Sec: 23 | ¼ ¼: SWSW |

| | |
| --- | --- |
| Ownership: ☒ Private  ☐ DNR  ☐ WDFW  Federal: ☒ USFS  ☐ USFW  ☐ BLM  ☐ NPS  ☐ BIA  ☐ Other: | |
| Jurisdiction: ☐ WA DNR  ☒ Federal  ☐ WFS:  ☐ Other: | Protection: ☐ FFPA  ☐ N/A |

## Regulations and Restrictions

| |
| --- |
| Burn Ban in Effect:  ☐ Yes  ☐ No  ☒ N/A   Fire Danger Rating:  ☐ Low  ☐ Moderate  ☐ High  ☒ Very High  ☐ Extreme |
| IFPL Zone:  ☐ N/A   IFPL:  ☐ 1  ☐ 2  ☐ 3  ☐ 4   Fire Tool Inspection:  ☐ Yes  ☐ No  ☐ N/A |
| Violation:  ☐ Yes  ☒ No   Type:  ☐ IFPL  ☐ Burn Ban  ☐ Burn Permit  ☐ Other: |
| Citation Issued:  ☐ Yes  ☒ No   Citation Number:   Issued By: |
| Referral:  ☐ Yes  ☒ No   Referral to:   Date:  / /19 |

## Fire Behavior Conditions

| |
| --- |
| Red Flag Warning:  ☒ Yes (attach Red Flag Warning)  ☐ No   Lightning:  ☐ Yes  ☒ No |
| Weather Source:  ☐ On-Scene Observations  ☒ WildCAD  ☒ RAWS Station:  **Jemez, NM**  ☐ Other: |
| Temperature °F: **70**   Relative Humidity %:   Wind Direction: **N/NE 218°**   Wind Speed (mph): **28**   Gusts: **36** |
| Aspect: **S**   Slope %: **10-30**   Elevation: **8400'**   Fuel Type at Origin:  **grass, shrub, mixed conifer** |
| Character of Fire:  ☒backing  ☒creeping  ☒smoldering  ☒running  ☒torching  ☒spotting  ☒crowning |

## Sequence of Events

| | | |
| --- | --- | --- |
| Estimated Ignition:  / /2022  at  :  ☐ AM ☐ PM  (For Incendiary Cases only) | | |
| Fire Reported:  4/ 22 /2022  at 15: 42  ☐ AM ☒ PM | Reported by: (b) (6), (b) (7)(C)  Cerro Pelado Lookout | |
| Origin Protected:  4/ 28 /2022  at 14: 00  ☐ AM ☒ PM | Protected by: (b) (6), (b) (7)(C) INVF | |
| Investigator Notified:  4/ 26 /2022  at 16: 00  ☐ AM ☒ PM | Requested by:  USFS | |
| Origin Released:  4/ 27 /2022  at 18: 30  ☐ AM ☒ PM | Released by: (b) (6), (b) (7)(C) INVF | |

## SUMMARY

1.) On April 22, 2022 a wildfire began in the Jemez Ranger District on Federal land managed by the US Forest Service (USFS).  The nearby Cerro Pelado Lookout (CPLO) called in a smoke report 15:42, and Initial Attack resources were on scene within 20 minutes of the first smoke report.  Fueled by high winds from the southwest, the fire grew quickly and advanced to over 400 acres by 18:00. Additional ground, overhead, and aviation resources were immediately ordered as Initial Attack forces focused efforts towards public safety, then began aggressive suppression work.

2.) Over the next two weeks, the fire's footprint spread to over 40,958 acres and destroyed 3 residential structures and several non-residential structures on private property. The fire also caused significant damage to transmission and distribution (T&D) infrastructure managed by the Jemez Mountains Electric Co-Op under easement with the USFS. One minor firefighter injury was reported with no lost time.

3.) A Wildland Fire Investigation was requested and INVF (b) (6), (b) (7)(C) began an origin and cause investigation on April 28. Fire pattern indicators were identified, analyzed, sketched and photographed. An analysis of these

000408

indicators led to a Specific Origin Area (SOA) that was protected, documented, and released by INVF Cooksey. Due to suppression efforts in the SOA, an analysis of the fire pattern indicators could not be conclusive as to one primary cause. With all other cause classifications being ruled out, the Cerro Pelado fire has an NWCG Cause Classification of: Human; General Cause: Undetermined; Specific Cause: Origin Destroyed.

4.) Although suspicious fire causes have been reported in the Santa Fe National Forest, no persons of interest were observed by Firefighters during the Initial Attack period. Two vehicles have been seen in the area corresponding with the times of the starts and have been referred to USFS Law Enforcement Officers. No other persons of interest were referred to USFS LE as a result of this investigation.

| Cause Determination | | |
|---|---|---|
| Code: | E = Excluded; I = Included; P = Possible (if Included or Possible is used, further explain in the Details Section below). | |
| E | Lightning | Strike activity. <br><br> No lightening was recorded or observed in the two weeks preceding the fire. No evidence of lightning scarred trees or shrubs were found in the origin. Lightning maps are attached for reference. |
| P | Campfire | Uncontrolled/Unattended/Escaped/Rekindle. <br><br> A campfire may have been present in the origin before suppression efforts damaged the scene. Many other recreational campfires have been observed in the area by Forest staff, usually associated with turkey hunting in the spring and big game hunting in the fall. |
| P | Smoking | Tobacco: Cigarette, Cigar, Pipe; Cannabis; Paraphernalia: Matches, Pipes, Filters, Clips, etc. <br><br> Although no evidence of smoking was located during this investigation, the Probability of Ignition from smoking is very likely based on the RH low of 8% and fine dead fuel moisture of 3.5%. |
| P | Debris Burning | Agricultural, Burn Barrel/Incinerator, Dumpsite, Garbage, Pile/Slash, Prescribed, Holdover, Unattended/ Uncontrolled. <br><br> A slash pile burned during the 'Pino West RX' was found in the Specific Origin Area (SOA). |
| P | Incendiary | Arson: Matches, Cigarette, Lighter; Time-Delay Ignition Device: Rope, Rubber Band, Candles, Wire. <br><br> No evidence of incendiary device was found but ignition from an incendiary source (aka 'hot set') was possible given the easy road access into the origin. |
| E | Equipment Use | Operation Of Mechanical Equipment, Brakes, Catalytic Converter, Exhaust/Exhaust System Particle, Sparks, Fuel, Fluids, Lubricant, Friction, Electrical, Grading, Harvesting, Land Clearing, Logging, Mowing, Rock Strike, Mechanical Breakdown/Malfunction, Vegetation Buildup on Hot Surface. <br><br> No evidence of ignition from equipment use was discovered, nor was equipment used in this area in the days previous to the fire. |
| E | Railroad | Railroad Operation/Personnel/Rolling Stock: Brakes, Equipment, Exhaust/Carbon Particle, Track/Right-Of-Way Maintenance. <br><br> No railroad operations exist in the origin area. |
| E | Children | Ignition Activities Associated with Children – 12 Years of Age or less: Matches, Lighter. <br><br> No evidence of ignition associated with children were observed. |
| E | Miscellaneous | Power Line, Fireworks, Cutting, Welding, Grinding, Firearms Use, Exploding Target, Spontaneous Heating, Coal Seam Fire, Electric Fence, Refraction/Reflection/Magnification, Blasting, Flare, Flare Stack/Pit Fire, Flying Lantern, Wind Turbine, Outdoor Wood Burning Furnace, Structure. <br><br> No evidence of miscellaneous causes were found. |

000409

# INVESTIGATION

## DETAILS

1). I, ▓▓▓▓▓▓ (b) (6), (b) (7)(C) Wildland Fire Investigator with the Washington State Department of Natural Resources (WaDNR), was dispatched to the Cerro Pelado Fire as the Origin and Cause Investigator. After being briefed by the Liaison Officer and Operations Section Chief at the Incident Command Post, I arrived on scene at 0730 (hereinafter all times are to be considered approximate unless stated otherwise) on April 28, 2022. By the time I had arrived, the fire's head was at least 4 miles to the east, and I could safely navigate the heel without interrupting suppression work. In accordance with WaDNR Wildfire Investigations procedure, I began my investigation by circumnavigating as much of the heel as possible on foot. As an anchor point, I began the perimeter walk at the farthest north point of the heel, where FS 10AE intersects with the fire's footprint. Starting in a 'clockwise' manner, I walked east for ½ mile and then south for ½ mile to look for a first impression of the fire pattern indicators (FPIs) and fire pattern vectors (vectors). With a slope of 15-25%, an excess of dry ground fuels (in the form of mixed conifer leaf litter, and gamble oak mixed with grass), and consistent SW winds, the fire had every opportunity to exhibit extreme fire behavior. The FPIs of angle of char and foliage freezing were consistent and prevalent on ponderosa pines throughout this area of the heel as indicated in the Photo Log images: 0175, 0177, 0130, 0127. The FPIs in this area (Reference Point 1 (RP1) on the Regional Fire Scene Sketch) demonstrated widespread torching and catastrophic crown-topping. In this vicinity, the fire's behavior would be characterized as extreme advance to the northeast, as indicated by the large red arrows on the Regional Fire Scene Sketch.



Photo 0144: aspect SW, from RP 1

2.) I continued my perimeter walk of the heel to the south along the top of the ridge. I continued to notice consistent angle of char on ponderosa pines and quaking aspens, making note of these FPIs and the direction of the fire's movement, to within 90°, when it reached that particular place. This direction of travel is also

known as a fire vector. The fire vector along the entire ridge top to the south of RP1 was northeast, based on an observation of several FPIs of protection, angle of char and foliage freezing on ponderosa needles. Examples of these FPIs are documented in the Photo Log as 0113, 0117, and 0119. Compare and Contrast photos of location specific FPIs are in the photo log as 0273 to 0274.



Photo 0109: aspect SE, foliage freezing of ponderosa pine needles at RP 1

3.) As I intersected FS 270 and continued south, the FPIs started shifting towards lower intensity lateral vectors. The crown torching became less frequent, and in many places along the base of ridges the fire was still actively backing downhill into very dry needle and leaf litter.  This creeping of the fire, often with open flame lengths of less than 1', was prevalent along the south side of the heel. The exceptions were the areas along FS 270 where suppression work had extinguished with water and/or hand line.  Also along FS 270 were several slash piles on both east and west sides of the road.  On the tops of each slash pile I observed significant uncompressed white ash, indicating that the unburned fuel (slash from a fuels reduction thinning) had reignited recently with the intense heat that swept through the area. I made a note to ask the area FMO about the dates of the slash pile burning, and subsequent checking of the piles for heat.

4.) After rounding the southern heel of the fire, I followed the fire's footprint to the northwest until intersecting with FS 10. Along the entire roadway were consistent backing FPIs, and active fire behavior with low intensity consumption into ground fuels. I sketched these indicators and walked the edge of the fire's footprint northeast until arriving at my original starting location.  The FPI's along the northwest edge of the fire were also exclusively backing, and was consistent with the briefing I had received from the Ops Section

Chief the night before. In accordance with WaDNR procedure, I reversed my perimeter walk of the fire's edge and continued sketching and photographing FPI's while thoroughly searching for evidence of a competent ignition source. I completed a counterclockwise walk of the heel's perimeter and used FS 270 as the eastern boundary of the heel in my working hypothesis of the fire's origin.

5.) After returning back to RP 1 on April 29, I felt confident from an analysis of the perimeter FPIs that I was near the center of the fire's early advance. In order to confirm this hypothesis, I walked in a zig-zag pattern from northeast to southwest, following the path of advance until reaching a transition zone of lower intensity fire behavior. These areas of lateral transition typically contained discolored ponderosa needles through desiccation from heat, as indicated in photo 0179 below. In these lateral areas of transition, the FPIs would begin to shift from a NE fire spread to a more north/northwest vector. On the southeast side of the advancing area, the converse was observed. These FPIs of protection and angle of char are documented in the Photo Log as 0195, 0196.



Photo 0179, aspect NE, transition zone near the northern edge of the fire at intersection with FS 10DB

6.) While walking down the north side of one ridge into an area of later transition, I observed a lightning-scarred tree that had been scorched entirely by the fire. This tree is labeled RP2 on the Regional Fire Scene Sketch and documented with photos 138, 139, 141, and 142 in the Photo Log. As the first competent source of ignition I had observed so far, I proceeded carefully around the tree to document any associated FPIs. Because of the high level of consumption around the tree, no protection or angle of char were visible. On the

south side of the lightning ponderosa was significant white ash from complete consumption of heavy ground fuels. On the uphill and downwind side of the tree were very few FPIs, but the fire's intensity around this zone of transition led to my hypothesis and eventual conclusion that the Cerro Pelado fire had already been burning at a level of high intensity when it reached this tree. Also, it had most likely been struck and killed by lightning some years previously as indicated by the higher degree of charring and consumption compared with nearby ponderosas still alive when the fire came through on April 22.



Photo 0139, aspect NE, at RP 2, this ponderosa with spiral lightning scar was excluded as a potential source of ignition

7.) I continued walking the path of advance to the southwest in a zig-zag pattern until the advancing indicators eventually narrowed to the tops of three small ridges. These ridges were separated from one another by two draws, or dry gullies.  In each of the draws was a number of slash piles and ponderosa log decks that had burned recently. I sketched the location of each slash pile and marked each by GPS. With my fire tool, I excavated the surface of each slash pile for holdover heat down to approximately 12 inches. Only one slash pile contained heat below the surface.  I continued to excavate the slash pile by hand and uncovered about 10 shovels full of smoldering charcoal. When this material was exposed to the wind, it readily ignited and burned with open flame. I marked the location of this slash pile and continued with my evaluation of the FPIs to delineate a General Origin Area (GOA).

8.) Because many of the slash piles were located at or near the bottom of the ridges, they were in locations conducive to fire spread into adjacent uphill fuels.  Therefore, it was important to carefully walk around each slash pile and make note of the FPIs to see if any direct path of advance had come from the slash piles.  With the daylight remaining, I excavated and documented eleven of the slash piles and found heat in three additional slash piles. Because the heat was within the top 12 inches of ash, dirt, and mixed char/wood, I could not determine if the remaining fuel from the RX burns in January and February had reignited from the Cerro Pelado fire, or had remained as holdover heat underground.  In nearly all of the slash piles, recent disturbance, probably from fire crew hand tools, suggested that fire suppression resources had recently worked the piles for any remaining heat. By the time I arrived on April 28, it was impossible to tell if the slash piles had been worked before the Cerro Pelado fire started, or after.  Interviews conducted between April 29 and May 7 revealed that the slash piles in the GOA had been checked by fire crews as recently as April 20 and also during the fire suppression period of April 22 to April 28.



Photo 0152, aspect NW, slash pile typical of the others in the area

9.) The following day on April 30, I returned to the area of the slash piles to complete my walk into the path of advance in order to identify a General Origin Area (GOA).  With advancing FPI's of angle of char, protection, and freezing at the tops of each ridge, it became important to work each ridge separately in order to narrow down the path of advance.  While walking up and down the ridges, still heading in a southwest direction overall, the FPI's on the northern-most and southern-most ridges transitioned to lateral and backing fire

indicators as I approached a depression where the ridges and draws seemed to converge. On the south and west sides of this low spot were steep slopes with significant backing down to the bottom of the hills. In the depression was at least an acre of unburnt forest litter and grasses that stood out like a sore thumb. In my experience, it is very rare to find so much unconsumed fuel in the middle of a large fire's heel. I noticed on my GPS that I was almost exactly in the middle of the heel I had identified during the perimeter walk. At this location, I was approximately 1/4 mile from the northern, southern and western edges of the fire footprint. By pulling together the fact pattern of indicators and vectors I had accumulated so far, I could now hypothesize that I was very near the middle of a U-shaped macro-indicator. This shape formed from a combined influence of wind and topography on the available fuels to make a distinct U or V-shaped pattern when looking from above.



Illustration of the U-shaped macro-indicator at Cerro Pelado fire. This Fire Pattern Indicator (FPI) occurs when wind, topography, and fuels come into alignment. In this case, to the NE during the first few hours of the incident.

10.)  In order to narrow down the GOA, I began circling the area and re-sketching the FPIs in more detail, taking photographs of example FPIs as I went.  While the northern and southern ridges contained significant backing indicators of angle of char (also known as a 'barber chair'), the central ridge contained predominantly advance indicators with some backing towards the bottom of the ridge slopes. Using these backing indicators as a guide, I was able to narrow down the GOA to the area at the bottom of the central ridge. This identified GOA measured roughly 200 feet by 100 feet, or about 1/2 of an acre.



Photo 0130, aspect NW, angle of char on ponderosa, located on northwest slope of ridge immediately north of GOA

11.) Next, I started my investigation of the GOA with a clockwise perimeter walk while pin flagging the FPIs. My next goal in the investigation was to generate a smaller footprint of fire origin, known as a Specific Origin Area (SOA). During both the clockwise and counterclockwise perimeter walks I observed no evidence of a competent ignition source.  The FPIs of advance were all located at the NE corner of the GOA, while the area to the southeast, south, and southwest of the GOA contained a large area of unburned fuel described in paragraph 8. This island of unburned fuel connected to road FS 10E1 which served as the main road access into the GOA. With immediate road access to the GOA and no other lightning trees nearby, I was especially observant for any human caused evidence of ignition, but none was found.

12.)  As I worked my way SW through the path of advance, I placed red pin flags to indicate FPIs of advance, yellow pin flags for lateral FPIs, and blue flags for backing indicators. A clear path of advance began to emerge that was about 50 feet wide and leading down-ridge.  FPIs of protection, angle of char, sooting, staining, and cupping on low stumps provided detailed clues of the fire's advance. These FPIs are documented in the Photo Log as 0274, 0275, 0276, 0278, 0280, 0283, 0287, 0288, 0289, 0292, 0295, 0296, 0332.



Photo 0286, aspect SE, FPIs of protection and cupping typical on low stumps in the GOA

13.) By following these vectors down-ridge, a smaller area of origin emerged as the advancing indicators narrowed to about 30 feet.  Beyond this point, I could no longer narrow down the fire's path of advance due to the area being disturbed by suppression work.  From the disturbance of the ground, it appeared that one or more firefighters had worked the area with hand tools to excavate and extinguish heat and then construct hand line using this origin area as an anchor point. At the bottom of the ridge, I was able to sketch a Specific Origin Area (SOA) of about 30 feet by 25 feet. In the center of this SOA was the slash pile with heat that I had observed in paragraph 8 above. Before beginning a search of the SOA for FPIs and evidence, I photographed the area in detail. As I mentioned before, because the area had been worked recently by firefighters, the few

FPIs that were visible (protection) were not reliable due to their having been moved from the original locations.

14.) I setup an evidence grid search of the SOA, and methodically covered each square foot visually, scanning for any evidence of a competent ignition source. During this grid search, the only evidence discovered was the holdover heat located between the surface and 12 inches below. I excavated most of the slash pile down to 24 inches, to ensure that holdover heat could not be found any deeper, but no other heat was located. Because of the location of the slash pile in the SOA, and the presence of substantial heat excavated several days after the start of the fire, this cause became the primary focus of my interviews. Supplemental Reports from ██████ and ██████ attached describe extensive checking and 'cold-trailing' of the slash piles in the weeks after the RX burn and up to April 20, when the slash piles were checked again for heat by fire crews. The Wild CAD log of the RX burns named 'Pino West' is attached to this report.

15.) After conversations with local firefighters, the possibility of locating a recreational campfire seemed very real. Just the day prior, a recreational campfire had caused a small fire in the same Ranger District. In this particular SOA, an escaped campfire could easily have spread uphill into adjacent fuels. After visually scanning each square foot, I carefully excavated the top few inches of ash, debris, and dirt to search for sub-surface evidence and heat. After scanning and excavating the SOA for evidence, I pulled a high-power magnet through the SOA in an attempt to secure any ferrous-based evidence. This is typically the last step taken during a SOA investigation. After searching the area carefully for about 2.5 hours, no evidence of a competent ignition source or clues to a specific cause could be located. If any unconsumed wood from a campfire had been in the area it had probably been destroyed by suppression work.

15.) Another possible fire cause in this location and during these fire indexes is smoking. Both the receptive fuel's relative humidity content (RH) and the ambient RH need to be very low for a cigarette butt to be a competent ignition source. Due to the extreme weather conditions, a cigarette in a receptive fuel bed at the bottom of this ridge is included in this investigation as a possible cause, although no evidence of smoking (cigarette butt, foil band, pipe, etc.) was discovered during the search of the SOA.

16.) The final cause I was not able to exclude from the evidence in the SOA was Incendiary. As with Smoking, the extreme fire weather conditions and fuel RH content were perfect for a 'hot set' start, if an Incendiary start was someone's intention. Because no other witnesses were in the area during or immediately after the start of this fire, a 'hot set' or other incendiary device cannot be excluded from this investigation.

17.) This area is labeled as the Specific Origin Area on the Fire Scene Sketches, and is documented in the Photo Log as 0211, 0212, 0213, 0215, 0233, and 0235.



Photo 0235, aspect SW, view of the SOA from the center of the path of fire's advance to the NE

14.) After documenting the Specific Origin Area (SOA) by photographing and then removing the pin flags, I returned the next day, May 1, to follow the path of advance to the NE. I wanted to thoroughly scan the area for any other evidence of a competent ignition source, and map the path of the fire up and down the neighboring ridges.  Once I reached an area in between FS 10DDB and FS 10DD, I observed a second lightning-scarred tree in the path of advance. By analyzing the FPIs surrounding the lightning tree of protection and angle of char, I was able to confirm the fire's path of advance both into the area from the west and then out to the east.



Photo 0167, aspect N, lightning tree at the north end of the heel. This tree was also excluded as a potential ignition source.

14.) Continuing to follow the path of advance, I came across FS 10DD and saw an electrical junction box on the west side of the road.  It had sustained minimal damage from the fire, and I walked around the junction box to see if any FPIs showed the spread of fire from the box.  Because this junction box had only sparse flashy ground fuels around it, there was no observable path of advance out of the box.  This box was labeled on the side as "JBox4" and is documented in the photo log as photos 0253, 0254, and 0255.  I marked the location by GPS and walked the path of advance for another 1/2 mile to confirm the fire's advance vector out of the heel was east.  I returned to my truck and drove the length of FS 10DD to see if any other junction boxes had signs of mechanical or electrical failure that could become a source of ignition into adjacent fuels.  In all, I was able to safely examine three junction boxes, one concrete junction vault, and at least 2 miles of overhead transmission lines with conductors and poles that were destroyed in by the advancing fire. After sketching and photographing the FPIs in this area I concluded that the fire's advance had been at its most intense when it reached the power-lines and underground feeder line. None of the FPIs confirmed that any ignition had occurred at or near the junction boxes or overhead transmission lines.  These are documented in the photo log as 0253, 0254, 0257, 0258, 0261, and 0263.



Photo 0253, aspect SW, junction box on FS road 10DD. Over the top of the box is the fire's path of advance.

15.) After confirming my hypothesis about the fire's advance vector of N/NE out of the heel, I contacted dispatch to confirm that no lightning cloud-to-ground strikes had been recorded recently. Dispatch emailed me the lightening log, and it showed clear of lightning strikes for the seven day period prior to April 22.  Other open-source lightning maps also confirmed this.



16.)  On May 2 I began contacting the Initial Attack IC's and Engine Captains for supplemental statements about the fire's early behavior, location, and path of advance.  I spoke with six agency personnel about their observations during the Initial Attack Period, and their reports are attached as Supplemental Reports 1 – 6.  All of their reports confirmed the identified GOA as the early source of smoke and active flame. None of the interviews and following reports described any other people or vehicles in the area during the Initial Attack period.

17.) On May 2 I spoke with (b) (6), (b) (7)(C) the Cerro Pelado Lookout by phone. He confirmed the azimuth of first smoke reported at 255 degrees from the Cerro Pelado Fire Lookout, and described the efforts of FMO (b) (6), (b) (7)(C) to immediately respond to the Lookout and remove ▮▮▮ to a safe location.  This azimuth confirms the GOA identified during this investigation.



Map of first smoke report from Cerro Pelado Fire Lookout compared to GOA identified during this investigation.

17.) End of Report.  I reserve the right to change my conclusions based on additional evidence presented.

---

## EVIDENCE / PROPERTY

1.  No physical evidence was collected and preserved during this investigation.

2.  All photos, notes, and sketches will remain with the Investigator in their original format for five years from the date of this report.

## CONCLUSION / FINDINGS

1. **Origin: Conclusive**: A thorough analysis of the fire pattern indicators led to a Specific Origin Area at N 35° 46.420' - W -106° 35.922'.
2. **Cause: Inconclusive:** Possible causes include Campfire, Smoking, Debris Burning, and Incendiary. After excluding all other possible ignition sources and reviewing the available evidence, the cause of the Cerro Pelado wildfire was not able to be determined due to the destruction of the origin area through suppression efforts. This investigation recommends a review of policy, procedure, and practices associated with RX burning, slash pile location, and subsequent slash pile inspections.
3. **Excluded Causes:** Lightning, Railroad, Equipment Use, Children, Miscellaneous
4. No persons, vehicles, or reports of suspicious behavior were passed on to US Forest Service Law Enforcement Officers for follow up.

### Attachments (check all that apply)

| | | | |
|---|---|---|---|
| ☐ Burn Ban Order | ☒ Weather Observations  RAWS | ☒ Regional Fire Scene Map | ☒ Photograph Log(s)  3 |
| ☐ Burn Permit | ☐ Fire Weather Watch | ☒ Fire Origin Location Map | ☐ Statement(s) |
| ☐ Citation(s) | ☒ Red Flag Warning | ☒ Fire Scene Sketch | ☐ Field Notes |
| ☐ Incident Narrative | ☒ WildCAD Incident Card  ( 2 ) | ☒ Lightning Detection Map(s) | ☐ Contacts (list) |

☐ Other: Property/Evidence Control and Chain of Custody (Transfer) Form

☐ Other: IFPL (Tool Inspection)

☒ Other:   Supplemental Report from ▮(b) (6), (b) (7)(C)▮

☒ Other:   Supplemental Report from ▮(b) (6), (b) (7)(C)▮

☒ Other:   Supplemental Report from ▮(b) (6), (b) (7)(C)▮

☒ Other:   Supplemental Report from ▮(b) (6), (b) (7)(C)▮

☒ Other:   Supplemental Report from ▮(b) (6), (b) (7)(C)▮

☒ Other:   Supplemental Report from ▮(b) (6), (b) (7)(C)▮

### Signatures

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

| | | | |
|---|---|---|---|
| Investigator (print): ▮(b) (6), (b) (7)(C)▮ INVF, WaDNR | Signature ▮(b) (6), (b) (7)(C)▮ | | Date: May 9, 2022 |
| Reviewed By (print): ▮(b) (6), (b) (7)(C)▮ LEO, USFS | Signature: | | Date:    /  /2022 |
| Approved By (print): | Signature: | | Date:    /  /2022 |

| STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES | Case File No. |
| --- | --- |
| **WILDLAND FIRE INVESTIGATION** | NM-SNF- 000049 |
| **ORIGIN AREA PROGRESSION SKETCH/DIAGRAM** | Other Related No. |
| | 221-IDA |

**(Not To Scale)**



| Incident Name: | CERRO PELADO | Incident Date: APRIL 22, 2022 |
| --- | --- | --- |
| Drawn By: | (b) (6), (b) (7)(C) INVF, WaDNR | Sketch Date: May 8, 2022 |

### LEGEND

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ↗ | Advancing Fire Indicator | ← | Wind (Direction/Speed) | - - - - | Trail | ⊤⊤⊤⊤ | Power line |
| △ | Lateral Fire Indicator | | ( / ) | x-x-x-x | Fence | ⬛ | Structure |
| ☽ | Backing Fire Indicator | ∿ | Creek | ═══ | Secondary Road | ◇◇ | Aerial Retardant Drop |
| ⬠ | Fire Perimeter | ⊚ | Reference Point(s) | ⋯⋯ | Highway | XXXXX | Completed Dozer Line |
| ⊗ | Fire Origin | 🔍 | Spot Fire | ⅲⅲⅲ | Railroad | ——— | Completed Hand Line |



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**
# WILDLAND FIRE INVESTIGATION
## ORIGIN AREA PROGRESSION SKETCH/DIAGRAM

| Case File No. |
| --- |
| NM-SNF- 000049 |
| Other Related No |
| 221--IDA |

**(Not To Scale)**



| Incident Name: | CERRO PELADO | | Incident Date: 4 / 22 / 2022 |
| --- | --- | --- | --- |
| Drawn By: | (b) (6), (b) (7)(C) INVF | | Sketch Date: 4 / 27 / 2022 |

## LEGEND

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ↗ | Advancing Fire Indicator | ↙ | Wind (Direction/Speed) | ----- | Trail | ⊤⊤⊤⊤ | Power line |
| ▲ | Lateral Fire Indicator | | ( / ) | ✗✗✗✗✗ | Fence | ▲ | Structure |
| ︶ | Backing Fire Indicator | ∿∿ | Creek | === | Secondary Road | ◇◇ | Aerial Retardant Drop |
| ⬠ | Fire Perimeter | ◉ | Reference Point(s) | ∷∷∷∷ | Highway | XXXXX | Completed Dozer Line |
| ⊗ | Fire Origin | ⚲ | Spot Fire | �predominantly | Railroad | —— | Completed Hand Line |

000425



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**
# WILDLAND FIRE INVESTIGATION REPORT
## PHOTO LOG

Case File No.
NM-SNF- 000049

Other Related No.
221-IDA

| Incident Name: CERRO PELADO | Region: SANTA FE NF | District: JEMEZ RANGER DISTRICT | Incident Date: APR 22, 2022 |
|---|---|---|---|
| All Photos Taken or Received By: (b) (6), (b) (7)(C) INVF, WaDNR | | Camera Used: Brand/Model: Iphone XR | |

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION
THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0273**
Compare and Contrast photo: ponderosa pine



**0122**
Compare and Contrast photo: ponderosa pines with
angle of char, fire vector from left to right



**0387**
Compare and Contrast photo: ponderosa pine stump



**0278**
Compare and Contrast photo: ponderosa pine stump, with macro-
cupping and protection, fire vector from lower right to upper left



**0386**
Compare and Contrast photo: ponderosa pines



**0195**
Compare and Contrast photo: ponderosa pines with
high-canopy angle of char, fire vector left to right



**0392**
Compare and Contrast photo: ponderosa pines needles



**0196**
Compare and Contrast photo: ponderosa pines needles
with freezing, fire vector from left to right



**0383**
Compare and Contrast photo: ponderosa pine stump



**0190**
Com are and Contrast photo: ponderosa pine stum with c pping and protection, fire vector bottom to top



**0384**
Compare and Contrast photo: granite rock



**0274**
Comp re and Contrast photo: granite rock with sooting and staining, fire vector from right to left



**0389**
Compare and Contrast photo: bunch grasses



**0197**
Compare and Contrast photo: bunch grasses with protection, fire vector from left to right



**0161**
Aspect E, General Origin Area (GOA)



**0211**
Aspect SW, Specific Origin Area (SOA) from the path of advancing fire pattern indicators (FPIs)



**0212**
Aspect NW, SOA destroyed from fire suppression work,
hand tool and water damage to scene



**0213**
Aspect SW, SOA destroyed from fire suppression work,
hand tool and water damage to scene



**0145**
Aspect E, active backing in the heel on April 28, six
Days after Cerro Pelado fire began



**0233**
Aspect NE, path of advancing FPIs from SOA



### STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES
## WILDLAND FIRE INVESTIGATION REPORT
## PHOTO LOG

Case File No.
NM-SNF- 000049

Other Related No
221--IDA

| Incident Name: CERRO PELADO | Region: SANTA FE N.F. | District: JEMEZ RANGER DISTRICT | Incident Date: APR 22, 2022 |
|---|---|---|---|

All Photos Taken or Received By:  (b) (6), (b) (7)(C)  INVF, WaDNR    Camera Used: Brand/Model:  Iphone XR

Photo Log Start Date & Time: April 22    at  15:00    ☐AM ☒PM    Photo Log End Date & Time: May 12    at  12:30    ☐AM ☒PM



**0287**
Aspect N, protection and cupping on stump in GOA



**0288**
Aspect N, protection and cupping on stump in GOA



**0289**
Aspect SW, protection on back of stump in GOA



**0292**
Aspect SW, sooting, staining, and protection on granite boulder in GOA

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION.  THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0295**
Aspect NE, protection and cupping on stump in GOA



**0296**
Aspect SE, protection and cupping on stump in GOA



**0332**
Aspect SW, angle of char on ponderosa in GOA



**0211**
Aspect S, view of SOA from center of
the advancing indicators

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO
THE INVESTIGATION.  THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0212**
Aspect NW, view of SOA and destruction of scene
due to suppression efforts



**0213**
Aspect SW, view of SOA and destruction of scene
due to suppression efforts



**0215**
Aspect SE, view of SOA and destruction of scene
due to suppression efforts



**0233**
Aspect NE, from SOA, fire's path of advance
upslope and downwind

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO
THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0235**
Aspect SW, view of SOA through the center of advancing FPIs



**0161**
Aspect E, view of SOA and areas of unburned fuel to the SW with backing down the ridge



**1111**
Avenza screenshot of SOA location



**0167**
Aspect NW, second lightning tree in the path of advance

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION.  THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0253**
Aspect SW, junction box labeled "JBOX 4"
on FS road 10DD



**0254**
Aspect SE, back of "JBOX 4" on FS road 10DD



**0257**
Aspect S, "JBOX 3" on FS road 10DD



**0258**
Aspect SE, "JBOX 3" on FS road 10DD

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION.  THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



### STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES
# WILDLAND FIRE INVESTIGATION REPORT
## PHOTO LOG

**Case File No.**
NM-SNF- 000049

**Other Related No**
221--IDA

| | | | |
|---|---|---|---|
| Incident Name: CERRO PELADO | Region: SANTA FE N.F. | District: JEMEZ RANGER DISTRICT | Incident Date: APR 22, 2022 |
| All Photos Taken or Received By: (b) (6), (b) (7)(C) INVF, WaDNR | | Camera Used: Brand/Model: Iphone XR | |
| Photo Log Start Date & Time: April 22 at 15:00 ☐AM ☒PM | | Photo Log End Date & Time: May 12 at 12:30 ☐AM ☒PM | |



**0261**
Aspect NW, "JBOX 2" on FS road 10DD



**0263**
Aspect S, "JBOX 2" on FS road 10DD



**JA1**
Attachment to Supplemental Report from ▉▉
▉▉ Engine Captain BLM 2601



**JA2**
Reference Photo to Supplemental Report from ▉▉
(b) (6), (b) (7)(C) Engine Captain BLM 2601

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**LM 1**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
DAFMO, fire progression sketch during Initial Attack period



**SW 2**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout, taken during Initial Attack period



**SW 3**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout, taken during Initial Attack period



**8**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO
THE INVESTIGATION.  THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

| Report By: (b) (6), (b)(7)(C) | | Lead Investigator: (b) (6), (b) (7)(C) WaDNR | Incident Date: 4-22-2022 |
|---|---|---|---|
| Other Officer(s): | | Ref. Case No. | |

**DETAILS:**

As a preface to this I feel it is important to mention that the fire was reported 2.5 hours prior to me arriving on scene and assuming command. Out of area engine BLM2601 and the Bandolier NP engine 692, we on scene first, With E431 and DIV 10-3 shortly after, and first on scene from our local unit.

Fuel conditions are Brown Grass, 10 hr fuels in the 5-8%, and 1000 hr fuels between 8-10 %

At roughly 1815 when I arrived on scene the fire was wind driven, by sustained 30-35 mile an hour winds with gusts to around 70. The column was black and dark gray, with heavy volume leaning over in the wind out to the East. The eastern flank of the fire was sustaining in the crowns heading up Cerro Pelado proper as well as skirting just south of the South East corner of the private inholding of Sierra Los Pinos and North of Los Griegos proper. The North slopes of the highest terrain appeared to retard fire behavior from extreme to active, but the availability of the adjacent Southern exposures combined with the high winds, allowed the fire to easily spot across the expanses, then consume up the south aspects and spot again across the north slopes. There were confirmed spots near the communications towers in section 21, as well as the furthest Eastern spot in the South East ¼ of Section 16 near the private inholdings off forest road 282. There was also a spot fire across NM Hwy 4 near the Las Conchas Trailhead on the south end of Section 4 that was contained.

After the spot was contained I travelled South around the western edge of the fire along FR10 and then East Along FR 270. Along 270 the fire was backing and flanking on the North side of the road and more Head and Flanking fire where it had crossed 270 in the switchback section to the East. Fire behavior remained extreme and very active well into the early morning hours until reducing to active around the perimeter in the predawn hours, all except the area around FR270 and subsidiaries where active fuels treatments were taking place and the heavy fuel loading created a micro climate where the heat generated made the entire surrounding area remain very active throughout the night.

I did have a chance to get on FR 10F in the Western side of section 23 in the predawn hours and that fire was backing to the west through a previous treatment area with multiple log decks and some piles consuming.

Due to the snow we were unable to check it until the next week when it was checked on two different days. The unit had great consumption and many piles we not showing any smoke. We burned one pile that some equipment was parked next two on the southern part of the Pino West(West of FR 10) on 2-19-22, and the area in question was again checked that day and snow had covered some of the ashpits with a handful of pile areas still showing obvious heat.

Due to my obligations with trainings, hiring etc. I cannot give you specifics on what days the piles were checked in March, but it was multiple times.

I can verify that the unit was checked April 20th, due to the activity in the region and after multiple Red Flag days and no heat was found.  This was just two days prior to the start of the Cerro Pelado Incident.

The smoke registration for New Mexico Air Quality number is 22FIIF0015



(b) (6), (b) (7)(C)  Cerro Pelado ICT3 4/22/22 1815 - 4/23/22 2000



**(b) (6), (b) (7)(C)**
**DAFMO**
**FSC Chairperson**

**Forest Service**
**Santa Fe National Forest, Jemez Ranger District**

p: **(b) (6), (b) (7)(C)**
c:
f: **575-829-3223**
**(b) (6), (b) (7)(C)**

PO Box 150
051 Woodsy Lane
Jemez Springs, NM 87025
www.fs.fed.us

**Caring for the land and serving people**

## ATTACHMENTS

Image in Photo log as ██ 1, fire progression sketch during Initial Attack period

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

**(submitted via email to (b) (6), (b) (7)(C) on 5/3/2022)**

| _____ | _____ |
| *Signature* | *Date* |

**Name:** (b) (6), (b) (7)(C) _____

DAFMO, Forest Service
Santa Fe National Forest, Jemez Ranger
**Title:** District _____

**Phone:** (b) (6), (b) (7)(C) cell _____

**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Santa Fe National Forest | Jemez |

| | | |
|---|---|---|
| Report By: (b) (6), (b) (7)(C) Captain 431 | Lead Investigator: (b) (6), (b) (7)(C) | Incident Date: 4-22-2022 |
| Other Officer(s): | | Ref. Case No. |

## DETAILS

**4/19**

(3 days before Cerro Pelado fire) As the shift was finishing up our lookout called in a smoke report. It was the San Juan fire, it was located near FS 269 off FS 10. While en route as we turned off the 10 on to the 269 a gray Silverado was parked in the intersection and did not move for the train of 4 fire Vehicles responding to the fire. I did not think much of it at the time as that is a place where cell phones work and his phone was in hand. Upon arrival to the San Juan fire it was in the black of an old pile burn. The way it had burned / was burning was unique, and made me question it in my head. On the west side of the fire there was a sole heavy log burning on a large mound of dirt and on the east side 1 hour fuels were consuming, there was unburned fuel and cold black between them. So spread to both sides of the fire seemed difficult to understand. As my module worked the fire My FMO drove around the area and looked at as many piles as he could before it got too dark.

**4/20**

(2 days before the Cerro Pelado Fire) My modules assignment for the day was to go back to the San Juan fire and work it to a contained/ closer to controlled status, we were also asked to check the other piles in the area to see if we found another incident similar to this fire. So we took the UTV up to the area to help move around more quickly. On this day I had 6 personnel. I cannot give a number to the amount of piles that we checked that day but it was a lot. I also remember an intersection that was in a picture shown to me by (b) (6), (b) (7)(C) as an area we had been in. We concluded our day finding no issues with any of the other burnt piles.

**4/22**

The days leading up to the Cerro Pelado fire had forecasted a major wind event for 4/22. It was an accurate forecast. As I drove my type 4 engine I could feel the wind pushing it if it became a cross wind. I would estimate that sustained 40 MPH winds started around 1300/1400. This day we were hanging signs as the forest went into restrictions, as the call came in for this fire we were up on the north part of the district and could hear how quickly this fire was growing by the lookouts updates. I first got eyes on the smoke as I drove east and was near Redondo Meadows. At this point there was still resources making their way to the origin. We continued do HWY 4 to FS 10 and people that got there ahead of us assumed the IC role as well as many local folks were trying to figure out where the fire was headed that first operational period. We got to the top of Caldwell Hill and the decision was made to start evacuations so we got turned around and went to the community of Sierra Los Pinos and helped with evacuations. After completing evacuations I was sitting in a meadow around what we deemed the farthest east structure incase it came down towards the house. This was when I started to be able to watch the fire behavior which I would guess to be at least 100 foot flame lengths as it ran up Los Griegos. Much of the activity was obscured by a ridge, but judging by what the smoke was doing it looked like the fire had multiple pulses of activity. I was on the fire this night until 2300 then released to have the engine available the next day. Most of the first shift was spent as a lookout or scouting roads. I would estimate the winds in the open 40-50 MPH fairly sustained. Ridgetops may have been even higher, I was not on a ridgetop on this night though.

(b) (6), (b) (7)(C)
Captain 431
Forest Service
Santa Fe National Forest, Jemez Ranger District
p: (b) (6), (b) (7)(C)
c:
(b) (6), (b) (7)(C)

11 Forest Lane
Santa Fe, NM 87508
www.fs.fed.us

**ATTACHMENTS**

---

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

**(submitted via email on 5/9/2022)**

|                | *Signature* | | | *Date* |

**Name:** (b) (6), (b) (7)(C)

**Title:** Engine Captain – USFS Engine 431

**Phone:** (b) (6), (b) (7)(C) cell



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

| Report By: (b) (6), (b) (7)(C) | Lead Investigator: (b) (6), (b) (7)(C) WDNR | Incident Date: 4-22-2022 |
|---|---|---|
| Other Officer(s): | | Ref. Case No. |

## DETAILS

External Email

Hello ███

As we discussed on the phone Monday, I have attached a photo of the smoke report that I wrote for the Cerro Pelado Fire. Also I attached photos from the lookout that were taken at 1554 and 1640 on the day of the Fire.

When I first spotted the smoke it was white with blue and was by my estimate 1/2 to 2 acres. Wind gust that afternoon were up to 40 MPH with sustained winds of at least 20 MPH. There was a secondary smoke report in the Seven Springs area that was not visible from the lookout. This filled the radio with extra traffic. Within 30 minutes of spotting the smoke the Fire grew rapidly and smoke changed in both volume, color, direction though it was predominantly blowing Northeast.

By about 1700 (I don't remember the exact time because of the circumstances) I was evacuated by my FMO (b) (6), (b) (7)(C) and joined Utility 631 for the remainder of the day.

Thanks and let me know if there's anything else you need from me!


(b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout
Cell Phone # (b) (6), (b) (7)(C)
Home address: (b) (6), (b) (7)(C)
Albuquerque, NM 87121 Email address (b) (6), (b) (7)(C)

**ATTACHMENTS:**

Images in Photo log labeled: SW 1, SW 2, SW 3

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

**(submitted via email to** (b) (6), (b) (7)(C) **on 5/4/2022)**

_____          _____
*Signature*                                      *Date*

**Name:** (b) (6), (b) (7)(C)

**Title:**  Cerro Pelado Fire Lookout

**Phone:**  (505) 582-7087 cell



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

| | | |
|---|---|---|
| **Report By:** (b) (6), (b) (7)(C) | **Lead Investigator:** (b) (6), (b) (7)(C) WDNR | **Incident Date:** 4-22-2022 |
| **Other Officer(s):** | | **Ref. Case No.** |

## DETAILS

I have enclosed a few pictures at your request and my general summary of damage to our overhead power lines and poles. We have about 2.92 miles of overhead power lines and poles within the burn area. We have found 23 damaged structures and there may be as much as, or more overhead power line conductors damaged, in excess of 23,200 feet. As you know this fire is very active. This amount could easily increase. The last picture in the group I have sent is a junction box which includes our underground electrical feeder into Sierra Los Pinos. We do not know the extent of the damage to the wire and junction boxes. It looks bad. The underground feeder is approximately 1.59 miles in length.

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)
Jemez Mountain Electric Cooperative, Inc.
(b) (6), (b) (7)(C)
Jemez Springs NM 87025

## ATTACHMENTS

Photos of damage to electrical transmission and distribution infrasturcture

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

| (submitted via email to (b) (6), (b) (7)(C) on 5/9/2022) | |
|---|---|
| *Signature* | *Date* |

**Name:** (b) (6), (b) (7)(C)

**Title:** Jemez Mountain Electric Cooperative, Inc.

**Phone:** (b) (6), (b) (7)(C) cell













**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

**Report By:** (b) (6), (b) (7)(C)    **Lead Investigator:** (b) (6), (b) (7)(C) WDNR    **Incident Date:** 4-22-2022

**Other Officer(s):**      **Ref. Case No.**

## DETAILS

1. I was the initial IC of the Cerro Pelado Fire. My initial response was to not worry about where the fire started, but to protect life and property. We had responded from the northside of the fire off of HWY 4 and Forest Rd 10. The initial size up I gave was burning in Timber an estimated 10-15 acres with a high rate of spread. Once we got on scene at the heel of the fire, I gave my full size up to dispatch and estimated 100 acres burning in timber and logging slash with extreme potential. As we were driving up Forest Road 270 and did witness a white small pick up with a trailer parked in a meadow off of FR 270. After some initial resources arrived, I tasked them with trying to locate that vehicle and if possible, get me a better vehicle description and license plate. At that time, they were unable to locate any vehicle and the remaining resources were tasked with Evacuations as well as closing down HWY 4.

Please feel free to reach out to me with any other questions regarding the investigation.

My personal info is below

Respectfully,

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

Engine Captain - Bandelier N.M.
Engine 91
Pueblo Parks Fire Group

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

## ATTACHMENTS

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

(submitted via email to (b) (6), (b) (7)(C) on 5/3/2022)

*Signature*      *Date*

**Name:** (b) (6), (b) (7)(C)

**Title:** Engine Captain - Bandelier N.M., Engine 91

**Phone:** (b) (6), (b) (7)(C) cell

**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

**Report By:** (b) (6), (b) (7)(C)  **Lead Investigator:** (b) (6), (b) (7)(C)  **Incident Date:** 4-22-2022

**Other Officer(s):** **Ref. Case No.**

## DETAILS

Hello (b)(6),

I was Engine 2601, the first one on scene from my recollection.

We were south on the FS10 Road experiencing high winds on just south of the FS270 road. Several trees were had recently been uprooted and we watched a branch fall on the road 100 yards in front of us while patrolling. We received a call from dispatch on the radio and they told us there was a smoke report on the FS270 road. We turned around and got to the smoke in approximately 15-20 minutes. I called dispatch upon arrival asking if anyone was on it (there was not). I got out of the truck after we found a good egress below the heel. While doing so, a local engine arrived (about 1 minute after we contacted dispatch and got out) and took command of the fire before handing it off to an ICT3. From there, we did a meeting at the local nearby fire department and staged up on State/County Road 4 waiting to get assigned to a division.

I will post the one photo I took and a photo of the approximate area we staged when we got there, which was the fork on FS270 below the heal (Blue pin). (The orange lines were from where we worked with Division).

Thank you and please feel free to email or call my cell phone if any further questions!

(b) (6), (b) (7)(C)
Engine Captain
Eastern Montana / Dakotas BLM
Jordan, MT
Office Phone: (b) (6), (b) (7)(C)
Cell Phone: (b) (6), (b) (7)(C)

## ATTACHMENTS

Images in Photo log labeled: (b)(6) 1, (b)(6) 2

---

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

(submitted via email to (b) (6), (b) (7)(C) on 5/5/2022)
_____ Signature                                                _____ Date

**Name:** (b) (6), (b) (7)(C)
**Title:** Engine Captain – BLM
**Phone:** (b) (6), (b) (7)(C) cell



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION SUPPLEMENTAL REPORT

| Fire Name | Case File No. | Region | Program |
|---|---|---|---|
| 221-IDA Cerro Pelado | NM-SNF-000049 | Southwest Region | |

| Report By: (b) (6), (b) (7)(C) Chief | Lead Investigator: (b) (6), (b) (7)(C) | Incident Date: 4-22-2022 |
|---|---|---|

| Other Officer(s): | Ref. Case No. |
|---|---|

## DETAILS

1. Our fire department was dispatched to a structure fire in the Seven Springs community in the northern part of the fire district on the afternoon of 4/22, I had responded to that location and upon arriving encountered 3 USFS employees running towards their vehicle and as they ran by said they'd just been dispatched for a new fire start on the southern end of FR10. I quickly dealt with the situation in Seven Springs which turned out to be a small pile of brush burning and not a structure fire and then I also headed towards FR10 and redirected all of the La Cueva resources to the now confirmed smoke report on FR10. As I responded towards the FR10 area I pulled off NM126 at a lookout point called Hamburger Hill to look towards the southeast to observe the area. I observed a column of thick dark grey smoke moving fast from south to north. Knowing the location, terrain and potential life and property risk I called my county office of emergency management to evacuate the Sierra de Los Pinos and Ruby Holt tract neighborhoods. The next couple of hours we evacuated those areas and did a second sweep to verify all residents had left the area. At this point we began preparations to begin structure protection in the southern and eastern areas of Sierra de Los Pinos which we engaged in until around 2300 hours at which time all resources disengaged and reassembled the next morning at 0700 to come up with a plan with (b) (6), (b) (7)(C) as IC.

(b) (6), (b) (7)(C)

Chief
La Cueva District
Sandoval County Fire Rescue
(b) (6), (b) (7)(C) mobile
(b) (6), (b) (7)(C) Office
LaCuevaFire@windstream.net

## ATTACHMENTS

**Submitted By:**

I, the undersigned investigator, certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.

(submitted via email to (b) (6), (b) (7)(C) on 5/6/2022)
_____
*Signature*                                      *Date*

Name: (b) (6), (b) (7)(C)
          Chief, La Cueva District, Sandoval County Fire
Title: Rescue
Phone: (b) (6), (b) (7)(C) mobile



# Sandoval County

Damaged/Destroyed Structure Information



| Address or Legal Description |
|---|
| (b) (6), (b) (7)(C) |

| Assessors Account Number |
|---|
| (b) (6), (b) (7)(C) |

| Owner Name |
|---|
| (b) (6), (b) (7)(C) |

| Owner Address |
|---|
| (b) (6), (b) (7)(C) |

| Other Contact Information |
|---|
|  |

| Map |
|---|
|  |

000454

Photos





000455







# Sandoval County

Damaged/Destroyed Structure Information



| Address or Legal Description |
|---|
| (b) (6), (b) (7)(C) |

| Assessors Account Number |
|---|
| (b) (6), (b) (7)(C) |

| Owner Name |
|---|
| (b) (6), (b) (7)(C) |

| Owner Address |
|---|
| |

| Other Contact Information |
|---|
| |

| Map |
|---|
| Destroyed Structure 4 |

Photos





# Sandoval County

Damaged/Destroyed Structure Information



| Address or Legal Description |
|---|
| (b) (6), (b) (7)(C) |

| Assessors Account Number |
|---|
| (b) (6), (b) (7)(C) |

| Owner Name |
|---|
| (b) (6), (b) (7)(C) |

| Owner Address |
|---|
| (b) (6), (b) (7)(C) |

| Other Contact Information |
|---|
| (b) (6), (b) (7)(C) |

| Map |
|---|
| Destroyed Outbuilding 5 |

000459

Photos











weather.gov

**National Weather Service Weather Forecast Office**

# Albuquerque, NM

| Home | Site Map | News | Organization | Search for: | ● NWS ● All NOAA Go |

Local forecast by
"City, St" or Zip Code

City, St   Go

XML RSS Feeds

**Warnings**
Current
By State/County...
UV Alerts
more....

**Observations**
Radar
Satellite
Snow Cover
Surface Weather...
Observed Precip
more....

**Forecasts**
Graphical
Aviation
Marine
Hurricanes
Severe Weather
Fire Weather
more....

**Text Messages**
By State
By Message Type
National

**Forecast Models**
Numerical Models
MOS Prod Statistical
Model
GFS-LAMP Prod
Statistical Model
more....

**Climate**
Past Weather
Predictions

**Weather Safety**
Weather Radio
Hazard Assmt...
StormReady
TsunamiReady
Skywarn™
more....

**Education/Outreach**
Information

**Information Center**
Tsunamis
Publications...
more....

**Contact Us**
FAQ
Comments...

## Climatological Report (Daily)

Issued by NWS Albuquerque, NM

Home | Current Version | Previous Version | Text Only | Print | Product List | Glossary On

Versions: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50

```
000
CDUS45 KABQ 230833
CLIABQ

CLIMATE REPORT
NATIONAL WEATHER SERVICE ALBUQUERQUE NM
233 AM MDT SAT APR 23 2022

...................................

...THE ALBUQUERQUE  NM CLIMATE SUMMARY FOR APRIL 22 2022...

CLIMATE NORMAL PERIOD 1991 TO 2020
CLIMATE RECORD PERIOD 1891 TO 2022

WEATHER ITEM   OBSERVED TIME   RECORD YEAR NORMAL DEPARTURE LAST
               VALUE   (LST)   VALUE      VALUE  FROM      YEAR
                                                 NORMAL
...................................................................
TEMPERATURE (F)
 YESTERDAY
  MAXIMUM        84    228 PM  89   1965  72     12        71
  MINIMUM        51   1159 PM  25   1907  45      6        44
  AVERAGE        68                       58     10        58

PRECIPITATION (IN)
  YESTERDAY      0.00          0.63 1942  0.01  -0.01
  MONTH TO DATE  T                        0.39  -0.39
  SINCE MAR 1    0.55                      0.85  -0.30
  SINCE JAN 1    0.85                      1.64  -0.79

SNOWFALL (IN)
  YESTERDAY      0.0           0.5  1995  0.0    0.0
  MONTH TO DATE  0.0                      0.3   -0.3
  SINCE MAR 1    3.7                      1.0    2.7
  SINCE JUL 1    9.4                      7.9    1.5
  SNOW DEPTH     0

DEGREE DAYS
 HEATING
  YESTERDAY      0                        7     -7         7
  MONTH TO DATE  131                      205   -74        165
  SINCE MAR 1    647                      686   -39        693
  SINCE JUL 1    3623                     3876  -253       3843

 COOLING
  YESTERDAY      3                        0      3         0
  MONTH TO DATE  6                        0      6         1
  SINCE MAR 1    6                        0      6         1
  SINCE JAN 1    6                        0      6         1
...................................................................

WIND (MPH)
  HIGHEST WIND SPEED    46    HIGHEST WIND DIRECTION    SW (230)
  HIGHEST GUST SPEED    64    HIGHEST GUST DIRECTION     S (180)
  AVERAGE WIND SPEED    20.8


SKY COVER
  POSSIBLE SUNSHINE  MM
  AVERAGE SKY COVER 0.3


WEATHER CONDITIONS
THE FOLLOWING WEATHER WAS RECORDED YESTERDAY.
  HAZE
  SANDSTORM


RELATIVE HUMIDITY (PERCENT)
  HIGHEST    29    1100 PM
  LOWEST      6     200 PM
  AVERAGE    18

...................................................................

THE ALBUQUERQUE  NM CLIMATE NORMALS FOR TODAY
                         NORMAL   RECORD    YEAR
  MAXIMUM TEMPERATURE (F)   72      85      1943
                                           2002
  MINIMUM TEMPERATURE (F)   45      24      1895


SUNRISE AND SUNSET
APRIL 23 2022.........SUNRISE   624 AM MDT   SUNSET   746 PM MDT
APRIL 24 2022.........SUNRISE   623 AM MDT   SUNSET   746 PM MDT


-   INDICATES NEGATIVE NUMBERS.
R   INDICATES RECORD WAS SET OR TIED.
MM  INDICATES DATA IS MISSING.
T   INDICATES TRACE AMOUNT.
```

000462

$$



National Weather Service          Disclaimer                    Privacy Policy
Albuquerque, NM Weather Forecast Office    Credits              About Us
2341 Clark Carr Loop SE             Glossary                    Career Opportunities
Albuquerque, NM 87106-5633
(505) 243-0702
Page Author: ABQ Webmaster
Web Master's E-mail: sr-abq.webmaster@noaa.gov
Page last modified: Nov 18th, 2021 21:12 UTC

000463

# Storm Prediction Center Day 1 Fire Weather Outlook

Created: Fri Apr 22 07:03:03 UTC 2022 ( 🌐 | 🖼 )



| Risk | Area (sq. mi.) | Area Pop. | Some Larger Population Centers in Risk Area |
|------|----------------|-----------|---------------------------------------------|
| **Extreme** | 65,113 | 4,212,686 | Denver, CO...Albuquerque, NM...Colorado Springs, CO...Aurora, CO...Lakewood, CO... |
| **Critical** | 119,128 | 2,583,856 | El Paso, TX...Boulder, CO...Greeley, CO...Longmont, CO...Las Cruces, NM... |

Click for [Day 1 FireWX Areal Outline Product](#)

```
ZCZC SPCFWDDY1 ALL
FNUS21 KWNS 220702

Day 1 Fire Weather Outlook
NWS Storm Prediction Center Norman OK
0202 AM CDT Fri Apr 22 2022

Valid 221200Z - 231200Z

...EXTREMELY CRITICAL FIRE WEATHER AREA FOR PORTIONS OF CENTRAL AND
EASTERN NEW MEXICO INTO EASTERN COLORADO...
...CRITICAL FIRE WEATHER AREA FOR PORTIONS OF THE SOUTHERN AND
CENTRAL HIGH PLAINS...

...Synopsis...
***DANGEROUS FIRE-WEATHER CONDITIONS EXPECTED TODAY ACROSS PORTIONS
OF EAST-CENTRAL NEW MEXICO INTO EASTERN COLORADO***

A highly amplified large-scale trough and accompanying intense
deep-layer south-southwesterly flow will emerge over the southern
Rockies and adjacent High Plains by peak heating. As a result,
strong cyclogenesis will occur over far northeastern Colorado during
```

the afternoon, with a sharpening dryline extending southward along
the Kansas/Colorado border and the Texas/New Mexico border. The
combination of a strong surface pressure gradient, hot/dry
conditions behind the dryline, and strong south-southwesterly flow
aloft will result in extremely critical fire-weather conditions from
east-central New Mexico into eastern Colorado today.

...East-central New Mexico into eastern Colorado...
As temperatures climb into the upper 70s to middle 80s behind the
sharpening dryline, deep boundary-layer mixing into very dry air
aloft will result in widespread 5-15 percent minimum RH. At the same
time, 30-40 mph sustained south-southwesterly surface winds (with
widespread gusts of 50-60 mph) will overspread critically dry fuels
(ERCs above the 90th+ percentile). The volatile combination of very
strong/gusty winds, anomalously warm/dry conditions, and near-record
dry fuels will encourage extreme fire-weather conditions.

...Remainder of the central and southern High Plains...
The eastern extent of critical fire-weather conditions will be
demarcated by the placement of the dryline. Strong 30+ mph sustained
southerly surface winds (with higher gusts) concurrent with
afternoon RH values below 20% will extend into southern New Mexico,
West Texas, the western Texas/Oklahoma Panhandles, western Kansas,
and western Nebraska -- where fuels remain critically dry.

...Dry Thunderstorm Potential...
Another point of concern will be isolated dry thunderstorm
development immediately along and ahead of the dryline this
afternoon, which is expected to take place along the axis of the
driest fuels. Any cloud-to-ground lightning flashes that can occur
in proximity to the Colorado/Kansas and New Mexico/Texas border area
will do so over very receptive fuels, and likely with little wetting
rainfall at the early stages of thunderstorm evolution.

..Jirak.. 04/22/2022

...Please see www.spc.noaa.gov/fire for graphic product...


Fire Weather/Forecast Products/Home

**RAWS Weather Data for April 22, 2022: Jemez Weather Station**

Retrieved from: https://wrcc.dri.edu/cgi-bin/rawMAIN.pl?nmXJEM

 **Station Summary**

**Jemez New Mexico**

Daily Summary for

**April 22, 2022**

| Hour of Day Ending at L.S.T. | Total Solar Rad. ° ly. | Wind Ave. mph | Wind V. Dir. Deg | Wind Max. mph | Air Temperature Mean Deg. F. | Fuel Temperature Mean Deg. F. | Fuel Moisture Mean Percent | Relative Humidity Mean Percent | Dew Point Deg. F. | Wet Bulb Deg. F. | Total Precip. inches |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 am | 0.0 | 2.0 | 32 | 6.0 | 49.0 | 40.0 | 3.7 | 24 | 14 | 35 | 0.00 |
| 2 am | 0.0 | 2.0 | 111 | 3.0 | 44.0 | 37.0 | 3.7 | 29 | 14 | 33 | 0.00 |
| 3 am | 0.0 | 2.0 | 103 | 3.0 | 42.0 | 35.0 | 3.7 | 31 | 14 | 31 | 0.00 |
| 4 am | 0.0 | 2.0 | 123 | 4.0 | 41.0 | 34.0 | 3.7 | 31 | 13 | 31 | 0.00 |
| 5 am | 0.0 | 1.0 | 99 | 3.0 | 42.0 | 34.0 | 3.7 | 29 | 12 | 31 | 0.00 |
| 6 am | 0.8 | 2.0 | 132 | 3.0 | 41.0 | 34.0 | 3.7 | 33 | 14 | 31 | 0.00 |
| 7 am | 6.1 | 3.0 | 161 | 7.0 | 52.0 | 45.0 | 3.9 | 25 | 17 | 38 | 0.00 |
| 8 am | 35.6 | 5.0 | 187 | 14.0 | 59.0 | 67.0 | 3.8 | 18 | 16 | 41 | 0.00 |
| 9 am | 57.5 | 5.0 | 206 | 12.0 | 62.0 | 71.0 | 4.4 | 17 | 17 | 42 | 0.00 |
| 10 am | 72.8 | 6.0 | 201 | 14.0 | 64.0 | 80.0 | 4.3 | 14 | 14 | 43 | 0.00 |
| 11 am | 82.8 | 7.0 | 193 | 24.0 | 66.0 | 85.0 | 4.4 | 14 | 15 | 44 | 0.00 |
| 12 pm | 87.2 | 7.0 | 196 | 19.0 | 69.0 | 89.0 | 4.2 | 12 | 14 | 45 | 0.00 |
| 1 pm | 76.2 | 8.0 | 191 | 28.0 | 68.0 | 81.0 | 4.1 | 12 | 14 | 44 | 0.00 |
| 2 pm | 70.9 | 11.0 | 208 | 26.0 | 70.0 | 85.0 | 3.7 | 8 | 6 | 44 | 0.00 |
| 3 pm | 63.0 | 9.0 | 215 | 28.0 | 70.0 | 86.0 | 4.1 | 9 | 9 | 44 | 0.00 |
| 4 pm | 49.2 | 10.0 | 208 | 26.0 | 68.0 | 80.0 | 3.9 | 9 | 7 | 43 | 0.00 |
| 5 pm | 18.1 | 11.0 | 266 | 36.0 | 59.0 | 61.0 | 3.8 | 18 | 16 | 41 | 0.00 |
| 6 pm | 10.1 | 7.0 | 279 | 32.0 | 50.0 | 52.0 | 3.7 | 30 | 20 | 37 | 0.00 |
| 7 pm | 1.9 | 9.0 | 260 | 23.0 | 45.0 | 43.0 | 3.7 | 30 | 15 | 34 | 0.00 |
| 8 pm | 0.0 | 12.0 | 315 | 34.0 | 39.0 | 39.0 | 3.6 | 39 | 16 | 30 | 0.00 |
| 9 pm | 0.0 | 7.0 | 280 | 35.0 | 36.0 | 34.0 | 3.6 | 43 | 16 | 29 | 0.00 |
| 10 pm | 0.0 | 5.0 | 273 | 21.0 | 35.0 | 31.0 | 3.6 | 48 | 17 | 28 | 0.00 |
| 11 pm | 0.0 | 5.0 | 264 | 15.0 | 34.0 | 30.0 | 3.5 | 44 | 14 | 27 | 0.00 |
| 12 am | 0.0 | 9.0 | 278 | 17.0 | 34.0 | 30.0 | 3.6 | 43 | 14 | 27 | 0.00 |

DAILY STATISTICS

| | Total Solar Rad. ° ly. | Wind Ave. mph | Wind V. Dir. Deg | Wind Max. mph | Air Temperature Mean Deg. F. | Fuel Temperature Mean Deg. F. | Fuel Moisture Mean Percent | Relative Humidity Mean Percent | Dew Point Deg. F. | Wet Bulb Deg. F. | Total Precip. inches |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 632.0 | | | | | | | | | | 0.00 |
| Ave. | | 6.1 | 210 | | 51.6 | 54.3 | 3.8 | 25 | 14 | 36 | |
| Max. | | | | 36.0 | 70.0 | 89.0 | 4.4 | 48 | | | |
| Min. | | | | | 34.0 | 30.0 | 3.5 | 8 | | | |

Copyright: Western Regional Climate Center - Desert Research Institute - Reno, Nevada.

NOTES:
- Daily averages might vary slightly from the average of the hourly values printed due to rounding of the hourly values.
- Data are subject to further review and editing. Please refer any questions to the Western Regional Climate Center.
- ° 1 ly = 1 cal/cm² = 4.1855 J/cm² = 3.6855 BTU/ft² = .01163 KW-hr/m²

000466

**WildCAD Incident Card - Santa Fe Interagency Dispatch Center: SNF 2022-49**
*"Cerro Pelado" Wildfire 04/22/2022 15:39:00  Order Number: NM-SNF-000049*
Area 18 (JEMEZ)

**Reporting Party:** CPLO

**Initial Report On Conditions:**
smoke report near FR 270 255 degrees at 2 miles billowy blue/gray smoke strong winds moving
east

**Initial Location:**
Lat: 35°,46',47.82", Lon: 106°,35',26.51",  T18N, R3E, SWNE Sec 23
**Actual Location:**
Lat: 35°,46',30.01", Lon: 106°,35',3.83",  T18N, R3E, SESE Sec 23

**Dispatcher:** (b) (6), (b) (7)(C)   **Status:** Open

**Fiscal Codes:** P3PK47-0310
**Web Comment:**
**Timer:** OPEN Timer for Resource
**Timer:** Closed Timer for Resource AA-8NA
04/23/2022 11:14:32 (b)(6)... A-8NA OFF ALM EN ROUTE CERRO PELADO 0+1 MIN ETE 2 SOB
4+0 FOB// +AFF// POS COMS ON NATL
04/23/2022 11:14:47 (b)(6)... OK: Registration: N78NA Callsign: N-78NA Speed: 147 knots
Heading: 255° true Altitude: 11,577' msl Make: Rockwell International Model: 690B Lat: 35°
45.2202' Long: -106°30.9702' Time: 04/23/2022 11:13:14 UTC-0600
04/23/2022 17:27:28 (b)(6)... ONTG ABQ
**Timer:** Closed Timer for Resource AA-8NA
04/24/2022 09:18:08 (b)(6)... AA8NA OFF ABQ  3 SOB 4.15 FOB 5 ETA T CERRO PELADO +AFF
04/24/2022 09:18:20 (b)(6)... OK: Registration: N78NA Callsign: N-78NA Speed: 225 knots
Heading: 357° true Altitude: 11,532' msl Make: Rockwell International Model: 690B Lat: 35°
34.7802' Long: -106°34.5696' Time: 04/24/2022 09:16:34 UTC-0600
04/24/2022 09:34:09 (b)(6)... OK:
04/24/2022 09:43:49 (b)(6), (b)... FF local
04/24/2022 10:00:31 (b)(6)... OK: Registration: N78NA Callsign: N-78NA Speed: 167 knots
Heading: 261° true Altitude: 11,541' msl Make: Rockwell International Model: 690B Lat: 35°
45.0900' Long: -106°32.2998' Time: 04/24/2022 09:58:46 UTC-0600
04/24/2022 11:56:11 (b)(6)... AA-8NA OFF CERRO > ABQ  0+110 ETE +AFF +COMMS LOCAL
04/24/2022 11:56:30 (b)(6), (b)... OK: Registration: N78NA Callsign: N-78NA Speed: 190 knots
Heading: 185° true Altitude: 11,692' msl Make: Rockwell International Model: 690B Lat: 35°
34.9500' Long: -106°32.0700' Time: 04/24/2022 11:53:42 UTC-0600
04/24/2022 11:56:36 (b)(6)... FF ABC
**Timer:** Closed Timer for Resource H-7HE
04/24/2022 12:30:54 (b)(6), (b)... 7HE > TA-49 4 SOB 1+45 FOB +AFF -COMMS
04/24/2022 12:31:28 (b)(6), (b)... OK: Registration: N7HE Callsign: H-7HE Speed: 0 knots Heading:
247° true Altitude: 10,065' msl Make: Aerospatiale Model: AS-350B3 Lat: 35°47.0520' Long:
-106°32.9874' Time: 04/24/2022 11:23:23 UTC-0600
04/24/2022 12:37:13 (b)(6), (b)... ONTG TA-49
**Timer:** Closed Timer for Resource N40Y
04/25/2022 11:50:53 (b)(6)... OK: e/r to the Cerro Pelado fire from the Crooks fire in AZ
04/25/2022 11:51:15 (b)(6)... OK: Registration: N40Y Callsign: N-40Y Speed: 250 knots Heading:
74° true Altitude: 17,739' msl Make: Raytheon Model: A200CT Lat: 35°2.5704' Long: -109°
52.1304' Time: 04/25/2022 11:49:49 UTC-0600
04/25/2022 12:04:22 (b)(6)... OK:
04/25/2022 12:16:28 (b)(6)... OK:
04/25/2022 12:17:24 (b)(6)... OK: Registration: N40Y Callsign: N-40Y Speed: 258 knots Heading:
72° true Altitude: 17,709' msl Make: Raytheon Model: A200CT Lat: 35°27.6498' Long: -107°
48.1698' Time: 04/25/2022 12:14:46 UTC-0600
04/25/2022 12:32:02 (b)(6)... OK:
04/25/2022 12:42:29 (b)(6)... OK: over the fire
04/25/2022 12:56:13 (b)(6)... OK:
04/25/2022 13:08:27 (b)(6)... OK:
04/25/2022 13:09:00 (b)(6)... OK: departing Cerro Pelado Fire to Calf Canyon Fire
04/25/2022 13:16:25 (b)(6)... OK: in contact with AA
04/25/2022 13:31:09 (b)(6)... OK: over the fire
04/25/2022 13:46:07 (b)(6)... OK:
04/25/2022 13:56:52 (b)(6)... OK:

04/25/2022 13:57:47 ██ ██ OK: e/r to SAF 10 ete
04/25/2022 14:11:33 OK:
04/25/2022 14:25:11 OK:
04/25/2022 14:38:17 OK:
04/25/2022 14:48:40 OK:
04/25/2022 15:03:13 OK:
04/25/2022 15:19:04 OK:
04/25/2022 15:35:04 OK:
04/25/2022 15:52:22 OK:
04/25/2022 16:08:12 OK:
04/25/2022 16:24:55 OK:
04/25/2022 16:30:50 ██ OK: FF with ABC
**Timer:** Closed Timer for Resource H 7HE
04/25/2022 12:48:04 OK: e/r the fire 3sob 1:55 fob 5 ete +AFF
04/25/2022 12:48:46 OK: Registration: N7HE Callsign: H-7HE Speed: 80 knots Heading: 267° true Altitude: 8,694' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 49.3518' Long: -106° 20.6466' Time: 04/25/2022 12:46:38 UTC-0600
04/25/2022 13:03:41 ██ ██ OK: over the fire
04/25/2022 13:13:31 OK:
04/25/2022 13:20:45 OK:
04/25/2022 13:31:30 OK:
04/25/2022 13:46:03 OK:
04/25/2022 13:48:51 OK: OTG TA 49
04/25/2022 16:52:38 OK: e/r from Cooks Peak fire to TA49
04/25/2022 17:02:38 OK: Registration: N7HE Callsign: H-7HE Speed: 119 knots Heading: 239° true Altitude: 9,481' msl Make: Aerospatiale Model: AS-350B3 Lat: 36° 1.2102' Long: -105° 45.9846' Time: 04/25/2022 17:01:13 UTC-0600
04/25/2022 17:05:52 ██ OK: 10 ete to TA 49
04/25/2022 17:20:36 OK:
04/25/2022 17:20:39 OK:
04/25/2022 17:20:56 OK: Landing TA 49
**Timer:** Closed Timer for Resource N78NA
04/25/2022 13:01:51 ██ ██ OK: Off ABQ e/r to the fire 10ete +AFF
04/25/2022 13:02:01 ██ OK: Registration: N78NA Callsign: N-78NA Speed: 167 knots Heading: 360° true Altitude: 8,730' msl Make: Rockwell International Model: 690B Lat: 35° 5.8698' Long: -106° 33.6102' Time: 04/25/2022 13:00:06 UTC-0600
04/25/2022 13:13:04 ██ OK: over the fire
04/25/2022 13:28:03 OK:
04/25/2022 13:43:36 OK:
04/25/2022 13:52:03 OK:
04/25/2022 14:08:03 OK:
04/25/2022 14:23:10 OK:
04/25/2022 14:38:04 OK:
04/25/2022 14:48:32 OK:
04/25/2022 14:53:24 OK: Registration: N7HE Callsign: H-7HE Speed: 125 knots Heading: 46° true Altitude: 7,762' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 55.5018' Long: -105° 57.7284' Time: 04/25/2022 14:50:37 UTC-0600
04/25/2022 15:08:12 OK:
04/25/2022 15:23:13 OK:
04/25/2022 15:36:02 OK:
04/25/2022 15:46:54 OK:
04/25/2022 16:01:01 OK:
04/25/2022 16:01:04 OK:
04/25/2022 16:16:04 OK:
04/25/2022 16:31:15 OK:
04/25/2022 16:46:11 OK:
04/25/2022 17:01:06 OK:
04/25/2022 17:11:38 OK:
04/25/2022 17:21:22 ██ OK: FF with ABQ

**Timer:** Closed Timer for Resource N364WA
04/25/2022 16:57:04 ██████ DK: e/r to the fire from ABQ
04/25/2022 17:04:05 ██████ DK: Registration: N364WA Callsign: N-364WA Speed: 159 knots
Heading: 356° true Altitude: 8,329' msl Make: Aero Commander Model: 690B Lat: 35° 5.6700'
Long: -106° 33.6504' Time: 04/25/2022 17:02:53 UTC-0600
04/25/2022 17:04:39 ██████ DK: 2sob 4.3 fob 10 ete
04/25/2022 17:15:01 ██████ DK: Tied in with AA and is over the fire
04/25/2022 17:30:05 ██████ DK:
04/25/2022 17:43:45 ██████ DK:
04/25/2022 17:58:11 ██████ DK:
04/25/2022 18:11:35 ██████ DK:
04/25/2022 18:27:19 ██████ DK:
04/25/2022 18:42:08 ██████ DK:
04/25/2022 18:55:18 ██████ DK: off the fire e/r to ABQ 15ete
04/25/2022 19:04:18 ██████ DK: FF with ABC
**Timer:** Closed Timer for Resource H-7HE
04/26/2022 12:37:52 ██████ DK: Registration: N7HE Callsign: H-7HE Speed: 111 knots Heading:
258° true Altitude: 9,845' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 48.1800' Long:
-106° 29.9982' Time: 04/26/2022 12:35:49 UTC-0600
04/26/2022 12:38:56 ██████ OFF TA-49 > CERRO PELADO (on scene) 3 SOB 1+45 FOB 0+5
ETE +AFF +COMMS CP
04/26/2022 12:43:19 ██████ ONTG 860 configuring for RECON
04/26/2022 13:10:33 ██████ Started RECON 4 SOB 2+0 FOB Planning one hour +AFF +COMMS
04/26/2022 13:10:47 ██████ DK: Registration: N7HE Callsign: H-7HE Speed: 65 knots Heading:
223° true Altitude: 9,458 msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 46.6242' Long:
-106° 36.4362' Time: 04/26/2022 13:07:53 UTC-0600
04/26/2022 13:36:32 ██████ OK:
04/26/2022 13:36:42 ██████ OK: over the fire
04/26/2022 13:51:32 ██████ OK:
04/26/2022 13:55:17 ██████ OK: e/r to TA 49 10min ete
04/26/2022 14:04:02 ██████ OK: landed TA 49
**Timer:** Closed Timer for Resource AA 8NA
04/26/2022 14:00:07 ██████ OK: 3sob 4.5fob 10ete +AFF
04/26/2022 14:00:17 ██████ OK: Registration: N78NA Callsign: N-78NA Speed: 252 knots
Heading: 9° true Altitude: 11,712' msl Make: Rockwell International Model: 690B Lat: 35°
25.9902' Long: -106° 39.4500' Time: 04/26/2022 13:58:34 UTC-0600
04/26/2022 14:10:18 ██████ DK:
04/26/2022 14:21:53 ██████ DK: over the fire
04/26/2022 14:36:14 ██████ DK:
04/26/2022 14:51:08 ██████ DK:
04/26/2022 15:01:13 ██████ DK:
04/26/2022 15:01:22 ██████ DK:
04/26/2022 15:31:23 ██████ DK:
04/26/2022 15:43:20 ██████ DK:
04/26/2022 16:06:44 ██████ DK:
04/26/2022 16:25:54 ██████ DK:
04/26/2022 16:55:13 ██████ DK:
04/26/2022 16:57:03 ██████ DK: e/r to ALM 45 ete
04/26/2022 16:59:22 ██████ DK: FF with ABC
**Timer:** Closed Timer for Resource AA-8NA
04/27/2022 10:23:35 ██████ AA-8NA OFF ABQ>PELADO 3 SOB 3.25 FOB 5 ETE +AFF +COMMS
04/27/2022 10:23:46 ██████ OK: Registration: N78NA Callsign: N-78NA Speed: 254 knots
Heading: 343° true Altitude: 11,748' msl Make: Rockwell International Model: 690B Lat: 35°
38.2500' Long: -106° 34.1400' Time: 04/27/2022 10:22:41 UTC-0600
04/27/2022 16:36:53 ██████ ONTG ABQ

**Timer:** Closed Timer for Resource AA-4WA

04/27/2022 14:11:09 ███ AA-4WA OFF ABQ > CERRO 3 SOB 3+45 FOB 0+5 ETE +COMMS LOCAL +AFF

04/27/2022 14:11:25 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 235 knots Heading: 15° true Altitude: 12,201' msl Make: Aero Commander Model: 690B Lat: 35° 28.6500' Long: -106° 38.3298' Time: 04/27/2022 14:08:19 UTC-0600

04/27/2022 16:36:42 ███ Assumed AA ff local

04/27/2022 17:50:53 ███ AA-4WA OFF CERRO > ABQ 0+13 ETE +AFF +COMMS LOCAL

04/27/2022 17:51:07 ███ FF ABC

**Timer:** Closed Timer for Resource AA-8NA

04/29/2022 09:00:09 ███ AA-8NA OFF ABQ>PELADO 3 SOB 4.5 FOB 10 ETE +AFF

04/29/2022 09:00:21 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 171 knots Heading: 358° true Altitude: 8,097' msl Make: Rockwell International Model: 690B Lat: 35° 6.3798' Long: -106° 34.0800' Time: 04/29/2022 08:57:52 UTC-0600

04/29/2022 09:16:14 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 190 knots Heading: 201° true Altitude: 11,869' msl Make: Rockwell International Model: 690B Lat: 35° 46.8900' Long: -106° 26.0100' Time: 04/29/2022 09:14:52 UTC-0600

04/29/2022 09:25:41 ███ AA-8NA OFF ABQ>PELADO 3 SOB 4.5 FOB 10 ETE +AFF

04/29/2022 09:28:53 ███ Disregard last

04/29/2022 12:07:41 ███ AA-8NA OFF CERRO > ABQ 0+10 ETE +COMMS LOCAL +AFF

04/29/2022 12:51:45 ███ ONTG ABQ

**Timer:** Closed Timer for Resource L-7 (t)

04/29/2022 11:12:58 ███ Lead 7(t) > Cerro Pelado 3 SOB 3 15 FOB 5 ETE +AFF +COMMS

04/29/2022 11:13:14 ███ OK: Registration: N162GC Callsign: LP-2GC Speed: 264 knots Heading: 78° true Altitude: 17,391' msl Make: Beechcraft Model: B200 Lat: 35° 48.5880' Long: -106° 59.4840' Time: 04/29/2022 11:11:34 UTC-0600

04/29/2022 11:41:30 ███ OFF CERRO > ABQ +COMMS w/ ABC

**Timer:** Closed Timer for Resource AA-4WA

04/29/2022 11:53:11 ███ AA-4WA OFF ABQ> PELADO 3 SOB 4.5 FOB 15 ETE PELADO + AFF

04/29/2022 11:53:20 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 221 knots Heading: 10° true Altitude: 13,175' msl Make: Aero Commander Model: 690B Lat: 35° 28.2900' Long: -106° 32.9802' Time: 04/29/2022 11:51:21 UTC-0600

04/29/2022 12:52:05 ███ AA-4WA OFF CERRO > ABQ 0+12 ETE +AFF +COMMS LOCAL

04/29/2022 12:52:17 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 184 knots Heading: 189° true Altitude: 11,115' msl Make: Aero Commander Model: 690B Lat: 35° 42.6198' Long: -106° 31.3602' Time: 04/29/2022 12:51:00 UTC-0600

04/29/2022 13:51:13 ███ ONTG ABQ

**Timer:** Closed Timer for Resource AA-8NA

04/30/2022 09:36:30 ███ AA-8NA OFF ABQ > PELADO 3 SOB 4.30 FOB 5 ETE +AFF +COMMS

04/30/2022 09:36:43 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 184 knots Heading: 358° true Altitude: 10,482' msl Make: Rockwell International Model: 690B Lat: 35° 26.5800' Long: -106° 33.6900' Time: 04/30/2022 09:35:01 UTC-0600

04/30/2022 09:43:08 ███ Assuming Cerro AA ff local

04/30/2022 12:45:59 ███ AA-8NA OFF CALF > ABQ 010 ETE +AFF +COMMS

04/30/2022 12:46:12 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 221 knots Heading: 177° true Altitude: 11,689' msl Make: Rockwell International Model: 690B Lat: 35° 37.1604' Long: -106° 34.8402' Time: 04/30/2022 12:44:06 UTC-0600

04/30/2022 12:46:19 ███ FF w/ ABC

04/30/2022 15:10:01 ███ AA-8NA ABQ>CERRO PLADO 3 SOB 4+30 FOB 0+10ETE +AFF +COMMS

04/30/2022 15:10:14 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 186 knots Heading: 1° true Altitude: 12,522' msl Make: Rockwell International Model: 690B Lat: 35° 18.6600' Long: -106° 33.6504' Time: 04/30/2022 15:07:18 UTC-0600

04/30/2022 16:38:48 ███ Assumed AA ff local

04/30/2022 18:00:17 ███ AA-8NA OFF CERRO > ABQ 0+10 ETE +COMMS +AFF

04/30/2022 18:00:29 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 217 knots Heading: 185° true Altitude: 11,197' msl Make: Rockwell International Model: 690B Lat: 35° 28.5600' Long: -106° 33.1902' Time: 04/30/2022 17:58:11 UTC-0600

04/30/2022 18:01:12 ███ FF w/ ABC

**Timer:** Closed Timer for Resource T-101
04/26/2022 14:44:33 ███ OK: ..
04/26/2022 14:59:08 ███ OK:
04/26/2022 15:01:02 ███ OK: over the fire
04/26/2022 15:14:31 ███ OK:
04/26/2022 15:15:28 ███ OK: 3sob 3fob
04/26/2022 15:24:58 ███ OK:
04/26/2022 15:49:51 ███ OK:
04/26/2022 16:19:16 ███ OK:
04/26/2022 16:50:17 ███ OK:
04/26/2022 17:18:21 ███ OK: Off the fire for a hold
04/26/2022 17:21:57 ███ OK: FF with ABC
**Timer:** Closed Timer for Resource T-102
04/26/2022 14:44:53 ███ OK: ...
04/26/2022 14:59:06 ███ OK: ei
04/26/2022 15:09:44 ███ OK: Off ABQ
04/26/2022 15:24:46 ███ OK: over the fire
04/26/2022 15:24:51 ███ OK:
04/26/2022 15:49:55 ███ OK:
04/26/2022 16:19:11 ███ OK:
04/26/2022 16:25:25 ███ OK:
04/26/2022 16:55:15 ███ OK:
04/26/2022 17:25:07 ███ OK:
04/26/2022 17:28:49 ███ OK: FF with ABC
**Timer:** Closed Timer for Resource Lead 42 t
04/26/2022 14:45:12 ███ OK: ...
04/26/2022 14:48:24 ███ OK: off abq 2sob 6fob 20 ete
04/26/2022 15:00:48 ███ OK: on the fire
04/26/2022 15:00:49 ███ OK:
04/26/2022 15:14:05 ███ OK:
04/26/2022 15:25:06 ███ OK:
04/26/2022 15:49:43 ███ OK:
04/26/2022 16:19:13 ███ OK:
04/26/2022 16:50:14 ███ OK:
04/26/2022 17:20:28 ███ OK:
04/26/2022 17:34:05 ███ OK: FF with ABC
**Timer:** Closed Timer for Resource AA-506
04/26/2022 16:02:42 ███ OK: off ALM 2sob 4.5fob 1hr ete +AFF
04/26/2022 16:04:13 ███ OK: Registration: N690HB Callsign: N-690HB Speed: 223 knots
Heading: 360° true Altitude: 12,939' msl Make: Aero Commander Model: 690A Lat: 33° 14.7798'
Long: -105° 59.1702' Time: 04/26/2022 16:02:42 UTC-0600
04/26/2022 16:19:07 ███ OK:
04/26/2022 16:20:25 ███ OK: Registration: N690HB Callsign: N-690HB Speed: 192 knots
Heading: 348° true Altitude: 12,804' msl Make: Aero Commander Model: 690A Lat: 34° 17.6898'
Long: -106° 1.1304' Time: 04/26/2022 16:19:42 UTC-0600
04/26/2022 16:35:14 ███ OK: Registration: N690HB Callsign: N-690HB Speed: 198 knots
Heading: 347° true Altitude: 12,867' msl Make: Aero Commander Model: 690A Lat: 34° 59.5302'
Long: -106° 15.0396' Time: 04/26/2022 16:32:29 UTC-0600
04/26/2022 16:41:23 ███ OK: Registration: N690HB Callsign: N-690HB Speed: 202 knots
Heading: 348° true Altitude: 12,831' msl Make: Aero Commander Model: 690A Lat: 35° 18.6102'
Long: -106° 21.7998' Time: 04/26/2022 16:38:20 UTC-0600
04/26/2022 16:47:51 ███ OK: in contact with AA over the fire
04/26/2022 16:47:57 ███ OK:
04/26/2022 17:29:36 ███ OK: over the fire
04/26/2022 18:14:03 ███ OK:
04/26/2022 18:46:42 ███ OK: FF with ABC
04/26/2022 18:46:43 ███ OK:

**Timer:** Closed Timer for Resource T-912
04/26/2022 16:28:42 ▮▮▮▮ OK: off COS e/r to the fire
04/26/2022 16:29:04 ▮▮▮▮ OK: Registration: N522AX Callsign: T-912 Speed: 259 knots Heading:
179° true Altitude: 8,900' msl Make: Douglas Model: DC-10-30 Lat: 38° 42.2988' Long: -104°
42.8922' Time: 04/26/2022 16:27:54 UTC-0600
04/26/2022 16:35:35 ▮▮▮▮ OK: 3sob 3fob 40ete +AFF
04/26/2022 17:05:28 ▮▮▮▮ OK: over the fire
04/26/2022 17:29:04 ▮▮▮▮ OK:
04/26/2022 17:29:13 ▮▮▮▮ Registration: N522AX Callsign: T-912 Speed: 397 knots Heading:
35° true Altitude: 15,951' msl Make: Douglas Model: DC-10-30 Lat: 37° 6.2184' Long: -105°
31.6194' Time: 04/26/2022 17:28:21 UTC-0600
**Timer:** Closed Timer for Resource AA-5AB
04/30/2022 12:19:01 ▮▮▮▮ AA-5AB > Cerra Pelado 2-SOB, 3+50-FOB, 10 ETE +AFF
04/30/2022 12:19:27 ▮▮▮▮ OK: Registration: N985AB Callsign: N-985AB Speed: 211 knots
Heading: 81° true Altitude: 15,780' msl Make: Beechcraft Model: C90A Lat: 35° 44.5872' Long:
-107° 10.5612' Time: 04/30/2022 12:16:51 UTC-0600
04/30/2022 13:44:13 ▮▮▮▮ Assumed CERRO AA ff local
04/30/2022 15:17:55 ▮▮▮▮ AA-5AB OFF CERRO > ABQ 2 SOB 0+15 ETE +COMSS
+AFF
04/30/2022 15:18:15 ▮▮▮▮ OK: Registration: N985AB Callsign: N-985AB Speed: 145 knots
Heading: 177° true Altitude: 11,515' msl Make: Beechcraft Model: C90A Lat: 35° 43.9230' Long:
-106° 31.2924' Time: 04/30/2022 15:16:55 UTC-0600
04/30/2022 16:38:36 ▮▮▮▮ ONTG ABQ
04/30/2022 18:00:42 ▮▮▮▮ AA-5AB^ABQ>CERRO PELADO 2 SOB 4+5 FOB 0+15
ETE+COMMS +AFF
04/30/2022 18:00:53 ▮▮▮▮ OK: Registration: N985AB Callsign: N-985AB Speed: 167 knots
Heading: 314° true Altitude: 11,843' msl Make: Beechcraft Model: C90A Lat: 35° 42.1566' Long:
-106° 32.9916' Time: 04/30/2022 17:58:40 UTC-0600
04/30/2022 18:01:04 ▮▮▮▮ Assuming AA ff local
04/30/2022 19:30:27 ▮▮▮▮ FF w/ ABC
**Timer:** Closed Timer for Resource AA-8NA
05/01/2022 08:21:01 ▮▮▮▮ AA-8NA OFF ABQ > PELADO 3 SOB 4+15 FOB 0+5 ETE +AFF
+COMMS
05/01/2022 08:21:14 ▮▮▮▮ OK: Registration: N78NA Callsign: N-78NA Speed: 268 knots
Heading: 0° true Altitude: 11,679' msl Make: Rockwell International Model: 690B Lat: 35°
30.7302' Long: -106° 32.5404' Time: 05/01/2022 08:18:29 UTC-0600
05/01/2022 08:44:38 ▮▮▮▮ Assuming Cerro AA ff/ local
05/01/2022 11:47:53 ▮▮▮▮ OFF CERRO > ABQ 0+10 ETE +COMMS LOCAL +AFF
05/01/2022 11:47:59 ▮▮▮▮ ONTG ABQ
05/01/2022 17:08:22 ▮▮▮▮ ONTG ABQ
**Timer:** Closed Timer for Resource AA-4WA
05/01/2022 11:30:00 ▮▮▮▮ OK: Registration: N364WA Callsign: N-364WA Speed: 276 knots
Heading: 7° true Altitude: 12,768' msl Make: Aero Commander Model: 690B Lat: 35° 17.1402'
Long: -106° 30.4200' Time: 05/01/2022 11:27:46 UTC-0600
05/01/2022 11:30:30 ▮▮▮▮ AA-4WA OFF ABQ>PELADO 2 SOB 4.15 FOB 5 ETE +AFF
05/01/2022 17:08:13 ▮▮▮▮ ONTG ABQ
**Timer:** Closed Timer for Resource N400DS AA210
04/28/2022 12:48:15 ▮▮▮▮ OK: off Durango e/r Cerro Pelado
04/28/2022 13:03:05 ▮▮▮▮ OK:
04/28/2022 13:03:09 ▮▮▮▮ OK: 10 min ete
04/28/2022 13:14:38 ▮▮▮▮ OK: over the fire
04/28/2022 13:14:44 ▮▮▮▮ OK:
04/28/2022 13:44:07 ▮▮▮▮ OK:
04/28/2022 14:14:16 ▮▮▮▮ OK:
04/28/2022 14:44:07 ▮▮▮▮ OK:
04/28/2022 15:12:48 ▮▮▮▮ OK:
04/28/2022 15:57:03 ▮▮▮▮ OK:
04/28/2022 16:25:37 ▮▮▮▮ OK:
04/28/2022 16:44:30 ▮▮▮▮ OK: Off the fire e/r Durango 1:30fob 25 ete
04/28/2022 17:00:25 ▮▮▮▮ OK:
04/28/2022 17:00:39 ▮▮▮▮ Registration: N400DS Callsign: N-400DS Speed: 213 knots
Heading: 324° true Altitude: 12,791' msl Make: Rockwell Model: 690B Lat: 36° 37.0902' Long:
-107° 11.7900' Time: 04/28/2022 16:59:36 UTC-0600
04/28/2022 17:08:26 DKA OK: FF with Durango Dispatch

**Timer:** Closed Timer for Resource N985AB
04/28/2022 16:07:50 ████ OK: e/r to the incident 2sob 4.5fob
04/28/2022 16:22:18 ████ OK: Registration: N985AB Callsign: N-985AB Speed: 240 knots Heading: 81° true Altitude: 15,911' msl Make: Beechcraft Model: C90A Lat: 35° 42.7128' Long: -107° 26.4900' Time: 04/28/2022 16:20:31 UTC-0600
04/28/2022 16:37:10 ████ OK: over the fire
04/28/2022 17:08:38 ████ OK:
04/28/2022 17:53:05 ████ OK:
04/28/2022 18:39:07 ████ OK:
04/28/2022 18:54:36 ████ OK: Released e/r to Flagstaff 2s 2fob 1hr ete
04/28/2022 18:54:46 ████ OK: FF with ABC
**Timer:** Closed Timer for Resource 7HE
04/23/2022 08:22:43 ████ OK:
04/23/2022 08:25:53 ████ OK: Registration: N7HE Callsign: H-7HE Speed: 94 knots Heading: 26° true Altitude: 9,074' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 44.5722' Long: -106° 36.1380' Time: 04/23/2022 08:24:59 UTC-0600
04/23/2022 08:29:09 ████ > Cerro Pelado 4 SOB 2+30 FOB 0+15 ETE +AFF +COMMS
04/23/2022 08:40:03 ████ OK:
04/23/2022 09:20:04 ████ OK: Registration: N7HE Callsign: H-7HE Speed: 76 knots Heading: 151° true Altitude: 9,140' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 46.0236' Long: -106° 35.3034' Time: 04/23/2022 09:17:46 UTC-0600
04/23/2022 09:59:31 ████ ONTG TA-49
**Timer:** Closed Timer for Resource FW-51
04/23/2022 11:06:12 ████ OK: Registration: N40Y Callsign: N-40Y Speed: 272 knots Heading: 63° true Altitude: 17,558' msl Make: Raytheon Model: A200CT Lat: 35° 29.0100' Long: -107° 16.3398' Time: 04/23/2022 11:05:11 UTC-0600
04/23/2022 11:07:09 ████ FW-51(N40Y) off FFZ>>Cerro Pelado 3.0 SOB 4.0 FOB +2 ETE +AFF Comms Natl
04/23/2022 17:27:57 ████ > FALCON 1+15 ETE +COMMS +AFF
04/23/2022 17:28:24 ████ OK: Registration: N40Y Callsign: N-40Y Speed: 178 knots Heading: 244° true Altitude: 16,682' msl Make: Raytheon Model: A200CT Lat: 36° 6.5298' Long: -105° 30.5202' Time: 04/23/2022 17:26:40 UTC-0600
04/23/2022 17:44:01 ████ FF ABQ

**Incident Commander(s):**
04/22/2022 1625 ████ ICT4 Effective 1615 4/22/22
04/22/2022 1817 ████ ICT3 Effective 1815 4/22/2022
04/23/2022 2012 ████ Effective 2000 04/23/2022
04/23/2022 2013 ████ ICT3 Effective
04/24/2022 0729 ████ ICT1 Effective 0730 4/24/2022 Southern Area Red Team assumed command at 0730 on 4/24/2022
04/24/2022 0730 Effective
04/24/2022 0730 ████ ICT3 Effective
04/24/2022 1756 ████ ICT1 Effective

**Resource Details:**
**\*E-2601:**
Committed at 04/22/2022 15:41:14, On Scene at 04/22/2022 16:15:18, Released at 04/22/2022 21:09:24, Committed at 04/22/2022 21:11:05, On Scene at 04/22/2022 21:11:14, Released at 04/28/2022 09:03:29
**BAP E-692:**
Committed at 04/22/2022 15:41:09, On Scene at 04/22/2022 16:15:18, Released at 04/27/2022 15:05:18
**CAF E-631:**
Committed at 04/28/2022 06:33:12, Returning at 04/28/2022 06:53:53, Released at 04/28/2022 06:54:06
**E-431:**
Committed at 04/22/2022 15:45:52, On Scene at 04/22/2022 17:45:06, Released at 04/22/2022 22:46:54, Committed at 04/23/2022 06:59:11, On Scene at 04/23/2022 06:59:16, Released at 04/24/2022 19:41:18, Committed at 04/25/2022 06:32:49, Released at 04/25/2022 20:49:56, Committed at 04/26/2022 06:26:07, Returning at 04/26/2022 21:32:38, Released at 04/26/2022 21:33:41, Committed at 04/29/2022 08:39:15, Released at 04/29/2022 21:15:12, Committed at 04/30/2022 08:29:58, Released at 05/01/2022 05:33:26, Committed at 05/01/2022 14:36:09, Released at 05/01/2022 20:04:52

000473

*E-631:*
*Committed at 04/28/2022 06:54:54, Released at 04/28/2022 13:37:01*
*N6S E-61:*
*Committed at 04/22/2022 19:25:30, On Scene at 04/22/2022 19:26:02, Released at 04/30/2022 07:19:52*
*UT-431:*
*Committed at 04/22/2022 15:58:28, On Scene at 04/22/2022 17:45:06, Released at 04/22/2022 22:46:54, Committed at 04/24/2022 06:26:29, Released at 04/24/2022 19:41:18, Committed at 04/25/2022 06:32:49, Released at 04/25/2022 20:49:56, Committed at 04/26/2022 06:25:35, Returning at 04/26/2022 22:50:10, Released at 04/26/2022 22:50:33, Committed at 04/29/2022 08:39:43, Released at 04/29/2022 21:50:09, Committed at 04/30/2022 08:29:58, Released at 05/01/2022 03:33:26, Committed at 05/01/2022 14:36:09, Released at 05/01/2022 20:04:52*
*UT-631:*
*Committed at 04/22/2022 15:51:05, On Scene at 04/22/2022 16:36:02, Returning at 04/23/2022 20:51:37, Released at 04/23/2022 20:52:02, Committed at 04/25/2022 06:35:21, Released at 04/25/2022 20:50:03, Committed at 04/26/2022 08:30:29, Released at 04/26/2022 11:57:01, Committed at 04/28/2022 06:55:36, Released at 04/28/2022 13:37:01*
*N7HE:*
*Committed at 04/23/2022 11:45:28, Released at 04/25/2022 12:43:21*
*FS 28:*
*Committed at 04/22/2022 17:02:47, On Scene at 04/22/2022 17:44:59, Released at 04/23/2022 06:30:52, Committed at 04/23/2022 13:36:15, On Scene at 04/23/2022 13:36:18, Released at 04/23/2022 18:18:32*
*DIV 10-3:*
*Committed at 04/22/2022 15:44:28, On Scene at 04/22/2022 16:36:02, Released at 04/22/2022 23:06:43, Committed at 04/23/2022 06:53:45, On Scene at 04/23/2022 06:53:48, Released at 04/23/2022 18:12:40, Committed at 04/25/2022 06:37:55, Released at 04/25/2022 08:30:42*
*BAT 10-3:*
*Committed at 04/22/2022 16:21:51, On Scene at 04/22/2022 19:29:58, Released at 04/25/2022 09:00:10*
*CAPT 431:*
*Committed at 04/29/2022 08:39:28, Released at 04/30/2022 07:20:23*
*CAPT 631:*
*Committed at 04/28/2022 06:28:18, Released at 04/28/2022 13:37:01*
*ENGR 631:*
*Committed at 04/30/2022 09:36:45, Released at 04/30/2022 13:27:26*
*PAT 10-3:*
*Committed at 04/22/2022 15:44:35, On Scene at 04/22/2022 17:45:06*
*3-31:*
*Committed at 04/28/2022 06:31:58, Released at 04/30/2022 07:16:37*
*3-33:*
*Committed at 04/28/2022 06:32:15, Released at 04/30/2022 07:16:37*

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/22/2022 15:42:39 | cplo | ▉ | smoke report |
| 04/22/2022 15:43:00 | ▉ | 2601 | please respond |
| 04/22/2022 15:43:05 | e 692 | ▉ | we are enroute |
| 04/22/2022 15:43:31 | cplo | ▉ | heavy black smoke with strong winds |
| 04/22/2022 15:46:20 | DIV 10-3 | ▉ | e/r to the fire send P10-3 and E431 |
| 04/22/2022 15:47:26 | cplo | ▉ | brown smoke about 1 acre. growing pretty good and a large column] |
| 04/22/2022 15:49:54 | ▉ | Email | Email Smoke Report: Location- FR 270 District- Jemez Estimated Size- UNK Enroute- E-692, DIV 10-3, PT 10-3 Sent to: Jemez District group |
| 04/22/2022 15:51:24 | P 10-3 | ▉ | e/r to the fire |
| 04/22/2022 15:52:40 | ▉ | | Acres set to 1 |
| 04/22/2022 15:54:59 | cplo | ▉ | about 5+ acres. black smoke. looks like it is in logged out area and in heavy timber moving to the NE |
| 04/22/2022 15:56:05 | E 431 | ▉ | & UT 431 e/r to the fire |
| 04/22/2022 15:59:20 | E 692 | ▉ | eyes on the fire estimating 10-15 acres with very high fire behavior in the timber, high potential for spread |
| 04/22/2022 15:59:44 | e 2601 | ▉ | we are on fr 270 and have eyes on it |
| 04/22/2022 16:03:46 | Sandvl Cty | ▉ | Offering assistance for the fire. La Cueva has some units heading that way |
| 04/22/2022 16:08:13 | cplo | d 10-3 | approx 40 ac and moving. |
| 04/22/2022 16:12:18 | ▉ | | FireCode Requested |
| 04/22/2022 16:15:02 | e 692 | ▉ | on scene with E 2601 lat/long 35 46.498 x 106 35.078 |
| 04/22/2022 16:21:06 | P 10-3 | ▉ | looking like an impact to Hwy 4 need leo to stop traffic. 4a and Hwy 4 |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/22/2022 16:21:45 | BAT 10-3 | ███ | e/r to the fire |
| 04/22/2022 16:24:54 | 9-33 | ███ | called in size up... requesting ICT3 |
| 04/22/2022 16:26:34 | P 10-3 | D 10-3 | I'm going to head to Hwy 4 and start notifying the residences north of the fire |
| 04/22/2022 16:32:37 | ███ | San CO | Requesting units for possible evacuations near FR 10 Hwy 4 FR 270 Los Pinos area point of contact is PT 10-3 // copy we are sending units |
| 04/22/2022 16:34:07 | IC | ███ | DIV 10-3 and UT 631 on scene |
| 04/22/2022 16:47:09 | ███ | ███ | from Sandoval County is responding to Liaison with the County resources |
| 04/22/2022 16:50:16 | IC | ███ | request order. 3 type 1 crews. 5 type 6 engines   Date and Time needed As Soon As Possible |
| 04/22/2022 16:54:19 | D 10-3 | ███ | I'm at CPLO and going to take ███ off the tower. CPLO will be o/s |
| 04/22/2022 16:58:09 | ███ | IC | No Crews available from Hermits Peak.  We can place an order for Type 2 Crews.  // ok go ahead and order 3 Type 2 crews |
| 04/22/2022 17:01:05 | IC | ███ | place and order for 3 TFLD |
| 04/22/2022 17:02:18 | P 103 | ███ | first spot found 3/4 mile in SEC 12 south of highway 4 |
| 04/22/2022 17:02:39 | FS 28 | ███ | show me e/r |
| 04/22/2022 17:07:11 | IC | ███ | advise 9-31 that there is a high potential for the fire to burn onto the Valles Caldera |
| 04/22/2022 17:07:36 | ███ | 9-31 | advised Brian Bolser and he copied all |
| 04/22/2022 17:21:23 | DIV 10-3 | ███ | Got ███ off the Tower he's tied in to UT431 |
| 04/22/2022 17:23:41 | | | Acres set to 50 |
| 04/22/2022 17:28:38 | E 1441 | ███ | BLM E1441 is e/r from ABQ |
| 04/22/2022 17:29:24 | IC | ███ | Update main hed in SEC 13 Los Griegos Area |
| 04/22/2022 17:31:40 | P 10-3 | ███ | north end: fire on the western aspect of los griegos SEC 18. The fire is skirting the SE corner of Cerro de Los Pinos as well |
| 04/22/2022 17:34:45 | JMEC | ███ | (b), (6), (b) (7)(C) all power de-energized at Cerro LosPinos and Los Griegos |
| 04/22/2022 17:44:53 | FS 28 | ███ | on scene and the Sandoval SO is going to close FR 10 at Hwy 290 |
| 04/22/2022 18:01:34 | IC | ███ | Update: Estimating approximately 400-500 acres |
| 04/22/2022 18:16:45 | BAT 10-3 | ███ | on scene and I will assume command at this time |
| 04/22/2022 18:27:10 | IC | ███ | would like to see if the order for Firewatch 51 was placed and if you have confirmation. // One of our dispatchers (TMF) mentioned you had called and said not to order it due to the amount of activity going on.  // hmmm.. Well I'd like to place the order for Firewatch 51 for today and if not for tomorrow morning if possible. |
| 04/22/2022 18:38:45 | LAFD | ███ | we sent resources as a mutual aid request from Sandoval County.  Brush 5,7 & 8.  Tacticatl Tender 5, CH 5 (Todd Forsythe) |
| 04/22/2022 18:46:57 | IC | ███ | I have the community of Cochiti Mesa on a Go Status for Evac.  The residences on 289/36 are in a SET status.  I'm working with Sandoval County to do the notifications. |
| 04/22/2022 18:59:47 | IC | ███ | Fire is continuing to move to the north.  I have P10-3 as DIV A and (b), (6), (b) (7)(C) at DIV Z. The fire behavior is such that we cannot engage the shoulders or head. |
| 04/22/2022 19:00:44 | IC | ███ | also, fire is spotting ahead of itself and have one confirmed spot north of Hwy 4 |
| 04/22/2022 19:23:58 | IC | ███ | Update on resources:  Bernalillo 2, NNSF E-61 and NMSF Module w/4.  NMSF is sending up a dozer from the fire in Belen it is a Type 2. no ETA.  Also, Requesting H 7HE for tomorrow if they are available to fly |
| 04/22/2022 19:33:40 | IC | ███ | update: LAFD Chief 5 and Task force working the spot across hwy 4 and making good progress. it is by Las Conchas Trailhead |
| 04/22/2022 19:42:05 | IC | ███ | Update: fire scar is not necessarily not a barrier. The south slopes are receptive to fire and the north slopes are acting as a barrier |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/22/2022 20:33:10 | IC | ██████ | update: 9-31 on FR 280 a spot to the SE corner of SEC 16. no fire on peralta ridge. |
| 04/22/2022 20:33:37 | IC | ██████ | Requesting a LSC3 |
| 04/22/2022 20:43:43 | ██████ | IC | Notified the IC that a IMT1 is being ordered for the incident. Date and Time needed is Saturday 4/23/22 at 0900 at the Santa Fe Supervisor Office |
| 04/22/2022 21:21:54 | ██████ | ██████ | Looking for some landmarks to map |
| 04/22/2022 21:46:16 | ██████ | ic | read spot over air and e-mailed it to ██████ |
| 04/22/2022 22:27:34 | FS 28 | ██████ | Cleared the fire >> quarters |
| 04/22/2022 22:47:47 | E431 | ██████ | E 431 and UT 431 off the fire>> Jemez |
| 04/22/2022 23:04:26 | FS 28 | ██████ | BIQ o/s |
| 04/22/2022 23:07:22 | DIV 10-3 | ██████ | BAS o/s |
| 04/23/2022 00:25:18 | IC | ██████ | update: most resources bedding down at this time. fb has decreased, temps hoveringnear freezing. heading to Div Z, on the east flank to see how far the fire has progressed. Any fill info on overhead orders for TFLDS"S? will check |
| 04/23/2022 06:37:29 | IC | ██████ | Radio check while ██████ is on the phone, no contact, Cerro Pelado is down? ██████ doesn't know if they dan engage with no comms |
| 04/23/2022 06:53:30 | DIV 10-3 | ██████ | on scene |
| 04/23/2022 07:01:25 | E431 | ██████ | Called in on radio, no contact |
| 04/23/2022 07:41:40 | UT 631 | ██████ | requested Spot wx forecast |
| 04/23/2022 07:57:54 | DIV 10-3 | ██████ | E 431 wil be on the fire but available for IA |
| 04/23/2022 08:18:42 | ██████ | IC | Spot wx is ready |
| 04/23/2022 08:20:55 | IC | ██████ | Update: Good RH revovery last night, the fire did lay day except on FR 270 in sec 23 it kept moving in the logging slash. Today we will concentrate on point protection. 39 personnel |
| 04/23/2022 09:05:32 | IC | ██████ | I would like to order 2 National Guard Helos for bucket work to report to TA-49 |
| 04/23/2022 09:08:59 | ██████ | ██████ | The IC is requesting two NM Air Guard Helos for bucket work // copy, I will make some calls |
| 04/23/2022 09:25:43 | 7HE | ██████ | Is there approval for a dipsite at 35 47.04 x 106 32.19 // well check on that and get back with you |
| 04/23/2022 09:38:44 | IC | ██████ | I would like to order an air attack |
| 04/23/2022 09:45:45 | IC | ██████ | ready for the spot // read spot |
| 04/23/2022 10:39:24 | ██████ | ██████ | Tied in with the IC |
| 04/23/2022 11:26:28 | R Brown | ██████ | The ANG is not available to fly today, but possibly tomorrow. The Bernalillo County helo may be available. I'll call and check |
| 04/23/2022 11:26:45 | ██████ | IC | Notified of the National Guard unable to fly today |
| 04/23/2022 13:29:43 | ██████ | | Acres set to 3445 |
| 04/23/2022 13:30:25 | ██████ | | ADS flipped to Sit/209 |
| 04/23/2022 13:36:00 | FS 28 | ██████ | on scene |
| 04/23/2022 18:18:56 | FS 28 | ██████ | Clear of the incident e/r to quarters |
| 04/23/2022 20:14:41 | ██████ | PL | Will take over as ICT3 at this time. will stay with night ops for observation. 3 in party |
| 04/24/2022 00:13:52 | IC | PL | Update fire looks good, no issues at this time, Some activity on NE end near FSR 270c. Will call back in a few hours. |
| 04/24/2022 03:09:45 | IC | PL | Looking good, no rel issues to report at this time. will be heading over to transition meeting at 0630 |
| 04/24/2022 06:20:53 | IC | PL | update, no change from last update. fire is staying up top. staying where we want it for the evening no real issues at this time. slowly backing in the north side Div A fire is staying where we want it where we have control lines. in div z, FDR 270c fire is backing down at about 3 hours per chain. should be no issue untill folks get out here and team takes over. |
| 04/24/2022 06:23:59 | IC | PL | Announce over radio that Cerro Pelado repeater is not working. Tone 9-Virgin Mesa is working well. For now NO cerro Pelado repeater |

000476

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/24/2022 06:25:44 | Eng 431 | PL | + UTIL 431 I/R Cerro Pelado |
| 04/24/2022 07:28:02 | ▮▮ | ▮▮ | Departing briefing area e/r to Santa Fe   OFFICIAL TRANSFER OF COMMAND TO THE SOUTHERN AREA TYPE 1 IMT IC ▮▮ |
| 04/24/2022 09:39:22 | Heli  9 | ▮ | Heli 9 & 8 e/r to the La Jara dipsite |
| 04/24/2022 17:57:08 | Heli 9 | ▮ | Heli 8 & 9 leaving La Jara dip e/r to TA49 |
| 04/24/2022 20:58:38 | Night ops | PL | 2 overhed pluc 1 16 engie will be on night shift.   Fire is looking good above subdivision.  <1' flame lenghts  near FSR 270 & 270c.  Do not have coms set up yet we will check in periodically with santa fe through the night. |
| 04/25/2022 00:00:19 | Night ops | PL | Status update, fire is mellowing out.  Active fire along FSR 270 270c road area.  a few pockets of active fire above the subdivision and fire station.  active fire on far east side south of strucures on the 280 road will be bedding engine down shortly.  I will continue with patrol and will report back t 0300, then again at the 0700 briefing. |
| 04/25/2022 03:17:40 | Night Ops | PL | No real change from last update.   Current temperature is 28deg.  Will call in again @ 0700 |
| 04/25/2022 12:16:19 | AOBD | ▮ | Requesting AA over the fire  // copy.  Called SWCC |
| 04/25/2022 13:02:19 | AA 8NA | ▮ | 10 ete to the fire |
| 04/25/2022 13:24:04 | AA 8NA | ▮ | assuming AA: also would like to order the two LOBO helos |
| 04/25/2022 13:49:03 | 7HE | ▮ | OTG TA 49 |
| 04/25/2022 13:56:21 | LOBO 31 | ▮ | w/ LOBO 29 e/r: Each:  7SOB 2:30FOB 20 ete |
| 04/25/2022 14:58:20 | LOBO 29 | ▮ | e/r back to SAF for bucket issue. |
| 04/25/2022 15:00:01 | AA | ▮ | requesting 3CH  and relief at 1700 |
| 04/25/2022 15:07:55 | LOBO 29 | ▮ | landing in SAF |
| 04/25/2022 15:46:37 | LOBO 31 | ▮ | e/r to SAF for fuel.  20 min ETE |
| 04/25/2022 16:01:12 | LOBO 29 | ▮ | off SAF e/r 4sob 2:30fob 20 ete  ....... LOBO 31 landed SAF |
| 04/25/2022 16:05:01 | LOBO 29 | ▮ | in contact with AA flight follow local |
| 04/25/2022 16:44:23 | LOBO 31 | ▮ | off SAF e/r to the fire 20 ete 3sob 2:30fob |
| 04/25/2022 17:22:57 | AA 8NA | ▮ | e/r to ABQ ... AA 4WA is now CP AA |
| 04/25/2022 18:01:51 | AA | ▮ | e/r to SAF to hold |
| 04/25/2022 18:09:12 | LOBO 29 | ▮ | e/r SAF 20 ete |
| 04/25/2022 18:18:30 | LOBO 29 | ▮ | Landing SAF |
| 04/25/2022 18:39:36 | AA | ▮ | H3CH is experiencing bucket problems and is returning to SAF.  LOBO 31 will be heading back to SAF in a few minutes |
| 04/25/2022 18:42:23 | LOBO 31 | ▮ | e/r SAF ete 20 |
| 04/25/2022 18:53:44 | LOBO 31 | ▮ | Landing SAF |
| 04/25/2022 18:55:00 | AA 4WA | ▮ | Off the fire e/r to ABQ |
| 04/25/2022 20:47:17 | Utl 431 | AJL | Utl 431 and Utl 631 back at station |
| 04/25/2022 23:21:39 | Nigh ops | PL | Update - firing operations, fire creeping back down to FSR 10f, Crew holding down on CC,  ready to start parallellin, NE corner by structures a little bit more fire activity tonight than last night., Spots by 280 area,   10 road fire is continuing to back down to 10F. will complete frinig operatons at about 0100 |
| 04/26/2022 02:11:00 | Night Ops | PL | Completed firing between FSR 270CF and 270CC.  Mormon lake and Rocca crews will be heading to ICP for the noght.  Engine E-1 is staying out to patrol alon with night ops. |
| 04/26/2022 04:12:31 | Night Ops | PL | Engine is heading back to camp.  Firing operation has calmed down quite a bit.  All went as planned. Just me & division for the rest of the night, will tie in with ops in the morning. |
| 04/26/2022 08:30:42 | UT 631 | ▮ | +2 e/r to the fire |
| 04/26/2022 12:09:24 | AOBD | ▮ | Would like 3CH to come to the fire (DIV A) ground contact is 2601 // copy |
| 04/26/2022 12:09:53 | ▮ | ▮ | Relayed request // copy I'll send them |
| 04/26/2022 12:54:47 | 3CH | ▮ | Just heard from my pilot that they are having bucket issues and back at SAF // copy that |
| 04/26/2022 12:55:54 | ▮ | AOBD | Relayed that 3CH is down with bucket issues at SAF // copy that let me talk with OPS and see if they want to order the national guard I will call you back |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/26/2022 13:01:42 | AOBD | ■ | Per OPS they need a T1 on the fire // copy that will call the guard |
| 04/26/2022 13:12:00 | ■ | ■ ■ (NG) | Reqesting a T! to DIV A ground contact 2601 // copy that we will be sending 431 |
| 04/26/2022 13:25:19 | AOBD | ■ | Requesting AA over the fire |
| 04/26/2022 13:33:16 | LOBO 31 | ■ | e/r 3sob 2.5fob 20 ete |
| 04/26/2022 13:44:32 | LOBO 31 | ■ | On scene will be on air to ground until Air Attack arrives on the fire |
| 04/26/2022 14:00:35 | 7HE | ■ | e/r to TA49 10 ete |
| 04/26/2022 14:00:49 | AA 8NA | ■ | 10 minutes from the fire |
| 04/26/2022 14:02:37 | AA 8NA | ■ | over the fire assuming CP AA |
| 04/26/2022 14:04:25 | 7HE | ■ | OTG SAF |
| 04/26/2022 14:09:46 | AA | ■ | requesting 2 LATS |
| 04/26/2022 14:16:47 | AA | ■ | Requesting relief AA at 1700 |
| 04/26/2022 14:54:21 | LOBO 31 | ■ | e/r to SAF 20 min ete |
| 04/26/2022 15:02:10 | SWCC | ■ | AA relief will be AA 506 from ALM |
| 04/26/2022 15:27:26 | LOBO31 | ■ | otg saf |
| 04/26/2022 15:27:55 | aa | ■ | requesting vlat |
| 04/26/2022 15:28:39 | lobo 29 | ■ | off saf e/r to fire 4sob 2:30fob 20 ete |
| 04/26/2022 15:41:33 | LOBO 29 | ■ | in contact with AA |
| 04/26/2022 16:02:12 | AA 506 | ■ | off ALM 2sob 4.5 1 hr ete +AFF |
| 04/26/2022 16:17:00 | LOBO 31 | ■ | e/r to the fire 3sob 2,f 5 fob |
| 04/26/2022 16:28:26 | LOBO 31 | ■ | over the fire in contact with AA |
| 04/26/2022 16:30:03 | T 912 | ■ | VLAT off COS e/r to the fire |
| 04/26/2022 16:35:53 | T912 | ■ | off COS e/r to the fire 40 ete |
| 04/26/2022 16:57:50 | AA 8NA | ■ | off the fire e/r to ALM 45 ete  AA 506 is now CP AA |
| 04/26/2022 17:00:52 | LOBO 31 | ■ | e/r to SAF |
| 04/26/2022 17:11:28 | LOBO 31 | ■ | landing SAF |
| 04/26/2022 17:18:43 | T 101 | ■ | Off the fire for a hold in ABQ |
| 04/26/2022 17:19:24 | T 912 | ■ | off the fire e/r to COS for a hold ete 35 min |
| 04/26/2022 17:20:45 | LOBO 29 | ■ | e/r to SAF for fuel |
| 04/26/2022 17:28:08 | LOBO 29 | ■ | Landing SAF |
| 04/26/2022 17:34:27 | LP 42 t | ■ | Off the fire e/r to ABQ |
| 04/26/2022 17:48:59 | AA | ■ | Requesting both LOBO helos |
| 04/26/2022 18:14:08 | LOBO 29 | ■ | off SAF 3sob 2/fob e/r to the fire |
| 04/26/2022 18:20:08 | LOBO 31 | ■ | Off SAF 4sob 2.5fob 20 min ete |
| 04/26/2022 18:32:59 | LOBO 31 | ■ | in contact with AA |
| 04/26/2022 18:41:43 | AA 506 | ■ | off the fire e/r to ALM 1 hr ete |
| 04/26/2022 19:07:48 | LOBO 31 | ■ | e/r to SAF 20 ete bucket issues. |
| 04/26/2022 19:20:21 | LOBO 31 | ■ | Landed SAF |
| 04/26/2022 19:44:53 | LOBO 29 | ■ | e/r back to SAF |
| 04/26/2022 20:09:23 | LOBO 29 | ■ | OTG SAF |
| 04/26/2022 21:23:31 | Night ops | PL | Night ops, Night Div., 2 engines and Mt. Taylor IHC staffing. will do tactical firing on FSR10. Will keep one engine all night.  Will give NM-SFC updates every few hours. |
| 04/27/2022 02:38:39 | Night ops | PL | Night ops completed for tonight.  Completed firing at 0100..  Will monitor for rest of night. |
| 04/27/2022 12:37:33 | LOBO 18 | ■ ) | OFF SAF > CERRO PELADO 4 SOB 2+0 FOB 0+10 ETE +COMMS CP |
| 04/27/2022 12:41:07 | LOBO 18 | ■ ) | +COMMS AA |
| 04/27/2022 12:41:39 | LOBO 29 | ■ ) | OFF SAF > CERRO PELADO 3 SOB 2+0 FOB 0+12 ETE +COMMS CP |
| 04/27/2022 12:51:38 | LOBO 29 | ■ ) | +COMMS AA |
| 04/27/2022 14:14:40 | LOBO 18 | ■ ) | LOBO 18 and LOBO 29 ONTG SAF |
| 04/27/2022 20:00:55 | Night ops | PL | Will be contacting ops for any updates through 2400.; Will only call Santa Fe in case of emergency; |
| 04/28/2022 09:03:16 | E2601 | ■ | released >> Cuba |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/28/2022 11:55:43 | AOBD | ▮ | ordering AA for the fire |
| 04/28/2022 12:48:41 | AA 210 | ▮ | off DUR e/r to the fire |
| 04/28/2022 13:02:31 | AA 201 | ▮ | 10 ete to the fire |
| 04/28/2022 13:17:40 | AA 201 | ▮ | over the fire assuming CP AA |
| 04/28/2022 13:37:22 | 631 | ▮ | BAS |
| 04/28/2022 14:54:39 | AA | ▮ | Requesting both LOBO helos |
| 04/28/2022 15:23:36 | LOBO 31 | ▮ | e/r to the fire 4sob 2.5fob 20 ete |
| 04/28/2022 15:55:02 | LOBO 31 | ▮ | Bucket issues e/r to SAF |
| 04/28/2022 16:06:14 | LOBO 31 | ▮ | landing SAF |
| 04/28/2022 16:16:05 | AA 5AB | ▮ | 15 minutes from the incident |
| 04/28/2022 16:45:00 | AA 201 | ▮ | off the fire AA 5AB is now CP AA |
| 04/28/2022 17:10:35 | LOBO 55 | ▮ | Landing SAF |
| 04/28/2022 17:57:53 | LOBO 55 | ▮ | Off SAF e/r to the fire 4sob 2fob |
| 04/28/2022 18:18:52 | AA | ▮ | LOBO 55 bucket issues e/r back to SAF |
| 04/28/2022 18:36:19 | LOBO 31 | ▮ | e/r SAF hold |
| 04/28/2022 18:47:38 | LOBO 31 | ▮ | landing SAF |
| 04/28/2022 18:54:14 | AA 5AB | ▮ | Released off the fire e/r to Flagstaff |
| 04/28/2022 19:21:09 | LOBO 55 | ▮ | remaining aircraft on the fire. I have about one hour of fuel and would like to FF with SFC |
| 04/28/2022 19:41:39 | LOBO 55 | ▮ | off the fire e/r to Santa Fe |
| 04/28/2022 19:51:13 | LOBO 55 | ▮ | Landing SAF |
| 04/29/2022 08:22:23 | AOBD | ▮ | Requesting AA over the fire at 0900 and after if they could get with IC on the Freelove and check that out too // copy will relay to AA |
| 04/29/2022 08:36:22 | ▮ | AA-8NA | Relayed request // he'll be heading up shortly |
| 04/29/2022 09:34:08 | Cerro AA | ▮ | Requesting 2 T1 helos and are there any scoopers available and do we have permission to scoop out of Chochiti Lake // copy will got those ordered and will find out about approval for the lake |
| 04/29/2022 09:34:31 | ▮ | 3CH | Relayed request // copy well get them out there |
| 04/29/2022 09:35:11 | ▮ | NG | Rlayed request for 1 NG ship // copy |
| 04/29/2022 09:37:01 | ▮ | ABC AC | Is there approval for Chochiti Lake for scoopers  // let me find that out and get back with you |
| 04/29/2022 09:38:38 | ▮ | AOBD Cox | AA form Cerro Pelado would like to know if the scoopers are available // they are |
| 04/29/2022 09:39:11 | Cerro AA | ▮ | Would like to order a LP // copy that will call SWCC |
| 04/29/2022 09:39:45 | ▮ | SWCC | AA from Cerro Pelado would like to order a LP sending the order now // copy that |
| 04/29/2022 09:46:54 | LOBO 31 | ▮ | OFF SAF > CERRO PELADO 4 SOB 2+30 FOB 0+20 ETE +COMMS |
| 04/29/2022 09:56:49 | Cerro AA | ▮ | Requesting relief over the fore at 1200 // copy that |
| 04/29/2022 09:57:24 | ▮ | SWCC | Relayed request // they'll get AA-4WA you can call ABC and let them know |
| 04/29/2022 09:59:52 | ▮ | ABC AC | Requesting AA-4WA for relief over Cerro Pelado at 1200 // copy that also there is permission for the scoopers to use Chochiti lake they just need to keep track of dips and volume and report that back to Corps. of Eng. POC Trevor 505-263-0249 |
| 04/29/2022 10:00:53 | ▮ | Calf AA | Relayed approval for Chochiti Lake and to keep track of dips and volume |
| 04/29/2022 10:53:18 | Calf AA | ▮ | Status of the scoopers // kneeboard sent was waiting on lake approval |
| 04/29/2022 11:34:41 | Cerro AA | ▮ | Would like to place a hold on the scoppers // copy looks like they are already launched on AFF but I will see if I can stop them |
| 04/29/2022 11:35:35 | ▮ | ▮ | Per AA scoopers ahve been put on a hold is it possible to stop them from launching // they are already launch but will let them know // copy thank you |
| 04/29/2022 11:36:02 | ▮ | Cerro AA | Scoopers are already launched // copy that |
| 04/29/2022 11:37:11 | Cerro AA | ▮ | LOBO 31 enrt back to SAF |

000479

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/29/2022 11:40:38 | LOBO 31 | ▓ | OFF CERRO PELADO > SAF 0+20 ETE +COMMS |
| 04/29/2022 11:43:14 | LOBO 18 | ▓ | OFF SAF > CERRO PELADO 4 SOB 2+30 FOB 0+20 ETE +COMMS |
| 04/29/2022 11:50:49 | LOBO 31 | ▓ | ONTG SAF |
| 04/29/2022 16:39:01 | CERRO LO | AG | NEW SMOKE COMING FROM THE ORIGIN OF THE FIRE// ITS MOVING WEST TO CERRO LAJARA |
| 04/30/2022 08:56:57 | ASGS | ▓ | Requesting AA up over the fire // copy I'll get a hold of 8NA |
| 04/30/2022 08:57:25 | ▓ | AA-8NA | Relayed request // copy we'll get headed that way |
| 04/30/2022 09:54:38 | Cerro AA | ▓ | Requesting 1 T1 helo to DIV R // copy will get them your way |
| 04/30/2022 09:56:30 | ▓ | 3CH | Relayed request // copy that |
| 04/30/2022 10:07:57 | Cerro AA | ▓ | Requesting one more T1 helo to the fire // copy that |
| 04/30/2022 10:08:13 | ▓ | ANG | Relayed request |
| 04/30/2022 10:35:03 | LOBO 29 | ▓ | OFF SAF > CERRO 4 SOB 2+0 FOB 0+12 ETE +COMMS |
| 04/30/2022 11:00:28 | LOBO 29 | ▓ | FF w/ AA |
| 04/30/2022 12:04:07 | LOBO 55 | ▓ | OFF SAF > CERRO 4 SOB 2+30 FOB 0+17 +COMMS |
| 04/30/2022 12:04:24 | LOBO 29 | ▓ | OFF CERRO > SAF 0+17 ETE +COMMS |
| 04/30/2022 12:12:11 | LOBO 29 | ▓ | ONTG SAF |
| 04/30/2022 15:30:50 | LOBO 29 | ▓ | OFF CERRO > 4 SOB 0+17 ETE +COMMS |
| 04/30/2022 16:41:36 | LOBO 55 | ▓ | ONTG SAF |
| 04/30/2022 16:52:54 | LOBO 29 | ▓ | OFF SAF > CERRO 4 SOB 2+0 FOB 0+17 ETE +COMMS |
| 04/30/2022 16:59:14 | LOBO 29 | ▓ | FF local |
| 04/30/2022 17:40:22 | LOBO 55 | ▓ | OFF SAF > CERRO 4 SOB 1+30 FOB 0+14 ETE +COMMS |
| 04/30/2022 17:46:27 | LOBO 55 | ▓ | FF local |
| 04/30/2022 18:05:56 | Cerro AA | ▓ | LOBO 55 has a brocken bucket and is heading back to SAF |
| 04/30/2022 18:35:27 | LOBO 55 | ▓ | landing SAF |
| 04/30/2022 18:44:59 | LOBO 29 | ▓ | OFF CERRO >SAF 0+17 ETE |
| 05/01/2022 08:57:46 | Cerro AA | ▓ | Requesting one T1 helicopter // copy will get them sent your way |
| 05/01/2022 08:58:07 | ▓ | 3CH | Relayed request // copy |
| 05/01/2022 11:06:58 | Cerro AA | ▓ | Requesting a second T1 to the fire // copy will call teh ANG |
| 05/01/2022 11:07:23 | ▓ | ANG | Relayed request // we'll get them going that way |
| 05/01/2022 11:07:52 | LOBO 55 | ▓ | OFF SAF > CERRO 4 SOB 2+30 FOB 0+15 ETE +COMMS |
| 05/01/2022 11:12:19 | LOBO 55 | ▓ | FF w/ AA |
| 05/01/2022 16:19:54 | Cerro AA | ▓ | Due to the winds all aircraft have been released from the fire |

| VOR | | ATB | | Helibase | |
|---|---|---|---|---|---|
| 29nm  286° | SAF: SANTA FE V | 44nm  350° | ABQ: ALBUQUERQU | 8nm  132° | FEN: FENTON HIL |
| 44nm  001° | ABQ: ALBUQUERQU | 71nm  265° | LVS: LAS VEGAS | 8nm  134° | FEN: FENTON HIL |
| 45nm  001° | ABQ: ALBUQUERQU | 100nm  134° | DRO: DURANGO | 13nm  246° | TA49: TA-49 HEL |
| 47nm  351° | ILT: ISLETA NDB | 170nm  313° | ROW: ROSWELL AT | 17nm  238° | LAM: LOS ALAMOS |
| 53nm  310° | OTO: OTTO VOR | 179nm  339° | ALM: ALAMOGORDO | 43nm  336° | SAND: SANDIA HE |

000480

**WildCAD Incident Card - Santa Fe Interagency Dispatch Center: SNF 2022-17**
*"Pino West Piles Rx" Prescribed Fire 01/19/2022 08:02:51  Order Number: NM-SNF-000017*
Area 18 (JEMEZ)

**Reporting Party:** BAT 10-3

**Initial Report On Conditions:**
Jemez RD plans to begin burning Pino West logging slash piles 300 ac

**Initial Location:** FR 10 and FR 269 San Juan Mesa
       Lat: 35°,47',4.09", Lon: 106°,36',19.08",  T18N, R3E, NWNE Sec 22
**Actual Location:**
       Lat: 35°,47',4.09", Lon: 106°,36',19.08"

**Incident Notes:**
Owner: USFS

**Dispatcher:** <span style="background:black;color:red">(b) (6), (b) (7)(C)</span>    **Status:** Open

**Fiscal Codes:** WFSE1022 (0319)
**Web Comment:**

**Resource Details:**
**DIV 10-3:**
Committed at 01/20/2022 09:22:01, Released at 01/20/2022 15:35:59, Committed at 02/19/2022
08:54:12, Released at 02/19/2022 13:25:23
**BAT 10-3:**
Committed at 01/19/2022 09:39:55, On Scene at 01/19/2022 10:31:41, Returning at 01/19/2022
15:54:46, Released at 01/19/2022 16:12:17, Committed at 01/20/2022 09:22:29, Returning at
01/20/2022 15:41:08, Released at 01/20/2022 16:19:42, Committed at 01/21/2022 09:44:05,
Released at 01/21/2022 12:02:41, Committed at 02/01/2022 08:54:27, On Scene at 02/01/2022
10:30:11, Returning at 02/01/2022 11:35:26, Released at 02/01/2022 13:00:41, Committed at
02/10/2022 10:13:38, On Scene at 02/10/2022 12:02:23, Released at 02/10/2022 14:44:53,
Committed at 02/19/2022 08:54:06, Released at 02/19/2022 13:29:47
**CAPT 631:**
Committed at 01/19/2022 09:32:27, On Scene at 01/19/2022 10:31:41, Returning at 01/19/2022
14:40:30, Released at 01/19/2022 15:54:35
**PAT 10-3:**
Committed at 01/20/2022 09:22:29, Returning at 01/20/2022 15:41:08, Released at 01/20/2022
16:19:42, Committed at 01/21/2022 09:44:05, Released at 01/21/2022 12:02:41, Committed at
02/19/2022 08:54:06, Released at 02/19/2022 13:29:47

| Entry Date/Time | From | To | Details |
| --- | --- | --- | --- |
| 01/19/2022 09:32:41 | CAPT 631 | ■ | Enrt |
| 01/19/2022 09:39:48 | BAT 10-3 | ■ | Enrt w/ PAT 10-3 |
| 01/19/2022 10:31:09 | RXBB | ■ | Test fire successful continuing with ignitions |
| 01/19/2022 10:31:21 | ■ | Email | Email SNF-2022-17 Pino West Piles Rx: Test fire successful continuing with ignitions  Sent to: Jemez District group |
| 01/19/2022 12:26:26 | RXBB | ■ | Completed ignitions for the day // do you have ac // will get back with you |
| 01/19/2022 12:26:37 | ■ | Email | Email SNF-2022-17 Pino West Piles Rx: Completed ignitions for the day Sent to: Jemez District group |
| 01/20/2022 10:37:27 | RXBB | AJL | Initiating test fire. |
| 01/20/2022 10:48:29 | RXBB | AJL | Test fire successful, continuing with ignitions.. With vent being what it is, will light a handful of piles, shouldn't take too long. |
| 01/20/2022 10:50:35 | AJL | Email | Email SNF-2022-17 Pino West Piles Rx: Test fire successful. Continuing with ignitions. Sent to: Jemez District group |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 01/20/2022 12:01:29 | RXBB | AJL | Completed ignitions for the day. |
| 01/20/2022 12:02:01 | AJL | Email | Email SNF-2022-17 Pino West Piles Rx: Completed ignitions for the day. Sent to: Jemez District group |
| 01/21/2022 09:44:30 | BAT 10-3 | AJL | ER w/Pat 10-3 |
| 01/21/2022 12:02:28 | PAT 10-3 | AJL | No issues no concerns, smoldering with minimal smoke / back at station |
| 01/21/2022 13:27:19 | AJL | | Acres set to 100 |
| 02/01/2022 08:54:45 | BAT 10-3 | ███ | Enrt w/ PAT 10-3 and 3-31 |
| 02/01/2022 10:12:13 | BAP 10-3 | ███ | On scene and briefed up starting test fire |
| 02/01/2022 10:29:48 | RXBB | ███ | Test fire successful continuing with ignitions ventilations are poor so not going to burn for too long |
| 02/01/2022 10:30:05 | ███ | Email | Email SNF-2022-17 Pino West Piles Rx: Test fire successful continuing with ignitions  Sent to: Jemez District group |
| 02/01/2022 11:36:00 | RXBB | ███ | Completed ignitions for the day of 50 ac |
| 02/01/2022 11:36:14 | ███ | Email | Email SNF-2022-17 Pino West Piles Rx: Completed ignitions for the day of 50 ac Sent to: Jemez District group |
| 02/10/2022 10:13:11 | BAT 10-3 | ███ | Enrt |
| 02/10/2022 11:37:21 | BAT 10-3 | ███ | On scene all resources briefed starting the test fire |
| 02/10/2022 11:38:38 | RXBB | ███ | Test fire successful continuing with ignitions |
| 02/10/2022 11:38:55 | ███ | Email | Email SNF-2022-17 Pino West Piles Rx: Test fire successful continuing with ignitions  Sent to: Jemez District group |
| 02/10/2022 12:38:30 | RXBB | ███ | Completed ignitions for the day of 50 ac |
| 02/10/2022 12:39:11 | ███ | Email | Email SNF-2022-17 Pino West Piles Rx: Completed ignitions for the day of 50 ac Sent to: Jemez District group |
| 02/19/2022 08:53:27 | BAT 10-3 | ███ | Enrt w/ PAT 10-3 |
| 02/19/2022 08:53:40 | DIV 10-3 | ███ | Enrt |
| 02/19/2022 09:47:13 | RXBB | ███ | Starting test fire |
| 02/19/2022 11:13:58 | RXBB | ███ | Completed ignitions of the whole burn unit for 709 acs will stick around for a little longer |
| 02/19/2022 11:14:59 | ███ | Email | Email SNF-2022-17 Pino West Piles Rx: Completed ignitions for the whole Pino West Rx today for a total of 709 ac Sent to: Jemez District group |
| 02/19/2022 11:15:07 | ███ | | Acres set to 709 |

| VOR | ATB | Helibase |
|---|---|---|
| 30nm 286° SAF: SANTA FE V | 44nm 348° ABQ: ALBUQUERQU | 7nm 136° FEN: FENTON HIL |
| 45nm 000° ABQ: ALBUQUERQU | 72nm 265° LVS: LAS VEGAS | 7nm 138° FEN: FENTON HIL |
| 46nm 000° ABQ: ALBUQUERQU | 99nm 134° DRO: DURANGO | 14nm 250° TA49: TA-49 HEL |
| 48nm 350° ILT: ISLETA NDB | 171nm 313° ROW: ROSWELL AT | 17nm 241° LAM: LOS ALAMOS |
| 54nm 310° OTO: OTTO VOR | 179nm 339° ALM: ALAMOGORDO | 44nm 334° SAND: SANDIA HE |

**Initial Report On Conditions**
Fuels:    Acres:    W Speed:    Dir:    Slope:    Aspect:
Spread:    Complexity:    Jurisdiction:
Structures:
**Initial Strategy:** N/A

**Fire Report Information**
Fire #:    SubUnit:    SubUnit #:
**Acres:** 709 **Size Class:** E **Elevation:**    **Land Status:**
**Contain:    Control:    Out:**
**Statistical Cause:    Specific Cause:**



### STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES
# WILDLAND FIRE INVESTIGATION REPORT
## PHOTO LOG

Case File No.
NM-SNF- 000049

Other Related No
221--IDA

| Incident Name: CERRO PELADO | Region: SANTA FE N.F. | District: JEMEZ RANGER DISTRICT | Incident Date: APR 22, 2022 |
|---|---|---|---|
| All Photos Taken or Received By: (b) (6), (b) (7)(C) INVF, WaDNR | | Camera Used: Brand/Model: Iphone XR | |
| Photo Log Start Date & Time: April 22 at 15:00 ☐AM ☒PM | | Photo Log End Date & Time: May 12 at 12:30 ☐AM ☒PM | |



**0287**
Aspect N, protection and cupping on stump in GOA



**0288**
Aspect N, protection and cupping on stump in GOA



**0289**
Aspect SW, protection on back of stump in GOA



**0292**
Aspect SW, sooting, staining, and protection on granite boulder in GOA

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0295**
Aspect NE, protection and cupping on stump in GOA



**0296**
Aspect SE, protection and cupping on stump in GOA



**0332**
Aspect SW, angle of char on ponderosa in GOA



**0211**
Aspect S, view of SOA from center of
the advancing indicators

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0212**
As ect NW, view of SOA and destruction of scene
due to suppression efforts



**0213**
Aspect SW, view of SOA and destruction of scene
due to suppression efforts



**0215**
Aspect SE, view of SOA and destruction of scene
due to suppression efforts



**0233**
spect NE, from SOA, fire's path of advance
upslope and downwind

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO
THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0235**
Aspect SW, view of SOA through the center of advancing FPIs



**0161**
Aspect E, view of SOA and areas of unburned fuel to the SW with backing down the ridge



**1111**
Avenza screenshot of SOA location



**0167**
Aspect NW, second lightning tree in the path of advance

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION.  THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**0253**
Aspect SW, junction box labeled "JBOX 4"
on FS road 10DD



**0254**
Aspect SE, back of "JBOX 4" on FS road 10DD



**0257**
Aspect S, "JBOX 3" on FS road 10DD



**0258**
Aspect SE, "JBOX 3" on FS road 10DD

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR.  THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION.  THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED.  ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**

# WILDLAND FIRE INVESTIGATION REPORT
## PHOTO LOG

| | |
|---|---|
| Case File No. | NM-SNF- 000049 |
| Other Related No | 221--IDA |

| | | | |
|---|---|---|---|
| Incident Name: CERRO PELADO | Region: SANTA FE N.F. | District: JEMEZ RANGER DISTRICT | Incident Date: APR 22, 2022 |

All Photos Taken or Received By: (b) (6), (b) (7)(C) INVF, WaDNR      Camera Used: Brand/Model: Iphone XR

Photo Log Start Date & Time: April 22 at 15:00 ☐AM ☒PM      Photo Log End Date & Time: May 12 at 12:30 ☐AM ☒PM



**0261**
Aspect NW, "JBOX 2" on FS road 10DD



**0263**
Aspect S, "JBOX 2" on FS road 10DD



**JA1**
Attachment to Supplemental Report from ▓▓▓▓
Engine Captain BLM 2601



**JA2**
Reference Photo to Supplemental Report from ▓▓▓▓
Engine Captain BLM 2601

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**LM 1**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
DAFMO, fire progression sketch during Initial Attack period



**SW 2**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout, taken during Initial Attack period



**SW 3**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout, taken during Initial Attack period



**8**
Attachment from Supplemental Report by (b) (6), (b) (7)(C)
Cerro Pelado Fire Lookout

ADDITIONAL PHOTOS MAY HAVE BEEN TAKEN OF THIS FIRE, AND IF SO, THEY ARE ON FILE WITH THE INVESTIGATOR. THE PHOTOS SHOWN HERE ARE THE MOST RELEVANT TO THE INVESTIGATION. THE PHOTOS SHOWN HAVE ONLY BEEN RESIZED OR ROTATED. ALL ORIGINAL PHOTOS HAVE BEEN STORED IN THEIR ORIGINAL, UNALTERED FORMAT.



**National Weather Service Weather Forecast Office**

# Albuquerque, NM

weather.gov

| Home | Site Map | News | Organization | Search for: | ○ NWS ○ All NOAA Go |

Local forecast by
"City, St" or Zip Code

City, St  Go

XML RSS Feeds

**Warnings**
Current
By State/County...
UV Alerts
more....

**Observations**
Radar
Satellite
Snow Cover
Surface Weather...
Observed Precip
more....

**Forecasts**
Graphical
Aviation
Marine
Hurricanes
Severe Weather
Fire Weather
more....

**Text Messages**
By State
By Message Type
National

**Forecast Models**
Numerical Models
MOS Prod Statistical
Model
GFS-LAMP Prod
Statistical Model
more....

**Climate**
Past Weather
Predictions

**Weather Safety**
Weather Radio
Hazard Assmt...
StormReady
TsunamiReady
Skywarn™
more....

**Education/Outreach**
Information

**Information Center**
Tsunamis
Publications...
more....

**Contact Us**
FAQ
Comments...

## Climatological Report (Daily)

Issued by NWS Albuquerque, NM

Home | Current Version | Previous Version | Text Only | Print | Product List | Glossary On

Versions: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 **26** 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50

```
000
CDUS45 KABQ 230833
CLIABQ

CLIMATE REPORT
NATIONAL WEATHER SERVICE ALBUQUERQUE NM
233 AM MDT SAT APR 23 2022

...................................

...THE ALBUQUERQUE  NM CLIMATE SUMMARY FOR APRIL 22 2022...

CLIMATE NORMAL PERIOD 1991 TO 2020
CLIMATE RECORD PERIOD 1891 TO 2022

WEATHER ITEM        OBSERVED  TIME    RECORD  YEAR   NORMAL  DEPARTURE  LAST
                    VALUE    (LST)    VALUE          VALUE   FROM       YEAR
                                                             NORMAL
...................................................................
TEMPERATURE (F)
 YESTERDAY
  MAXIMUM           84       228 PM   89      1965   72      12         71
  MINIMUM           51       1159 PM  25      1907   45      6          44
  AVERAGE           68                               58      10         58

PRECIPITATION (IN)
 YESTERDAY          0.00              0.63    1942   0.01    -0.01
 MONTH TO DATE      T                                0.39    -0.39
 SINCE MAR 1        0.55                             0.85    -0.30
 SINCE JAN 1        0.85                             1.64    -0.79

SNOWFALL (IN)
 YESTERDAY          0.0               0.5     1995   0.0     0.0
 MONTH TO DATE      0.0                              0.3     -0.3
 SINCE MAR 1        3.7                              1.0     2.7
 SINCE JUL 1        9.4                              7.9     1.5
 SNOW DEPTH         0

DEGREE DAYS
 HEATING
  YESTERDAY         0                               7       -7         7
  MONTH TO DATE     131                             205     -74        165
  SINCE MAR 1       647                             686     -39        693
  SINCE JUL 1       3623                            3876    -253       3843

 COOLING
  YESTERDAY         3                               0       3          0
  MONTH TO DATE     6                               0       6          1
  SINCE MAR 1       6                               0       6          1
  SINCE JAN 1       6                               0       6          1
...................................................................

WIND (MPH)
 HIGHEST WIND SPEED    46      HIGHEST WIND DIRECTION    SW (230)
 HIGHEST GUST SPEED    64      HIGHEST GUST DIRECTION    S (180)
 AVERAGE WIND SPEED    20.8

SKY COVER
 POSSIBLE SUNSHINE  MM
 AVERAGE SKY COVER 0.3

WEATHER CONDITIONS
THE FOLLOWING WEATHER WAS RECORDED YESTERDAY.
 HAZE
 SANDSTORM

RELATIVE HUMIDITY (PERCENT)
 HIGHEST    29       1100 PM
 LOWEST     6         200 PM
 AVERAGE    18
...................................................................

THE ALBUQUERQUE  NM CLIMATE NORMALS FOR TODAY
                        NORMAL    RECORD    YEAR
 MAXIMUM TEMPERATURE (F)   72       85      1943
                                            2002
 MINIMUM TEMPERATURE (F)   45       24      1895

SUNRISE AND SUNSET
APRIL 23 2022.........SUNRISE   624 AM MDT   SUNSET  746 PM MDT
APRIL 24 2022.........SUNRISE   623 AM MDT   SUNSET  746 PM MDT

-   INDICATES NEGATIVE NUMBERS.
R   INDICATES RECORD WAS SET OR TIED.
MM INDICATES DATA IS MISSING.
T   INDICATES TRACE AMOUNT.
```

$$



National Weather Service
Albuquerque, NM Weather Forecast Office
2341 Clark Carr Loop SE
Albuquerque, NM 87106-5633
(505) 243-0702
Page Author: ABQ Webmaster
Web Master's E-mail: sr-abq.webmaster@noaa.gov
Page last modified: Nov 18th, 2021 21:12 UTC

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities

# Storm Prediction Center Day 1 Fire Weather Outlook

Created: Fri Apr 22 07:03:03 UTC 2022 (  |  )



| Risk | Area (sq. mi.) | Area Pop. | Some Larger Population Centers in Risk Area |
|------|----------------|-----------|---------------------------------------------|
| Extreme | 65,113 | 4,212,686 | Denver, CO...Albuquerque, NM...Colorado Springs, CO...Aurora, CO...Lakewood, CO... |
| Critical | 119,128 | 2,583,856 | El Paso, TX...Boulder, CO...Greeley, CO...Longmont, CO...Las Cruces, NM... |

Click for Day 1 FireWX Areal Outline Product

```
ZCZC SPCFWDDY1 ALL
FNUS21 KWNS 220702

Day 1 Fire Weather Outlook
NWS Storm Prediction Center Norman OK
0202 AM CDT Fri Apr 22 2022

Valid 221200Z - 231200Z

...EXTREMELY CRITICAL FIRE WEATHER AREA FOR PORTIONS OF CENTRAL AND
EASTERN NEW MEXICO INTO EASTERN COLORADO...
...CRITICAL FIRE WEATHER AREA FOR PORTIONS OF THE SOUTHERN AND
CENTRAL HIGH PLAINS...

...Synopsis...
***DANGEROUS FIRE-WEATHER CONDITIONS EXPECTED TODAY ACROSS PORTIONS
OF EAST-CENTRAL NEW MEXICO INTO EASTERN COLORADO***

A highly amplified large-scale trough and accompanying intense
deep-layer south-southwesterly flow will emerge over the southern
Rockies and adjacent High Plains by peak heating. As a result,
strong cyclogenesis will occur over far northeastern Colorado during
```

000492

the afternoon, with a sharpening dryline extending southward along
the Kansas/Colorado border and the Texas/New Mexico border. The
combination of a strong surface pressure gradient, hot/dry
conditions behind the dryline, and strong south-southwesterly flow
aloft will result in extremely critical fire-weather conditions from
east-central New Mexico into eastern Colorado today.

...East-central New Mexico into eastern Colorado...
As temperatures climb into the upper 70s to middle 80s behind the
sharpening dryline, deep boundary-layer mixing into very dry air
aloft will result in widespread 5-15 percent minimum RH. At the same
time, 30-40 mph sustained south-southwesterly surface winds (with
widespread gusts of 50-60 mph) will overspread critically dry fuels
(ERCs above the 90th+ percentile). The volatile combination of very
strong/gusty winds, anomalously warm/dry conditions, and near-record
dry fuels will encourage extreme fire-weather conditions.

...Remainder of the central and southern High Plains...
The eastern extent of critical fire-weather conditions will be
demarcated by the placement of the dryline. Strong 30+ mph sustained
southerly surface winds (with higher gusts) concurrent with
afternoon RH values below 20% will extend into southern New Mexico,
West Texas, the western Texas/Oklahoma Panhandles, western Kansas,
and western Nebraska -- where fuels remain critically dry.

...Dry Thunderstorm Potential...
Another point of concern will be isolated dry thunderstorm
development immediately along and ahead of the dryline this
afternoon, which is expected to take place along the axis of the
driest fuels. Any cloud-to-ground lightning flashes that can occur
in proximity to the Colorado/Kansas and New Mexico/Texas border area
will do so over very receptive fuels, and likely with little wetting
rainfall at the early stages of thunderstorm evolution.

..Jirak.. 04/22/2022

...Please see www.spc.noaa.gov/fire for graphic product...


Fire Weather/Forecast Products/Home



STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES

# WILDLAND FIRE INVESTIGATION
## Photo Log Location Sketch

Case File No.
NM-SNF- 000049

Other Related No
221--IDA

**(Not To Scale)**



| Incident Name: | CERRO PELADO | | Incident Date: | 4 / 22 / 2022 |
|---|---|---|---|---|
| Drawn By: | (b) (6), (b) (7)(C) INVF | | Sketch Date: | 4 / 30 / 2022 |

## LEGEND

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ↗ | Advancing Fire Indicator | ← | Wind (Direction/Speed) | - - - - - | Trail | ┬┬┬┬ | Power line |
| ▲ | Lateral Fire Indicator | | ( / ) | ✱✱✱✱✱ | Fence | 🏠 | Structure |
| ☽ | Backing Fire Indicator | ～ | Creek | ══════ | Secondary Road | ◇◇ | Aerial Retardant Drop |
| ⬠ | Fire Perimeter | ◉ | Reference Point(s) | ▪▪▪▪▪ | Highway | XXXXX | Completed Dozer Line |
| ⊗ | Fire Origin | 🔎 | Spot Fire | ┈┈┈┈ | Railroad | ──── | Completed Hand Line |

DNR WFIP – Fire Scene Sketch Form [2021]

000494



**STATE OF WASHINGTON DEPARTMENT OF NATURAL RESOURCES**
# WILDLAND FIRE INVESTIGATION
## ORIGIN AREA PROGRESSION SKETCH/DIAGRAM

| Case File No. |
|---|
| NM-SNF- 000049 |
| Other Related No |
| 221--IDA |

**(Not To Scale)**



| Incident Name: | CERRO PELADO | Incident Date: 4 / 22 / 2022 |
|---|---|---|
| Drawn By: | (b) (6), (b) (7)(C) INVF | Sketch Date: 4 / 27 / 2022 |

### LEGEND

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| → | Advancing Fire Indicator | 〰 | Wind (Direction/Speed) | - - - - | Trail | ⊤⊤⊤⊤ | Power line |
| ▲ | Lateral Fire Indicator | | ( / ) | ✕✕✕✕ | Fence | ⬛ | Structure |
| ☽ | Backing Fire Indicator | 〰 | Creek | ▬▬ | Secondary Road | ◇◇ | Aerial Retardant Drop |
| ⬠ | Fire Perimeter | ⊙ | Reference Point(s) | ▦ | Highway | XXXXX | Completed Dozer Line |
| ⊗ | Fire Origin | ⚲ | Spot Fire | ⅲⅲⅲ | Railroad | ▬ | Completed Hand Line |

DNR WFIP – Fire Scene Sketch Form [2021]

---

**WildCAD Incident Card - Santa Fe Interagency Dispatch Center: SNF 2022-49**
*"Cerro Pelado" Wildfire 04/22/2022 15:39:00  Order Number: NM-SNF-000049*
Area 18 (JEMEZ)

---

**Reporting Party:** CPLO

**Initial Report On Conditions:**
smoke report near FR 270 255 degrees at 2 miles billowy blue/gray smoke strong winds moving east

**Initial Location:**
　　　　　Lat: 35°,46',47.82", Lon: 106°,35',26.51",  T18N, R3E, SWNE Sec 23
**Actual Location:**
　　　　　Lat: 35°,46',30.01", Lon: 106°,35',3.83",  T18N, R3E, SESE Sec 23

**Dispatcher:** <span style="background:red">b) (6), (b) (7)(C)</span> **Status:** Open

**Fiscal Codes:** P3PK47-0310
**Web Comment:**
**Timer:** OPEN Timer for Resource
**Timer:** Closed Timer for Resource AA-8NA
04/23/2022 11:14:32 ▮▮▮ A-8NA OFF ALM EN ROUTE CERRO PELADO 0+1 MIN ETE 2 SOB 4+0 FOB// +AFF// POS COMS ON NATL
04/23/2022 11:14:47 ▮▮▮ OK: Registration: N78NA Callsign: N-78NA Speed: 147 knots Heading: 255° true Altitude: 11,577' msl Make: Rockwell International Model: 690B Lat: 35° 45.2202' Long: -106° 30.9702' Time: 04/23/2022 11:13:14 UTC-0600
04/23/2022 17:27:28 ▮▮▮ ONTG ABQ
**Timer:** Closed Timer for Resource AA-8NA
04/24/2022 09:18:08 ▮▮▮ AA8NA OFF ABQ  3 SOB 4.15 FOB 5 ETA T CERRO PELADO +AFF
04/24/2022 09:18:20 ▮▮▮ OK: Registration: N78NA Callsign: N-78NA Speed: 225 knots Heading: 357° true Altitude: 11,532' msl Make: Rockwell International Model: 690B Lat: 35° 34.7802' Long: -106° 34.5696' Time: 04/24/2022 09:16:34 UTC-0600
04/24/2022 09:34:09 ▮▮▮ OK:
04/24/2022 09:43:49 ▮▮▮ FF local
04/24/2022 10:00:31 ▮▮▮ OK: Registration: N78NA Callsign: N-78NA Speed: 167 knots Heading: 261° true Altitude: 11,541' msl Make: Rockwell International Model: 690B Lat: 35° 45.0900' Long: -106° 32.2998' Time: 04/24/2022 09:58:46 UTC-0600
04/24/2022 11:56:11 ▮▮▮ AA-8NA OFF CERRO > ABQ  0+110 ETE +AFF +COMMS LOCAL
04/24/2022 11:56:30 ▮▮▮ OK: Registration: N78NA Callsign: N-78NA Speed: 190 knots Heading: 185° true Altitude: 11,692' msl Make: Rockwell International Model: 690B Lat: 35° 34.9500' Long: -106° 32.0700' Time: 04/24/2022 11:53:42 UTC-0600
04/24/2022 11:56:36 ▮▮▮ FF ABC
**Timer:** Closed Timer for Resource H-7HE
04/24/2022 12:30:54 ▮▮▮ 7HE > TA-49 4 SOB 1+45 FOB +AFF -COMMS
04/24/2022 12:31:28 ▮▮▮ OK: Registration: N7HE Callsign: H-7HE Speed: 0 knots Heading: 247° true Altitude: 10,065' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 47.0520' Long: -106° 32.9874' Time: 04/24/2022 11:23:23 UTC-0600
04/24/2022 12:37:13 ▮▮▮ ONTG TA-49
**Timer:** Closed Timer for Resource N40Y
04/25/2022 11:50:53 ▮▮▮ OK: e/r to the Cerro Pelado fire from the Crooks fire in AZ
04/25/2022 11:51:15 ▮▮▮ OK: Registration: N40Y Callsign: N-40Y Speed: 250 knots Heading: 74° true Altitude: 17,739' msl Make: Raytheon Model: A200CT Lat: 35° 2.5704' Long: -109° 52.1304' Time: 04/25/2022 11:49:49 UTC-0600
04/25/2022 12:04:22 ▮▮▮ OK:
04/25/2022 12:16:28 ▮▮▮ OK:
04/25/2022 12:17:24 ▮▮▮ OK: Registration: N40Y Callsign: N-40Y Speed: 258 knots Heading: 72° true Altitude: 17,709' msl Make: Raytheon Model: A200CT Lat: 35° 27.6498' Long: -107° 48.1698' Time: 04/25/2022 12:14:46 UTC-0600
04/25/2022 12:32:02 ▮▮▮ OK:
04/25/2022 12:42:29 ▮▮▮ OK: over the fire
04/25/2022 12:56:13 ▮▮▮ OK:
04/25/2022 13:08:27 ▮▮▮ OK:
04/25/2022 13:09:00 ▮▮▮ OK: departing Cerro Pelado Fire to Calf Canyon Fire
04/25/2022 13:16:25 ▮▮▮ OK: in contact with AA
04/25/2022 13:31:09 ▮▮▮ OK: over the fire
04/25/2022 13:46:07 ▮▮▮ OK:
04/25/2022 13:56:52 ▮▮▮ OK:

04/25/2022 13:57:47 ██████ OK: e/r to SAF 10 ete
04/25/2022 14:12:31 ██████ OK:
04/25/2022 14:25:11 ██████ OK:
04/25/2022 14:38:17 ██████ OK:
04/25/2022 14:48:40 ██████ OK:
04/25/2022 15:03:13 ██████ OK:
04/25/2022 15:19:04 ██████ OK:
04/25/2022 15:35:04 ██████ OK:
04/25/2022 15:52:22 ██████ OK:
04/25/2022 16:08:12 ██████ OK:
04/25/2022 16:24:55 ██████ OK:
04/25/2022 16:30:50 ██████ OK: FF with ABC
**Timer:** Closed Timer for Resource H 7HE
04/25/2022 12:48:04 ██████ OK: e/r the fire 3sob 1:55 fob 5 ete +AFF
04/25/2022 12:48:46 ██████ OK: Registration: N7HE Callsign: H-7HE Speed: 80 knots Heading:
267° true Altitude: 8,694' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 49.3518' Long:
-106° 20.6466' Time: 04/25/2022 12:46:38 UTC-0600
04/25/2022 13:03:41 ██████ OK: over the fire
04/25/2022 13:13:31 ██████ OK:
04/25/2022 13:20:45 ██████ OK:
04/25/2022 13:31:30 ██████ OK:
04/25/2022 13:46:03 ██████ OK:
04/25/2022 13:48:51 ██████ OK: OTG TA 49
04/25/2022 16:52:38 ██████ OK: e/r from Cooks Peak fire to TA49
04/25/2022 17:02:38 ██████ OK: Registration: N7HE Callsign: H-7HE Speed: 119 knots Heading:
239° true Altitude: 9,481' msl Make: Aerospatiale Model: AS-350B3 Lat: 36° 1.2102' Long: -105°
45.9846' Time: 04/25/2022 17:01:13 UTC-0600
04/25/2022 17:05:52 ██████ OK: 10 ete to TA 49
04/25/2022 17:20:36 ██████ OK:
04/25/2022 17:20:39 ██████ OK:
04/25/2022 17:20:56 ██████ OK: Landing TA 49
**Timer:** Closed Timer for Resource N78NA
04/25/2022 13:01:51 ██████ OK: Off ABQ e/r to the fire 10ete +AFF
04/25/2022 13:02:01 ██████ OK: Registration: N78NA Callsign: N-78NA Speed: 167 knots
Heading: 360° true Altitude: 8,730' msl Make: Rockwell International Model: 690B Lat: 35°
5.8698' Long: -106° 33.6102' Time: 04/25/2022 13:00:06 UTC-0600
04/25/2022 13:13:04 ██████ OK: over the fire
04/25/2022 13:28:03 ██████ OK:
04/25/2022 13:43:36 ██████ OK:
04/25/2022 13:52:03 ██████ OK:
04/25/2022 14:08:03 ██████ OK:
04/25/2022 14:23:10 ██████ OK:
04/25/2022 14:38:04 ██████ OK:
04/25/2022 14:48:32 ██████ OK:
04/25/2022 14:53:24 ██████ OK: Registration: N7HE Callsign: H-7HE Speed: 125 knots Heading:
46° true Altitude: 7,762' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 55.5018' Long: -105°
57.7284' Time: 04/25/2022 14:50:37 UTC-0600
04/25/2022 15:08:12 ██████ OK:
04/25/2022 15:23:13 ██████ OK:
04/25/2022 15:36:02 ██████ OK:
04/25/2022 15:46:54 ██████ OK:
04/25/2022 16:01:01 ██████ OK:
04/25/2022 16:01:04 ██████ OK:
04/25/2022 16:16:04 ██████ OK:
04/25/2022 16:31:15 ██████ OK:
04/25/2022 16:46:11 ██████ OK:
04/25/2022 17:01:06 ██████ OK:
04/25/2022 17:11:38 ██████ OK:
04/25/2022 17:21:22 ██████ OK: FF with ABQ

000497

**Timer:** Closed Timer for Resource N364WA
04/25/2022 16:57:04 DKA OK: e/r to the fire from ABQ
04/25/2022 17:04:05 DKA OK: Registration: N364WA Callsign: N-364WA Speed: 159 knots
Heading: 356° true Altitude: 8,329' msl Make: Aero Commander Model: 690B Lat: 35° 5.6700'
Long: -106° 33.6504' Time: 04/25/2022 17:02:53 UTC-0600
04/25/2022 17:04:39 ████ OK: 2sob 4.3 fob 10 ete
04/25/2022 17:15:01 ████ OK: Tied in with AA and is over the fire
04/25/2022 17:30:05 ████ OK:
04/25/2022 17:43:45 ████ OK:
04/25/2022 17:58:11 ████ OK:
04/25/2022 18:11:35 ████ OK:
04/25/2022 18:27:19 ████ OK:
04/25/2022 18:42:08 ████ OK:
04/25/2022 18:55:18 ████ OK: off the fire e/r to ABQ 15ete
04/25/2022 19:04:18 ████ OK: FF with ABC
**Timer:** Closed Timer for Resource H-7HE
04/26/2022 12:37:52 ████ OK: Registration: N7HE Callsign: H-7HE Speed: 111 knots Heading:
258° true Altitude: 9,845' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 48.1800' Long:
-106° 29.9982' Time: 04/26/2022 12:35:49 UTC-0600
04/26/2022 12:38:56 ████ OFF TA-49 > CERRO PELADO (on scene) 3 SOB 1+45 FOB 0+5
ETE +AFF +COMMS CP
04/26/2022 12:43:19 ████ ONTG 860 configuring for RECON
04/26/2022 13:10:33 ████ Started RECON 4 SOB 2+0 FOB Planning one hour +AFF +COMMS
04/26/2022 13:10:47 ████ OK: Registration: N7HE Callsign: H-7HE Speed: 65 knots Heading:
223° true Altitude: 9,458' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 46.6242' Long:
-106° 36.4362' Time: 04/26/2022 13:07:53 UTC-0600
04/26/2022 13:36:32 ████ OK:
04/26/2022 13:36:42 ████ OK: over the fire
04/26/2022 13:51:32 ████ OK:
04/26/2022 13:55:17 ████ OK: e/r to TA 49 10min ete
04/26/2022 14:04:02 ████ OK: landed TA 49
**Timer:** Closed Timer for Resource AA 8NA
04/26/2022 14:00:07 ████ OK: 3sob 4.5fob 10ete +AFF
04/26/2022 14:00:17 ████ OK: Registration: N78NA Callsign: N-78NA Speed: 252 knots
Heading: 9° true Altitude: 11,712' msl Make: Rockwell International Model: 690B Lat: 35°
25.9902' Long: -106° 39.4500' Time: 04/26/2022 13:58:34 UTC-0600
04/26/2022 14:10:18 ████ OK:
04/26/2022 14:21:53 ████ OK: over the fire
04/26/2022 14:36:14 ████ OK:
04/26/2022 14:51:08 ████ OK:
04/26/2022 15:01:13 ████ OK:
04/26/2022 15:01:22 ████ OK:
04/26/2022 15:31:23 ████ OK:
04/26/2022 15:43:20 ████ OK:
04/26/2022 16:06:44 ████ OK:
04/26/2022 16:25:54 ████ OK:
04/26/2022 16:55:13 ████ OK:
04/26/2022 16:57:03 ████ OK: e/r to ALM 45 ete
04/26/2022 16:59:22 ████ OK: FF with ABC
**Timer:** Closed Timer for Resource AA-8NA
04/27/2022 10:23:35 ████ AA-8NA OFF ABQ>PELADO 3 SOB 3.25 FOB 5 ETE +AFF +COMMS
04/27/2022 10:23:46 ████ OK: Registration: N78NA Callsign: N-78NA Speed: 254 knots
Heading: 343° true Altitude: 11,748' msl Make: Rockwell International Model: 690B Lat: 35°
38.2500' Long: -106° 34.1400' Time: 04/27/2022 10:22:41 UTC-0600
04/27/2022 16:36:53 ████ ONTG ABQ

**Timer:** Closed Timer for Resource AA-4WA

04/27/2022 14:11:09 ███ AA-4WA OFF ABQ > CERRO 3 SOB 3+45 FOB 0+5 ETE +COMMS LOCAL +AFF

04/27/2022 14:11:25 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 235 knots Heading: 15° true Altitude: 12,201' msl Make: Aero Commander Model: 690B Lat: 35° 28.6500' Long: -106° 38.3298' Time: 04/27/2022 14:08:19 UTC-0600

04/27/2022 16:36:42 ███ Assumed AA ff local

04/27/2022 17:50:53 ███ AA-4WA OFF CERRO > ABQ 0+13 ETE +AFF +COMMS LOCAL

04/27/2022 17:51:07 ███ FF ABC

**Timer:** Closed Timer for Resource AA-8NA

04/29/2022 09:00:09 ███ AA-8NA OFF ABQ>PELADO 3 SOB 4.5 FOB 10 ETE +AFF

04/29/2022 09:00:21 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 171 knots Heading: 358° true Altitude: 8,097' msl Make: Rockwell International Model: 690B Lat: 35° 6.3798' Long: -106° 34.0800' Time: 04/29/2022 08:57:52 UTC-0600

04/29/2022 09:16:14 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 190 knots Heading: 201° true Altitude: 11,869' msl Make: Rockwell International Model: 690B Lat: 35° 46.8900' Long: -106° 26.0100' Time: 04/29/2022 09:14:52 UTC-0600

04/29/2022 09:25:41 ███ AA-8NA OFF ABQ>PELADO 3 SOB 4.5 FOB 10 ETE +AFF

04/29/2022 09:28:53 ███ Disregard last

04/29/2022 12:07:41 ███ AA-8NA OFF CERRO > ABQ 0+10 ETE +COMMS LOCAL +AFF

04/29/2022 12:51:45 ███ ONTG ABQ

**Timer:** Closed Timer for Resource L-7 (t)

04/29/2022 11:12:58 ███ Lead 7(t) > Cerro Pelado 3 SOB 3 15 FOB 5 ETE +AFF +COMMS

04/29/2022 11:13:14 ███ OK: Registration: N162GC Callsign: LP-2GC Speed: 264 knots Heading: 78° true Altitude: 17,391' msl Make: Beechcraft Model: B200 Lat: 35° 48.5880' Long: -106° 59.4840' Time: 04/29/2022 11:11:34 UTC-0600

04/29/2022 11:41:30 ███ OFF CERRO > ABQ +COMMS w/ ABC

**Timer:** Closed Timer for Resource AA-4WA

04/29/2022 11:53:11 ███ AA-4WA OFF ABQ> PELADO 3 SOB 4.5 FOB 15 ETE PELADO + AFF

04/29/2022 11:53:20 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 221 knots Heading: 10° true Altitude: 13,175' msl Make: Aero Commander Model: 690B Lat: 35° 28.2900' Long: -106° 32.9802' Time: 04/29/2022 11:51:21 UTC-0600

04/29/2022 12:52:05 ███ AA-4WA OFF CERRO > ABQ 0+12 ETE +AFF +COMMS LOCAL

04/29/2022 12:52:17 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 184 knots Heading: 189° true Altitude: 11,115' msl Make: Aero Commander Model: 690B Lat: 35° 42.6198' Long: -106° 31.3602' Time: 04/29/2022 12:51:00 UTC-0600

04/29/2022 13:51:13 ███ ONTG ABQ

**Timer:** Closed Timer for Resource AA-8NA

04/30/2022 09:36:30 ███ AA-8NA OFF ABQ > PELADO 3 SOB 4.30 FOB 5 ETE +AFF +COMMS

04/30/2022 09:36:43 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 184 knots Heading: 358° true Altitude: 10,482' msl Make: Rockwell International Model: 690B Lat: 35° 26.5800' Long: -106° 33.6900' Time: 04/30/2022 09:35:01 UTC-0600

04/30/2022 09:43:08 ███ Assuming Cerro AA ff local

04/30/2022 12:45:59 ███ AA-8NA OFF CALF > ABQ 010 ETE +AFF +COMMS

04/30/2022 12:46:12 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 221 knots Heading: 177° true Altitude: 11,689' msl Make: Rockwell International Model: 690B Lat: 35° 37.1604' Long: -106° 34.8402' Time: 04/30/2022 12:44:06 UTC-0600

04/30/2022 12:46:19 ███ FF w/ ABC

04/30/2022 15:10:01 ███ AA-8NA ABQ>CERRO PLADO 3 SOB 4+30 FOB 0+10ETE +AFF +COMMS

04/30/2022 15:10:14 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 186 knots Heading: 1° true Altitude: 12,522' msl Make: Rockwell International Model: 690B Lat: 35° 18.6600' Long: -106° 33.6504' Time: 04/30/2022 15:07:18 UTC-0600

04/30/2022 16:38:48 ███ Assumed AA ff local

04/30/2022 18:00:17 ███ AA-8NA OFF CERRO > ABQ 0+10 ETE +COMMS +AFF

04/30/2022 18:00:29 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 217 knots Heading: 185° true Altitude: 11,197' msl Make: Rockwell International Model: 690B Lat: 35° 28.5600' Long: -106° 33.1902' Time: 04/30/2022 17:58:11 UTC-0600

04/30/2022 18:01:12 ███ FF w/ ABC

**Timer:** Closed Timer for Resource T-101
04/26/2022 14:44:33 ███ OK: ..
04/26/2022 14:59:08 ███ OK:
04/26/2022 15:01:02 ███ OK: over the fire
04/26/2022 15:14:31 ███ OK:
04/26/2022 15:15:28 ███ OK: 3sob 3fob
04/26/2022 15:24:58 ███ OK:
04/26/2022 15:49:51 ███ OK:
04/26/2022 16:19:16 ███ OK:
04/26/2022 16:50:17 ███ OK:
04/26/2022 17:18:21 ███ OK: Off the fire for a hold
04/26/2022 17:21:57 ███ OK: FF with ABC

**Timer:** Closed Timer for Resource T-102
04/26/2022 14:44:53 ███ OK: ...
04/26/2022 14:59:06 ███ OK: ei
04/26/2022 15:09:44 ███ OK: Off ABQ
04/26/2022 15:24:46 ███ OK: over the fire
04/26/2022 15:24:51 ███ OK:
04/26/2022 15:49:55 ███ OK:
04/26/2022 16:19:11 ███ OK:
04/26/2022 16:25:25 ███ OK:
04/26/2022 16:55:15 ███ OK:
04/26/2022 17:25:07 ███ OK:
04/26/2022 17:28:49 ███ OK: FF with ABC

**Timer:** Closed Timer for Resource Lead 42 t
04/26/2022 14:45:12 ███ OK: ...
04/26/2022 14:48:24 ███ OK: off abq 2sob 6fob 20 ete
04/26/2022 15:00:48 ███ OK: on the fire
04/26/2022 15:00:49 ███ OK:
04/26/2022 15:14:05 ███ OK:
04/26/2022 15:25:06 ███ OK:
04/26/2022 15:49:43 ███ OK:
04/26/2022 16:19:13 ███ OK:
04/26/2022 16:50:14 ███ OK:
04/26/2022 17:20:28 ███ OK:
04/26/2022 17:34:05 ███ OK: FF with ABC

**Timer:** Closed Timer for Resource AA-506
04/26/2022 16:02:42 ███ OK: off ALM 2sob 4.5fob 1hr ete +AFF
04/26/2022 16:04:13 ███ OK: Registration: N690HB Callsign: N-690HB Speed: 223 knots
Heading: 360° true Altitude: 12,939' msl Make: Aero Commander Model: 690A Lat: 33° 14.7798'
Long: -105° 59.1702' Time: 04/26/2022 16:02:42 UTC-0600
04/26/2022 16:19:07 ███ OK:
04/26/2022 16:20:25 ███ OK: Registration: N690HB Callsign: N-690HB Speed: 192 knots
Heading: 348° true Altitude: 12,804' msl Make: Aero Commander Model: 690A Lat: 34° 17.6898'
Long: -106° 1.1304' Time: 04/26/2022 16:19:42 UTC-0600
04/26/2022 16:35:14 ███ OK: Registration: N690HB Callsign: N-690HB Speed: 198 knots
Heading: 347° true Altitude: 12,867' msl Make: Aero Commander Model: 690A Lat: 34° 59.5302'
Long: -106° 15.0396' Time: 04/26/2022 16:32:29 UTC-0600
04/26/2022 16:41:23 ███ OK: Registration: N690HB Callsign: N-690HB Speed: 202 knots
Heading: 348° true Altitude: 12,831' msl Make: Aero Commander Model: 690A Lat: 35° 18.6102'
Long: -106° 21.7998' Time: 04/26/2022 16:38:20 UTC-0600
04/26/2022 16:47:51 ███ OK: in contact with AA over the fire
04/26/2022 16:47:57 ███ OK:
04/26/2022 17:29:36 ███ OK: over the fire
04/26/2022 18:14:03 ███ OK:
04/26/2022 18:46:42 ███ OK: FF with ABC
04/26/2022 18:46:43 ███ OK:

**Timer:** Closed Timer for Resource T-912
04/26/2022 16:28:42 ███ OK: off COS e/r to the fire
04/26/2022 16:29:04 ███ OK: Registration: N522AX Callsign: T-912 Speed: 259 knots Heading: 179° true Altitude: 8,900' msl Make: Douglas Model: DC-10-30 Lat: 38° 42.2988' Long: -104° 42.8922' Time: 04/26/2022 16:27:54 UTC-0600
04/26/2022 16:35:35 ███ OK: 3sob 3fob 40ete +AFF
04/26/2022 17:05:28 ███ OK: over the fire
04/26/2022 17:29:04 ███ OK:
04/26/2022 17:29:13 ███ Registration: N522AX Callsign: T-912 Speed: 397 knots Heading: 35° true Altitude: 15,951' msl Make: Douglas Model: DC-10-30 Lat: 37° 6.2184' Long: -105° 31.6194' Time: 04/26/2022 17:28:21 UTC-0600
**Timer:** Closed Timer for Resource AA-5AB
04/30/2022 12:19:01 ███ AA-5AB > Cerra Pelado 2-SOB, 3+50-FOB, 10 ETE +AFF
04/30/2022 12:19:27 ███ OK: Registration: N985AB Callsign: N-985AB Speed: 211 knots Heading: 81° true Altitude: 15,780' msl Make: Beechcraft Model: C90A Lat: 35° 44.5872' Long: -107° 10.5612' Time: 04/30/2022 12:16:51 UTC-0600
04/30/2022 13:44:13 ███ Assumed CERRO AA ff local
04/30/2022 15:17:55 ███ AA-5AB OFF CERRO > ABQ 2 SOB 1+30 FOB 0+15 ETE +COMSS +AFF
04/30/2022 15:18:15 ███ OK: Registration: N985AB Callsign: N-985AB Speed: 145 knots Heading: 177° true Altitude: 11,515' msl Make: Beechcraft Model: C90A Lat: 35° 43.9230' Long: -106° 31.2924' Time: 04/30/2022 15:16:55 UTC-0600
04/30/2022 16:38:36 ███ ONTG ABQ
04/30/2022 18:00:42 ███ AA-5AB^ABQ>CERRO PELADO 2 SOB 4+5 FOB 0+15 ETE+COMMS +AFF
04/30/2022 18:00:53 ███ OK: Registration: N985AB Callsign: N-985AB Speed: 167 knots Heading: 314° true Altitude: 11,843' msl Make: Beechcraft Model: C90A Lat: 35° 42.1566' Long: -106° 32.9916' Time: 04/30/2022 17:58:40 UTC-0600
04/30/2022 18:01:04 ███ Assuming AA ff local
04/30/2022 19:30:27 ███ FF w/ ABC
**Timer:** Closed Timer for Resource AA-8NA
05/01/2022 08:21:01 ███ AA-8NA OFF ABQ > PELADO 3 SOB 4+15 FOB 0+5 ETE +AFF +COMMS
05/01/2022 08:21:14 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 268 knots Heading: 0° true Altitude: 11,679' msl Make: Rockwell International Model: 690B Lat: 35° 30.7302' Long: -106° 32.5404' Time: 05/01/2022 08:18:29 UTC-0600
05/01/2022 08:44:38 ███ Assuming Cerro AA ff/ local
05/01/2022 11:47:53 ███ OFF CERRO > ABQ 0+10 ETE +COMMS LOCAL +AFF
05/01/2022 11:47:59 ███ ONTG ABQ
05/01/2022 17:08:22 ███ ONTG ABQ
**Timer:** Closed Timer for Resource AA-4WA
05/01/2022 11:30:00 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 276 knots Heading: 7° true Altitude: 12,768' msl Make: Aero Commander Model: 690B Lat: 35° 17.1402' Long: -106° 30.4200' Time: 05/01/2022 11:27:46 UTC-0600
05/01/2022 11:30:30 ███ AA-4WA OFF ABQ>PELADO 2 SOB 4.15 FOB 5 ETE +AFF
05/01/2022 17:08:13 ███ ONTG ABQ
**Timer:** Closed Timer for Resource N400DS AA210
04/28/2022 12:48:15 ███ OK: off Durango e/r Cerro Pelado
04/28/2022 13:03:05 ███ OK:
04/28/2022 13:03:09 ███ OK: 10 min ete
04/28/2022 13:14:38 ███ OK: over the fire
04/28/2022 13:14:44 ███ OK:
04/28/2022 13:44:07 ███ OK:
04/28/2022 14:14:16 ███ OK:
04/28/2022 14:44:07 ███ OK:
04/28/2022 15:12:48 ███ OK:
04/28/2022 15:57:03 ███ OK:
04/28/2022 16:25:37 ███ OK:
04/28/2022 16:44:30 ███ OK: Off the fire e/r Durango 1:30fob 25 ete
04/28/2022 17:00:25 ███ OK:
04/28/2022 17:00:39 ███ Registration: N400DS Callsign: N-400DS Speed: 213 knots Heading: 324° true Altitude: 12,791' msl Make: Rockwell Model: 690B Lat: 36° 37.0902' Long: -107° 11.7900' Time: 04/28/2022 16:59:36 UTC-0600
04/28/2022 17:08:26 ███ OK: FF with Durango Dispatch

**Timer:** Closed Timer for Resource N985AB
04/28/2022 16:07:50 DKA OK: e/r to the incident 2sob 4.5fob
04/28/2022 16:22:18 DKA OK: Registration: N985AB Callsign: N-985AB Speed: 240 knots
Heading: 81° true Altitude: 15,911' msl Make: Beechcraft Model: C90A Lat: 35° 42.7128' Long:
-107° 26.4900' Time: 04/28/2022 16:20:31 UTC-0600
04/28/2022 16:37:10 ███████ OK: over the fire
04/28/2022 17:08:38 ███ OK:
04/28/2022 17:53:05 ███ OK:
04/28/2022 18:39:07 ███ OK:
04/28/2022 18:54:36 ███ OK: Released e/r to Flagstaff 2s 2fob 1hr ete
04/28/2022 18:54:46 ███ OK: FF with ABC
**Timer:** Closed Timer for Resource 7HE
04/23/2022 08:22:43 ████ OK:
04/23/2022 08:25:53 ████ OK: Registration: N7HE Callsign: H-7HE Speed: 94 knots Heading:
26° true Altitude: 9,074' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 44.5722' Long: -106°
36.1380' Time: 04/23/2022 08:24:59 UTC-0600
04/23/2022 08:29:09 ████ > Cerro Pelado 4 SOB 2+30 FOB 0+15 ETE +AFF +COMMS
04/23/2022 08:40:03 ████ OK:
04/23/2022 09:20:04 ████ OK: Registration: N7HE Callsign: H-7HE Speed: 76 knots Heading:
151° true Altitude: 9,140' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 46.0236' Long:
-106° 35.3034' Time: 04/23/2022 09:17:46 UTC-0600
04/23/2022 09:59:31 ████ ONTG TA-49
**Timer:** Closed Timer for Resource FW-51
04/23/2022 11:06:12 ████ OK: Registration: N40Y Callsign: N-40Y Speed: 272 knots Heading:
63° true Altitude: 17,558' msl Make: Raytheon Model: A200CT Lat: 35° 29.0100' Long: -107°
16.3398' Time: 04/23/2022 11:05:11 UTC-0600
04/23/2022 11:07:09 ████ FW-51(N40Y) off FFZ>>Cerro Pelado 3.0 SOB 4.0 FOB +2 ETE +AFF
Comms Natl
04/23/2022 17:27:57 ████ > FALCON 1+15 ETE +COMMS +AFF
04/23/2022 17:28:24 ████ OK: Registration: N40Y Callsign: N-40Y Speed: 178 knots Heading:
244° true Altitude: 16,682' msl Make: Raytheon Model: A200CT Lat: 36° 6.5298' Long: -105°
30.5202' Time: 04/23/2022 17:26:40 UTC-0600
04/23/2022 17:44:01 ████ FF ABQ

### Incident Commander(s):
04/22/2022 1625 C ████ ICT4 Effective 1615 4/22/22
04/22/2022 1817 ████ ICT3 Effective 1815 4/22/2022
04/23/2022 2012 ████ Effective 2000 04/23/2022
04/23/2022 2013 ████ ICT3 Effective
04/24/2022 0729 ████ ICT1 Effective 0730 4/24/2022 Southern Area Red Team assumed
command at 0730 on 4/24/2022
04/24/2022 0730 Effective
04/24/2022 0730 ████ ICT3 Effective
04/24/2022 1756 ████ ICT1 Effective


### Resource Details:
**\*E-2601:**
Committed at 04/22/2022 15:41:14, On Scene at 04/22/2022 16:15:18, Released at 04/22/2022
21:09:24, Committed at 04/22/2022 21:11:05, On Scene at 04/22/2022 21:11:14, Released at
04/28/2022 09:03:29
**BAP E-692:**
Committed at 04/22/2022 15:41:09, On Scene at 04/22/2022 16:15:18, Released at 04/27/2022
15:05:18
**CAF E-631:**
Committed at 04/28/2022 06:33:12, Returning at 04/28/2022 06:53:53, Released at 04/28/2022
06:54:06
**E-431:**
Committed at 04/22/2022 15:45:52, On Scene at 04/22/2022 17:45:06, Released at 04/22/2022
22:46:54, Committed at 04/23/2022 06:59:11, On Scene at 04/23/2022 06:59:16, Released at
04/24/2022 19:41:18, Committed at 04/25/2022 06:32:49, Released at 04/25/2022 20:49:56,
Committed at 04/26/2022 06:26:07, Returning at 04/26/2022 21:32:38, Released at 04/26/2022
21:33:41, Committed at 04/29/2022 08:39:15, Released at 04/29/2022 21:15:12, Committed at
04/30/2022 08:29:58, Released at 05/01/2022 03:33:26, Committed at 05/01/2022 14:36:09,
Released at 05/01/2022 20:04:52

000502

**E-631:**
Committed at 04/28/2022 06:54:54, Released at 04/28/2022 13:37:01
**N6S E-61:**
Committed at 04/22/2022 19:25:30, On Scene at 04/22/2022 19:26:02, Released at 04/30/2022 07:19:52
**UT-431:**
Committed at 04/22/2022 15:58:28, On Scene at 04/22/2022 17:45:06, Released at 04/22/2022 22:46:54, Committed at 04/24/2022 06:26:29, Released at 04/24/2022 19:41:18, Committed at 04/25/2022 06:32:49, Released at 04/25/2022 20:49:56, Committed at 04/26/2022 06:25:35, Returning at 04/26/2022 22:50:10, Released at 04/26/2022 22:50:33, Committed at 04/29/2022 08:39:43, Released at 04/29/2022 21:50:09, Committed at 04/30/2022 08:29:58, Released at 05/01/2022 03:33:26, Committed at 05/01/2022 14:36:09, Released at 05/01/2022 20:04:52
**UT-631:**
Committed at 04/22/2022 15:51:05, On Scene at 04/22/2022 16:36:02, Returning at 04/23/2022 20:51:37, Released at 04/23/2022 20:52:02, Committed at 04/25/2022 06:35:21, Released at 04/25/2022 20:50:03, Committed at 04/26/2022 08:30:29, Released at 04/26/2022 11:57:01, Committed at 04/28/2022 06:55:36, Released at 04/28/2022 13:37:01
**N7HE:**
Committed at 04/23/2022 11:45:28, Released at 04/25/2022 12:43:21
**FS 28:**
Committed at 04/22/2022 17:02:47, On Scene at 04/22/2022 17:44:59, Released at 04/23/2022 06:30:52, Committed at 04/23/2022 13:36:15, On Scene at 04/23/2022 13:36:18, Released at 04/23/2022 18:18:32
**DIV 10-3:**
Committed at 04/22/2022 15:44:28, On Scene at 04/22/2022 16:36:02, Released at 04/22/2022 23:06:43, Committed at 04/23/2022 06:53:45, On Scene at 04/23/2022 06:53:48, Released at 04/23/2022 18:12:40, Committed at 04/25/2022 06:37:55, Released at 04/25/2022 08:30:42
**BAT 10-3:**
Committed at 04/22/2022 16:21:51, On Scene at 04/22/2022 19:29:58, Released at 04/25/2022 09:00:10
**CAPT 431:**
Committed at 04/29/2022 08:39:28, Released at 04/30/2022 07:20:23
**CAPT 631:**
Committed at 04/28/2022 06:28:18, Released at 04/28/2022 13:37:01
**ENGR 631:**
Committed at 04/30/2022 09:36:45, Released at 04/30/2022 13:27:26
**PAT 10-3:**
Committed at 04/22/2022 15:44:35, On Scene at 04/22/2022 17:45:06
**3-31:**
Committed at 04/28/2022 06:31:58, Released at 04/30/2022 07:16:37
**3-33:**
Committed at 04/28/2022 06:32:15, Released at 04/30/2022 07:16:37

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/22/2022 15:42:39 | cplo | ▓ | smoke report |
| 04/22/2022 15:43:00 | ▓ | 2601 | please respond |
| 04/22/2022 15:43:05 | e 692 | ▓ | we are enroute |
| 04/22/2022 15:43:31 | cplo | ▓ | heavy black smoke with strong winds |
| 04/22/2022 15:46:20 | DIV 10-3 | ▓ | e/r to the fire send P10-3 and E431 |
| 04/22/2022 15:47:26 | cplo | ▓ | brown smoke about 1 acre. growing pretty good and a large column] |
| 04/22/2022 15:49:54 | ▓ | Email | Email Smoke Report: Location- FR 270 District- Jemez Estimated Size- UNK Enroute- E-692, DIV 10-3, PT 10-3 Sent to: Jemez District group |
| 04/22/2022 15:51:24 | P 10-3 | ▓ | e/r to the fire |
| 04/22/2022 15:52:40 | ▓ | | Acres set to 1 |
| 04/22/2022 15:54:59 | cplo | ▓ | about 5+ acres. black smoke. looks like it is in logged out area and in heavy timber moving to the NE |
| 04/22/2022 15:56:05 | E 431 | ▓ | & UT 431 e/r to the fire |
| 04/22/2022 15:59:20 | E 692 | ▓ | eyes on the fire estimating 10-15 acres with very high fire behavior in the timber, high potential for spread |
| 04/22/2022 15:59:44 | e 2601 | ▓ | we are on fr 270 and have eyes on it |
| 04/22/2022 16:03:46 | Sandvl Cty | ▓ | Offering assistance for the fire. La Cueva has some units heading that way |
| 04/22/2022 16:08:13 | cplo | d 10-3 | approx 40 ac and moving. |
| 04/22/2022 16:12:18 | ▓ | | FireCode Requested |
| 04/22/2022 16:15:02 | e 692 | ▓ | on scene with E 2601 lat/long 35 46.498 x 106 35.078 |
| 04/22/2022 16:21:06 | P 10-3 | ▓ | looking like an impact to Hwy 4 need leo to stop traffic. 4a and Hwy 4 |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/22/2022 16:21:45 | BAT 10-3 | ▮▮ | e/r to the fire |
| 04/22/2022 16:24:54 | 9-33 | | called in size up... requesting ICT3 |
| 04/22/2022 16:26:34 | P 10-3 | D 10-3 | I'm going to head to Hwy 4 and start notifying the residences north of the fire |
| 04/22/2022 16:32:37 | ▮▮ | San CO | Requesting units for possible evacuations near FR 10 Hwy 4 FR 270 Los Pinos area point of contact is PT 10-3 // copy we are sending units |
| 04/22/2022 16:34:07 | IC | ▮▮ | DIV 10-3 and UT 631 on scene |
| 04/22/2022 16:47:09 | ▮▮▮▮▮ | ▮▮ | from Sandoval County is responding to Liaison with the County resources |
| 04/22/2022 16:50:16 | IC | ▮▮ | request order. 3 type 1 crews. 5 type 6 engines   Date and Time needed As Soon As Possible |
| 04/22/2022 16:54:19 | D 10-3 | ▮▮ | I'm at CPLO and going to take ▮▮ off the tower. CPLO will be o/s |
| 04/22/2022 16:58:09 | ▮▮ | IC | No Crews available from Hermits Peak.  We can place an order for Type 2 Crews.  // ok go ahead and order 3 Type 2 crews |
| 04/22/2022 17:01:05 | IC | ▮▮ | place and order for 3 TFLD |
| 04/22/2022 17:02:18 | P 103 | ▮▮ | first spot found 3/4 mile in SEC 12 south of highway 4 |
| 04/22/2022 17:02:39 | FS 28 | ▮▮ | show me e/r |
| 04/22/2022 17:07:11 | IC | ▮▮ | advise 9-31 that there is a high potential for the fire to burn onto the Valles Caldera |
| 04/22/2022 17:07:36 | ▮▮ | 9-31 | advised Brian Bolser and he copied all |
| 04/22/2022 17:21:23 | DIV 10-3 | ▮▮ | Got ▮▮ off the Tower he's tied in to UT431 |
| 04/22/2022 17:23:41 | | | Acres set to 50 |
| 04/22/2022 17:28:38 | E 1441 | ▮▮ | BLM E1441 is e/r from ABQ |
| 04/22/2022 17:29:24 | IC | ▮▮ | Update main hed in SEC 13 Los Griegos Area |
| 04/22/2022 17:31:40 | P 10-3 | ▮▮ | north end: fire on the western aspect of los griegos SEC 18. The fire is skirting the SE corner of Cerro de Los Pinos as well |
| 04/22/2022 17:34:45 | JMEC | ▮▮ | (b), (6), (b) (7)(C) all power de-energized at Cerro LosPinos and Los Griegos |
| 04/22/2022 17:44:53 | FS 28 | ▮▮ | on scene and the Sandoval SO is going to close FR 10 at Hwy 290 |
| 04/22/2022 18:01:34 | IC | ▮ | Update: Estimating approximately 400-500 acres |
| 04/22/2022 18:16:45 | BAT 10-3 | ▮▮ | on scene and I will assume command at this time |
| 04/22/2022 18:27:10 | IC | ▮▮ | would like to see if the order for Firewatch 51 was placed and if you have confirmation. // One of our dispatchers (TMF) mentioned you had called and said not to order it due to the amount of activity going on.  // hmmm.. Well I'd like to place the order for Firewatch 51 for today and if not for tomorrow morning if possible. |
| 04/22/2022 18:38:45 | LAFD | ▮▮ | we sent resources as a mutual aid request from Sandoval County.  Brush 5,7 & 8.  Tacticatl Tender 5, CH 5 (Todd Forsythe) |
| 04/22/2022 18:46:57 | IC | ▮▮ | I have the community of Cochiti Mesa on a Go Status for Evac.  The residences on 289/36 are in a SET status.  I'm working with Sandoval County to do the notifications. |
| 04/22/2022 18:59:47 | IC | ▮▮ | Fire is continuing to move to the north.  I have P10-3 as DIV A and (b), (6), (b) (7)(C) at DIV Z. The fire behavior is such that we cannot engage the shoulders or head. |
| 04/22/2022 19:00:44 | IC | ▮▮ | also, fire is spotting ahead of itself and have one confirmed spot north of Hwy 4 |
| 04/22/2022 19:23:58 | IC | ▮▮ | Update on resources:  Bernalillo 2, NNSF E-61 and NMSF Module w/4.  NMSF is sending up a dozer from the fire in Belen it is a Type 2. no ETA.  Also, Requesting H 7HE for tomorrow if they are available to fly |
| 04/22/2022 19:33:40 | IC | ▮▮ | update: LAFD Chief 5 and Task force working the spot across hwy 4 and making good progress. it is by Las Conchas Trailhead |
| 04/22/2022 19:42:05 | IC | ▮▮ | Update: fire scar is not necessarily not a barrier. The south slopes are receptive to fire and the north slopes are acting as a barrier |

000504

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/22/2022 20:33:10 | IC | ███ | update: 9-31 on FR 280 a spot to the SE corner of SEC 16. no fire on peralta ridge. |
| 04/22/2022 20:33:37 | IC | ███ | Requesting a LSC3 |
| 04/22/2022 20:43:43 | ███ | IC | Notified the IC that a IMT1 is being ordered for the incident. Date and Time needed is Saturday 4/23/22 at 0900 at the Santa Fe Supervisor Office |
| 04/22/2022 21:21:54 | ███ | ███ | Looking for some landmarks to map |
| 04/22/2022 21:46:16 | kl | ic | read spot over air and e-mailed it to ███ |
| 04/22/2022 22:27:34 | FS 28 | ███ | Cleared the fire >> quarters |
| 04/22/2022 22:47:47 | E431 | ███ | E 431 and UT 431 off the fire>> Jemez |
| 04/22/2022 23:04:26 | FS 28 | ███ | BIQ o/s |
| 04/22/2022 23:07:22 | DIV 10-3 | ███ | BAS o/s |
| 04/23/2022 00:25:18 | IC | ███ | update: most resources bedding down at this time. fb has decreased, temps hoveringnear freezing. heading to Div Z, on the east flank to see how far the fire has progressed. Any fill info on overhead orders for TFLDS"S? will check |
| 04/23/2022 06:37:29 | IC | ███ | Radio check while ███ is on the phone, no contact, Cerro Pelado is down?████ doesn't know if they dan engage with no comms |
| 04/23/2022 06:53:30 | DIV 10-3 | ███ | on scene |
| 04/23/2022 07:01:25 | E431 | ███ | Called in on radio, no contact |
| 04/23/2022 07:41:40 | UT 631 | ███ | requested Spot wx forecast |
| 04/23/2022 07:57:54 | DIV 10-3 | ███ | E 431 wil be on the fire but available for IA |
| 04/23/2022 08:18:42 | ███ | IC | Spot wx is ready |
| 04/23/2022 08:20:55 | IC | ███ | Update: Good RH revovery last night, the fire did lay day except on FR 270 in sec 23 it kept moving in the logging slash. Today we will concentrate on point protection. 39 personnel |
| 04/23/2022 09:05:32 | IC | ███ | I would like to order 2 National Guard Helos for bucket work to report to TA-49 |
| 04/23/2022 09:08:59 | ███ | ██ (0), 00 (7)█( | The IC is requesting two NM Air Guard Helos for bucket work // copy, I will make some calls |
| 04/23/2022 09:25:43 | 7HE | ███ | Is there approval for a dipsite at 35 47.04 x 106 32.19 // well check on that and get back with you |
| 04/23/2022 09:38:44 | IC | ███ | I would like to order an air attack |
| 04/23/2022 09:45:45 | IC | ███ | ready for the spot // read spot |
| 04/23/2022 10:39:24 | ███ | ███ | Tied in with the IC |
| 04/23/2022 11:26:28 | ███ | ███ | The ANG is not available to fly today, but possibly tomorrow. The Bernalillo County helo may be available. I'll call and check |
| 04/23/2022 11:26:45 | ███ | IC | Notified of the National Guard unable to fly today |
| 04/23/2022 13:29:43 | ███ | | Acres set to 3445 |
| 04/23/2022 13:30:25 | ███ | | ADS flipped to Sit/209 |
| 04/23/2022 13:36:00 | FS 28 | ███ | on scene |
| 04/23/2022 18:18:56 | FS 28 | ███ | Clear of the incident e/r to quarters |
| 04/23/2022 20:14:41 | ███ | PL | Will take over as ICT3 at this time. will stay with night ops for observation. 3 in party |
| 04/24/2022 00:13:52 | IC | PL | Update fire looks good, no issues at this time, Some activity on NE end near FSR 270c. Will call back in a few hours. |
| 04/24/2022 03:09:45 | IC | PL | Looking good, no rel issues to report at this time. will be heading over to transition meeting at 0630 |
| 04/24/2022 06:20:53 | IC | PL | update, no change from last update. fire is staying up top. staying where we want it for the evening  no real issues at this time.  slowly backing in the north side Div A fire is staying where we want it where we have control lines. in div z, FDR 270c fire is backing down at about 3 hours per chain. should be no issue untill folks get out here and team takes over. |
| 04/24/2022 06:23:59 | IC | PL | Announce over radio that Cerro Pelado repeater is not working. Tone 9-Virgin Mesa is working well.  For now NO cerro Pelado repeater |

000505

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/24/2022 06:25:44 | Eng 431 | PL | + UTIL 431 I/R Cerro Pelado |
| 04/24/2022 07:28:02 | ▮▮ | ▮▮ | Departing briefing area e/r to Santa Fe   OFFICIAL TRANSFER OF COMMAND TO THE SOUTHERN AREA TYPE 1 IMT IC ▮▮ |
| 04/24/2022 09:39:22 | Heli  9 | ▮ | Heli 9 & 8 e/r to the La Jara dipsite |
| 04/24/2022 17:57:08 | Heli 9 | ▮ | Heli 8 & 9 leaving La Jara dip e/r to TA49 |
| 04/24/2022 20:58:38 | Night ops | PL | 2 overhed pluc 1 16 engie will be on night shift.   Fire is looking good above subdivision.  <1' flame lenghts  near FSR 270 & 270c.  Do not have coms set up yet wo will check in periodically with santa fe through the night. |
| 04/25/2022 00:00:19 | Night ops | PL | Status update, fire is mellowing out.  Active fire along FSR 270 270c road area.  a few pockets of active fire above the subdivision and fire station,  active fire on far east side south of strucures on the 280 road will be bedding engine down shortly.  I will continue with patrol and will report back t 0300, then again at the 0700 briefing. |
| 04/25/2022 03:17:40 | Night Ops | PL | No real change from last update.   Current temperature is 28deg.  Will call in again @ 0700 |
| 04/25/2022 12:16:19 | AOBD | ▮ | Requesting AA over the fire  // copy,  Called SWCC |
| 04/25/2022 13:02:19 | AA 8NA | ▮ | 10 ete to the fire |
| 04/25/2022 13:24:04 | AA 8NA | ▮ | assuming AA: also would like to order the two LOBO helos |
| 04/25/2022 13:49:03 | 7HE | ▮ | OTG TA 49 |
| 04/25/2022 13:56:21 | LOBO 31 | ▮ | w/ LOBO 29 e/r: Each:  7SOB 2:30FOB 20 ete |
| 04/25/2022 14:58:20 | LOBO 29 | ▮ | e/r back to SAF for bucket issue. |
| 04/25/2022 15:00:01 | AA | ▮ | requesting 3CH  and relief at 1700 |
| 04/25/2022 15:07:55 | LOBO 29 | ▮ | landing in SAF |
| 04/25/2022 15:46:37 | LOBO 31 | ▮ | e/r to SAF for fuel.  20 min ETE |
| 04/25/2022 16:01:12 | LOBO 29 | ▮ | off SAF e/r 4sob 2:30fob 20 ete  ....... LOBO 31 landed SAF |
| 04/25/2022 16:05:01 | LOBO 29 | ▮ | in contact with AA flight follow local |
| 04/25/2022 16:44:23 | LOBO 31 | ▮ | off SAF e/r to the fire 20 ete 3sob 2:30fob |
| 04/25/2022 17:22:57 | AA 8NA | ▮ | e/r to ABQ ... AA 4WA is now CP AA |
| 04/25/2022 18:01:51 | AA | ▮ | e/r to SAF to hold |
| 04/25/2022 18:09:12 | LOBO 29 | ▮ | e/r SAF 20 ete |
| 04/25/2022 18:18:30 | LOBO 29 | ▮ | Landing SAF |
| 04/25/2022 18:39:36 | AA | ▮ | H3CH is experiencing bucket problems and is returning to SAF.  LOBO 31 will be heading back to SAF in a few minutes |
| 04/25/2022 18:42:23 | LOBO 31 | ▮ | e/r SAF ete 20 |
| 04/25/2022 18:53:44 | LOBO 31 | ▮ | Landing SAF |
| 04/25/2022 18:55:00 | AA 4WA | ▮ | Off the fire e/r to ABQ |
| 04/25/2022 20:47:17 | Utl 431 | AJL | Utl 431 and Utl 631 back at station |
| 04/25/2022 23:21:39 | Nigh ops | PL | Update - firing operations, fire creeping back down to FSR 10f, Crew holding down on CC,  ready to start parallellin, NE corner by structures a little bit more fire activity tonight than last night.,  Spots by 280 area,   10 road fire is continuing to back down to 10F.  will complete frinig operatons at about 0100 |
| 04/26/2022 02:11:00 | Night Ops | PL | Completed firing between FSR 270CF and 270CC.  Mormon lake and Rocca crews will be heading to ICP for the noght. Engine E-1 is staying out to patrol alon with night ops. |
| 04/26/2022 04:12:31 | Night Ops | PL | Engine is heading back to camp.  Firing operation has calmed down quite a bit. All went as planned. Just me & division for the rest of the night, will tie in with ops in the morning. |
| 04/26/2022 08:30:42 | UT 631 | ▮ | +2 e/r to the fire |
| 04/26/2022 12:09:24 | AOBD | ▮ | Would like 3CH to come to the fire (DIV A) ground contact is 2601 // copy |
| 04/26/2022 12:09:53 | ▮ | ▮ | Relayed request // copy I'll send them |
| 04/26/2022 12:54:47 | 3CH | ▮ | Just heard from my pilot that they are having bucket issues and back at SAF // copy that |
| 04/26/2022 12:55:54 | ▮ | AOBD | Relayed that 3CH is down with bucket issues at SAF // copy that let me talk with OPS and see if they want to order the national guard I will call you back |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/26/2022 13:01:42 | AOBD | ▮ | Per OPS they needa T1 on the fire // copy that will call the guard |
| 04/26/2022 13:12:00 | ▮ | ▮ (NG) | Reqesting a T! to DIV A ground contact 2601 // copy that we will be sending 431 |
| 04/26/2022 13:25:19 | AOBD | ▮ | Requesting AA over the fire |
| 04/26/2022 13:33:16 | LOBO 31 | ▮ | e/r 3sob 2.5fob 20 ete |
| 04/26/2022 13:44:32 | LOBO 31 | ▮ | On scene will be on air to ground until Air Attack arrives on the fire |
| 04/26/2022 14:00:35 | 7HE | ▮ | e/r to TA49 10 ete |
| 04/26/2022 14:00:49 | AA 8NA | ▮ | 10 minutes from the fire |
| 04/26/2022 14:02:37 | AA 8NA | ▮ | over the fire assuming CP AA |
| 04/26/2022 14:04:25 | 7HE | ▮ | OTG SAF |
| 04/26/2022 14:09:46 | AA | ▮ | requesting 2 LATS |
| 04/26/2022 14:16:47 | AA | ▮ | Requesting relief AA at 1700 |
| 04/26/2022 14:54:21 | LOBO 31 | ▮ | e/r to SAF 20 min ete |
| 04/26/2022 15:02:10 | SWCC | ▮ | AA relief will be AA 506 from ALM |
| 04/26/2022 15:27:26 | LOBO31 | ▮ | otg saf |
| 04/26/2022 15:27:55 | aa | ▮ | requesting vlat |
| 04/26/2022 15:28:39 | lobo 29 | ▮ | off saf e/r to fire 4sob 2:30fob 20 ete |
| 04/26/2022 15:41:33 | LOBO 29 | ▮ | in contact with AA |
| 04/26/2022 16:02:12 | AA 506 | ▮ | off ALM 2sob 4.5 1 hr ete +AFF |
| 04/26/2022 16:17:00 | LOBO 31 | ▮ | e/r to the fire 3sob 2.f 5 fob |
| 04/26/2022 16:28:26 | LOBO 31 | ▮ | over the fire in contact with AA |
| 04/26/2022 16:30:03 | T 912 | ▮ | VLAT off COS e/r to the fire |
| 04/26/2022 16:35:53 | T912 | ▮ | off COS e/r to the fire 40 ete |
| 04/26/2022 16:57:50 | AA 8NA | ▮ | off the fire e/r to ALM 45 ete  AA 506 is now CP AA |
| 04/26/2022 17:00:52 | LOBO 31 | ▮ | e/r to SAF |
| 04/26/2022 17:11:28 | LOBO 31 | ▮ | landing SAF |
| 04/26/2022 17:18:43 | T 101 | ▮ | Off the fire for a hold in ABQ |
| 04/26/2022 17:19:24 | T 912 | ▮ | off the fire e/r to COS for a hold ete 35 min |
| 04/26/2022 17:20:45 | LOBO 29 | ▮ | e/r to SAF for fuel |
| 04/26/2022 17:28:08 | LOBO 29 | ▮ | Landing SAF |
| 04/26/2022 17:34:27 | LP 42 t | ▮ | Off the fire e/r to ABQ |
| 04/26/2022 17:48:59 | AA | ▮ | Requesting both LOBO helos |
| 04/26/2022 18:14:08 | LOBO 29 | ▮ | off SAF 3sob 2/fob e/r to the fire |
| 04/26/2022 18:20:08 | LOBO 31 | ▮ | Off SAF 4sob 2.5fob 20 min ete |
| 04/26/2022 18:32:59 | LOBO 31 | ▮ | in contact with AA |
| 04/26/2022 18:41:43 | AA 506 | ▮ | off the fire e/r to ALM 1 hr ete |
| 04/26/2022 19:07:48 | LOBO 31 | ▮ | e/r to SAF 20 ete bucket issues. |
| 04/26/2022 19:20:21 | LOBO 31 | ▮ | Landed SAF |
| 04/26/2022 19:44:53 | LOBO 29 | ▮ | e/r back to SAF |
| 04/26/2022 20:09:23 | LOBO 29 | ▮ | OTG SAF |
| 04/26/2022 21:23:31 | Night ops | PL | Night ops, Night Div., 2 engines and Mt. Taylor IHC staffing.  will do tactical firing on FSR10.  Will keep one engine all night.  Will give NM-SFC updates every few hours. |
| 04/27/2022 02:38:39 | Night ops | PL | Night ops completed for tonight.  Completed firing at 0100..  Will monitor for rest of night. |
| 04/27/2022 12:37:33 | LOBO 18 | ▮ ) | OFF SAF > CERRO PELADO 4 SOB 2+0 FOB 0+10 ETE +COMMS CP |
| 04/27/2022 12:41:07 | LOBO 18 | ▮ ) | +COMMS AA |
| 04/27/2022 12:41:39 | LOBO 29 | ▮ ) | OFF SAF > CERRO PELADO 3 SOB 2+0 FOB 0+12 ETE +COMMS CP |
| 04/27/2022 12:51:38 | LOBO 29 | ▮ | +COMMS AA |
| 04/27/2022 14:14:40 | LOBO 18 | ▮ ) | LOBO 18 and LOBO 29 ONTG SAF |
| 04/27/2022 20:00:55 | Night ops | PL | Will be contacting ops for any updates through 2400.; Will only call Santa Fe in case of emergency; |
| 04/28/2022 09:03:16 | E2601 | ▮ | released >> Cuba |

000507

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/28/2022 11:55:43 | AOBD | ▮ | ordering AA for the fire |
| 04/28/2022 12:48:41 | AA 210 | | off DUR e/r to the fire |
| 04/28/2022 13:02:31 | AA 201 | | 10 ete to the fire |
| 04/28/2022 13:17:40 | AA 201 | ▮ | over the fire assuming CP AA |
| 04/28/2022 13:37:22 | 631 | ▮ | BAS |
| 04/28/2022 14:54:39 | AA | | Requesting both LOBO helos |
| 04/28/2022 15:23:36 | LOBO 31 | ▮ | e/r to the fire 4sob 2.5fob 20 ete |
| 04/28/2022 15:55:02 | LOBO 31 | ▮ | Bucket issues e/r to SAF |
| 04/28/2022 16:06:14 | LOBO 31 | | landing SAF |
| 04/28/2022 16:16:05 | AA 5AB | ▮ | 15 minutes from the incident |
| 04/28/2022 16:45:00 | AA 201 | ▮ | off the fire AA 5AB is now CP AA |
| 04/28/2022 17:10:35 | LOBO 55 | ▮ | Landing SAF |
| 04/28/2022 17:57:53 | LOBO 55 | | Off SAF e/r to the fire 4sob 2fob |
| 04/28/2022 18:18:52 | AA | | LOBO 55 bucket issues e/r back to SAF |
| 04/28/2022 18:36:19 | LOBO 31 | ▮ | e/r SAF hold |
| 04/28/2022 18:47:38 | LOBO 31 | ▮ | landing SAF |
| 04/28/2022 18:54:14 | AA 5AB | | Released off the fire e/r to Flagstaff |
| 04/28/2022 19:21:09 | LOBO 55 | | remaining aircraft on the fire. I have about one hour of fuel and would like to FF with SFC |
| 04/28/2022 19:41:39 | LOBO 55 | | off the fire e/r to Santa Fe |
| 04/28/2022 19:51:13 | LOBO 55 | | Landing SAF |
| 04/29/2022 08:22:23 | AOBD | ▮ | Requesting AA over the fire at 0900 and after if they could get with IC on the Freelove and check that out too // copy will relay to AA |
| 04/29/2022 08:36:22 | ▮ | AA-8NA | Relayed request // he'll be heading up shortly |
| 04/29/2022 09:34:08 | Cerro AA | | Requesting 2 T1 helos and are there any scoopers available and do we have permission to scoop out of Chochiti Lake // copy will got those ordered and will find out about approval for the lake |
| 04/29/2022 09:34:31 | ▮ | 3CH | Relayed request // copy well get them out there |
| 04/29/2022 09:35:11 | ▮ | NG | Rlayed request for 1 NG ship // copy |
| 04/29/2022 09:37:01 | ▮ | ABC AC | Is there approval for Chochiti Lake for scoopers  // let me find that out and get back with you |
| 04/29/2022 09:38:38 | ▮ | AOBD Cox | AA form Cerro Pelado would like to know if the scoopers are available // they are |
| 04/29/2022 09:39:11 | Cerro AA | ▮ | Would like to order a LP // copy that will call SWCC |
| 04/29/2022 09:39:45 | ▮ | SWCC | AA from Cerro Pelado would like to order a LP sending the order now // copy that |
| 04/29/2022 09:46:54 | LOBO 31 | | OFF SAF > CERRO PELADO 4 SOB 2+30 FOB 0+20 ETE +COMMS |
| 04/29/2022 09:56:49 | Cerro AA | | Requesting relief over the fore at 1200 // copy that |
| 04/29/2022 09:57:24 | ▮ | SWCC | Relayed request // they'll get AA-4WA you can call ABC and let them know |
| 04/29/2022 09:59:52 | ▮ | ABC AC | Requesting AA-4WA for relief over Cerro Pelado at 1200 // copy that also there is permission for the scoopers to use Chochiti lake they just need to keep track of dips and volume and report that back to Corps. of Eng. POC Trevor 505-263-0249 |
| 04/29/2022 10:00:53 | ▮ | Calf AA | Relayed approval for Chochiti Lake and to keep track of dips and volume |
| 04/29/2022 10:53:18 | Calf AA | ▮ | Status of the scoopers //  kneeboard sent was waiting on lake approval |
| 04/29/2022 11:34:41 | Cerro AA | | Would like to place a hold on the scoppers // copy looks like they are already launched on AFF but I will see if I can stop them |
| 04/29/2022 11:35:35 | ▮ | ▮ | Per AA scoopers ahve been put on a hold is it possible to stop them from launching // they are already launch but will let them know // copy thank you |
| 04/29/2022 11:36:02 | ▮ | Cerro AA | Scoopers are already launched // copy that |
| 04/29/2022 11:37:11 | Cerro AA | | LOBO 31 enrt back to SAF |

000508

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/29/2022 11:40:38 | LOBO 31 | ███ | OFF CERRO PELADO > SAF 0+20 ETE +COMMS |
| 04/29/2022 11:43:14 | LOBO 18 | ███ | OFF SAF > CERRO PELADO 4 SOB 2+30 FOB 0+20 ETE +COMMS |
| 04/29/2022 11:50:49 | LOBO 31 | ███ | ONTG SAF |
| 04/29/2022 16:39:01 | CERRO LO | AG | NEW SMOKE COMING FROM THE ORIGIN OF THE FIRE// ITS MOVING WEST TO CERRO LAJARA |
| 04/30/2022 08:56:57 | ASGS | ███ | Requesting AA up over the fire // copy I'll get a hold of 8NA |
| 04/30/2022 08:57:25 | ███ | AA-8NA | Relayed request // copy we'll get headed that way |
| 04/30/2022 09:54:38 | Cerro AA | ███ | Requesting 1 T1 helo to DIV R // copy will get them your way |
| 04/30/2022 09:56:30 | ███ | 3CH | Relayed request // copy that |
| 04/30/2022 10:07:57 | Cerro AA | ███ | Requesting one more T1 helo to the fire // copy that |
| 04/30/2022 10:08:13 | ███ | ANG | Relayed request |
| 04/30/2022 10:35:03 | LOBO 29 | ███ | OFF SAF > CERRO 4 SOB 2+0 FOB 0+12 ETE +COMMS |
| 04/30/2022 11:00:28 | LOBO 29 | ███ | FF w/ AA |
| 04/30/2022 12:04:07 | LOBO 55 | ███ | OFF SAF > CERRO 4 SOB 2+30 FOB 0+17 +COMMS |
| 04/30/2022 12:04:24 | LOBO 29 | ███ | OFF CERRO > SAF 0+17 ETE +COMMS |
| 04/30/2022 12:12:11 | LOBO 29 | ███ | ONTG SAF |
| 04/30/2022 15:30:50 | LOBO 29 | ███ | OFF CERRO > 4 SOB 0+17 ETE +COMMS |
| 04/30/2022 16:41:36 | LOBO 55 | ███ | ONTG SAF |
| 04/30/2022 16:52:54 | LOBO 29 | ███ | OFF SAF > CERRO 4 SOB 2+0 FOB 0+17 ETE +COMMS |
| 04/30/2022 16:59:14 | LOBO 29 | ███ | FF local |
| 04/30/2022 17:40:22 | LOBO 55 | ███ | OFF SAF > CERRO 4 SOB 1+30 FOB 0+14 ETE +COMMS |
| 04/30/2022 17:46:27 | LOBO 55 | ███ | FF local |
| 04/30/2022 18:05:56 | Cerro AA | ███ | LOBO 55 has a brocken bucket and is heading back to SAF |
| 04/30/2022 18:35:27 | LOBO 55 | ███ | landing SAF |
| 04/30/2022 18:44:59 | LOBO 29 | ███ | OFF CERRO >SAF 0+17 ETE |
| 05/01/2022 08:57:46 | Cerro AA | ███ | Requesting one T1 helicopter // copy will get them sent your way |
| 05/01/2022 08:58:07 | ███ | 3CH | Relayed request // copy |
| 05/01/2022 11:06:58 | Cerro AA | ███ | Requesting a second T1 to the fire // copy will call teh ANG |
| 05/01/2022 11:07:23 | ███ | ANG | Relayed request // we'll get them going that way |
| 05/01/2022 11:07:52 | LOBO 55 | ███ | OFF SAF > CERRO 4 SOB 2+30 FOB 0+15 ETE +COMMS |
| 05/01/2022 11:12:19 | LOBO 55 | ███ | FF w/ AA |
| 05/01/2022 16:19:54 | Cerro AA | ███ | Due to the winds all aircraft have been released from the fire |

| VOR | | ATB | | Helibase | |
|---|---|---|---|---|---|
| 29nm 286° SAF: SANTA FE V | | 44nm 350° ABQ: ALBUQUERQU | | 8nm 132° FEN: FENTON HIL | |
| 44nm 001° ABQ: ALBUQUERQU | | 71nm 265° LVS: LAS VEGAS | | 8nm 134° FEN: FENTON HIL | |
| 45nm 001° ABQ: ALBUQUERQU | | 100nm 134° DRO: DURANGO | | 13nm 246° TA49: TA-49 HEL | |
| 47nm 351° ILT: ISLETA NDB | | 170nm 313° ROW: ROSWELL AT | | 17nm 238° LAM: LOS ALAMOS | |
| 53nm 310° OTO: OTTO VOR | | 179nm 339° ALM: ALAMOGORDO | | 43nm 336° SAND: SANDIA HE | |

**Initial Report On Conditions**
 **Fuels:** ponderosa pine/slash  **Acres:** 40+  **W Speed:** 10-20+  **Dir:** SW  **Slope:** 26-40  **Aspect:** SW
 **Spread:** Very High  **Complexity:** 3  **Jurisdiction:** USFS
 **Structures:** Yes
 **Initial Strategy:** N/A
 **Access:** Hwy 4, FR 10, FR 270
 **Hazards:** Structures north of the fire
**DO Notified:** Yes

**Fire Report Information**
 **Fire #:**  **SubUnit:** D-3  **SubUnit #:**
 **Acres:** 17885  **Size Class:** F  **Elevation:** 8340  **Land Status:** USFS
 **Contain:**  **Control:**  **Out:**
 **Statistical Cause:**  **Specific Cause:**
 **3. IC:** (b) (6), (b) (7)(C)
 **Lat/Long:** 35 46.498 x 106 35.098
 **Cause of Fire:** unknown
 **Character:** Running
 **Est. Size:** 40+
 **Fuel Type:** ponderosa pine/logging slash
 **Adj. Fuels:** ponderosa pine/logging slash
 **Est. Winds:** 10-20
 **Wind Direction:** sw
 **Flame Length:** 8-10
 **Aspect:** SW
 **Slope Percent:** 26-40
 **Topography:** Ridge Top
 **Spread:** Very High 50 + Ac
 **On Scene:** E2601, E692
 **Other Needs:** ICT3
 **Hazards/Values:** structures to the north
 **Jurisdiction:** USFS

**Incident Command Post**
 **Directions:**
  e/r
 **Lat:**  **Lon:**

**WildCAD Incident Card - Santa Fe Interagency Dispatch Center: SNF 2022-49**
*"Cerro Pelado" Wildfire 04/22/2022 15:39:00  Order Number: NM-SNF-000049*
Area 18 (JEMEZ)

**Reporting Party:** CPLO

**Initial Report On Conditions:**
smoke report near FR 270 255 degrees at 2 miles billowy blue/gray smoke strong winds moving east

**Initial Location:**
　　　　Lat: 35°,46',47.82", Lon: 106°,35',26.51",  T18N, R3E, SWNE Sec 23
**Actual Location:**
　　　　Lat: 35°,46',30.01", Lon: 106°,35',3.83",  T18N, R3E, SESE Sec 23

**Dispatcher:** ▮▮▮(b) (6), (b) (7)(C)▮▮▮  **Status:** Open

**Fiscal Codes:** P3PK47-0310
**Web Comment:**
**Timer:** OPEN Timer for Resource
**Timer:** OPEN Timer for Resource AA-8NA
05/06/2022 11:20:55 ▮▮▮ AA-8NA OFF ABQ>PELADO  3 SOB 4.5 FOB 10 ETE +AFF
05/06/2022 11:21:12 ▮▮▮ OK: Registration: N78NA Callsign: N-78NA Speed: 198 knots
Heading: 360° true Altitude: 12,352' msl Make: Rockwell International Model: 690B Lat: 35°
27.2202' Long: -106° 34.2204' Time: 05/06/2022 11:19:55 UTC-0600
05/06/2022 12:01:07 ▮▮▮ Assumed AA ff local
05/06/2022 15:13:06 ▮▮▮ AA-8NA OFF CERRO > ABQ 0+10 ETE +COMMS +AFF
05/06/2022 15:21:03 ▮▮▮ ff W/ abc
05/06/2022 18:13:52 ▮▮▮ AA-8NA OFF ABQ>PELADO 3 SOB 4 FOB 10 ETE +AFF
05/06/2022 18:14:04 ▮▮▮ OK: Registration: N78NA Callsign: N-78NA Speed: 235 knots
Heading: 6° true Altitude: 10,852' msl Make: Rockwell International Model: 690B Lat: 35°
18.4800' Long: -106° 38.4600' Time: 05/06/2022 18:11:43 UTC-0600
**Timer:** OPEN Timer for Resource
**Timer:** OPEN Timer for Resource S-260 Flight
05/08/2022 08:32:40 ▮▮▮ OFF CERRO 2 SOB 4+0 FOB 0+10 ETE +COMMS +AFF
05/08/2022 08:33:04 ▮▮▮ OK: Registration: N389AC Callsign: S-260 Speed: 5 knots Heading:
285° true Altitude: 6,364' msl Make: Bombardier Model: CL-415 Lat: 35° 37.3512' Long: -106°
4.8984' Time: 05/08/2022 08:30:16 UTC-0600
05/08/2022 10:02:38 ▮▮▮ ONTG SAF
**Timer:** OPEN Timer for Resource
**Timer:** OPEN Timer for Resource Firewatch 51 40Y
05/06/2022 13:16:24 TM OK: Registration: N40Y Callsign: N-40Y Speed: 244 knots Heading:
61° true Altitude: 18,113' msl Make: Raytheon Model: A200CT Lat: 35° 42.5700' Long: -106°
43.7304' Time: 05/06/2022 13:13:39 UTC-0600
**Timer:** Closed Timer for Resource AA-5AF
05/06/2022 08:03:08 ▮▮▮ OFF SAF > SAF 2 SOB 4+0 FOB 0+10 ETE +COMMS +AFF
05/06/2022 08:03:31 ▮▮▮ OK: Registration: N145AF Callsign: N-145AF Speed: 151 knots
Heading: 287° true Altitude: 9,461' msl Make: Beechcraft Model: King Air C90A Lat: 35° 40.8198'
Long: -106° 6.5700' Time: 05/06/2022 08:02:14 UTC-0600
05/06/2022 11:34:28 ▮▮▮ ONTG SAF
05/06/2022 15:03:20 ▮▮▮ OFF SAF > CERRO 2 SOB 4+30 FOB 0+10 ETE +COMMS +AFF
05/06/2022 15:03:34 ▮▮▮ OK: Registration: N145AF Callsign: N-145AF Speed: 161 knots
Heading: 279° true Altitude: 12,191' msl Make: Beechcraft Model: King Air C90A Lat: 35°
36.0900' Long: -106° 17.1900' Time: 05/06/2022 15:02:03 UTC-0600
05/06/2022 15:21:21 ▮▮▮ Assuming AA ff local
05/06/2022 18:23:28 ▮▮▮ ONTG SAG

**Timer:** Closed Timer for Resource S-260 Flight
05/06/2022 09:10:53 ███ OFF SAF > CERRO 2 SOB 4+30 FOB 0+5 ETE +COMMS +AFF
05/06/2022 09:11:08 ███ OK: Registration: N389AC Callsign: S-260 Speed: 129 knots Heading:
301° true Altitude: 6,856' msl Make: Bombardier Model: CL-415 Lat: 35° 36.0744' Long: -106°
14.5548' Time: 05/06/2022 09:09:05 UTC-0600
05/06/2022 17:20:47 ███ ONTG SAF
**Timer:** Closed Timer for Resource AA-8NA
05/08/2022 11:11:27 ███ AA-8NA OFF ABQ > CERRO 2 SOB 4.5 FOB +10 ETE +AFF
05/08/2022 11:11:39 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 268 knots
Heading: 17° true Altitude: 12,857' msl Make: Rockwell International Model: 690B Lat: 35°
14.8002' Long: -106° 39.6096' Time: 05/08/2022 11:10:22 UTC-0600
05/08/2022 11:23:25 ███ Assuming AA FF local
05/08/2022 14:28:39 ███ AA-8NA OFF CERRO > ABQ 0+13 ETE +COMMS +AFF
05/08/2022 14:28:45 ███ FF w/ ABC
**Timer:** Closed Timer for Resource N400DS AA210
04/28/2022 12:48:15 ███ OK: off Durango e/r Cerro Pelado
04/28/2022 13:03:05 ███ OK:
04/28/2022 13:03:09 ███ OK: 10 min ete
04/28/2022 13:14:38 ███ OK: over the fire
04/28/2022 13:14:44 ███ OK:
04/28/2022 13:44:07 ███ OK:
04/28/2022 14:14:16 ███ OK:
04/28/2022 14:44:07 ███ OK:
04/28/2022 15:12:48 ███ OK:
04/28/2022 15:57:03 ███ OK:
04/28/2022 16:25:37 ███ OK:
04/28/2022 16:44:30 ███ OK: Off the fire e/r Durango 1:30fob 25 ete
04/28/2022 17:00:25 ███ OK:
04/28/2022 17:00:39 ███ OK: Registration: N400DS Callsign: N-400DS Speed: 213 knots
Heading: 324° true Altitude: 12,791' msl Make: Rockwell Model: 690B Lat: 36° 37.0902' Long:
-107° 11.7900' Time: 04/28/2022 16:59:36 UTC-0600
04/28/2022 17:08:26 ███ OK: FF with Durango Dispatch
**Timer:** Closed Timer for Resource N985AB
04/28/2022 16:07:50 ███ OK: e/r to the incident 2sob 4.5fob
04/28/2022 16:22:18 ███ OK: Registration: N985AB Callsign: N-985AB Speed: 240 knots
Heading: 81° true Altitude: 15,911' msl Make: Beechcraft Model: C90A Lat: 35° 42.7128' Long:
-107° 26.4900' Time: 04/28/2022 16:20:31 UTC-0600
04/28/2022 16:37:10 ███ OK: over the fire
04/28/2022 17:08:38 ███ OK:
04/28/2022 17:53:05 ███ OK:
04/28/2022 18:39:07 ███ OK:
04/28/2022 18:54:36 ███ OK: Released e/r to Flagstaff 2s 2fob 1hr ete
04/28/2022 18:54:46 ███ OK: FF with ABC
**Timer:** Closed Timer for Resource B-9
05/05/2022 12:57:32 ███ OFF SAF > CERRO 2 SOB 4+30 FOB 0+10 ETE +COMMS +AFF
05/05/2022 12:59:23 ███ OK: Registration: N42FC Callsign: LP-2FC Speed: 161 knots
Heading: 305° true Altitude: 9,415' msl Make: Raytheon Model: B200 Lat: 35° 35.7396' Long:
-106° 9.5076' Time: 05/05/2022 12:56:50 UTC-0600
05/05/2022 13:49:12 ███ FF w/ AA
05/05/2022 14:42:16 ███ ONTG SAF
**Timer:** Closed Timer for Resource 8MB
05/05/2022 14:07:11 ███ OFF SAF > H17 3 SOB 2+30 0+20 ETE +COMMS +AFF
05/05/2022 14:07:13 ███ OK: Registration: N417SH Callsign: LP-7SH Speed: 162 knots
Heading: 81° true Altitude: 8,825' msl Make: Beechcraft Model: King Air 90 Lat: 35° 39.2364'
Long: -106° 7.2264' Time: 05/05/2022 13:54:10 UTC-0600
05/05/2022 17:01:30 ███ OK: ONTG SAF

**Timer:** Closed Timer for Resource 7HE

04/23/2022 08:22:43 ███ OK:

04/23/2022 08:25:53 ███ OK: Registration: N7HE Callsign: H-7HE Speed: 94 knots Heading: 26° true Altitude: 9,074' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 44.5722' Long: -106° 36.1380' Time: 04/23/2022 08:24:59 UTC-0600

04/23/2022 08:29:09 ███ > Cerro Pelado 4 SOB 2+30 FOB 0+15 ETE +AFF +COMMS

04/23/2022 08:40:03 ███ OK:

04/23/2022 09:20:04 ███ OK: Registration: N7HE Callsign: H-7HE Speed: 76 knots Heading: 151° true Altitude: 9,140' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 46.0236' Long: -106° 35.3034' Time: 04/23/2022 09:17:46 UTC-0600

04/23/2022 09:59:31 ███ ONTG TA-49

**Timer:** Closed Timer for Resource FW-51

04/23/2022 11:06:12 ███ OK: Registration: N40Y Callsign: N-40Y Speed: 272 knots Heading: 63° true Altitude: 17,558' msl Make: Raytheon Model: A200CT Lat: 35° 29.0100' Long: -107° 16.3398' Time: 04/23/2022 11:05:11 UTC-0600

04/23/2022 11:07:09 ███ FW-51(N40Y) off FFZ>>Cerro Pelado 3.0 SOB 4.0 FOB +2 ETE +AFF Comms Natl

04/23/2022 17:27:57 ███ > FALCON 1+15 ETE +COMMS +AFF

04/23/2022 17:28:24 ███ OK: Registration: N40Y Callsign: N-40Y Speed: 178 knots Heading: 244° true Altitude: 16,682' msl Make: Raytheon Model: A200CT Lat: 36° 6.5298' Long: -105° 30.5202' Time: 04/23/2022 17:26:40 UTC-0600

04/23/2022 17:44:01 ███ FF ABQ

**Timer:** Closed Timer for Resource 0HT

05/06/2022 13:14:09 TM OK: Registration: N720HT Callsign: HT-720HT Speed: 103 knots Heading: 111° true Altitude: 7,237' msl Make: Sikorsky Model: CH-54B Lat: 35° 40.1898' Long: -106° 28.7304' Time: 05/06/2022 13:11:55 UTC-0600

**Timer:** Closed Timer for Resource AA-5AF

05/07/2022 07:54:20 ███ OFF SAF > CERRO 2 SOB 4+0 FOB 0+5 ETE +COMMS +AFF

05/07/2022 07:54:32 ███ OK: Registration: N145AF Callsign: N-145AF Speed: 165 knots Heading: 284° true Altitude: 10,770' msl Make: Beechcraft Model: King Air C90A Lat: 35° 43.7202' Long: -106° 21.8202' Time: 05/07/2022 07:51:50 UTC-0600

05/07/2022 07:56:11 ███ Assuming AA ff local

05/07/2022 11:32:18 ███ OFF CERRO > SAF 0+5 ETE +COMMS +AFF

05/07/2022 11:32:30 ███ OK: Registration: N127HJ Callsign: N-127HJ Speed: 170 knots Heading: 55° true Altitude: 12,631' msl Make: Rockwell International Model: 690B Lat: 35° 50.2416' Long: -106° 29.7780' Time: 05/07/2022 11:31:02 UTC-0600

05/07/2022 11:48:44 ███ ONTG SAF

05/07/2022 14:44:48 ███ OFF SAF > CERRO 2 SOB 4+0 FOB 0+5 ETE +COMMS +AFF

05/07/2022 14:46:30 ███ OK: Registration: N145AF Callsign: N-145AF Speed: 147 knots Heading: 283° true Altitude: 9,465' msl Make: Beechcraft Model: King Air C90A Lat: 35° 35.6298' Long: -106° 10.8396' Time: 05/07/2022 14:44:44 UTC-0600

05/07/2022 14:55:50 ███ Assumed AA ff local

05/07/2022 17:18:43 ███ OFF CERRO > SAF 0+7 ETE +COMMS +AFF

05/07/2022 17:18:54 ███ OK: Registration: N145AF Callsign: N-145AF Speed: 198 knots Heading: 115° true Altitude: 12,339' msl Make: Beechcraft Model: King Air C90A Lat: 35° 39.7902' Long: -106° 27.8802' Time: 05/07/2022 17:16:05 UTC-0600

05/07/2022 17:27:16 ███ ONTG SAF

**Timer:** Closed Timer for Resource S-260 Flight

05/07/2022 08:39:27 ███ OFF SAF > CERRO 2 SOB 5+0 FOB 0+10 ETE +COMMS +AFF

05/07/2022 08:39:40 ███ OK: Registration: N389AC Callsign: S-260 Speed: 81 knots Heading: 214° true Altitude: 6,364' msl Make: Bombardier Model: CL-415 Lat: 35° 37.4238' Long: -106° 4.9758' Time: 05/07/2022 08:37:07 UTC-0600

05/07/2022 14:46:43 ███ ONTG SAF

**Timer:** Closed Timer for Resource 8MB
05/07/2022 10:43:42 ██ OFF SAF > CERRO 3 SOB 2+12 FOB 0+18 ETE +COMMS +AFF
05/07/2022 10:43:56 ██ OK: Registration: N118MB Callsign: H-118MB Speed: 115 knots
Heading: 307° true Altitude: 7,375' msl Make: Eurocopter Model: AS-350B3 Lat: 35° 43.7436'
Long: -106° 14.4396' Time: 05/07/2022 10:41:43 UTC-0600
05/07/2022 12:25:44 ██ ONTG SAF
**Timer:** Closed Timer for Resource 0HT
05/07/2022 10:45:10 ██ OFF SAF > CERRO 2 SOB 2+25 FOB 0+5 ETE +COMMS +AFF
05/07/2022 10:45:24 ██ OK: Registration: N720HT Callsign: HT-720HT Speed: 91 knots
Heading: 268° true Altitude: 6,610' msl Make: Sikorsky Model: CH-54B Lat: 35° 36.9102' Long:
-106° 5.4696' Time: 05/07/2022 10:42:43 UTC-0600
05/07/2022 12:25:29 ██ FF w/ AA
05/07/2022 12:25:34 ██ ONTG SAF
**Timer:** Closed Timer for Resource AA-303
05/07/2022 11:18:07 ██ AA-303 OFF ABQ>PELADO 3 SOB 4.5 FOB 15 ETE +AFF
05/07/2022 11:18:23 ██ OK: Registration: N127HJ Callsign: N-127HJ Speed: 181 knots
Heading: 354° true Altitude: 9,743' msl Make: Rockwell International Model: 690B Lat: 35°
10.7874' Long: -106° 35.0928' Time: 05/07/2022 11:17:02 UTC-0600
05/07/2022 14:55:28 ██ AA-303 OFF CALF > ABQ 0+15 ETE +COMMS +AFF
05/07/2022 17:16:03 ██ ONTG ABQ
**Timer:** Closed Timer for Resource AA-5AF
05/08/2022 08:06:28 ██ OFF SAF > CERRO 2 SOB 4+0 FOB 0+5 ETE +COMMS +AFF
05/08/2022 08:06:42 ██ OK: Registration: N145AF Callsign: N-145AF Speed: 149 knots
Heading: 321° true Altitude: 10,741' msl Make: Beechcraft Model: King Air C90A Lat: 35°
37.7400' Long: -106° 15.5802' Time: 05/08/2022 08:03:36 UTC-0600
05/08/2022 08:14:38 ██ Assuming AA ff local
05/08/2022 11:22:54 ██ OFF CERRO > SAF 0+5 ETE +COMMS +AFF
05/08/2022 11:34:30 ██ ONTG SAF
**Timer:** Closed Timer for Resource AA-8NA
04/23/2022 11:14:32 ██ A-8NA OFF ALM EN ROUTE CERRO PELADO 0+1 MIN ETE 2 SOB
4+0 FOB// +AFF// POS COMS ON NATL
04/23/2022 11:14:47 ██ OK: Registration: N78NA Callsign: N-78NA Speed: 147 knots
Heading: 255° true Altitude: 11,577' msl Make: Rockwell International Model: 690B Lat: 35°
45.2202' Long: -106° 30.9702' Time: 04/23/2022 11:13:14 UTC-0600
04/23/2022 17:27:28 ██ ONTG ABQ
**Timer:** Closed Timer for Resource AA-8NA
04/24/2022 09:18:08 ██ AA8NA OFF ABQ  3 SOB 4.15 FOB 5 ETA T CERRO PELADO +AFF
04/24/2022 09:18:20 ██ OK: Registration: N78NA Callsign: N-78NA Speed: 225 knots
Heading: 357° true Altitude: 11,532' msl Make: Rockwell International Model: 690B Lat: 35°
34.7802' Long: -106° 34.5696' Time: 04/24/2022 09:16:34 UTC-0600
04/24/2022 09:34:09 ██ OK:
04/24/2022 09:43:49 ██ FF local
04/24/2022 10:00:31 ██ Registration: N78NA Callsign: N-78NA Speed: 167 knots
Heading: 261° true Altitude: 11,541' msl Make: Rockwell International Model: 690B Lat: 35°
45.0900' Long: -106° 32.2998' Time: 04/24/2022 09:58:46 UTC-0600
04/24/2022 11:56:11 ██ AA-8NA OFF CERRO > ABQ  0+110 ETE +AFF +COMMS LOCAL
04/24/2022 11:56:30 ██ OK: Registration: N78NA Callsign: N-78NA Speed: 190 knots
Heading: 185° true Altitude: 11,692' msl Make: Rockwell International Model: 690B Lat: 35°
34.9500' Long: -106° 32.0700' Time: 04/24/2022 11:53:42 UTC-0600
04/24/2022 11:56:36 ██ FF ABC
**Timer:** Closed Timer for Resource H-7HE
04/24/2022 12:30:54 ██ 7HE > TA-49 4 SOB 1+45 FOB +AFF -COMMS
04/24/2022 12:31:28 ██ OK: Registration: N7HE Callsign: H-7HE Speed: 0 knots Heading:
247° true Altitude: 10,065' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 47.0520' Long:
-106° 32.9874' Time: 04/24/2022 11:23:23 UTC-0600
04/24/2022 12:37:13 ██ ONTG TA-49

**Timer:** Closed Timer for Resource N40Y
04/25/2022 11:50:53 ▓▓ OK: e/r to the Cerro Pelado fire from the Crooks fire in AZ
04/25/2022 11:51:15 ▓▓ OK: Registration: N40Y Callsign: N-40Y Speed: 250 knots Heading:
74° true Altitude: 17,739' msl Make: Raytheon Model: A200CT Lat: 35° 2.5704' Long: -109°
52.1304' Time: 04/25/2022 11:49:49 UTC-0600
04/25/2022 12:04:22 ▓▓ OK:
04/25/2022 12:16:28 ▓▓ OK:
04/25/2022 12:17:24 ▓▓ OK: Registration: N40Y Callsign: N-40Y Speed: 258 knots Heading:
72° true Altitude: 17,709' msl Make: Raytheon Model: A200CT Lat: 35° 27.6498' Long: -107°
48.1698' Time: 04/25/2022 12:14:46 UTC-0600
04/25/2022 12:32:02 ▓▓ OK:
04/25/2022 12:42:29 ▓▓ OK: over the fire
04/25/2022 12:56:13 ▓▓ OK:
04/25/2022 13:08:27 ▓▓ OK:
04/25/2022 13:09:00 ▓▓ OK: departing Cerro Pelado Fire to Calf Canyon Fire
04/25/2022 13:16:25 ▓▓ OK: in contact with AA
04/25/2022 13:31:09 ▓▓ OK: over the fire
04/25/2022 13:46:07 ▓▓ OK:
04/25/2022 13:56:52 ▓▓ OK:
04/25/2022 13:57:47 ▓▓ OK: e/r to SAF 10 ete
04/25/2022 14:10:34 ▓▓ OK: OTG SAF
04/25/2022 14:25:11 ▓▓ OK:
04/25/2022 14:38:17 ▓▓ OK:
04/25/2022 14:48:40 ▓▓ OK:
04/25/2022 15:03:13 ▓▓ OK:
04/25/2022 15:19:04 ▓▓ OK:
04/25/2022 15:35:04 ▓▓ OK:
04/25/2022 15:52:22 ▓▓ OK:
04/25/2022 16:08:12 ▓▓ OK:
04/25/2022 16:24:55 ▓▓ OK:
04/25/2022 16:30:50 ▓▓ OK: FF with ABC
**Timer:** Closed Timer for Resource H 7HE
04/25/2022 12:48:04 ▓▓ OK: e/r the fire 3sob 1:55 fob 5 ete +AFF
04/25/2022 12:48:46 ▓▓ OK: Registration: N7HE Callsign: H-7HE Speed: 80 knots Heading:
267° true Altitude: 8,694' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 49.3518' Long:
-106° 20.6466' Time: 04/25/2022 12:46:38 UTC-0600
04/25/2022 13:03:41 ▓▓ OK: over the fire
04/25/2022 13:13:31 ▓▓ OK:
04/25/2022 13:20:45 ▓▓ OK:
04/25/2022 13:31:30 ▓▓ OK:
04/25/2022 13:46:03 ▓▓ OK:
04/25/2022 13:48:51 ▓▓ OK: OTG TA 49
04/25/2022 16:52:38 ▓▓ OK: e/r from Cooks Peak fire to TA49
04/25/2022 17:02:38 ▓▓ OK: Registration: N7HE Callsign: H-7HE Speed: 119 knots Heading:
239° true Altitude: 9,481' msl Make: Aerospatiale Model: AS-350B3 Lat: 36° 1.2102' Long: -105°
45.9846' Time: 04/25/2022 17:01:13 UTC-0600
04/25/2022 17:05:52 ▓▓ OK: 10 ete to TA 49
04/25/2022 17:20:36 ▓▓ OK:
04/25/2022 17:20:39 ▓▓ OK:
04/25/2022 17:20:56 ▓▓ OK: Landing TA 49
**Timer:** Closed Timer for Resource N78NA
04/25/2022 13:01:51 ▓▓ OK: Off ABQ e/r to the fire 10ete +AFF
04/25/2022 13:02:01 ▓▓ OK: Registration: N78NA Callsign: N-78NA Speed: 167 knots
Heading: 360° true Altitude: 8,730' msl Make: Rockwell International Model: 690B Lat: 35°
5.8698' Long: -106° 33.6102' Time: 04/25/2022 13:00:06 UTC-0600
04/25/2022 13:13:04 ▓▓ OK: over the fire
04/25/2022 13:28:03 ▓▓ OK:
04/25/2022 13:43:36 ▓▓ OK:
04/25/2022 13:52:03 ▓▓ OK:
04/25/2022 14:08:03 ▓▓ OK:
04/25/2022 14:23:10 ▓▓ OK:
04/25/2022 14:38:04 ▓▓ OK:
04/25/2022 14:48:32 ▓▓ OK:
04/25/2022 14:53:24 ▓▓ OK: Registration: N7HE Callsign: H-7HE Speed: 125 knots Heading:
46° true Altitude: 7,762' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 55.5018' Long: -105°
57.7284' Time: 04/25/2022 14:50:37 UTC-0600

04/25/2022 15:08:12 ■■■ OK:
04/25/2022 15:23:11 ■■■ OK:
04/25/2022 15:36:02 ■■■ OK:
04/25/2022 15:46:54 ■■■ OK:
04/25/2022 16:01:01 ■■■ OK:
04/25/2022 16:01:04 ■■■ OK:
04/25/2022 16:16:04 ■■■ OK:
04/25/2022 16:31:15 ■■■ OK:
04/25/2022 16:46:11 ■■■ OK:
04/25/2022 17:01:06 ■■■ OK:
04/25/2022 17:11:38 ■■■ OK:
04/25/2022 17:21:22 ■■■ OK: FF with ABQ
**Timer:** Closed Timer for Resource N364WA
04/25/2022 16:57:04 ■■■ OK: e/r to the fire from ABQ
04/25/2022 17:04:05 ■■■ OK: Registration: N364WA Callsign: N-364WA Speed: 159 knots Heading: 356° true Altitude: 8,329' msl Make: Aero Commander Model: 690B Lat: 35° 5.6700' Long: -106° 33.6504' Time: 04/25/2022 17:02:53 UTC-0600
04/25/2022 17:04:39 ■■■ OK: 2sob 4.3 fob 10 ete
04/25/2022 17:15:01 ■■■ OK: Tied in with AA and is over the fire
04/25/2022 17:30:05 ■■■ OK:
04/25/2022 17:43:45 ■■■ OK:
04/25/2022 17:58:11 ■■■ OK:
04/25/2022 18:11:35 ■■■ OK:
04/25/2022 18:27:19 ■■■ OK:
04/25/2022 18:42:08 ■■■ OK:
04/25/2022 18:55:18 ■■■ OK: off the fire e/r to ABQ 15ete
04/25/2022 19:04:18 ■■■ OK: FF with ABC
**Timer:** Closed Timer for Resource H-7HE
04/26/2022 12:37:52 ■■■ OK: Registration: N7HE Callsign: H-7HE Speed: 111 knots Heading: 258° true Altitude: 9,845' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 48.1800' Long: -106° 29.9982' Time: 04/26/2022 12:35:49 UTC-0600
04/26/2022 12:38:56 ■■■ OFF TA-49 > CERRO PELADO (on scene) 3 SOB 1+45 FOB 0+5 ETE +AFF +COMMS CP
04/26/2022 12:43:19 ■■■ ONTG 860 configuring for RECON
04/26/2022 13:10:33 ■■■ Started RECON 4 SOB 2+0 FOB Planning one hour +AFF +COMMS
04/26/2022 13:10:47 ■■■ OK: Registration: N7HE Callsign: H-7HE Speed: 65 knots Heading: 223° true Altitude: 9,458' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 46.6242' Long: -106° 36.4362' Time: 04/26/2022 13:07:53 UTC-0600
04/26/2022 13:36:32 ■■■ OK:
04/26/2022 13:36:42 ■■■ OK: over the fire
04/26/2022 13:51:32 ■■■ OK:
04/26/2022 13:55:17 ■■■ OK: e/r to TA 49 10min ete
04/26/2022 14:04:02 ■■■ OK: landed TA 49
**Timer:** Closed Timer for Resource AA 8NA
04/26/2022 14:00:07 ■■■ OK: 3sob 4.5fob 10ete +AFF
04/26/2022 14:00:17 ■■■ OK: Registration: N78NA Callsign: N-78NA Speed: 252 knots Heading: 9° true Altitude: 11,712' msl Make: Rockwell International Model: 690B Lat: 35° 25.9902' Long: -106° 39.4500' Time: 04/26/2022 13:58:34 UTC-0600
04/26/2022 14:10:18 ■■■ OK:
04/26/2022 14:21:53 ■■■ OK: over the fire
04/26/2022 14:36:14 ■■■ OK:
04/26/2022 14:51:08 ■■■ OK:
04/26/2022 15:01:13 ■■■ OK:
04/26/2022 15:01:22 ■■■ OK:
04/26/2022 15:31:23 ■■■ OK:
04/26/2022 15:43:20 ■■■ OK:
04/26/2022 16:06:44 ■■■ OK:
04/26/2022 16:25:54 ■■■ OK:
04/26/2022 16:55:13 ■■■ OK:
04/26/2022 16:57:03 ■■■ OK: e/r to ALM 45 ete
04/26/2022 16:59:22 ■■■ OK: FF with ABC

**Timer:** Closed Timer for Resource AA-8NA

04/27/2022 10:23:35 ███ AA-8NA OFF ABQ>PELADO 3 SOB 3.25 FOB 5 ETE +AFF +COMMS

04/27/2022 10:23:46 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 254 knots Heading: 343° true Altitude: 11,748' msl Make: Rockwell International Model: 690B Lat: 35° 38.2500' Long: -106° 34.1400' Time: 04/27/2022 10:22:41 UTC-0600

04/27/2022 16:36:53 ███ ONTG ABQ

**Timer:** Closed Timer for Resource AA-4WA

04/27/2022 14:11:09 ███ AA-4WA OFF ABQ > CERRO 3 SOB 3+45 FOB 0+5 ETE +COMMS LOCAL +AFF

04/27/2022 14:11:25 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 235 knots Heading: 15° true Altitude: 12,201' msl Make: Aero Commander Model: 690B Lat: 35° 28.6500' Long: -106° 38.3298' Time: 04/27/2022 14:08:19 UTC-0600

04/27/2022 16:36:42 ███ Assumed AA ff local

04/27/2022 17:50:53 ███ AA-4WA OFF CERRO > ABQ 0+13 ETE +AFF +COMMS LOCAL

04/27/2022 17:51:07 ███ FF ABC

**Timer:** Closed Timer for Resource AA-8NA

04/29/2022 09:00:09 ███ AA-8NA OFF ABQ>PELADO 3 SOB 4.5 FOB 10 ETE +AFF

04/29/2022 09:00:21 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 171 knots Heading: 358° true Altitude: 8,097' msl Make: Rockwell International Model: 690B Lat: 35° 6.3798' Long: -106° 34.0800' Time: 04/29/2022 08:57:52 UTC-0600

04/29/2022 09:16:14 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 190 knots Heading: 201° true Altitude: 11,869' msl Make: Rockwell International Model: 690B Lat: 35° 46.8900' Long: -106° 26.0100' Time: 04/29/2022 09:14:52 UTC-0600

04/29/2022 09:25:41 ███ AA-8NA OFF ABQ>PELADO 3 SOB 4.5 FOB 10 ETE +AFF

04/29/2022 09:28:53 ███ Disregard last

04/29/2022 12:07:41 ███ AA-8NA OFF CERRO > ABQ 0+10 ETE +COMMS LOCAL +AFF

04/29/2022 12:51:45 ███ ONTG ABQ

**Timer:** Closed Timer for Resource L-7 (t)

04/29/2022 11:12:58 ███ Lead 7(t) > Cerro Pelado 3 SOB 3 15 FOB 5 ETE +AFF +COMMS

04/29/2022 11:13:14 ███ OK: Registration: N162GC Callsign: LP-2GC Speed: 264 knots Heading: 78° true Altitude: 17,391' msl Make: Beechcraft Model: B200 Lat: 35° 48.5880' Long: -106° 59.4840' Time: 04/29/2022 11:11:34 UTC-0600

04/29/2022 11:41:30 ███ OFF CERRO > ABQ +COMMS w/ ABC

**Timer:** Closed Timer for Resource AA-4WA

04/29/2022 11:53:11 ███ AA-4WA OFF ABQ> PELADO 3 SOB 4.5 FOB 15 ETE PELADO + AFF

04/29/2022 11:53:20 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 221 knots Heading: 10° true Altitude: 13,175' msl Make: Aero Commander Model: 690B Lat: 35° 28.2900' Long: -106° 32.9802' Time: 04/29/2022 11:51:21 UTC-0600

04/29/2022 12:52:05 ███ AA-4WA OFF CERRO > ABQ 0+12 ETE +AFF +COMMS LOCAL

04/29/2022 12:52:17 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 184 knots Heading: 189° true Altitude: 11,115' msl Make: Aero Commander Model: 690B Lat: 35° 42.6198' Long: -106° 31.3602' Time: 04/29/2022 12:51:00 UTC-0600

04/29/2022 13:51:13 ███ ONTG ABQ

**Timer:** Closed Timer for Resource AA-8NA

04/30/2022 09:36:30 ███ AA-8NA OFF ABQ > PELADO 3 SOB 4.30 FOB 5 ETE +AFF +COMMS

04/30/2022 09:36:43 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 184 knots Heading: 358° true Altitude: 10,482' msl Make: Rockwell International Model: 690B Lat: 35° 26.5800' Long: -106° 33.6900' Time: 04/30/2022 09:35:01 UTC-0600

04/30/2022 09:43:08 ███ Assuming Cerro AA ff local

04/30/2022 12:45:59 ███ AA-8NA OFF CALF > ABQ 010 ETE +AFF +COMMS

04/30/2022 12:46:12 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 221 knots Heading: 177° true Altitude: 11,689' msl Make: Rockwell International Model: 690B Lat: 35° 37.1604' Long: -106° 34.8402' Time: 04/30/2022 12:44:06 UTC-0600

04/30/2022 12:46:19 ███ FF w/ ABC

04/30/2022 15:10:01 ███ AA-8NA ABQ>CERRO PLADO 3 SOB 4+30 FOB 0+10ETE +AFF +COMMS

04/30/2022 15:10:14 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 186 knots Heading: 1° true Altitude: 12,522' msl Make: Rockwell International Model: 690B Lat: 35° 18.6600' Long: -106° 33.6504' Time: 04/30/2022 15:07:18 UTC-0600

04/30/2022 16:38:48 ███ Assumed AA ff local

04/30/2022 18:00:17 ███ AA-8NA OFF CERRO> ABQ 0 +10 ETE +COMMS +AFF

04/30/2022 18:00:29 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 217 knots Heading: 185° true Altitude: 11,197' msl Make: Rockwell International Model: 690B Lat: 35° 28.5600' Long: -106° 33 1902' Time: 04/30/2022 17:58:11 UTC-0600

04/30/2022 18:01:12 ███ FF w/ ABC

000517

**Timer:** Closed Timer for Resource T-101
04/26/2022 14:44:33 ▆▆ OK: ..
04/26/2022 14:59:08 ▆▆ OK:
04/26/2022 15:01:02 ▆▆ OK: over the fire
04/26/2022 15:14:31 ▆▆ OK:
04/26/2022 15:15:28 ▆▆ OK: 3sob 3fob
04/26/2022 15:24:58 ▆▆ OK:
04/26/2022 15:49:51 ▆▆ OK:
04/26/2022 16:19:16 ▆▆ OK:
04/26/2022 16:50:17 ▆▆ OK:
04/26/2022 17:18:21 ▆▆ OK: Off the fire for a hold
04/26/2022 17:21:57 ▆▆ OK: FF with ABC
**Timer:** Closed Timer for Resource T-102
04/26/2022 14:44:53 ▆▆ OK: ...
04/26/2022 14:59:06 ▆▆ OK: ei
04/26/2022 15:09:44 ▆▆ OK: Off ABQ
04/26/2022 15:24:46 ▆▆ OK: over the fire
04/26/2022 15:24:51 ▆▆ OK:
04/26/2022 15:49:55 ▆▆ OK:
04/26/2022 16:19:11 ▆▆ OK:
04/26/2022 16:25:25 ▆▆ OK:
04/26/2022 16:55:15 ▆▆ OK:
04/26/2022 17:25:07 ▆▆ OK:
04/26/2022 17:28:49 ▆▆ OK: FF with ABC
**Timer:** Closed Timer for Resource Lead 42 t
04/26/2022 14:45:12 ▆▆ OK: ...
04/26/2022 14:48:24 ▆▆ OK: off abq 2sob 6fob 20 ete
04/26/2022 15:00:48 ▆▆ OK: on the fire
04/26/2022 15:00:49 ▆▆ OK:
04/26/2022 15:14:05 ▆▆ OK:
04/26/2022 15:25:06 ▆▆ OK:
04/26/2022 15:49:43 ▆▆ OK:
04/26/2022 16:19:13 ▆▆ OK:
04/26/2022 16:50:14 ▆▆ OK:
04/26/2022 17:20:28 ▆▆ OK:
04/26/2022 17:34:05 ▆▆ OK: FF with ABC
**Timer:** Closed Timer for Resource AA-506
04/26/2022 16:02:42 ▆▆ OK: off ALM 2sob 4.5fob 1hr ete +AFF
04/26/2022 16:04:13 ▆▆ OK: Registration: N690HB Callsign: N-690HB Speed: 223 knots
Heading: 360° true Altitude: 12,939' msl Make: Aero Commander Model: 690A Lat: 33° 14.7798'
Long: -105° 59.1702' Time: 04/26/2022 16:02:42 UTC-0600
04/26/2022 16:19:07 ▆▆ OK:
04/26/2022 16:20:25 ▆▆ OK: Registration: N690HB Callsign: N-690HB Speed: 192 knots
Heading: 348° true Altitude: 12,804' msl Make: Aero Commander Model: 690A Lat: 34° 17.6898'
Long: -106° 1.1304' Time: 04/26/2022 16:19:42 UTC-0600
04/26/2022 16:35:14 ▆▆ OK: Registration: N690HB Callsign: N-690HB Speed: 198 knots
Heading: 347° true Altitude: 12,867' msl Make: Aero Commander Model: 690A Lat: 34° 59.5302'
Long: -106° 15.0396' Time: 04/26/2022 16:32:29 UTC-0600
04/26/2022 16:41:23 ▆▆ OK: Registration: N690HB Callsign: N-690HB Speed: 202 knots
Heading: 348° true Altitude: 12,831' msl Make: Aero Commander Model: 690A Lat: 35° 18.6102'
Long: -106° 21.7998' Time: 04/26/2022 16:38:20 UTC-0600
04/26/2022 16:47:51 ▆▆ OK: in contact with AA over the fire
04/26/2022 16:47:57 ▆▆ OK:
04/26/2022 17:29:36 ▆▆ OK: over the fire
04/26/2022 18:14:03 ▆▆ OK:
04/26/2022 18:46:42 ▆▆ OK: FF with ABC
04/26/2022 18:46:43 ▆▆ OK:

**Timer:** Closed Timer for Resource T-912
04/26/2022 16:28:42 ██ OK: off COS e/r to the fire
04/26/2022 16:29:04 ██ OK: Registration: N522AX Callsign: T-912 Speed: 259 knots Heading: 179° true Altitude: 8,900' msl Make: Douglas Model: DC-10-30 Lat: 38° 42.2988' Long: -104° 42.8922' Time: 04/26/2022 16:27:54 UTC-0600
04/26/2022 16:35:35 ██ OK: 3sob 3fob 40ete +AFF
04/26/2022 17:05:28 ██ OK: over the fire
04/26/2022 17:29:04 ██ OK:
04/26/2022 17:29:13 ██ OK: Registration: N522AX Callsign: T-912 Speed: 397 knots Heading: 35° true Altitude: 15,951' msl Make: Douglas Model: DC-10-30 Lat: 37° 6.2184' Long: -105° 31.6194' Time: 04/26/2022 17:28:21 UTC-0600
**Timer:** Closed Timer for Resource AA-5AB
04/30/2022 12:19:01 ██ AA-5AB > Cerra Pelado 2-SOB, 3+50-FOB, 10 ETE +AFF
04/30/2022 12:19:27 ██ OK: Registration: N985AB Callsign: N-985AB Speed: 211 knots Heading: 81° true Altitude: 15,780' msl Make: Beechcraft Model: C90A Lat: 35° 44.5872' Long: -107° 10.5612' Time: 04/30/2022 12:16:51 UTC-0600
04/30/2022 13:44:13 ██ Assumed CERRO AA ff local
04/30/2022 15:17:55 ██ AA-5AB OFF CERRO > ABQ 2 SOB 1+30 FOB 0+15 ETE +COMSS +AFF
04/30/2022 15:18:15 ██ OK: Registration: N985AB Callsign: N-985AB Speed: 145 knots Heading: 177° true Altitude: 11,515' msl Make: Beechcraft Model: C90A Lat: 35° 43.9230' Long: -106° 31.2924' Time: 04/30/2022 15:16:55 UTC-0600
04/30/2022 16:38:36 ██ ONTG ABQ
04/30/2022 18:00:42 ██ AA-5AB^ABQ>CERRO PELADO 2 SOB 4+5 FOB 0+15 ETE+COMMS +AFF
04/30/2022 18:00:53 ██ OK: Registration: N985AB Callsign: N-985AB Speed: 167 knots Heading: 314° true Altitude: 11,843' msl Make: Beechcraft Model: C90A Lat: 35° 42.1566' Long: -106° 32.9916' Time: 04/30/2022 17:58:40 UTC-0600
04/30/2022 18:01:04 ██ Assuming AA ff local
04/30/2022 19:30:27 ██ FF w/ ABC
**Timer:** Closed Timer for Resource AA-8NA
05/01/2022 08:21:01 ██ AA-8NA OFF ABQ > PELADO 3 SOB 4+15 FOB 0+5 ETE +AFF +COMMS
05/01/2022 08:21:14 ██ OK: Registration: N78NA Callsign: N-78NA Speed: 268 knots Heading: 0° true Altitude: 11,679' msl Make: Rockwell International Model: 690B Lat: 35° 30.7302' Long: -106° 32.5404' Time: 05/01/2022 08:18:29 UTC-0600
05/01/2022 08:44:38 ██ Assuming Cerro AA ff/ local
05/01/2022 11:47:53 ██ OFF CERRO > ABQ 0+10 ETE +COMMS LOCAL +AFF
05/01/2022 11:47:59 ██ ONTG ABQ
05/01/2022 17:08:22 ██ ONTG ABQ
**Timer:** Closed Timer for Resource AA-4WA
05/01/2022 11:30:00 ██ OK: Registration: N364WA Callsign: N-364WA Speed: 276 knots Heading: 7° true Altitude: 12,768' msl Make: Aero Commander Model: 690B Lat: 35° 17.1402' Long: -106° 30.4200' Time: 05/01/2022 11:27:46 UTC-0600
05/01/2022 11:30:30 ██ AA-4WA OFF ABQ>PELADO 2 SOB 4.15 FOB 5 ETE +AFF
05/01/2022 17:08:13 ██ ONTG ABQ
**Timer:** Closed Timer for Resource 8NA
05/02/2022 09:42:59 ██ OK: off ABQ e/r to the fire 3sob 4.5fob 15 ete +AFF
05/02/2022 09:45:55 ██ OK: FF with SFC -AFF will recycle 5 min ete
05/02/2022 09:49:27 ██ OK: Registration: N78NA Callsign: N-78NA Speed: 178 knots Heading: 17° true Altitude: 11,712' msl Make: Rockwell International Model: 690B Lat: 35° 38.4402' Long: -106° 35.2002' Time: 05/02/2022 09:47:48 UTC-0600
05/02/2022 09:49:49 ██ OK:
05/02/2022 10:35:35 ██ OK:
05/02/2022 11:20:46 ██ OK:
05/02/2022 11:45:51 ██ OK:
05/02/2022 12:30:03 ██ OK:
05/02/2022 12:50:56 ██ OK:
05/02/2022 12:55:54 ██ OK: off the fire e/r ABQ
05/02/2022 12:58:12 ██ OK: FF w/ ABC
05/02/2022 16:13:13 ██ OK: Off ABQ e/r to the fire
05/02/2022 16:51:32 ██ OK: over the fire   *Printed 05/09/2022 08:00*
05/02/2022 16:51:36 ██ OK:
05/02/2022 17:24:25 ██ OK:
05/02/2022 17:50:13 ██ OK: off the fire e/r to ABQ 10 min ete
05/02/2022 17:59:57 ██ OK: ff with ABC

**Timer:** Closed Timer for Resource H 7HE
05/02/2022 10:14:08 ███ OK: 3sob 3fob PSD ops +AFF
05/02/2022 10:31:38 ███ OK:
05/02/2022 10:46:39 ███ OK:
05/02/2022 11:08:41 ███ OK: OTG TA 49
05/02/2022 11:08:51 ███ OK:
05/02/2022 12:08:04 ███ OK:
05/02/2022 12:09:32 ███ OK: 3sob 1:40fob 5ete +AFF off TA 49
05/02/2022 12:09:44 ███ OK: Registration: N7HE Callsign: H-7HE Speed: 53 knots Heading:
262° true Altitude: 7,509' msl Make: Aerospatiale Model: AS-350B3 Lat: 35° 49.6644' Long:
-106° 19.2828' Time: 05/02/2022 12:07:19 UTC-0600
05/02/2022 12:50:14 ███ OK: 3sob 1:20 fob 5 ete
05/02/2022 13:50:09 ███ OK:
05/02/2022 14:07:47 ███ OK: landed TA 49
05/02/2022 15:08:13 ███ OK:
**Timer:** Closed Timer for Resource S260/263
05/02/2022 12:04:33 ███ OK: Each:  off SAF 2sob 4.5fob 5min ete +AFF
05/02/2022 12:19:13 ███ OK:
05/02/2022 12:19:18 ███ OK:
05/02/2022 12:31:08 ███ OK: Returning to SAF
05/02/2022 12:45:03 ███ OK: landed SAF
**Timer:** Closed Timer for Resource N364WA
05/02/2022 12:31:33 ███ OK: off ABQ e/r to the fire
05/02/2022 12:37:46 ███ OK: Registration: N364WA Callsign: N-364WA Speed: 213 knots
Heading: 5° true Altitude: 12,781' msl Make: Aero Commander Model: 690B Lat: 35° 13.5198'
Long: -106° 37.0998' Time: 05/02/2022 12:36:38 UTC-0600
05/02/2022 12:45:49 ███ OK: in contact with AA
05/02/2022 13:19:45 ███ OK:
05/02/2022 14:04:18 ███ OK:
05/02/2022 14:49:41 ███ OK:
05/02/2022 15:34:03 ███ OK:
05/02/2022 16:09:11 ███ OK:
05/02/2022 16:28:47 ███ OK: e/r to SAF
05/02/2022 16:36:29 ███ OK: OTG SAF
05/02/2022 17:21:11 ███ OK:
05/02/2022 17:50:28 ███ OK:
05/02/2022 18:35:02 ███ OK:
05/02/2022 18:41:34 ███ OK: FF with ABC
**Timer:** Closed Timer for Resource H 8MB
05/02/2022 14:40:33 ███ OK: 3sob 1:30fob 20min ete SAF +AFF
05/02/2022 14:41:03 ███ OK: Registration: N118MB Callsign: H-118MB Speed: 104 knots
Heading: 357° true Altitude: 7,299' msl Make: Eurocopter Model: AS-350B3 Lat: 35° 4.1436'
Long: -105° 59.0748' Time: 05/02/2022 14:37:12 UTC-0600
05/02/2022 14:41:16 ███ OK:
05/02/2022 15:00:52 ███ OK: Landed SAF
**Timer:** Closed Timer for Resource AA-8NA
05/03/2022 08:37:44 ███ AA-8NA OFF ABQ>PELADO 3 SOB 4 FOB 10 ETE +AFF
05/03/2022 08:37:54 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 229 knots
Heading: 359° true Altitude: 10,633' msl Make: Rockwell International Model: 690B Lat: 35°
27.8700' Long: -106° 33.7704' Time: 05/03/2022 08:36:39 UTC-0600
05/03/2022 08:52:33 ███ OK:
05/03/2022 08:52:34 ███ OK:
05/03/2022 08:53:26 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 192 knots
Heading: 53° true Altitude: 11,728' msl Make: Rockwell International Model: 690B Lat: 35°
44.6700' Long: -106° 33.0498' Time: 05/03/2022 08:51:32 UTC-0600
05/03/2022 12:28:50 ███ AA-8NA OFF CERRO > ABQ 0+10 ETE +COMMS LOCAL +AFF
05/03/2022 12:28:55 ███ FF w/ ABC
05/03/2022 15:29:20 ███ OFF ABQ > CERRO 3 FOB 4+0 FOB 0+5 ETE +COMMS +AFF
05/03/2022 15:29:44 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 215 knots
Heading: 9° true Altitude: 12,916' msl Make: Rockwell International Model: 690B Lat: 35°
11.8200' Long: -106° 41.2896' Time: 05/03/2022 15:27:26 UTC-0600
05/03/2022 18:09:00 ███ ONTG ABQ

**Timer:** Closed Timer for Resource S-263 Flight
05/03/2022 09:47:31 ███ OFF SAF > CERRO 2 SOB 4+0 FOB 0+15 ETE +COMMS +AFF
05/03/2022 09:47:43 ███ OK: Registration: N385AC Callsign: S-263 Speed: 141 knots Heading: 324° true Altitude: 6,463' msl Make: Bombardier Model: CL-415 Lat: 35° 38.5464' Long: -106° 18.0876' Time: 05/03/2022 09:46:35 UTC-0600
05/03/2022 13:36:04 ███ ONTG SAF for fuel and return
05/03/2022 14:58:24 ███ OFF SAF > CERRO 2 SOB 4+30 FOB 0+20 ETE +AFF +COMMS
05/03/2022 14:59:33 ███ OK: Registration: N385AC Callsign: S-263 Speed: 84 knots Heading: 214° true Altitude: 6,364' msl Make: Bombardier Model: CL-415 Lat: 35° 37.3974' Long: -106° 5.0064' Time: 05/03/2022 14:57:12 UTC-0600
05/03/2022 18:09:10 ███ ONTG SAF
**Timer:** Closed Timer for Resource AA-303
05/03/2022 12:28:14 ███ AA-303 OFF ABQ?PELADO 3 SOB 4.15 FOB ETE 5 +AFF
05/03/2022 12:28:27 ███ OK: Registration: N127HJ Callsign: N-127HJ Speed: 167 knots Heading: 27° true Altitude: 11,482' msl Make: Rockwell International Model: 690B Lat: 35° 43.8144' Long: -106° 28.0836' Time: 05/03/2022 12:27:05 UTC-0600
05/03/2022 12:28:38 ███ Assuming AA ff local
05/03/2022 16:18:21 ███ ONTG ABQ
**Timer:** Closed Timer for Resource AA-8NA
05/04/2022 08:25:18 ███ AA-8NA OFF ABQ>PELADO 3 SOB 4.5 FOB 10 ETE +AFF
05/04/2022 08:25:42 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 244 knots Heading: 11° true Altitude: 10,662' msl Make: Rockwell International Model: 690B Lat: 35° 15.6198' Long: -106° 39.3402' Time: 05/04/2022 08:24:13 UTC-0600
05/04/2022 08:39:01 ███ Assumed AA ff local
05/04/2022 12:01:07 ███ AA-8NA OFF CERRO > ABQ 0+13 ETE +COMMS +AFF
05/04/2022 12:01:14 ███ FF w/ ABC
05/04/2022 14:45:56 ███ AA-8NA OFF ABQ>PELADO 3 SOB 4.5 FOB 10 ETE +AFF
05/04/2022 14:46:12 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 237 knots Heading: 9° true Altitude: 12,726' msl Make: Rockwell International Model: 690B Lat: 35° 23.0004' Long: -106° 38.8998' Time: 05/04/2022 14:44:34 UTC-0600
05/04/2022 14:59:06 ███ Assuming AA ff local
05/04/2022 19:24:00 ███ ONTG SAF
**Timer:** Closed Timer for Resource B-14
05/04/2022 09:28:55 ███ OFF SAF > CERRO 2 SOB 4+30 FOB 0+8 ETE +COMMS +AFF
05/04/2022 09:29:12 ███ OK: Registration: N417SH Callsign: LP-7SH Speed: 167 knots Heading: 287° true Altitude: 8,497' msl Make: Beechcraft Model: King Air 90 Lat: 35° 39.3288' Long: -106° 6.9690' Time: 05/04/2022 09:26:42 UTC-0600
05/04/2022 11:59:26 ███ BRAVO 14 OFF CERRO > SAF 2 SOB 2+30 FOB 0+10 ETE +COMMS LOCAL +AFF
05/04/2022 11:59:38 ███ OK: Registration: N417SH Callsign: LP-7SH Speed: 173 knots Heading: 120° true Altitude: 10,301' msl Make: Beechcraft Model: King Air 90 Lat: 35° 47.9550' Long: -106° 26.7498' Time: 05/04/2022 11:56:44 UTC-0600
05/04/2022 12:21:15 ███ ONTG SAF
**Timer:** Closed Timer for Resource AA-303
05/04/2022 11:42:38 ███ AA-303 OFF ABQ>PEALDO 3 SOB 4.5 FOB 15 ETE +AFF
05/04/2022 11:44:32 ███ OK: Registration: N127HJ Callsign: N-127HJ Speed: 118 knots Heading: 298° true Altitude: 11,974' msl Make: Rockwell International Model: 690B Lat: 35° 47.2290' Long: -106° 26.5080' Time: 05/04/2022 11:43:34 UTC-0600
05/04/2022 12:01:35 ███ Assumed AA ff local
05/04/2022 14:58:38 ███ AA-303 OFF CERRO > ABQ 0+13 ETE +COMMS LOCAL +AFF
05/04/2022 14:58:57 ███ OK: Registration: N127HJ Callsign: N-127HJ Speed: 181 knots Heading: 195° true Altitude: 12,040' msl Make: Rockwell International Model: 690B Lat: 35° 38.2218' Long: -106° 26.6262' Time: 05/04/2022 14:57:37 UTC-0600
05/04/2022 15:07:17 ███ FF w/ ABC

**Timer:** Closed Timer for Resource H-9CH

05/04/2022 17:24:17 ███ OFF SAF > CERRO 2 SOB 2+45 ETE +COMMS +AFF

05/04/2022 17:24:38 ███ OK: Registration: N949CH Callsign: HB-949CH Speed: 92 knots Heading: 289° true Altitude: 7,654' msl Make: Boeing Model: CH-47D Lat: 35° 39.5760' Long: -106° 14.2950' Time: 05/04/2022 17:22:42 UTC-0600

05/04/2022 19:23:31 ███ OFF CERRO > SAF 0+13 ETE +COMMS +AFF

05/04/2022 19:23:45 ███ OK: Registration: N949CH Callsign: HB-949CH Speed: 107 knots Heading: 117° true Altitude: 8,129' msl Make: Boeing Model: CH-47D Lat: 35° 44.7168' Long: -106° 22.7856' Time: 05/04/2022 19:22:42 UTC-0600

05/04/2022 19:30:57 ███ ONTG SAF

**Timer:** Closed Timer for Resource AA-8NA

05/05/2022 08:23:35 ███ AA-78NA 3 SOB 4 FOB +ETE 10 CEROO PLEADO + AFF

05/05/2022 08:23:49 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 204 knots Heading: 1° true Altitude: 11,597' msl Make: Rockwell International Model: 690B Lat: 35° 19.2402' Long: -106° 33.3600' Time: 05/05/2022 08:19:34 UTC-0600

05/05/2022 11:42:18 ███ AA-78NA OFF CERRO > ABQ 0+7 ETE +COMMS +AFF

05/05/2022 11:42:30 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 202 knots Heading: 197° true Altitude: 11,656' msl Make: Rockwell International Model: 690B Lat: 35° 38.4702' Long: -106° 27.2502' Time: 05/05/2022 11:39:59 UTC-0600

05/05/2022 11:44:30 ███ FF w/ ABC

05/05/2022 15:05:51 ███ AA-78NA OFF ABQ 2SOB 4FOB -> CERRO PELADO +AFF

05/05/2022 15:06:11 ███ OK: Registration: N78NA Callsign: N-78NA Speed: 176 knots Heading: 165° true Altitude: 11,574' msl Make: Rockwell International Model: 690B Lat: 35° 48.1800' Long: -106° 32.1696' Time: 05/05/2022 15:04:34 UTC-0600

05/05/2022 15:06:32 ███ Assuming AA ff local

05/05/2022 18:19:53 ███ FF w/ ABC

**Timer:** Closed Timer for Resource L-5

05/05/2022 10:05:37 ███ L-5 OFF SVC > Cerro Pelado 1 SOB 3+30 FOB 0+10 ETE +AFF +COMMS

05/05/2022 10:10:33 ███ OK: Registration: N21CG Callsign: LP-1CG Speed: 262 knots Heading: 22° true Altitude: 14,697' msl Make: Beech Model: B200 Lat: 35° 17.2356' Long: -106° 50.6460' Time: 05/05/2022 10:04:20 UTC-0600

05/05/2022 10:26:26 ███ FF w/ AA

05/05/2022 13:16:31 ███ ONTG SAF

**Timer:** Closed Timer for Resource AA-303

05/05/2022 11:25:30 ███ AA303 OFF ABQ 3SOB 4.5 FOB +15 ETE MINS CERRO PELADO AND +AFF,

05/05/2022 11:25:42 ███ OK: Registration: N127HJ Callsign: N-127HJ Speed: 194 knots Heading: 356° true Altitude: 12,631' msl Make: Rockwell International Model: 690B Lat: 35° 19.1154' Long: -106° 32.9304' Time: 05/05/2022 11:23:36 UTC-0600

05/05/2022 15:05:22 ███ FF w/ ABC

05/05/2022 17:53:46 ███ AA303 -> CERRO PELADO +15 ETE  3SOB  4.5FOB +AFF

05/05/2022 17:53:59 ███ OK: Registration: N127HJ Callsign: N-127HJ Speed: 216 knots Heading: 12° true Altitude: 12,729' msl Make: Rockwell International Model: 690B Lat: 35° 31.0374' Long: -106° 35.9838' Time: 05/05/2022 17:52:56 UTC-0600

05/05/2022 20:27:07 ███ FF w/ ABC

**Incident Commander(s):**

04/22/2022 1625 ███ ICT4 Effective 1615 4/22/22

04/22/2022 1817 ███ ICT3 Effective 1815 4/22/2022

04/23/2022 2012 ███ Effective 2000 04/23/2022

04/23/2022 2013 ███ ICT3 Effective

04/24/2022 0729 ███ ICT1 Effective 0730 4/24/2022 Southern Area Red Team assumed command at 0730 on 4/24/2022

04/24/2022 0730 Effective

04/24/2022 0730 ███ ICT3 Effective

04/24/2022 1756 ███ ICT1 Effective

05/06/2022 1753 ███ Effective

**Resource Details:**

*E-2601:*
*Committed at 04/22/2022 15:41:14, On Scene at 04/22/2022 16:15:18, Released at 04/22/2022 21:09:24, Committed at 04/22/2022 21:11:05, On Scene at 04/22/2022 21:11:14, Released at 04/28/2022 09:03:29*
*BAP E-692:*
*Committed at 04/22/2022 15:41:09, On Scene at 04/22/2022 16:15:18, Released at 04/27/2022 15:05:18*
*CAF E-631:*
*Committed at 04/28/2022 06:33:12, Returning at 04/28/2022 06:53:53, Released at 04/28/2022 06:54:06*
*E-431:*
*Committed at 04/22/2022 15:45:52, On Scene at 04/22/2022 17:45:06, Released at 04/22/2022 22:46:54, Committed at 04/23/2022 06:59:11, On Scene at 04/23/2022 06:59:16, Released at 04/24/2022 19:41:18, Committed at 04/25/2022 06:32:49, Released at 04/25/2022 20:49:56, Committed at 04/26/2022 06:26:07, Returning at 04/26/2022 21:32:38, Released at 04/26/2022 21:33:41, Committed at 04/29/2022 08:39:15, Released at 04/29/2022 21:15:12, Committed at 04/30/2022 08:29:58, Released at 05/01/2022 03:33:26, Committed at 05/01/2022 14:36:09, Released at 05/01/2022 20:04:52, Committed at 05/06/2022 08:25:35, Returning at 05/06/2022 19:11:41, Released at 05/06/2022 20:16:49*
*E-631:*
*Committed at 04/28/2022 06:54:54, Released at 04/28/2022 13:37:01, Committed at 05/05/2022 09:46:23, Released at 05/05/2022 20:57:04*
*N6S E-61:*
*Committed at 04/22/2022 19:25:30, On Scene at 04/22/2022 19:26:02, Released at 04/30/2022 07:19:52*
*UT-431:*
*Committed at 04/22/2022 15:58:28, On Scene at 04/22/2022 17:45:06, Released at 04/22/2022 22:46:54, Committed at 04/24/2022 06:26:29, Released at 04/24/2022 19:41:18, Committed at 04/25/2022 06:32:49, Released at 04/25/2022 20:49:56, Committed at 04/26/2022 06:25:35, Returning at 04/26/2022 22:50:10, Released at 04/26/2022 22:50:33, Committed at 04/29/2022 08:39:43, Released at 04/29/2022 21:50:09, Committed at 04/30/2022 08:29:58, Released at 05/01/2022 03:33:26, Committed at 05/01/2022 14:36:09, Released at 05/01/2022 20:04:52, Committed at 05/05/2022 09:46:23, Released at 05/05/2022 20:57:04, Committed at 05/06/2022 08:25:35, Returning at 05/06/2022 19:11:41, Released at 05/06/2022 20:16:49*
*UT-631:*
*Committed at 04/22/2022 15:51:05, On Scene at 04/22/2022 16:36:02, Returning at 04/23/2022 20:51:37, Released at 04/23/2022 20:52:02, Committed at 04/25/2022 06:35:21, Released at 04/25/2022 20:50:03, Committed at 04/26/2022 08:30:29, Released at 04/26/2022 11:57:01, Committed at 04/28/2022 06:55:36, Released at 04/28/2022 13:37:01*
*N7HE:*
*Committed at 04/23/2022 11:45:28, Released at 04/25/2022 12:43:21*
*Helitack 1:*
*Committed at 05/03/2022 07:52:48, Released at 05/03/2022 22:17:22, Committed at 05/04/2022 14:56:21, Committed at 05/04/2022 20:04:07, Committed at 05/06/2022 06:59:47, Released at 05/07/2022 19:14:16*
*Helitack 4:*
*Committed at 05/03/2022 07:53:10, Released at 05/08/2022 10:13:34, Committed at 05/08/2022 10:14:44*
*FS 28:*
*Committed at 04/22/2022 17:02:47, On Scene at 04/22/2022 17:44:59, Released at 04/23/2022 06:30:52, Committed at 04/23/2022 13:36:15, On Scene at 04/23/2022 13:36:18, Released at 04/23/2022 18:18:32*
*DIV 10-3:*
*Committed at 04/22/2022 15:44:28, On Scene at 04/22/2022 16:36:02, Released at 04/22/2022 23:06:43, Committed at 04/23/2022 06:53:45, On Scene at 04/23/2022 06:53:48, Released at 04/23/2022 18:12:40, Committed at 04/25/2022 06:37:55, Released at 04/25/2022 08:30:42*
*BAT 10-3:*
*Committed at 04/22/2022 16:21:51, On Scene at 04/22/2022 19:29:58, Released at 04/25/2022 09:00:10*
*CAPT 431:*
*Committed at 04/29/2022 08:39:28, Released at 04/30/2022 07:20:23*
*CAPT 631:*
*Committed at 04/28/2022 06:28:18, Released at 04/28/2022 13:37:01*
*ENGR 631:*
*Committed at 04/30/2022 09:36:45, Released at 04/30/2022 13:27:26*
*PAT 10-3:*
*Committed at 04/22/2022 15:44:35, On Scene at 04/22/2022 17:45:06*
*3-31:*
*Committed at 04/28/2022 06:31:58, Released at 04/30/2022 07:16:37*
*3-33:*
*Committed at 04/28/2022 06:32:15, Released at 04/30/2022 07:16:37*

| Entry Date/Time | From | To | Details |
| --- | --- | --- | --- |
| 04/22/2022 15:42:39 | cplo | ███ | smoke report |
| 04/22/2022 15:43:00 | ███ | 2601 | please respond |
| 04/22/2022 15:43:05 | e 692 | ███ | we are enroute |
| 04/22/2022 15:43:31 | cplo | ███ | heavy black smoke with strong winds |
| 04/22/2022 15:46:20 | DIV 10-3 | ███ | e/r to the fire send P10-3 and E431 |
| 04/22/2022 15:47:26 | cplo | ███ | brown smoke about 1 acre. growing pretty good and a large column] |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/22/2022 15:49:54 | ███ | Email | Email Smoke Report: Location- FR 270 District- Jemez Estimated Size- UNK Enroute- E-692, DIV 10-3, PT 10-3 Sent to: Jemez District group |
| 04/22/2022 15:51:24 | P 10-3 | ███ | e/r to the fire |
| 04/22/2022 15:52:40 | ███ | | Acres set to 1 |
| 04/22/2022 15:54:59 | cplo | ███ | about 5+ acres. black smoke. looks like it is in logged out area and in heavy timber moving to the NE |
| 04/22/2022 15:56:05 | E 431 | ███ | & UT 431 e/r to the fire |
| 04/22/2022 15:59:20 | E 692 | ███ | eyes on the fire estimating 10-15 acres with very high fire behavior in the timber, high potential for spread |
| 04/22/2022 15:59:44 | e 2601 | ███ | we are on fr 270 and have eyes on it |
| 04/22/2022 16:03:46 | Sandvl Cty | ███ | Offering assistance for the fire. La Cueva has some units heading that way |
| 04/22/2022 16:08:13 | cplo | d 10-3 | approx 40 ac and moving. |
| 04/22/2022 16:12:18 | ███ | | FireCode Requested |
| 04/22/2022 16:15:02 | e 692 | ███ | on scene with E 2601 lat/long 35 46.498 x 106 35.078 |
| 04/22/2022 16:21:06 | P 10-3 | ███ | looking like an impact to Hwy 4 need leo to stop traffic. 4a and Hwy 4 |
| 04/22/2022 16:21:45 | BAT 10-3 | ███ | e/r to the fire |
| 04/22/2022 16:24:54 | 9-33 | ███ | called in size up... requesting ICT3 |
| 04/22/2022 16:26:34 | P 10-3 | D 10-3 | I'm going to head to Hwy 4 and start notifying the residences north of the fire |
| 04/22/2022 16:32:37 | ███ | San CO | Requesting units for possible evacuations near FR 10 Hwy 4 FR 270 Los Pinos area point of contact is PT 10-3 // copy we are sending units |
| 04/22/2022 16:34:07 | IC | ███ | DIV 10-3 and UT 631 on scene |
| 04/22/2022 16:47:09 | ███ | ███ | from Sandoval County is responding to Liaison with the County resources |
| 04/22/2022 16:50:16 | IC | ███ | request order. 3 type 1 crews. 5 type 6 engines  Date and Time needed As Soon As Possible |
| 04/22/2022 16:54:19 | D 10-3 | ███ | I'm at CPLO and going to take ███ off the tower. CPLO will be o/s |
| 04/22/2022 16:58:09 | ███ | IC | No Crews available from Hermits Peak.  We can place an order for Type 2 Crews.  // ok go ahead and order 3 Type 2 crews |
| 04/22/2022 17:01:05 | IC | ███ | place and order for 3 TFLD |
| 04/22/2022 17:02:18 | P 103 | ███ | first spot found 3/4 mile in SEC 12 south of highway 4 |
| 04/22/2022 17:02:39 | FS 28 | ███ | show me e/r |
| 04/22/2022 17:07:11 | IC | ███ | advise 9-31 that there is a high potential for the fire to burn onto the Valles Caldera |
| 04/22/2022 17:07:36 | ███ | 9-31 | advised Brian Bolser and he copied all |
| 04/22/2022 17:21:23 | DIV 10-3 | ███ | Got ███ off the Tower he's tied in to UT431 |
| 04/22/2022 17:23:41 | ███ | | Acres set to 50 |
| 04/22/2022 17:28:38 | E 1441 | ███ | BLM E1441 is e/r from ABQ |
| 04/22/2022 17:29:24 | IC | ███ | Update main hed in SEC 13 Los Griegos Area |
| 04/22/2022 17:31:40 | P 10-3 | ███ | north end: fire on the western aspect of los griegos SEC 18. The fire is skirting the SE corner of Cerro de Los Pinos as well |
| 04/22/2022 17:34:45 | JMEC | ███ | ███ all power de-energized at Cerro LosPinos and Los Griegos |
| 04/22/2022 17:44:53 | FS 28 | ███ | on scene and the Sandoval SO is going to close FR 10 at Hwy 290 |
| 04/22/2022 18:01:34 | IC | ███ | Update: Estimating approximately 400-500 acres |
| 04/22/2022 18:16:45 | BAT 10-3 | ███ | on scene and I will assume command at this time |
| 04/22/2022 18:27:10 | IC | ███ | would like to see if the order for Firewatch 51 was placed and if you have confirmation. // One of our dispatchers (TMF) mentioned you had called and said not to order it due to the amount of activity going on.  // hmmm.. Well I'd like to place the order for Firewatch 51 for today and if not for tomorrow morning if possible. |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/22/2022 18:38:45 | LAFD | [redacted] | we sent resources as a mutual aid request from Sandoval County. Brush 5,7 & 8. Tacticatl Tender 5, CH 5 (Todd Forsythe) |
| 04/22/2022 18:46:57 | IC | [redacted] | I have the community of Cochiti Mesa on a Go Status for Evac. The residences on 289/36 are in a SET status. I'm working with Sandoval County to do the notifications. |
| 04/22/2022 18:59:47 | IC | [redacted] | Fire is continuing to move to the north. I have P10-3 as DIV A and [redacted] at DIV Z. The fire behavior is such that we cannot engage the shoulders or head. |
| 04/22/2022 19:00:44 | IC | [redacted] | also, fire is spotting ahead of itself and have one confirmed spot north of Hwy 4 |
| 04/22/2022 19:23:58 | IC | [redacted] | Update on resources: Bernalillo 2, NNSF E-61 and NMSF Module w/4. NMSF sending up a dozer from the fire in Belen it is a Type 2. no ETA. Also, Requesting H 7HE for tomorrow if they are available to fly |
| 04/22/2022 19:33:40 | IC | [redacted] | update: LAFD Chief 5 and Task force working the spot across hwy 4 and making good progress. it is by Las Conchas Trailhead |
| 04/22/2022 19:42:05 | IC | [redacted] | Update: fire scar is not necessarily not a barrier. The south slopes are receptive to fire and the north slopes are acting as a barrier |
| 04/22/2022 20:33:10 | IC | [redacted] | update: 9-31 on FR 280 a spot to the SE corner of SEC 16. no fire on peralta ridge. |
| 04/22/2022 20:33:37 | IC | [redacted] | Requesting a LSC3 |
| 04/22/2022 20:43:43 | [redacted] | IC | Notified the IC that a IMT1 is being ordered for the incident. Date and Time needed is Saturday 4/23/22 at 0900 at the Santa Fe Supervisor Office |
| 04/22/2022 21:21:54 | [redacted] | [redacted] | Looking for some landmarks to map |
| 04/22/2022 21:46:16 | kl | ic | read spot over air and e-mailed it to [redacted] |
| 04/22/2022 22:27:34 | FS 28 | [redacted] | Cleared the fire >> quarters |
| 04/22/2022 22:47:47 | E431 | [redacted] | E 431 and UT 431 off the fire>> Jemez |
| 04/22/2022 23:04:54 | FS 28 | [redacted] | BIQ o/s |
| 04/22/2022 23:07:22 | DIV 10-3 | [redacted] | BAS o/s |
| 04/23/2022 00:25:18 | IC | [redacted] | update: most resources bedding down at this time. fb has decreased, temps hoveringnear freezing. heading to Div Z, on the east flank to see how far the fire has progressed. Any fill info on overhead orders for TFLDS"S? will check |
| 04/23/2022 06:37:29 | IC | [redacted] | Radio check while [redacted] is on the phone, no contact, Cerro Pelado is down? [redacted] doesn't know if they dan engage with no comms |
| 04/23/2022 06:53:30 | DIV 10-3 | [redacted] | on scene |
| 04/23/2022 07:01:25 | E431 | [redacted] | Called in on radio, no contact |
| 04/23/2022 07:41:40 | UT 631 | [redacted] | requested Spot wx forecast |
| 04/23/2022 07:57:54 | DIV 10-3 | [redacted] | E 431 wil be on the fire but available for IA |
| 04/23/2022 08:18:42 | [redacted] | IC | Spot wx is ready |
| 04/23/2022 08:20:55 | IC | [redacted] | Update: Good RH revovery last night, the fire did lay day except on FR 270 in sec 23 it kept moving in the logging slash. Today we will concentrate on point protection. 39 personnel |
| 04/23/2022 09:05:32 | IC | [redacted] | I would like to order 2 National Guard Helos for bucket work to report to TA-49 |
| 04/23/2022 09:08:59 | [redacted] | [redacted] | The IC is requesting two NM Air Guard Helos for bucket work // copy, I will make some calls |
| 04/23/2022 09:25:43 | 7HE | [redacted] | Is there approval for a dipsite at 35 47.04 x 106 32.19 // well check on that and get back with you |
| 04/23/2022 09:38:44 | IC | [redacted] | I would like to order an air attack |
| 04/23/2022 09:45:45 | IC | [redacted] | ready for the spot // read spot |
| 04/23/2022 10:39:24 | [redacted] | [redacted] | Tied in with the IC |
| 04/23/2022 11:26:28 | R Brown | [redacted] | The ANG is not available to fly today, but possibly tomorrow. The Bernalillo County helo may be available. I'll call and check |

000525

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/23/2022 11:26:45 | ███ | IC | Notified of the National Guard unable to fly today |
| 04/23/2022 13:29:43 | ███ | | Acres set to 3445 |
| 04/23/2022 13:30:25 | ███ | | ADS flipped to Sit/209 |
| 04/23/2022 13:36:00 | FS 28 | ███ | on scene |
| 04/23/2022 18:18:56 | FS 28 | ███ | Clear of the incident e/r to quarters |
| 04/23/2022 20:14:41 | ███ | PL | Will take over as ICT3 at this time.  will stay with night ops for observation.  3 in party |
| 04/24/2022 00:13:52 | IC | PL | Update  fire looks good, no issues at this time, Some activity on NE end near FSR 270c.  Will call back in a few hours. |
| 04/24/2022 03:09:45 | IC | PL | Looking good, no rel issues to report at this time. will be heading over to transition meeting at 0630 |
| 04/24/2022 06:20:53 | IC | PL | update, no change from last update.  fire is staying up top.  staying where we want it for the evening   no real issues at this time.  slowly backing in the north side Div A fire is staying where we want it where we have control lines.  in div z, FDR 270c fire is backing down at about 3 hours per chain.  should be no issue untill folks get out here and team takes over. |
| 04/24/2022 06:23:59 | IC | PL | Announce over radio that Cerro Pelado repeater is not working.  Tone 9-Virgin Mesa is working well.  For now NO cerro Pelado repeater |
| 04/24/2022 06:25:44 | Eng 431 | PL | + UTIL 431 I/R Cerro Pelado |
| 04/24/2022 07:28:02 | ███ | ███ | Departing briefing area e/r to Santa Fe   OFFICIAL TRANSFER OF COMMAND TO THE SOUTHERN AREA TYPE 1 IMT IC ███ |
| 04/24/2022 09:39:22 | Heli  9 | ███ | Heli 9 & 8 e/r to the La Jara dipsite |
| 04/24/2022 17:57:08 | Heli 9 | ███ | Heli 8 & 9 leaving La Jara dip e/r to TA49 |
| 04/24/2022 20:58:38 | Night ops | PL | 2 overhed pluc 1 16 engie will be on night shift.  Fire is looking good above subdivision.  <1' flame lenghts  near FSR 270 & 270c.  Do not have coms set up yet wo will check in periodically with santa fe through the night. |
| 04/25/2022 00:00:19 | Night ops | PL | Status update, fire is mellowing out.  Active fire along FSR 270 270c road area.   a few pockets of active fire above the subdivision and fire station,  active fire on far east side south of strucures on the 280 road will be bedding engine down shortly.   I will continue with patrol and will report back t 0300, then again at the 0700 briefing. |
| 04/25/2022 03:17:40 | Night Ops | PL | No real change from last update.   Current temperature is 28deg.  Will call in again @ 0700 |
| 04/25/2022 12:16:19 | AOBD | ███ | Requesting AA over the fire  // copy.  Called SWCC |
| 04/25/2022 13:02:19 | AA 8NA | ███ | 10 ete to the fire |
| 04/25/2022 13:24:04 | AA 8NA | ███ | assuming AA: also would like to order the two LOBO helos |
| 04/25/2022 13:49:03 | 7HE | ███ | OTG TA 49 |
| 04/25/2022 13:56:21 | LOBO 31 | ███ | w/ LOBO 29 e/r: Each:  7SOB 2:30FOB 20 ete |
| 04/25/2022 14:58:20 | LOBO 29 | ███ | e/r back to SAF for bucket issue. |
| 04/25/2022 15:00:01 | AA | ███ | requesting 3CH  and relief at 1700 |
| 04/25/2022 15:07:55 | LOBO 29 | ███ | landing in SAF |
| 04/25/2022 15:46:37 | LOBO 31 | ███ | e/r to SAF for fuel.  20 min ETE |
| 04/25/2022 16:01:12 | LOBO 29 | ███ | off SAF e/r 4sob 2:30fob 20 ete  ....... LOBO 31 landed SAF |
| 04/25/2022 16:05:01 | LOBO 29 | ███ | in contact with AA flight follow local |
| 04/25/2022 16:44:23 | LOBO 31 | ███ | off SAF e/r to the fire 20 ete 3sob 2:30fob |
| 04/25/2022 17:22:57 | AA 8NA | ███ | e/r to ABQ ... AA 4WA is now CP AA |
| 04/25/2022 18:01:51 | AA | ███ | e/r to SAF to hold |
| 04/25/2022 18:09:12 | LOBO 29 | ███ | e/r to SAF 20 ete |
| 04/25/2022 18:18:30 | LOBO 29 | ███ | Landing SAF |
| 04/25/2022 18:39:36 | AA | ███ | H3CH is experiencing bucket problems and is returning to SAF.  LOBO 31 will be heading back to SAF in a few minutes |
| 04/25/2022 18:42:23 | LOBO 31 | ███ | e/r SAF ete 20 |
| 04/25/2022 18:53:44 | LOBO 31 | ███ | Landing SAF |

000526

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/25/2022 18:55:00 | AA 4WA | | Off the fire e/r to ABQ |
| 04/25/2022 20:47:17 | Utl 431 | AJL | Utl 431 and Utl 631 back at station |
| 04/25/2022 23:21:39 | Nigh ops | PL | Update - firing operations, fire creeping back down to FSR 10f, Crew holding down on CC, ready to start parallelling, NE corner by structures a little bit more fire activity tonight than last night., Spots by 280 area,  10 road fire is continuing to back down to 10F. will complete frinig operatons at about 0100 |
| 04/26/2022 02:11:00 | Night Ops | PL | Completed firing between FSR 270CF and 270CC.  Mormon lake and Rocca crews will be heading to ICP for the noght. Engine E-1 is staying out to patrol alon with night ops. |
| 04/26/2022 04:12:31 | Night Ops | PL | Engine is heading back to camp.  Firing operation has calmed down quite a bit.  All went as planned. Just me & division for the rest of the night, will tie in with ops in the morning. |
| 04/26/2022 08:30:42 | UT 631 | | +2 e/r to the fire |
| 04/26/2022 12:09:24 | AOBD | ████ | Would like 3CH to come to the fire (DIV A) ground contact is 2601 // copy |
| 04/26/2022 12:09:53 | ████ | (b) (6), (b) (7)(C) | Relayed request // copy I'll send them |
| 04/26/2022 12:54:47 | 3CH | ████ | Just heard from my pilot that they are having bucket issues and back at SAF // copy that |
| 04/26/2022 12:55:54 | ████ | AOBD | Relayed that 3CH is down with bucket issues at SAF // copy that let me talk with OPS and see if they want to order the national guard I will call you back |
| 04/26/2022 13:01:42 | AOBD | ████ | Per OPS they needa T1 on the fire // copy that will call the guard |
| 04/26/2022 13:12:00 | ████ | ████ (NG) | Reqesting a T! to DIV A ground contact 2601 //  copy that we will be sending 431 |
| 04/26/2022 13:25:19 | AOBD | ████ | Requesting AA over the fire |
| 04/26/2022 13:33:16 | LOBO 31 | ████ | e/r 3sob 2.5fob 20 ete |
| 04/26/2022 13:44:32 | LOBO 31 | ████ | On scene will be on air to ground until Air Attack arrives on the fire |
| 04/26/2022 14:00:35 | 7HE | ████ | e/r to TA49 10 ete |
| 04/26/2022 14:00:49 | AA 8NA | ████ | 10 minutes from the fire |
| 04/26/2022 14:02:37 | AA 8NA | ████ | over the fire assuming CP AA |
| 04/26/2022 14:04:25 | 7HE | SAF | OTG SAF |
| 04/26/2022 14:09:46 | AA | ████ | requesting 2 LATS |
| 04/26/2022 14:16:47 | AA | ████ | Requesting relief AA at 1700 |
| 04/26/2022 14:54:21 | LOBO 31 | ████ | e/r to SAF 20 min ete |
| 04/26/2022 15:02:10 | SWCC | ████ | AA relief will be AA 506 from ALM |
| 04/26/2022 15:27:26 | LOBO31 | ████ | otg saf |
| 04/26/2022 15:27:55 | aa | ████ | requesting vlat |
| 04/26/2022 15:28:39 | lobo 29 | ████ | off saf e/r to fire 4sob 2:30fob 20 ete |
| 04/26/2022 15:41:33 | LOBO 29 | ████ | in contact with AA |
| 04/26/2022 16:02:12 | AA 506 | ████ | off ALM 2sob 4.5 1 hr ete +AFF |
| 04/26/2022 16:17:00 | LOBO 31 | ████ | e/r to the fire 3sob 2.f 5 fob |
| 04/26/2022 16:28:26 | LOBO 31 | ████ | over the fire in contact with AA |
| 04/26/2022 16:30:03 | T 912 | ████ | VLAT off COS e/r to the fire |
| 04/26/2022 16:35:53 | T912 | ████ | off COS e/r to the fire 40 ete |
| 04/26/2022 16:57:52 | AA 8NA | ████ | off the fire e/r to ALM 45 ete  AA 506 is now CP AA |
| 04/26/2022 17:00:52 | LOBO 31 | ████ | e/r to SAF |
| 04/26/2022 17:11:28 | LOBO 31 | ████ | landing SAF |
| 04/26/2022 17:18:43 | T 101 | ████ | Off the fire for a hold in ABQ |
| 04/26/2022 17:19:24 | T 912 | ████ | off the fire e/r to COS for a hold ete 35 min |
| 04/26/2022 17:20:45 | LOBO 29 | ████ | e/r to SAF for fuel |
| 04/26/2022 17:28:08 | LOBO 29 | ████ | Landing SAF |
| 04/26/2022 17:34:27 | LP 42 t | ████ | Off the fire e/r to ABQ |
| 04/26/2022 17:48:59 | AA | ████ | Requesting both LOBO helos |

000527

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/26/2022 18:14:08 | LOBO 29 | [REDACTED] | off SAF 3sob/fob e/r to the fire |
| 04/26/2022 18:20:08 | LOBO 31 | [REDACTED] | Off SAF 4sob 2.5fob 20 min ete |
| 04/26/2022 18:32:59 | LOBO 31 | [REDACTED] | in contact with AA |
| 04/26/2022 18:41:43 | AA 506 | [REDACTED] | off the fire e/r to ALM 1 hr ete |
| 04/26/2022 19:07:48 | LOBO 31 | [REDACTED] | e/r to SAF 20 ete bucket issues. |
| 04/26/2022 19:20:21 | LOBO 31 | [REDACTED] | Landed SAF |
| 04/26/2022 19:44:53 | LOBO 29 | [REDACTED] | e/r back to SAF |
| 04/26/2022 20:09:23 | LOBO 29 | [REDACTED] | OTG SAF |
| 04/26/2022 21:23:31 | Night ops | PL | Night ops, Night Div., 2 engines and Mt. Taylor IHC staffing.  will do tactical firing on FSR10.  Will keep one engine all night.   Will give NM-SFC updates every few hours. |
| 04/27/2022 02:38:39 | Night ops | PL | Night ops completed for tonight.  Completed firing at 0100..  Will monitor for rest of night. |
| 04/27/2022 12:37:33 | LOBO 18 | [REDACTED] | OFF SAF > CERRO PELADO 4 SOB 2+0 FOB 0+10 ETE +COMMS CP |
| 04/27/2022 12:41:07 | LOBO 18 | [REDACTED] | +COMMS AA |
| 04/27/2022 12:41:39 | LOBO 29 | [REDACTED] | OFF SAF > CERRO PELADO 3 SOB 2+0 FOB 0+12 ETE +COMMS CP |
| 04/27/2022 12:51:38 | LOBO 29 | [REDACTED] | +COMMS AA |
| 04/27/2022 14:14:40 | LOBO 18 | [REDACTED] | LOBO 18 and LOBO 29 ONTG SAF |
| 04/27/2022 20:00:55 | Night ops | PL | Will be contacting ops for any updates through 2400.; Will only call Santa Fe in case of emergency; |
| 04/28/2022 09:03:16 | E2601 | [REDACTED] | released >> Cuba |
| 04/28/2022 11:55:43 | AOBD | [REDACTED] | ordering AA for the fire |
| 04/28/2022 12:48:41 | AA 210 | [REDACTED] | off DUR e/r to the fire |
| 04/28/2022 13:02:31 | AA 201 | [REDACTED] | 10 ete to the fire |
| 04/28/2022 13:17:40 | AA 201 | [REDACTED] | over the fire assuming CP AA |
| 04/28/2022 13:37:22 | 631 | [REDACTED] | BAS |
| 04/28/2022 14:54:39 | AA | [REDACTED] | Requesting both LOBO helos |
| 04/28/2022 15:23:36 | LOBO 31 | [REDACTED] | e/r to the fire 4sob 2.5fob 20 ete |
| 04/28/2022 15:55:02 | LOBO 31 | [REDACTED] | Bucket issues e/r to SAF |
| 04/28/2022 16:06:14 | LOBO 31 | [REDACTED] | landing SAF |
| 04/28/2022 16:16:05 | AA 5AB | [REDACTED] | 15 minutes from the incident |
| 04/28/2022 16:45:00 | AA 201 | [REDACTED] | off the fire AA 5AB is now CP AA |
| 04/28/2022 17:10:35 | LOBO 55 | [REDACTED] | Landing SAF |
| 04/28/2022 17:57:53 | LOBO 55 | [REDACTED] | Off SAF e/r to the fire 4sob 2fob |
| 04/28/2022 18:18:52 | AA | [REDACTED] | LOBO 55 bucket issues e/r back to SAF |
| 04/28/2022 18:36:19 | LOBO 31 | [REDACTED] | e/r SAF hold |
| 04/28/2022 18:47:38 | LOBO 31 | [REDACTED] | landing SAF |
| 04/28/2022 18:54:14 | AA 5AB | [REDACTED] | Released off the fire e/r to Flagstaff |
| 04/28/2022 19:21:09 | LOBO 55 | [REDACTED] | remaining aircraft on the fire. I have about one hour of fuel and would like to FF with SFC |
| 04/28/2022 19:41:39 | LOBO 55 | [REDACTED] | off the fire e/r to Santa Fe |
| 04/28/2022 19:51:13 | LOBO 55 | [REDACTED] | Landing SAF |
| 04/29/2022 08:22:23 | AOBD | [REDACTED] | Requesting AA over the fire at 0900 and after if they could get with IC on the Freelove and check that out too // copy will relay to AA |
| 04/29/2022 08:36:22 | [REDACTED] | AA-8NA | Relayed request // he'll be heading up shortly |
| 04/29/2022 09:34:08 | Cerro AA | [REDACTED] | Requesting 2 T1 helos and are there any scoopers available and do we have permission to scoop out of Chochiti Lake // copy will got those ordered and will find out about approval for the lake |
| 04/29/2022 09:34:31 | [REDACTED] | 3CH | Relayed request // copy well get them out there |
| 04/29/2022 09:35:11 | [REDACTED] | NG | Rlayed request for 1 NG ship // copy |
| 04/29/2022 09:37:01 | [REDACTED] | ABC AC | Is there approval for Chochiti Lake for scoopers  // let me find that out and get back with you |
| 04/29/2022 09:38:38 | [REDACTED] | AOBD Cox | AA form Cerro Pelado would like to know if the scoopers are available // they are |

000528

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 04/29/2022 09:39:11 | Cerro AA | ▮▮▮ | Would like to order a LP // copy that will call SWCC |
| 04/29/2022 09:39:45 | ▮▮▮ | SWCC | AA from Cerro Pelado would like to order a LP sending the order now // copy that |
| 04/29/2022 09:46:54 | LOBO 31 | ▮▮▮ | OFF SAF > CERRO PELADO 4 SOB 2+30 FOB 0+20 ETE +COMMS |
| 04/29/2022 09:56:49 | Cerro AA | ▮▮▮ | Requesting relief over the fore at 1200 // copy that |
| 04/29/2022 09:57:24 | ▮▮▮ | SWCC | Relayed request // they'll get AA-4WA you can call ABC and let them know |
| 04/29/2022 09:59:52 | ▮▮▮ | ABC AC | Requesting AA-4WA for relief over Cerro Pelado at 1200 // copy that also there is permission for the scoopers to use Chochiti lake they just need to keep track of dips and volume and report that back to Corps. of Eng. POC Trevor 505-263-0249 |
| 04/29/2022 10:00:53 | ▮▮▮ | Calf AA | Relayed approval for Chochiti Lake and to keep track of dips and volume |
| 04/29/2022 10:53:18 | Calf AA | ▮▮▮ | Status of the scoopers //  kneeboard sent was waiting on lake approval |
| 04/29/2022 11:34:41 | Cerro AA | ▮▮▮  ▮▮▮▮▮ | Would like to place a hold on the scoppers // copy looks like they are already launched on AFF but I will see if I can stop them |
| 04/29/2022 11:35:35 | ▮▮▮ | ▮▮▮ | Per AA scoopers ahve been put on a hold is it possible to stop them from launching // they are already launch but will let them know // copy thank you |
| 04/29/2022 11:36:02 | ▮▮▮ | Cerro AA | Scoopers are already launched // copy that |
| 04/29/2022 11:37:11 | Cerro AA | ▮▮▮ | LOBO 31 enrt back to SAF |
| 04/29/2022 11:40:38 | LOBO 31 | ▮▮▮ | OFF CERRO PELADO > SAF 0+20 ETE +COMMS |
| 04/29/2022 11:43:14 | LOBO 18 | ▮▮▮ | OFF SAF > CERRO PELADO 4 SOB 2+30 FOB 0+20 ETE +COMMS |
| 04/29/2022 11:50:49 | LOBO 31 | ▮▮▮ | ONTG SAF |
| 04/29/2022 16:39:01 | CERRO LO | AG | NEW SMOKE COMING FROM THE ORIGIN OF THE FIRE// ITS MOVING WEST TO CERRO LAJARA |
| 04/30/2022 08:56:57 | ASGS | ▮▮▮ | Requesting AA up over the fire // copy I'll get a hold of 8NA |
| 04/30/2022 08:57:25 | ▮▮▮ | AA-8NA | Relayed request // copy we'll get headed that way |
| 04/30/2022 09:54:38 | Cerro AA | ▮▮▮ | Requesting 1 T1 helo to DIV R // copy will get them your way |
| 04/30/2022 09:56:30 | ▮▮▮ | 3CH | Relayed request // copy that |
| 04/30/2022 10:07:57 | Cerro AA | ▮▮▮ | Requesting one more T1 helo to the fire // copy that |
| 04/30/2022 10:08:13 | ▮▮▮ | ANG | Relayed request |
| 04/30/2022 10:35:03 | LOBO 29 | ▮▮▮ | OFF SAF > CERRO 4 SOB 2+0 FOB 0+12 ETE +COMMS |
| 04/30/2022 11:00:28 | LOBO 29 | ▮▮▮ | FF w/ AA |
| 04/30/2022 12:04:07 | LOBO 55 | ▮▮▮ | OFF SAF > CERRO 4 SOB 2+30 FOB 0+17 +COMMS |
| 04/30/2022 12:04:24 | LOBO 29 | ▮▮▮ | OFF CERRO > SAF 0+17 ETE +COMMS |
| 04/30/2022 12:12:11 | LOBO 29 | ▮▮▮ | ONTG SAF |
| 04/30/2022 15:30:50 | LOBO 29 | ▮▮▮ | OFF CERRO > 4 SOB 0+17 ETE +COMMS |
| 04/30/2022 16:41:36 | LOBO 55 | ▮▮▮ | ONTG SAF |
| 04/30/2022 16:52:54 | LOBO 29 | ▮▮▮ | OFF SAF > CERRO 4 SOB 2+0 FOB 0+17 ETE +COMMS |
| 04/30/2022 16:59:14 | LOBO 29 | ▮▮▮ | FF local |
| 04/30/2022 17:40:22 | LOBO 55 | ▮▮▮ | OFF SAF > CERRO 4 SOB 1+30 FOB 0+14 ETE +COMMS |
| 04/30/2022 17:46:27 | LOBO 55 | ▮▮▮ | FF local |
| 04/30/2022 18:05:56 | Cerro AA | ▮▮▮ | LOBO 55 has a brocken bucket and is heading back to SAF |
| 04/30/2022 18:35:27 | LOBO 55 | ▮▮▮ | landing SAF |
| 04/30/2022 18:44:59 | LOBO 29 | ▮▮▮ | OFF CERRO >SAF 0+17 ETE |
| 05/01/2022 08:57:46 | Cerro AA | ▮▮▮ | Requesting one T1 helicopter // copy will get them sent your way |
| 05/01/2022 08:58:07 | ▮▮▮ | 3CH | Relayed request // copy |
| 05/01/2022 11:06:58 | Cerro AA | ▮▮▮ | Requesting a second T1 to the fire // copy will call teh ANG |
| 05/01/2022 11:07:23 | ▮▮▮ | ANG | Relayed request // we'll get them going that way |
| 05/01/2022 11:07:52 | LOBO 55 | ▮▮▮ | OFF SAF > CERRO 4 SOB 2+30 FOB 0+15 ETE +COMMS |
| 05/01/2022 11:12:19 | LOBO 55 | ▮▮▮ | FF w/ AA |
| 05/01/2022 16:19:54 | Cerro AA | ▮▮▮ | Due to the winds all aircraft have been released from the fire |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 05/02/2022 09:36:18 | AA 8NA | ▮▮▮ | e/r to the fire from ABQ |
| 05/02/2022 10:14:56 | 7HE | ▮▮▮ | e/r to the fire for PSD ops |
| 05/02/2022 10:27:23 | H 80BH | ▮▮▮ | landed SAF from Angel Fire (Reassigned off the Cooks Peak fire) |
| 05/02/2022 10:55:07 | AA | ▮▮▮ | Requesting a type 1 helo |
| 05/02/2022 11:09:11 | H 7HE | ▮▮▮ | OTG TA 49 |
| 05/02/2022 11:21:55 | AA | ▮▮▮ | Requesting 2 scoopers |
| 05/02/2022 12:04:03 | S260/263 | ▮▮▮ | off SAF 5min ete to the fire |
| 05/02/2022 12:09:15 | 7HE | ▮▮▮ | off TA 49 e/r to the fire |
| 05/02/2022 12:30:59 | S260/263 | ▮▮▮ | unable to use the water source due to wind.  RTB SF |
| 05/02/2022 12:32:03 | AA 4WA | ▮▮▮ | off ABQ e/r to the fire |
| 05/02/2022 12:45:16 | S 260/263 | ▮▮▮ | OTG SAF |
| 05/02/2022 12:45:27 | AA 4WA | ▮▮▮ | over the fire |
| 05/02/2022 12:55:46 | AA 8NA | ▮▮▮ | off the fire e/r to ABQ |
| 05/02/2022 14:07:37 | 7HE | ▮▮▮ | landed TA 49 |
| 05/02/2022 14:44:15 | H 8MB | ▮▮▮ | 15 min ete to SAF |
| 05/02/2022 15:01:06 | H 8MB | ▮▮▮ | Landed SAF |
| 05/02/2022 16:14:44 | AA 8NA | ▮▮▮ | off ABQ e/r to the fire |
| 05/02/2022 16:28:38 | AA 4WA | ▮▮▮ | e/r to SAF for fuel AA 8NA is now CP AA |
| 05/02/2022 17:49:01 | AA | ▮▮▮ | off the fire e/r to ABQ |
| 05/03/2022 09:11:09 | Cerro AA | ▮▮▮ | Requesting 2 scoopers and two T1's with buckets // copy will get them your way |
| 05/03/2022 09:11:54 | ▮▮▮ | ▮▮▮▮▮▮ | Relayed request // copy well get them that way |
| 05/03/2022 09:12:16 | ▮▮▮ | 3CH | Relayed request // copy |
| 05/03/2022 09:12:35 | ▮▮▮ | 0BH | Reqesting one T1 w/ bucket |
| 05/04/2022 09:09:38 | Cerro AA | ▮▮▮ | Requesting 3 VLATS and 4 LATS and 1 T1 helo to DIV M // copy will make the calls |
| 05/04/2022 09:19:38 | ▮▮▮ | SWCC | Relayed request // one of the VLATS is on a day off so they will get 2 VLATS |
| 05/04/2022 09:20:15 | ▮▮▮ | Cerro AA | Only 2 VLATS availble // copy |
| 05/04/2022 09:21:17 | Cerro AA | ▮▮▮ | Would like to request 2 more T1's to DIV F // copy will let them know |
| 05/04/2022 09:24:40 | TM | 3CH | Relayed request for DIV 3 // copy |
| 05/04/2022 09:25:08 | TM | ANG | Requestting one T1 to DIV F // copy |
| 05/04/2022 09:25:47 | ▮▮▮ | 0BH | relayed request for 0BH to DIV F // copy well get them going that way |
| 05/04/2022 09:28:12 | ▮▮▮ | B-14 | Relayed request // copy |
| 05/04/2022 09:41:22 | LOBO 29 | ▮▮▮ | OFF SAF > JEMEZ SPRINGS will be S of the TFR |
| 05/04/2022 09:51:41 | LOBO 29 | ▮▮▮ | ONTG JEMEZ SPRINGS for about 1 to 1 1/2 hours |
| 05/04/2022 09:52:14 | LOBO 59 | ▮▮▮ | OFF SAF > CERRO 5 SOB 2+0 FOB 0+13 ETE +COMMS |
| 05/04/2022 09:57:43 | LOBO 59 | ▮▮▮ | FF LOCAL |
| 05/04/2022 11:15:12 | LOBO 31 | ▮▮▮ | OFF SAF > CERRO 5 SOB 2+30 FOB 0+17 ETE +COMMS |
| 05/04/2022 11:33:51 | LOBO 31 | ▮▮▮ | FF LOCAL |
| 05/04/2022 11:34:39 | LOBO 59 | ▮▮▮ | OFF CERRO > SAF 0+20 ETE +COMMS |
| 05/04/2022 11:56:10 | LOBO 29 | ▮▮▮ | OFF JEMEZ SPRINGS > SAF 9 SOB 2+30 FOB 0+15 ETE +COMMS |
| 05/04/2022 12:39:38 | LOBO 29 | ▮▮▮ | ONTG SAF |
| 05/04/2022 12:56:59 | LOBO 31 | ▮▮▮ | OFF CERRO > SAF 0+20 ETE per AA |
| 05/04/2022 13:19:03 | LOBO 59 | ▮▮▮ | OFF SAF > CERRO 5 SOB 2+30 FOB 0+20 ETE +COMMS |
| 05/04/2022 15:12:38 | LOBO 59 | ▮▮▮ | OFF CERRO > SAF 0+17 ETE +COMMS |
| 05/04/2022 15:13:49 | LOBO 31 | ▮▮▮ | OFF SAF > CERRO 5 SOB 2+30 FOB 0+15 ETE +COMMS |
| 05/04/2022 15:42:56 | Cerro AA | TM | 1800 relief. Avail of T1 heli? |
| 05/04/2022 15:46:46 | Fire51 | TM | Santa FE Calf Canyon are any AA launching? No AA prepared to launch. |
| 05/04/2022 15:56:03 | LOBO 31 | ▮▮▮ | OFF CERRO > SAF 0+5 ETE +COMMS |
| 05/04/2022 16:39:33 | Cerro AA | ▮▮▮ | Requesting 2 T1 helicopters the are bucket issues with the ANG and 0BH and 3CH are getting close to flight time cut offs // copy will make some calls |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 05/04/2022 16:41:18 | ██ | Cerro AA | Getting 9CH on a lend lease form Calf Canyon and getting 2HT from SWCC // copy thank you |
| 05/04/2022 17:19:28 | Cerro AA | ██ | Go ahead and put a hold on 2HT // copy that I'll let them know |
| 05/04/2022 17:19:56 | ██ | 2HT | Per AA would like to place you on a hold // copy that |
| 05/04/2022 19:11:49 | AJL | LOG | SIT Report: 05/04 26927 acres |
| 05/05/2022 09:02:08 | Cerro AA | ██ | Requesting a LP 2 VLATS 4 LATS and two T2 helos // copy we'll get them going your way |
| 05/05/2022 09:02:59 | ██ | SWCC AC | Relyed the fixed wing reqest // copy |
| 05/05/2022 09:03:51 | ██ | Cerro HB | Relayed request for one T1 helo to DIV F // copy that we'll get them sent that way |
| 05/05/2022 09:04:38 | ██ | ANG | Relayed request for one T1 helo to DIV F // thank you got the message |
| 05/05/2022 09:14:24 | LOBO 31 | ██ | OFF SAF > CERRO 5 SOB 2+30 FOB 0+20 ETE +COMMS |
| 05/05/2022 09:20:49 | Cerro AA | ██ | Requesting an additional T1 helo to DIZ M ground contact Zuni // copy that we'll make the call |
| 05/05/2022 09:21:17 | TM | 3CH | Relayed request // thank you |
| 05/05/2022 09:40:00 | Cerro AA | ██ | LOBO 31 is having buvket issues and is ONTG SAF would like to have the other T1 ordered up // copy that we will get LOBO 59 headed your way |
| 05/05/2022 09:42:47 | ██ | ANG | Requesting LOBO 59 to the fire DIZ F // copy that |
| 05/05/2022 09:47:38 | E 631 | ██ | w/UTL 431, CPT 631 +5 working on DIV F for the day |
| 05/05/2022 09:51:48 | LOBO 31 | ██ | OFF SAF > CERRO 5 SOB 2+0 FOB 0+17 ETE +COMMS |
| 05/05/2022 10:00:49 | LOBO 59 | ██ | OFF SAF > CERRO 3 SOB 2+0 FOB 0+10 ETE +COMMS |
| 05/05/2022 12:21:19 | LOBO 59 | ██ | OFF SAF > CERRO 4 SOB 2+30 FOB 0+10 ETE +CPMMS |
| 05/05/2022 12:40:15 | AA | ██ | Hold LOBO 59 at SAF |
| 05/05/2022 13:03:37 | MIA-E601 | TMF | We are approx 80 miles from the IC |
| 05/05/2022 18:39:54 | Cerro AA | ██ | Requestrura a LP and 4 LATS // copy will call SWCC |
| 05/06/2022 07:00:35 | Hel 1 | ██ | i/s at SF airport |
| 05/06/2022 08:25:18 | E431 | ██ | +UT431 +5 e/r to the fire |
| 05/06/2022 08:41:58 | Cerro AA | ██ | Requesting 2 scoopers to the fire DIV M contact AA // copy that will get them headed your way |
| 05/06/2022 08:45:01 | Cerro AA | ██ | Requesting relief AA over the fire at 1130 |
| 05/06/2022 08:46:08 | ██ | AA-8NA | Relayed request // thank you |
| 05/06/2022 10:57:03 | Jules | TM | RJ said the firetracks aircraft is no longer welcome over any of our fires. Sounds like that intrude in TFR. Would like for us to contact AOBD to relay. Last they heard they were heading towards Cerro Palado. |
| 05/06/2022 13:12:59 | Scooper260 | TM | Scooper 262 landed Santa Fe. |
| 05/06/2022 13:13:22 | H-0HT | TM | 0HT off fire inbound Santa Fe. |
| 05/06/2022 13:15:24 | Firewatch5 | TM | Firewatch 51 in commo with Cerra Paldao would like to pick up FF |
| 05/06/2022 15:29:42 | Lobo51 | TM | Arrived over fire and switching over |
| 05/06/2022 18:07:39 | LOBO 31 | ██ | OFF SAF > CERRO 3 OSB 2+30 FOB 0+20 ETE +COMMS |
| 05/06/2022 18:09:47 | LOBO 59 | ██ | OFF CERRO > SAF 3 SOB +20 ETE +COMMS |
| 05/06/2022 18:22:33 | AA0BH | TM | Transitioned with 758NA en route to Santa Fe |
| 05/06/2022 19:05:32 | LOBO 59 | ██ | OFF SAF > CERRO 3 SOB 2+0 FOB 0+20 ETE +COMMS |
| 05/06/2022 19:12:03 | E 431 | ██ | w/ UT 431 e/r back to Jemez |
| 05/06/2022 19:59:32 | LOBO 59 | ██ | OFF CERRO > SAF 0+15 ETE +COMMS |
| 05/07/2022 08:15:14 | Cerro AA | ██ | Reqesting 2 T1s to DIV F and 2 T1s to DIV M // copy will relay to helibase |
| 05/07/2022 08:16:35 | ██ | Cerro HB | Relayed reqest // thank you will get with the pilots |
| 05/07/2022 08:18:21 | Cerro AA | ██ | Reqesting 2 scoopers to DIV R/O break // copy will let them know |
| 05/07/2022 08:18:58 | ██ | ██ | Relayed request // copy they are ready to go |
| 05/07/2022 09:31:40 | AOBD | ██ | Wanted to let you know that AA-8NA is currently unavailable due to covid protocols the two pilots are systematic and both them and the ATGS will be getting tested will need a relief AA for 5AF for possibly a couple days depending on the test out comes // copy will give SWCC a call and see about another AA |

| Entry Date/Time | From | To | Details |
|---|---|---|---|
| 05/07/2022 09:50:59 | ▮ | SWCC AC | Relayed information // copy you guys will get AA-303 |
| 05/07/2022 12:14:27 | LOBO 59 | ▮ | OFF SAF > CERRO 3 OSB 2+20 FOB 0+18 ETE +COMMS |
| 05/07/2022 12:16:57 | LOBO 59 | ▮ | FF local |
| 05/07/2022 14:03:57 | LOBO 59 | ▮ | OFF SAF > CERRO 0+18 ETE +COMMS |
| 05/07/2022 16:15:21 | LOBO 31 | ▮ | OFF SAF > CERRO 4 SOB 2+30 FOB 0+18 ETE +COMMS |
| 05/07/2022 16:16:03 | LOBO 31 | ▮ | FF local |
| 05/07/2022 16:16:57 | LOBO 59 | ▮ | OFF SAF > CERRO 3 SOB 2+30 FOB 0+18 ETE +COMMS |
| 05/07/2022 17:16:54 | LOBO 59 | ▮ | OFF CERRO > SAF 0+18 ETE +COMMS |
| 05/07/2022 17:17:54 | Cerro AA | ▮ | LOBO 31 and myself are heading off the fire due to winds there will be no air supervision over the fire |
| 05/07/2022 17:18:22 | LOBO 31 | ▮ | OFF CERRO > SAF 0+18 ETE +COMMS |
| 05/07/2022 17:25:41 | LOBO 31 | ▮ | ONTG SAF |
| 05/08/2022 08:15:15 | Cerro AA | ▮ | Reqesting 2 scoopers to the fire // copy will make the call |
| 05/08/2022 08:15:47 | ▮ | ▮ | Relayed request // copy will get them up shortly |
| 05/08/2022 10:01:39 | Cerro AA | ▮ | Requesting a LP to DIV F // copy you will be getting L-5 // thanky you |
| 05/08/2022 10:02:20 | ▮ | SWCC AC | Placed a LP order for L-5 to the Cerro Pelado // copy we'll get that filled |
| 05/08/2022 10:20:06 | ▮ | L-5 | Relayed request |
| 05/08/2022 10:20:37 | Cerro AA | ▮ | Would like to cancel the LP order // copy will let them know |
| 05/08/2022 10:21:07 | ▮ | L-5 | AA canceled request // copy that |
| 05/08/2022 14:22:17 | Cerro AA | ▮ | Due to winds OHT and AA-8NA are heading off the fire 0BH feels comfortable and will stay flying // thank you for the update copy |
| 05/08/2022 14:46:14 | ▮ | Helibase | I don't see 0BH on AFF and still show 2HT over the fire and not +AFF are they still over the fire // they are not they are on the gournd here at helibase but we are having trouble getting a hold of 0BH can you try and get a hold of them on National // will do |
| 05/08/2022 14:51:00 | ▮ | Helibase | I have not been able to get comms with 0BH have you been able to reach them // yes we have comms now with him on the victor and folks on the ground ahve on A/G // copy can you relay to them to recyle thank you |
| 05/08/2022 15:01:06 | ▮ | LOG | 0BH is back +AFF |

| VOR | ATB | Helibase |
|---|---|---|
| 29nm  286° SAF: SANTA FE V | 44nm  350° ABQ: ALBUQUERQU | 8nm  132° FEN: FENTON HIL |
| 44nm  001° ABQ: ALBUQUERQU | 71nm  265° LVS: LAS VEGAS | 8nm  134° FEN: FENTON HIL |
| 45nm  001° ABQ: ALBUQUERQU | 100nm  134° DRO: DURANGO | 13nm  246° TA49: TA-49 HEL |
| 47nm  351° ILT: ISLETA NDB | 170nm  313° ROW: ROSWELL AT | 17nm  238° LAM: LOS ALAMOS |
| 53nm  310° OTO: OTTO VOR | 179nm  339° ALM: ALAMOGORDO | 43nm  336° SAND: SANDIA HE |

**Initial Report On Conditions**
**Fuels:** ponderosa pine/slash   **Acres:** 40+   **W Speed:** 10-20+   **Dir:** SW   **Slope:** 26-40   **Aspect:** SW
**Spread:** Very High   **Complexity:** 3   **Jurisdiction:** USFS
**Structures:** Yes
**Initial Strategy:** N/A
**Access:** Hwy 4, FR 10, FR 270
**Hazards:** Structures north of the fire
DO Notified: Yes

**Fire Report Information**
**Fire #:**   **SubUnit: D-3**   **SubUnit #:**
**Acres:** 37425   **Size Class:** F   **Elevation:** 8340   **Land Status:** USFS
**Contain:**   **Control:**   **Out:**
**Statistical Cause:**   **Specific Cause:**
**3. IC:** ▮(b) (6), (b) (7)(C)▮
**Lat/Long:** 35 46.498 x 106 35.098
**Cause of Fire:** unknown
**Character:** Running
**Est. Size:** 40+
**Fuel Type:** ponderosa pine/logging slash
**Adj. Fuels:** ponderosa pine/logging slash
**Est. Winds:** 10-20
**Wind Direction:** sw
**Flame Length:** 8-10
**Aspect:** SW

000532

**Slope Percent:** 26-40
**Topography:** Ridge Top
**Spread:** Very High 50 + Ac
**On Scene:** E2601, E692
**Other Needs:** ICT3
**Hazards/Values:** structures to the north
**Jurisdiction:** USFS

**Incident Command Post**
 **Directions:**
  e/r
 **Lat:**  **Lon:**

000533

**RAWS Weather Data for April 22, 2022: Jemez Weather Station**

Retrieved from: https://wrcc.dri.edu/cgi-bin/rawMAIN.pl?nmXJEM

 **Station Summary**

## Jemez New Mexico

Daily Summary for

### April 22, 2022

| Hour of Day Ending at L.S.T. | Total Solar Rad. ° ly. | Ave. mph | Wind V. Dir. Deg | Max. mph | Air Temperature Mean Deg. F. | Fuel Temperature Mean Deg. F. | Fuel Moisture Mean Percent | Relative Humidity Mean Percent | Dew Point Deg. F. | Wet Bulb Deg. F. | Total Precip. inches |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 am | 0.0 | 2.0 | 32 | 6.0 | 49.0 | 40.0 | 3.7 | 24 | 14 | 35 | 0.00 |
| 2 am | 0.0 | 2.0 | 111 | 3.0 | 44.0 | 37.0 | 3.7 | 29 | 14 | 33 | 0.00 |
| 3 am | 0.0 | 2.0 | 103 | 3.0 | 42.0 | 35.0 | 3.7 | 31 | 14 | 31 | 0.00 |
| 4 am | 0.0 | 2.0 | 123 | 4.0 | 41.0 | 34.0 | 3.7 | 31 | 13 | 31 | 0.00 |
| 5 am | 0.0 | 1.0 | 99 | 3.0 | 42.0 | 34.0 | 3.7 | 29 | 12 | 31 | 0.00 |
| 6 am | 0.8 | 2.0 | 132 | 3.0 | 41.0 | 34.0 | 3.7 | 33 | 14 | 31 | 0.00 |
| 7 am | 6.1 | 3.0 | 161 | 7.0 | 52.0 | 45.0 | 3.9 | 25 | 17 | 38 | 0.00 |
| 8 am | 35.6 | 5.0 | 187 | 14.0 | 59.0 | 67.0 | 3.8 | 18 | 16 | 41 | 0.00 |
| 9 am | 57.5 | 5.0 | 206 | 12.0 | 62.0 | 71.0 | 4.4 | 17 | 17 | 42 | 0.00 |
| 10 am | 72.8 | 6.0 | 201 | 14.0 | 64.0 | 80.0 | 4.3 | 14 | 14 | 43 | 0.00 |
| 11 am | 82.8 | 7.0 | 193 | 24.0 | 66.0 | 85.0 | 4.4 | 14 | 15 | 44 | 0.00 |
| 12 pm | 87.2 | 7.0 | 196 | 19.0 | 69.0 | 89.0 | 4.2 | 12 | 14 | 45 | 0.00 |
| 1 pm | 76.2 | 8.0 | 191 | 28.0 | 68.0 | 81.0 | 4.1 | 12 | 14 | 44 | 0.00 |
| 2 pm | 70.9 | 11.0 | 208 | 26.0 | 70.0 | 85.0 | 3.7 | 8 | 6 | 44 | 0.00 |
| 3 pm | 63.0 | 9.0 | 215 | 28.0 | 70.0 | 86.0 | 4.1 | 9 | 9 | 44 | 0.00 |
| 4 pm | 49.2 | 10.0 | 208 | 26.0 | 68.0 | 80.0 | 3.9 | 9 | 7 | 43 | 0.00 |
| 5 pm | 18.1 | 11.0 | 266 | 36.0 | 59.0 | 61.0 | 3.8 | 18 | 16 | 41 | 0.00 |
| 6 pm | 10.1 | 7.0 | 279 | 32.0 | 50.0 | 52.0 | 3.7 | 30 | 20 | 37 | 0.00 |
| 7 pm | 1.9 | 9.0 | 260 | 23.0 | 45.0 | 43.0 | 3.7 | 30 | 15 | 34 | 0.00 |
| 8 pm | 0.0 | 12.0 | 315 | 34.0 | 39.0 | 39.0 | 3.6 | 39 | 16 | 30 | 0.00 |
| 9 pm | 0.0 | 7.0 | 280 | 35.0 | 36.0 | 34.0 | 3.6 | 43 | 16 | 29 | 0.00 |
| 10 pm | 0.0 | 5.0 | 273 | 21.0 | 35.0 | 31.0 | 3.6 | 48 | 17 | 28 | 0.00 |
| 11 pm | 0.0 | 5.0 | 264 | 15.0 | 34.0 | 30.0 | 3.5 | 44 | 14 | 27 | 0.00 |
| 12 am | 0.0 | 9.0 | 278 | 17.0 | 34.0 | 30.0 | 3.6 | 43 | 14 | 27 | 0.00 |

DAILY STATISTICS

| | Total Solar Rad. ° ly. | Ave. mph | Wind V. Dir. Deg | Max. mph | Air Temperature Mean Deg. F. | Fuel Temperature Mean Deg. F. | Fuel Moisture Mean Percent | Relative Humidity Mean Percent | Dew Point Deg. F. | Wet Bulb Deg. F. | Total Precip. inches |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 632.0 | | | | | | | | | | 0.00 |
| Ave. | | 6.1 | 210 | | 51.6 | 54.3 | 3.8 | 25 | 14 | 36 | |
| Max. | | | | 36.0 | 70.0 | 89.0 | 4.4 | 48 | | | |
| Min. | | | | | 34.0 | 30.0 | 3.5 | 8 | | | |

Copyright: Western Regional Climate Center - Desert Research Institute - Reno, Nevada.

NOTES:
- Daily averages might vary slightly from the average of the hourly values printed due to rounding of the hourly values.
- Data are subject to further review and editing. Please refer any questions to the Western Regional Climate Center.
- 1 ly = 1 cal/cm² = 4.1855 J/cm² = 3.6855 BTU/ft² = .01163 KW-hr/m²