**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PUEBLO OF JEMEZ,
JEMEZ MOUNTAINS ELECTRIC COOPERATIVE, INC.,
TC COMPANY,
TIMOTHY AND INA ACOMB,
BRIAN T. COX,
QUENTIN AND DORIS FARNHAM,
CHRISTIAN GOSSEIN,
CASEY GREENLING,
ANNA MARJEAN HOLLEMAN,
ROBERT S. HOTCHKISS,
MELVIN AND WANONA MAESTAS,
DONALD J. AND KAREN L. MILLER,
JOHN F. AND CHRISTINE M. PETERSON,
RANDY J. AND LINDA M. PETERSON,
THEARON GIFFORD WILLIS, JR.,

     *Plaintiffs*,

v.

                           Civil Action No. 1:25-cv-00382-PJK-KRS

UNITED STATES OF AMERICA,

     *Defendant*.

---

**STIPULATION FOR DISMISSAL OF PLAINTIFF JEMEZ MOUNTAINS ELECTRIC
COOPERATIVE, INC. WITH PREJUDICE**

---

Pursuant to the Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Jemez Mountains Electric Cooperative, Inc. and Defendant United States of America, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1.     Plaintiff Jemez Mountains Electric Cooperative, Inc. is voluntarily dismissed with prejudice from this action.

2. All claims asserted by Plaintiff Jemez Mountains Electric Cooperative, Inc. against Defendant are hereby dismissed with prejudice.

3. This Stipulation affects only the claims of Plaintiff Jemez Mountains Electric Cooperative, Inc., and does not affect the claims, defenses, or rights of any remaining Plaintiff or Defendant in this action.

WHEREFORE, the parties respectfully submit this Stipulation for Dismissal of Plaintiff Jemez Mountains Electric Cooperative, Inc. with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

July 15, 2026        Respectfully submitted,

By: */s/ Mark C. Dow*
  Mark C. Dow, mcd@bdsfirm.com
  Christopher P. Bauman, cpb@bdsfirm.com
  Maureen S. Moore, msm@bdsfirm.com
  B & D LAW OFFICES, P.C.
  P.O. Box 30684
  Albuquerque, NM  87190
  (505) 883-3191

  *Counsel for Plaintiffs*

  -and

By: */s/ Nicholas M. Sydow*
  Nicholas M. Sydow
  Assistant United States Attorney
  201 Third St. NW, Suite 900
  Albuquerque, NM 87102
  (505) 224-1460
  nicholas.sydow@usdoj.gov

  *Attorney for the United States of America*